# EXHIBIT A

## TYLER TECHNOLOGIES, INC.
## PLAINTIFF CONSENT FORM

1.  I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Tyler Technologies, Inc. and any other related entities or affiliates, to recover overtime pay.

2.  During the past three years, there were times when I worked over 40 hours per week for Tyler Technologies as an implementation consultant, implementation coordinator or in a similar job title, and did not receive compensation for the overtime hours I worked.

3.  If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Tyler Technologies, and any other related entities or affiliates.

Date:  8/21/2019  _____

_____
Signature

Aaron Kudatsky

_____
Print Name

_____

**<u>Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.</u>**

Redacted.

**Return this form by**          **Nichols Kaster, PLLP, Attn:  Rachhana T. Srey**
**fax, email or mail to:**        **Fax: (612) 215-6870**
                                  **Email: forms@nka.com**
                                  **Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402**
                                  **Web:  www.nka.com**