| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF CALIFORNIA |
|---|---|

| Aaron Kudatsky, individually and on behalf of all others similarly situated<br><br>           Plaintiff,<br><br>v.<br><br>Tyler Technologies<br><br>           Defendant, | Court File Number<br>3:19-cv-07647<br><br>**AFFIDAVIT OF SERVICE** |

State of California } SS
County of Placer    }

I, __Robert Mason__, state that on
   (Name of Server)

__12__ / __6__ /2019 at __11__ : __29__ __A__ M, I served the:
(Date of Service)       (Time of Service)

Summons Issued (ECF No. 5); Complaint (ECF No. 1); Exhibit A- Named Plaintiff Consent Form (ECF No. 1-1); Exhibit B- Opt-in Consent Forms (ECF No. 1-2); Civil Cover Sheet (ECF No. 1-3); Proposed Summons (ECF No. 2); Judicial Assignment NEF (ECF No. 3); Initial Case Management Scheduling Order (ECF No. 4)

upon: Tyler Technologies

therein named, personally at:    455 Capitol Mall Complex, Suite 217
                                 Sacramento, CA 95814

by handing to and leaving with:

[X]  the Registered Agent of Tyler Technologies
[ ]  an Officer of Tyler Technologies
[ ]  a Managing Agent, someone within Tyler Technologies whose management capacity is such that (s)he exercises independent judgment and discretion

__Lucky Yang__                                      __Client Representative__
(Name of the Person with whom the documents were left)   (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                         Dated: __12__ / __6__ /2019       _____
                                                             (Signature of Server)

                                                           __Robert Mason__
                                                           (Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # NICKAA 231903 1340

Re: 3:19-cv-07647



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com