Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Aaron Kudatsky, individually and on behalf of all others similarly situated,

        Plaintiff(s),

v.

Tyler Technologies

        Defendant(s).

Case No: 3:19-cv-07647-TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Rachhana T. Srey, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Matthew C. Helland, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>80 S 8th Street, Suite 4600<br>Minneapolis, MN 55403 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>235 Montgomery Street, Suite 810<br>San Francisco, CA 94104 |
|---|---|
| MY TELEPHONE# OF RECORD: 612-256-3200 | LOCAL CO-COUNSEL'S TELEPHONE# OF RECORD:<br>415-277-7235 |
| MY EMAIL ADDRESS OF RECORD:<br>srey@nka.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>helland@nka.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 340133.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/17/2019

*/s/ Rachhana T. Srey*
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rachhana T. Srey is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice.*** Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                               *October 2012*