Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Aaron Kudatsky, individually and on behalf of all others similarly situated,
)
) Case No: 3:19-cv-07647-TSH
Plaintiff(s),
)
v.
) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
Tyler Technologies
) (CIVIL LOCAL RULE 11-3)
Defendant(s).
)

I, __Rachhana T. Srey__, an active member in good standing of the bar of __Minnesota__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Plaintiffs__ in the above-entitled action. My local co-counsel in this case is __Matthew C. Helland__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 80 S 8th Street, Suite 4600<br>Minneapolis, MN 55403 | 235 Montgomery Street, Suite 810<br>San Francisco, CA 94104 |
| MY TELEPHONE# OF RECORD: 612-256-3200 | LOCAL CO-COUNSEL'S TELEPHONE# OF RECORD: 415-277-7235 |
| MY EMAIL ADDRESS OF RECORD: srey@nka.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: helland@nka.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __340133__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/17/2019

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Rachhana T. Srey__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 17, 2019

UNITED STATES DISTRICT/MAGISTRATE JUDGE
THOMAS S. HIXSON

*PRO HAC VICE* APPLICATION & ORDER                    *October 2012*