Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Aaron Kudatsky )
) Case No: 3:19-cv-07647
)
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Tyler Technologies, ) (CIVIL LOCAL RULE 11-3)
)
)
Defendant(s). )
)

I, *Paulo B. McKeeby*, an active member in good standing of the bar of
Texas, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Defendant Tyler Technologies in the
above-entitled action. My local co-counsel in this case is Brian Morris, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2501 N. Harwood St., Suite 1700 Dallas, TX 75201 | 101 Second St., Suite 1800 San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: (469) 680-4227 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (469) 680-4226 |
| MY EMAIL ADDRESS OF RECORD: pmckeeby@reedsmith.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: bmorris@reedsmith.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 00784571 TX.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/19/19                    *Paulo B. McKeeby*    ⊞
                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Paulo B. McKeeby is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:
                              _____
                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                              *October 2012*