Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile:  469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2501 N. Harwood St, Suite 1700
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile:  469.680.4299

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KUDATSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>TYLER TECHNOLOGIES,<br><br>Defendant. | Case No.:   3:19-CV-07647<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Fed. R. Civ. P. 7.1; L.R. 3-15]<br><br>Magistrate Judge Thomas S. Hixcon<br><br>Action Filed: November 20, 2019 |

-1-
**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

US_ACTIVE-150842701.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Tyler Technologies, Inc. ("Tyler") submits this corporate disclosure statement and certification of interested entities or persons.

The undersigned certifies that there is no parent corporation or publicly held corporation that owns 10% or more of Tyler's stock. The undersigned further certifies that as of this date, other than the named parties, there is no interest to report under Local Rule 3-15.

DATED:  December 27, 2019			REED SMITH LLP


						By:   */s/ Paulo B. McKeeby*
						      Brian K. Morris
						      Paulo B. McKeeby
						      Michael A. Correll

						*Attorneys for Defendant*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 2 –

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

US_ACTIVE-150842701.1