1  Brian K. Morris (SBN 281409)
   BMorris@reedsmith.com
2  REED SMITH LLP
3  101 Second Street
   Suite 1800
4  San Francisco, CA 94105-3659
   Telephone: 469.680.4200
5  Facsimile:  469.680.4299

6  Paulo B. McKeeby (Admitted *Pro Hac Vice*)
7  PMcKeeby@reedsmith.com
   Michael A. Correll (Admitted *Pro Hac Vice*)
8  MCorrell@reedsmith.com
   REED SMITH LLP
9  2501 N. Harwood St, Suite 1700
   Dallas, TX 75201
10 Telephone: 469.680.4200
   Facsimile:  469.680.4299
11
12 ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| AARON KUDATSKY, Individually and on behalf of all others similarly situated, | ) ) ) | Case No.: 3:19-CV-07647 |
|---|---|---|
| Plaintiffs | ) ) ) | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | ) ) | |
| TYLER TECHNOLOGIES, | ) ) ) | Magistrate Judge Thomas S. Hixcon |
| Defendant. | ) ) ) | Action Filed: November 20, 2019 |

**DEFENDANT TYLER TECHNOLOGIES, INC.'S NOTICE OF APPEARANCE**

   Please take notice that Brian K. Morris of the law firm Reed Smith, LLP hereby enters into these proceedings as additional counsel of record for Defendant Tyler Technologies, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: January 10, 2020				REED SMITH LLP

							By:   /s/ Brian K. Morris
							       Brian K. Morris
							       Paulo B. McKeeby
							       Michael A. Correll

							*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Brian K. Morris, an attorney, hereby certify that on January 10, 2020, I caused a true and correct copy of Tyler Technologies, Inc.'s Notice of Appearance to be served via the CM/ECF system, which will send notification of such filing to the e-mail address of all counsel of record.

							/s/ Brian K. Morris, Esq.