Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN State Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Ste. 4600
Minneapolis, MN, 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201

*Pro hac vice application forthcoming

Attorneys for Plaintiff and those similarly situated

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aaron Kudatsky, individually and on behalf of all others similarly situated, | **Case No.: 3:19-cv-07647-WHA** |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| Tyler Technologies, | |
| Defendant. | |

-1-

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel S. Brome of Nichols Kaster, LLP hereby enters his appearance as an attorney of record in the above-captioned case on behalf of Plaintiffs.

Dated: March 27, 2020               **NICHOLS KASTER, LLP**

                                By:    /s/ Daniel S. Brome
                                       Daniel S. Brome

                                       ATTORNEYS FOR PLAINTIFF AND THE
                                       PUTATIVE CLASSES