UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON KUDATSKY,

    Plaintiff,

  v.

TYLER TECHNOLOGIES,

    Defendant.

No. C 19-06747 WHA

**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE**

Due to the public health concerns caused by COVID-19, the undersigned judge has vacated all in-person hearings. Accordingly, the May 7 case management conference will be conducted telephonically. The courtroom deputy will issue a clerk's notice with dial-in information.

**IT IS SO ORDERED.**

Dated: April 30, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE