# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# As a current or former implementation representative for Tyler Technologies, a collective action lawsuit may affect your rights.

*A court authorized this notice.  This is not a solicitation from a lawyer.*

- A former implementation consultant has sued Tyler Technologies, Inc. ("Defendant" or "Tyler"), alleging that Tyler misclassified ERP Implementation Consultants as exempt from the federal overtime law, and therefore failed to pay overtime pay when they worked over 40 hours in a week.  Tyler disputes these claims and contends that it has paid all Implementation Consultants properly.

- The Court has authorized notice of the lawsuit to be distributed to all ERP Implementation Consultants who work or have worked for the ERP division of Tyler Technologies, Inc. since May 15, 2017.

- The Court has not decided the merits of this case and therefore has not decided whether the Plaintiff or the Defendant is correct. There is no money available now and no guarantee there will be in the future. However, in order for you to participate in this case, you must return the enclosed consent form by [45 days from distribution of notice]. If you would not like to participate in this lawsuit, or would like to retain your own counsel to bring your own lawsuit, then you do not need to take any action.

### NOTICE OF COLLECTIVE ACTION

An overtime lawsuit has been filed against Tyler. The Plaintiff in the lawsuit alleges that Defendant improperly classified its Implementation Consultants in the ERP division and failed to pay them overtime pursuant to the Fair Labor Standards Act. Specifically, the plaintiff contends that these employees should have been classified as non-exempt employees and paid overtime when they worked over 40 hours in a week. Tyler contends that it properly classified its Implementation Consultants, denies the plaintiff's claims and denies that the persons receiving this notice are eligible for or entitled to receive overtime pay.

The court has conditionally certified the case as a collective action on behalf of all Implementation Consultants who worked for the ERP division of Tyler within the United States at any point in time since May 15, 2017. You are receiving this notice because you may be eligible to join this case by returning a consent form. You may be eligible to join this case even if you were paid a salary and were told you were not entitled to overtime.

## YOUR RIGHTS AND OBLIGATIONS

The United States District Court for the Northern District of California has determined that a group of potentially similarly situated employees may exist, and that notice should be distributed to all individuals who may have potential claims. If you worked as an ERP Implementation Consultant, Implementation Coordinator, Implementation Representative, or other positions with similar titles for Tyler since May 15, 2017 and worked overtime hours for which you were not paid, you may be eligible to participate in the lawsuit. You may join the lawsuit by mailing, emailing, or faxing the enclosed Plaintiff Consent Form to:

**Nichols Kaster, LLP**
**Attn.: Rachhana T. Srey**
**4600 IDS Center, 80 South Eighth Street**
**Minneapolis, MN 55402**
**Toll-Free Telephone: (877) 777-0622 (no faxes to this number)**
**Fax: (612) 215-6870**
**Email: forms@nka.com**

You may also join the case by signing an electronic consent form, available at https://bit.ly/tylertechconsent. The Plaintiff Consent Form must be postmarked (if mailed) or electronically dated (if emailed, faxed, or signed electronically) on or before **[45 days from distribution of notice]** in order for you to participate. If you choose to join this case by filing a Plaintiff Consent Form, your interests will be represented by Plaintiff's Counsel.

If you would not like to participate in this lawsuit, or would like to retain your own counsel to bring your own lawsuit, then you do not need to take any action.

## RETALIATION PROHIBITED

The law prohibits retaliation against employees for exercising their rights to participate in a lawsuit of this nature. Tyler is prohibited from retaliating against employees in any way (including reducing hours, reducing pay, giving an unfair performance review, etc.) because of participation in a lawsuit.

<u>THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.</u>

# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, Tyler Technologies, Inc., and any other related entities or affiliates, to recover overtime wages.

2. During the past three years, there were times when I worked over 40 hours per week for Tyler Technologies as an implementation consultant and did not receive compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert overtime claims against Tyler Technologies, and any other related entities or affiliates.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: _____          _____
                                     Signature

                                     _____
                                     Print Name

_____

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

Address: _____

City, State Zip: _____

Best Phone Number(s): _____

Email: _____

**Return this form by fax, email or mail to:**   Nichols Kaster, PLLP, Attn:  Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web: https://www.nka.com/cases/employment-cases/tyler.html

**Return by:**          **[DATE]**