# EXHIBIT B

| | | |
|---|---|---|
| COURT AUTHORIZED NOTICE OF COLLECTIVE ACTION | NICHOLS KASTER, PLLP<br>4600 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | First-Class Mail<br><br>US Postage |
| **Tyler Technologies' records indicate you worked as an Implementation Consultant for Tyler.**<br><br>**You could be eligible to join a lawsuit for overtime pay.** | ID#<br><br>First Last<br>C/O<br>Addr1  Addr2<br>City, St  ZipCode | |

## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, Tyler Technologies, Inc., and any other related entities or affiliates, to recover overtime wages.

2. During the past three years, there were times when I worked over 40 hours per week for Tyler Technologies as an implementation consultant and did not receive compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert overtime claims against Tyler Technologies, and any other related entities or affiliates.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: _____        _____
                                                        Signature

                                             _____
                                                        Print Name

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type**

Address: _____
                    Number                            City                                State                    Zip Code

Best Phone Number: _____

Email: _____

**Return this form by**     **Nichols Kaster, PLLP, Attn: Daniel S. Brome**
**fax, email or mail to:**  **Fax: (612) 215-6870**
                            **Email: forms@nka.com**
                            **Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402**
                            **Web:  www.nka.com**

US_ACTIVE-153067197.1

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

*A court authorized this notice. This is not a solicitation from a lawyer.*

- A former implementation consultant has sued Tyler Technologies, Inc. ("Defendant" or "Tyler"), alleging that Tyler misclassified ERP Implementation Consultants as exempt from the federal overtime law, and therefore failed to pay overtime pay when they worked over 40 hours in a week. Tyler disputes these claims and contends that it has paid all Implementation Consultants properly.
- The Court has authorized notice of the lawsuit to be distributed to all ERP Implementation Consultants who work or have worked for the ERP division of Tyler Technologies, Inc. since May 15, 2017.
- The Court has not decided the merits of this case and therefore has not decided whether the Plaintiff or the Defendant is correct. There is no money available now and no guarantee there will be in the future. However, in order for you to participate in this case, you must return the enclosed consent form by [45 days from distribution of notice]. If you would not like to participate in this lawsuit, or would like to retain your own counsel to bring your own lawsuit, then you do not need to take any action.

**NOTICE OF COLLECTIVE ACTION LAWSUIT**

An overtime lawsuit has been filed against Tyler. The Plaintiff in the lawsuit alleges that Defendant improperly classified its Implementation Consultants in the ERP division and failed to pay them overtime pursuant to the Fair Labor Standards Act. Specifically, the plaintiff contends that these employees should have been classified as non-exempt employees and paid overtime when they worked over 40 hours in a week. Tyler contends that it properly classified its Implementation Consultants, denies the plaintiff's claims and denies that the persons receiving this notice are eligible for or entitled to receive overtime pay.

The court has conditionally certified the case as a collective action on behalf of all Implementation Consultants who worked for the ERP division of Tyler within the United States at any point in time since May 15, 2017. You are receiving this notice because you may be eligible to join this case by returning a consent form. You may be eligible to join this case even if you were paid a salary and were told you were not entitled to overtime.

**YOUR RIGHTS AND OBLIGATIONS**

The United States District Court for the Northern District of California has determined that a group of potentially similarly situated employees may exist, and that notice should be distributed to all individuals who may have potential claims. If you worked as an ERP Implementation Consultant, Implementation Coordinator, Implementation Representative, or other positions with similar titles for Tyler since May 15, 2017 and worked overtime hours for which you were not paid, you may be eligible to participate in the lawsuit. You may join the lawsuit by signing and detaching the attached consent form and mailing it to the Plaintiffs' Counsel. You may also join the case by signing an electronic consent form, available at https://bit.ly/tylertechconsent.

The Plaintiff Consent Form must be postmarked on or before **[45 days from distribution of notice]** in order for you to participate. If you choose to join this case by filing a Plaintiff Consent Form, your interests will be represented by Plaintiffs' counsel.

**NO RETALIATION PERMITTED**

The law prohibits retaliation against employees for exercising their rights to participate in a lawsuit of this nature. Tyler is prohibited from retaliating against employees in any way (including reducing hours, reducing pay, giving an unfair performance review, etc.) because of participation in a lawsuit.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THE HONORABLE WILLIAM H. ALSUP. THE COURT HAS MADE NO DECISION ABOUT THE MERITS OF PLAINTIFFS' CLAIMS OR DEFENDANTS' DEFENSES

---

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

NICHOLS KASTER, PLLP
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402

ID#

US_ACTIVE-153067197.1