Matthew C. Helland, CA Bar No. 250451
helland@nka.com
Daniel S. Brome, CA Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T.
NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for PLAINTIFF and those similarly
situated

Paulo McKeeby
pmckeeby@reedsmith.com
Michael Correll
mcorrell@reedsmith.com
Reed Smith LLP
2501 N. Harwood, Suite 1700
Dallas, TX  75201
Telephone:  (469) 680 4227
Facsimile: (469) 680 4299

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

# UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

AARON KUDATSKY, individually and on
behalf of all others similarly situated,

                              Plaintiffs,

        vs.

TYLER TECHNOLOGIES, INC.

                              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  3:19-CV-07647

**STIPULATION AND [PROPOSED]
ORDER REGARDING
CONDITIONAL CERTIFICATION
AND COURT-AUTHORIZED
NOTICE**

Complaint Filed:   November 20, 2019

The parties to the above-entitled action jointly submit this Stipulation for Conditional Certification and Court-Authorized Notice.

WHEREAS, Plaintiff filed his Complaint alleging Defendant violated the Fair Labor Standards Act, 29 U.S.C. § 216(b) in addition to California state wage and hour laws on November 20, 2019;

WHEREAS, pursuant to 29 U.S.C. § 216(b), Plaintiff is pursuing his FLSA claims on his own behalf and on behalf of others similarly situated;

WHEREAS, in the interest of efficiency and judicial economy, the parties have agreed that conditional certification shall be granted for the following collective:

> All implementation coordinators, implementation consultants, or other positions with similar job titles and/or duties) ("Implementation Representatives") who work or have worked for Tyler Technologies, Inc. since May 15, 2017 in the ERP divisions.

WHEREAS, the parties have further agreed to court-authorized notice of this lawsuit in the manner and under the parameters identified below; and

NOW THEREFORE, Plaintiff and Defendant STIPULATE and AGREE as follows:

- The parties request that the Court authorize and approve the Notice and Plaintiff Consent Form attached hereto as **Exhibit A;**

- Unless later agreed to by the parties, Notice will be distributed by Plaintiff's Counsel.

- Within seven (7) days of the date of the entry of the Court's Order approving of this Stipulation, Defendant's counsel shall provide Plaintiff's counsel with a list in Microsoft Excel (.xls) or some other importable format, containing the name, last known address, and email address for every person who was employed as an Implementation Representative since May 15, 2017 in the Defendant's ERP division.

- Within fourteen (14) days of receipt of the list identified above, Plaintiff's Counsel will mail the notice to the employees and former employees identified on the list.  Notice will be distributed by U.S. mail and email, with a reminder (also sent by email and postcard, a

-2-
**STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE**

copy of which is attached as Exhibit B) containing the same substance as the initial notice will be distributed 21 days before the notice response deadline; and

- There will be a 45-day opt-in period.

**IT IS SO STIPULATED AND AGREED.**

Dated:  May 13, 2020                                    REED SMITH, PLLP


                                                       By:    /s/ Paulo McKeeby
                                                              Paulo McKeeby
                                                              Michael Correll

                                                       Attorneys for Defendant
                                                       TYLER TECHNOLOGIES, INC.


Dated:  May 13, 2020                                    NICHOLS KASTER, PLLP


                                                       By:    /s/ Rachhana T. Srey
                                                              Rachhana T. Srey

                                                       Attorneys for PLAINTIFF


## [PROPOSED] ORDER


PURSUANT TO STIPULATION, IT IS SO ORDERED. The Court conditionally certifies a collective of:

> All implementation coordinators, implementation consultants, or other positions with similar job titles and/or duties) ("Implementation Representatives") who work or have worked for Tyler Technologies, Inc. since May 15, 2017, in the ERP divisions.

Court-authorized notice shall be distributed in the manner set out above.


DATED:  _____  May 13, 2020.                 _____
                                                       Hon. William H. Alsup
                                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE