Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA  94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN State Bar No. 340133*
srey@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
The Law Offices of Peter T. Nicholl
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for Plaintiff and those similarly situated

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aaron Kudatsky, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Tyler Technologies,<br><br>Defendant. | **Case No.: 3:19-CV-07647-WHA**<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, pursuant to 29 U.S.C. § 216, Plaintiff(s) hereby files the attached Consent Form(s) for the following person(s):

Jared Aponte;

Kenneth T. Flowers;

Kathleen Day Hilbert;

John Jaques;

Sandra M. Rios;

Todd Strong; and

Heather Van Strien.

Dated:   June 2, 2020                                                    **NICHOLS KASTER, LLP**

By:        */s/ Rachhana T. Srey*
           Rachhana T. Srey

ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE COLLECTIVE