1  Matthew C. Helland, CA Bar No. 250451
   helland@nka.com
2  Daniel S. Brome, CA Bar No. 278915
   dbrome@nka.com
3  NICHOLS KASTER, LLP
   235 Montgomery St., Suite 810
4  San Francisco, CA 94104
5  Telephone: (415) 277-7235
   Facsimile: (415) 277-7238
6
7  Rachhana T. Srey, MN Bar No. 340133*
   NICHOLS KASTER, PLLP
8  80 S. 8th Street, Suite 4600
   Minneapolis, MN 55402
9  Telephone: (612) 256-3200
   Facsimile: (612) 338-4878
10 *admitted pro hac vice
11
   Benjamin L. Davis, MD Bar No. 29774*
12 bdavis@nicholllaw.com
   Michael Brown, MD Bar No. 20814*
13 mbrown@nicholllaw.com
   THE LAW OFFICES OF PETER T.
14 NICHOLL
   36 Charles Street, Suite 1700
15 Baltimore, MD 21201
   *Pro hac vice application forthcoming
16
   Attorneys for PLAINTIFF and those similarly
17 situated

Paulo McKeeby
pmckeeby@reedsmith.com
Michael Correll
mcorrell@reedsmith.com
Reed Smith LLP
2501 N. Harwood, Suite 1700
Dallas, TX 75201
Telephone: (469) 680 4227
Facsimile: (469) 680 4299

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

18
19         **UNITED STATE DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

20 AARON KUDATSKY, individually and on         ) **Case No. 3:19-CV-07647-WHA**
21 behalf of all others similarly situated,    )
                                               ) **JOINT MOTION AND**
22                                             ) **STIPULATION TO EXTEND**
                        Plaintiffs,            ) **DEADLINES**
23                                             )
                                               )
24      vs.                                    )
                                               )
25                                             )
   TYLER TECHNOLOGIES, INC.                    )
26                                             )
                        Defendant.             )
27                                             )
28

-1-
**JOINT MOTION AND STIPULATION TO EXTEND DEADLINES**

The parties, Plaintiff Aaron Kudatsky ("Plaintiff") and Defendant Tyler Technologies, Inc. ("Tyler"), file this Joint Motion and Stipulation to Extend Deadlines and would respectfully show as follows:

1. This is a collective action under § 216 of the Fair Labor Standards Act ("FLSA") and the putative class action pursuant to Federal Rule of Civil Procedure 23 in which the Plaintiffs seek unpaid overtime.

2. On May 7, 2020, the Court conducted a case management conference at which counsel for the parties discussed scheduling and deadlines in the case. In addition, counsel for the parties advised the Court of the parties' agreement to conditionally certify a class of employees and former employees in one of Tyler's business divisions with respect to Plaintiffs' FLSA claims.

3. The Court thereafter entered an agreed order that conditionally certified the proposed class and set forth a 45-day notice period and other procedures to which the parties had agreed. The Court also on May 8, 2020 entered a scheduling order that set the case for trial on May 10, 2021 and also provided additional deadlines as discussed at the case management conference.

4. Pursuant to the Court's order and the parties' agreement, Tyler's counsel coordinated with Tyler's human resources staff to assemble the list of potential opt-in employees and former employees to provide to counsel for Plaintiffs for notice purposes. Counsel for Tyler sent that list to counsel for Plaintiffs on May 20, 2020. Counsel for Plaintiffs then sent the notice in the agreed form to the individuals on the list, with notice distributed by mail and email on June 1, 2020.

5. Thereafter, in the course of doing other work in the case, counsel for Tyler discovered that, due to an error in Tyler's human resources database, the list he previously had sent to Plaintiffs' counsel was not complete and had inadvertently omitted approximately 250

potential collective action members.  Upon confirming the error, counsel for Tyler immediately contacted counsel for Plaintiffs to advise him of the issue and discuss how to address it.

6. Based on the conference between counsel for the parties, the parties agreed as follows: 1.) to commence another 45-day notice period with respect to the newly identified potential opt-in members only (the "Second Notice Period") to be governed by the same procedures and rules as applied during the original notice period, and to toll the statute of limitations for individuals included in the Second Notice Period for the amount time between the initial mailing and the second mailing[1]; and 2.) to file this motion requesting that the Court amend its previously entered scheduling order and to move all subsequent dates and deadlines by 45 days so as to permit the case to proceed otherwise on the same schedule as contemplated by the Court's original scheduling order.  The extension requested herein is necessary to allow for adequate discovery after the close of the Second Notice Period prior to the other deadlines in the case, including the motion for class certification under rule 23. To that end, attached hereto is a stipulated order that provides for new dates in the case to allow the parties to engage in a second collective action notice procedure.

This Motion is not filed for the purpose of delay but so that justice may be served and as agreed to by the parties and as set forth herein.

**IT IS SO STIPULATED AND AGREED.**

---

[1] The parties do not believe that their limited tolling agreement or agreement to distributed notice in connection with a second notice period for the newly identified potential opt-ins requires an additional court order or other involvement from the Court.  As such, the parties intend to initiate a second notice period by agreement but will refrain from initiating the process prior to either the Court's granting of the relief requested by this motion or other instruction from the Court.

-3-

**JOINT MOTION AND STIPULATION TO EXTEND DEADLINES**

US_ACTIVE-154197784.1

-4-

| | | |
|---|---|---|
| 1 | Dated: July 7, 2020 | REED SMITH, PLLP |
| 2 | | |
| 3 | | By:   *s/ Paulo McKeeby*<br>        Paulo McKeeby<br>        Michael Correll |
| 4 | | |
| 5 | | Attorneys for Defendant<br>TYLER TECHNOLOGIES, INC. |
| 6 | | |
| 7 | Dated: July 7, 2020 | NICHOLS KASTER, PLLP |
| 8 | | By:   *s/ Daniel S. Brome*<br>        Daniel S. Brome<br>        Rachhana T. Srey |
| 9 | | |
| 10 | | Attorneys for PLAINTIFF |

**JOINT MOTION AND STIPULATION TO EXTEND DEADLINES**

US_ACTIVE-154197784.1