| | |
|---|---|
| Matthew C. Helland, CA Bar No. 250451<br>helland@nka.com<br>Daniel S. Brome, CA Bar No. 278915<br>dbrome@nka.com<br>NICHOLS KASTER, LLP<br>235 Montgomery St., Suite 810<br>San Francisco, CA 94104<br>Telephone: (415) 277-7235<br>Facsimile: (415) 277-7238<br><br>Rachhana T. Srey, MN Bar No. 340133*<br>NICHOLS KASTER, PLLP<br>80 S. 8th Street, Suite 4600<br>Minneapolis, MN 55402<br>Telephone: (612) 256-3200<br>Facsimile: (612) 338-4878<br>*admitted pro hac vice<br><br>Benjamin L. Davis, MD Bar No. 29774*<br>bdavis@nicholllaw.com<br>Michael Brown, MD Bar No. 20814*<br>mbrown@nicholllaw.com<br>THE LAW OFFICES OF PETER T. NICHOLL<br>36 Charles Street, Suite 1700<br>Baltimore, MD 21201<br>*Pro hac vice application forthcoming<br><br>Attorneys for PLAINTIFF and those similarly situated | Paulo McKeeby<br>pmckeeby@reedsmith.com<br>Michael Correll<br>mcorrell@reedsmith.com<br>Reed Smith LLP<br>2501 N. Harwood, Suite 1700<br>Dallas, TX  75201<br>Telephone:  (469) 680 4227<br>Facsimile: (469) 680 4299<br><br>Attorneys for Defendant<br>TYLER TECHNOLOGIES, INC. |

# UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>                           Plaintiffs,<br><br>    vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>                           Defendant. | Case No.  3:19-CV-07647<br><br>**JOINT PROPOSED AND STIPULATED AMENDED SCHEDULING ORDER**<br><br>Complaint Filed:   April 27, 2020 |

The Court, having considered the parties' Joint Motion and Stipulation to Extend Deadlines hereby enters the following amended scheduling order:

1. The Rule 23 motion shall be filed by **November 16, 2020**, to be heard on a 49-day track.

2. Leave to add any new parties or to amend pleadings must be sought by **August 14, 2020**.

3. The non-expert discovery cut-off date shall be **February 1, 2021**.

4. The deadline for Plaintiff's designation of expert testimony and disclosure of full expert reports ("opening reports") under FRCP 26(a)(2) shall be **February 1, 2021**.

5. The deadline for Defendant to disclose any expert reports on the same issue ("opposition reports") shall be **February 15, 2021**.

6. Rebuttal reports are due on **February 22, 2021**.

7. The last date to file dispositive motions shall be **March 22, 2021**.

8. The other terms of the original scheduling order not modified herein remain in full force and effect.

DATED: _____     _____

Hon. William H. Alsup
United States District Judge

-2-
**JOINT PROPOSED AND STIPULATED AMENDED SCHEDULING ORDER**

US_ACTIVE-154197786.1