1  Matthew C. Helland, CA Bar No. 250451
   helland@nka.com
2  Daniel S. Brome, CA Bar No. 278915
   dbrome@nka.com
3  NICHOLS KASTER, LLP
4  235 Montgomery St., Suite 810
   San Francisco, CA 94104
5  Telephone: (415) 277-7235
   Facsimile: (415) 277-7238
6

7  Rachhana T. Srey, MN Bar No. 340133*
   NICHOLS KASTER, PLLP
8  80 S. 8th Street, Suite 4600
   Minneapolis, MN 55402
9  Telephone: (612) 256-3200
   Facsimile: (612) 338-4878
10 *admitted pro hac vice

11 Benjamin L. Davis, MD Bar No. 29774*
   bdavis@nicholllaw.com
12 Michael Brown, MD Bar No. 20814*
   mbrown@nicholllaw.com
13 THE LAW OFFICES OF PETER T. NICHOLL
14 36 Charles Street, Suite 1700
   Baltimore, MD 21201
15 *Pro hac vice application forthcoming

16
   Attorneys for PLAINTIFF and those similarly
17 situated

Paulo McKeeby
pmckeeby@reedsmith.com
Michael Correll
mcorrell@reedsmith.com
Reed Smith LLP
2501 N. Harwood, Suite 1700
Dallas, TX 75201
Telephone: (469) 680 4227
Facsimile: (469) 680 4299

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

18
19  **UNITED STATE DISTRICT COURT**
    **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>Defendant. | Case No. 3:19-CV-07647<br><br>**JOINT PROPOSED AND STIPULATED AMENDED SCHEDULING ORDER**<br><br>Complaint Filed: April 27, 2020 |

-1-
JOINT PROPOSED AND STIPULATED AMENDED SCHEDULING ORDER

US_ACTIVE-154197786.1

The Court, having considered the parties' Joint Motion and Stipulation to Extend Deadlines hereby enters the following amended scheduling order:

1. The Rule 23 motion shall be filed by **November 16, 2020**, to be heard on a 49-day track.

2. Leave to add any new parties or to amend pleadings must be sought by **August 14, 2020**.

3. The non-expert discovery cut-off date shall be **February 1, 2021**.

4. The deadline for Plaintiff's designation of expert testimony and disclosure of full expert reports ("opening reports") under FRCP 26(a)(2) shall be **February 1, 2021**.

5. The deadline for Defendant to disclose any expert reports on the same issue ("opposition reports") shall be **February 15, 2021**.

6. Rebuttal reports are due on **February 22, 2021**.

7. The last date to file dispositive motions shall be **March 22, 2021**.

8. The other terms of the original scheduling order not modified herein remain in full force and effect.

DATED:   July 9, 2020.

Hon. William H. Alsup
United States District Judge

-2-
**JOINT PROPOSED AND STIPULATED AMENDED SCHEDULING ORDER**

US_ACTIVE-154197786.1