# TYLER TECHNOLOGIES, INC.
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Tyler Technologies, Inc. and any other related entities or affiliates, to recover overtime pay.

2. During the past three years, there were times when I worked over 40 hours per week for Tyler Technologies as an implementation consultant, implementation coordinator or in a similar job title, and did not receive compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Tyler Technologies, and any other related entities or affiliates.

Date: 07/29/2020

Signature

Justin M. Palermo

Print Name

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

Redacted

Return this form by fax, email or mail to:

Nichols Kaster, PLLP, Attn:  Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web:  www.nka.com