Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN State Bar No. 340133
srey@nka.com
NICHOLS KASTER, PLLP
80 S. 8th Street, Ste. 4600
Minneapolis, MN, 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*Admitted Pro hac vice*

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
**Pro hac vice application forthcoming*

Attorneys for Plaintiff and those similarly situated

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aaron Kudatsky, individually and on behalf of all others similarly situated, | **Case No.: 3:19-cv-07647** |
| Plaintiff, | **PLAINTIFF WITHDRAWAL FORM** |
| v. | |
| Tyler Technologies, | |
| Defendant. | |

-1-

PLAINTIFF WITHDRAWAL FORM

1    I hereby revoke my Plaintiff Consent Form and withdraw as a Plaintiff from the above-mentioned lawsuit involving claims against Defendants for violations of the Fair Labor Standards Act, 29 U.S.C.§ 201 et. seq.

I understand that a statute of limitations applies in this case and that as a result of my withdrawal from this lawsuit, the statute of limitations, which was tolled upon filing my Plaintiff Consent Form with the Court, will begin to run again upon my withdrawal.  I understand that my claims may be barred by the passage of time and that it is advisable that if I intend to further pursue this matter I should contact another attorney immediately.

Date: 08/05/2020            Signature: _____

Print Name: Vincent Pfeifer

**Mail, Fax or E-mail to:**
**Rachhana T. Srey**
**Nichols Kaster, PLLP**
**4600 IDS Center, 80 South 8th Street**
**Minneapolis, MN 55402**
**Fax: (612) 215-6870**
**Email: forms@nka.com**
**Telephone: (877) 448-0492**