## TYLER TECHNOLOGIES, INC.
## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer(s), Tyler Technologies, Inc. and any other related entities or affiliates, to recover overtime pay.

2. During the past three years, there were times when I worked over 40 hours per week for Tyler Technologies as an implementation consultant, implementation coordinator or in a similar job title, and did not receive compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Tyler Technologies, and any other related entities or affiliates.

Date: 08/20/2020

Signature: *John W. Findley, Jr.*

Print Name: John W. Findley, Jr.

**Information Below Will Be Redacted in Filings with the Court.  Please Print or Type.**

Redacted

| | |
|---|---|
| Return this form by fax, email or mail to: | Nichols Kaster, PLLP, Attn:  Rachhana T. Srey<br>Fax: (612) 215-6870<br>Email: forms@nka.com<br>Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402<br>Web:  www.nka.com |

# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, Tyler Technologies, Inc., and any other related entities or affiliates, to recover overtime wages.

2. During the past three years, there were times when I worked over 40 hours per week for Tyler Technologies as an implementation consultant and did not receive compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert overtime claims against Tyler Technologies, and any other related entities or affiliates.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: Aug 19 2020

Signature: *[signature]*

Print Name: Marisol Garcia

**Information Below Will Be Redacted in Filings with the Court. Please Print or Type.**

*[redacted]*

Return this form by fax, email or mail to:

Nichols Kaster, PLLP, Attn: Rachhana T. Srey
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402
Web: https://www.nka.com/cases/employment-cases/tyler.html

Return by: July 16, 2020