## PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, Tyler Technologies, Inc., and any other related entities or affiliates, to recover overtime wages.

2. During the past three years, there were times when I worked over 40 hours per week for Tyler Technologies as an implementation consultant and did not receive compensation for the overtime hours I worked.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert overtime claims against Tyler Technologies, and any other related entities or affiliates.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 8-31-2020         *Lisa A. Royal*
                        Signature

                        Lisa A. Royal
                        Print Name

**Information Below Will Be Redacted in Filings with the Court. Please Print or Type**

Redacted

Return this form by fax, email or mail to:

Nichols Kaster, PLLP, Attn: Daniel S. Brome
Fax: (612) 215-6870
Email: forms@nka.com
Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
Web: www.nka.com