1   Matthew C. Helland, CA Bar No. 250451
    helland@nka.com
2   Daniel S. Brome, CA Bar No. 278915
    dbrome@nka.com
3   NICHOLS KASTER, LLP
    235 Montgomery St., Suite 810
4   San Francisco, CA 94104
    Telephone: (415) 277-7235
5   Facsimile: (415) 277-7238

6
    Rachhana T. Srey, MN Bar No. 340133*
7   NICHOLS KASTER, PLLP
    80 S. 8th Street, Suite 4600
8   Minneapolis, MN 55402
    Telephone: (612) 256-3200
9   Facsimile: (612) 338-4878
    *admitted pro hac vice
10
    Benjamin L. Davis, MD Bar No. 29774*
11  bdavis@nicholllaw.com
    Michael Brown, MD Bar No. 20814*
12  mbrown@nicholllaw.com
    THE LAW OFFICES OF PETER T.
13  NICHOLL
    36 Charles Street, Suite 1700
14  Baltimore, MD 21201
    *Pro hac vice application forthcoming
15

16  Attorneys for PLAINTIFF and those similarly
    situated
17

18                 **UNITED STATE DISTRICT COURT**
19     **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

20  AARON KUDATSKY, individually and on      ) **Case No.  3:19-CV-07647-WHA**
    behalf of all others similarly situated,  )
21                                            ) **PLAINTIFF'S ADMINISTRATIVE**
                                              ) **MOTION TO FILE UNDER SEAL**
22                      Plaintiff,            )
                                              )
23                                            )
                                              )
24          vs.                               )
                                              )
25                                            )
    TYLER TECHNOLOGIES, INC.                  )
26                                            )
                        Defendant.            )
27                                            )
                                              )
28  _____ )

1    Pursuant to Local Rule 79-5(d)(1), Plaintiff Aaron Kudatsky, individually and on behalf

2  of all others similarly situated, respectfully seek leave to file under seal unredacted versions of

3  the following documents: Plaintiff's Motion for Class Certification (collectively, the "Proposed

4  Sealed Documents"), and Exhibits 1 – 5 to the accompanying Brome Declaration. The

5  unredacted versions of the Proposed Sealed Documents are attached as **Exhibits A and B** to the

6  Declaration of Daniel S. Brome ("Brome Declaration") filed in support of this Application.

7    As detailed in the Brome Declaration, the Proposed Sealed Documents contained in

8  Exhibit B were produced by Defendant and were designated as Confidential pursuant to the

9  stipulated protective order. Following meet and confer efforts, the Parties did not agree to

10  remove the Confidential designations. Defendant indicated an intent to file a declaration,

11  pursuant to Local Rule 79-5(e), to demonstrate why that material should remain sealed.

12    In light of the foregoing, Plaintiff respectfully requests that this Court issue the proposed

13  order authorizing them to file unredacted versions of the Proposed Sealed Documents under seal

14  and publicly-available versions that redact the material described in the [Proposed] Order filed

15  concurrently herewith.

16

17  Dated: November 16, 2020                    **NICHOLS KASTER, LLP**

18                                              By:    s/Daniel S. Brome
19                                                     Matthew C. Helland
                                                       Rachhana T. Srey
20                                                     Daniel S. Brome

21                                                     Attorneys for Plaintiff and Others Similarly
22                                                     Situated

23

24

25

26

27

28

**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**