1  Matthew C. Helland, CA Bar No. 250451
   helland@nka.com
2  Daniel S. Brome, CA Bar No. 278915
   dbrome@nka.com
3  NICHOLS KASTER, LLP
4  235 Montgomery St., Suite 810
   San Francisco, CA 94104
5  Telephone: (415) 277-7235
   Facsimile: (415) 277-7238
6
7  Rachhana T. Srey, MN Bar No. 340133*
   NICHOLS KASTER, PLLP
8  80 S. 8th Street, Suite 4600
   Minneapolis, MN 55402
9  Telephone: (612) 256-3200
   Facsimile: (612) 338-4878
10 *admitted pro hac vice

11 Benjamin L. Davis, MD Bar No. 29774*
   bdavis@nicholllaw.com
12 Michael Brown, MD Bar No. 20814*
   mbrown@nicholllaw.com
13 THE LAW OFFICES OF PETER T.
   NICHOLL
14 36 Charles Street, Suite 1700
   Baltimore, MD 21201
15 *Pro hac vice application forthcoming

16
   Attorneys for PLAINTIFF and those similarly
17 situated

18
                    **UNITED STATE DISTRICT COURT**
19              **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

20 | AARON KUDATSKY, individually and on | ) | **Case No. 3:19-CV-07647-WHA**
21 | behalf of all others similarly situated, | ) |
                                              ) | **DECLARATION OF DANIEL S.**
22 |                                          ) | **BROME IN SUPPORT OF**
   |                        Plaintiffs,       ) | **PLAINTIFF'S ADMINISTRATIVE**
23 |                                          ) | **MOTION TO FILE UNDER SEAL**
                                              )
24 |        vs.                                ) |
                                              )
25 |                                          ) |
   | TYLER TECHNOLOGIES, INC.                 ) |
26 |                                          ) |
   |                        Defendant.        ) |
27                                            )

28

-1-
DECLARATION OF DANIEL S. BROME IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

I, DANIEL S. BROME, declare:

1. I am an attorney with the law firm of Nichols Kaster, counsel of record for the named Plaintiffs and opt-in Plaintiffs in this matter. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. I submit this Declaration pursuant to Local Rules 79-5(d)(1)(A) and 79-5(e) to establish the basis for Plaintiff's Administrative Motion to File Under Seal, filed concurrently herewith.

3. The "designated material" that Plaintiff seeks to file under seal contain terms that relate to Tyler Technologies' compensation to employees. All of the designated material was produced by Defendant and designated Confidential, pursuant to the stipulated protective order.

4. The Parties met and conferred regarding maintaining the Confidential designation of the exhibits, but did not agree to remove the Confidential designations.

5. Pursuant to Local Rule 79-5(e), Plaintiff, as the Submitting Party, identifies the following material as being submitted under seal:

    a. Attached hereto as **Exhibit A** is an unredacted version of Plaintiff's Motion for Class Certification;

    b. Attached hereto as **Exhibit B** is a file containing unredacted versions of Exhibits 1 through 5 submitted in support of Plaintiff's Motion for Class Certification.

6. Counsel for Defendant (the Designating Party) has represented that all of the sealed exhibits contain proprietary business information, and has indicated their intention to submit a declaration establishing that all the designated material is sealable within four days, as required by Local Rule 79-5(d)(1)(A) and 79-5(e)(1).

7. Plaintiff therefore requests that the Court order that the documents described *supra* ¶ 5 be filed under seal.

1  The foregoing statement is made under penalty of perjury and is true and correct to the best
2  of my knowledge and belief.

4  Dated: November 16, 2020              By:     s/Daniel S. Brome
                                                 Daniel S. Brome