1  Matthew C. Helland, CA Bar No. 250451
   helland@nka.com
2  Daniel S. Brome, CA Bar No. 278915
   dbrome@nka.com
3  NICHOLS KASTER, LLP
4  235 Montgomery St., Suite 810
   San Francisco, CA 94104
5  Telephone: (415) 277-7235
   Facsimile: (415) 277-7238
6

7  Rachhana T. Srey, MN Bar No. 340133*
   NICHOLS KASTER, PLLP
8  80 S. 8th Street, Suite 4600
   Minneapolis, MN 55402
9  Telephone: (612) 256-3200
   Facsimile: (612) 338-4878
10 *admitted pro hac vice

11
   Benjamin L. Davis, MD Bar No. 29774*
12 bdavis@nicholllaw.com
   Michael Brown, MD Bar No. 20814*
13 mbrown@nicholllaw.com
   THE LAW OFFICES OF PETER T.
14 NICHOLL
   36 Charles Street, Suite 1700
15 Baltimore, MD 21201
   *Pro hac vice application forthcoming
16
   Attorneys for PLAINTIFF and those similarly
17 situated

18
# UNITED STATE DISTRICT COURT
19 ## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

20 | AARON KUDATSKY, individually and on behalf of all others similarly situated, | ) ) ) | **Case No. 3:19-CV-07647-WHA** |
21 | | ) | **PROOF OF SERVICE** |
22 | Plaintiff, | ) ) | |
23 | | ) ) | |
24 | vs. | ) ) | |
25 | | ) ) | |
   | TYLER TECHNOLOGIES, INC. | ) ) | |
26 | Defendant. | ) ) | |
27 | | ) ) | |
28

-1-

PROOF OF SERVICE

1  I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 235 Montgomery St., Suite 810 San Francisco, CA 94104.

On November 16, 2020, I served the following document(s) described as:

- **DECLARATION OF DANILE S. BROME IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

on the interested party(ies) below, using the following means:

| | |
|---|---|
| Paulo McKeeby<br>Michael Correll<br>pmckeeby@reedsmith.com<br>mcorrell@reedsmith.com<br>REED SMITH LLP<br>2850 N. Harwood, Suite 1500<br>Dallas, TX 75201<br>Telephone: (469) 680-4227<br>Facsimile: (469) 680-4299 | Brian K. Morris<br>bmorris@reedsmith.com<br>Reed Smith LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (469) 680-4227<br>Facsimile: (469) 680-4299 |

[**X**] BY ELECTRONIC MAIL: Based on a court order or an agreement to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court whose direction the service was made.

Executed on November 16, 2020, at San Rafael, California.


Daniel S. Brome                                                     S/ Daniel S. Brome
[Print Name of Person Executing Proof]                              [Signature]

-2-

PROOF OF SERVICE                                                    US_ACTIVE-154098109.1