Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA  94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN State Bar No. 340133*
srey@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

*Admitted pro hac vice

Attorneys for Plaintiff and those similarly situated

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aaron Kudatsky, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Tyler Technologies,<br><br>　　　　　　　　　　Defendant. | Case No.　　3:19-CV-07647-WHA<br><br>**DECLARATION OF AARON KUDATSKY**<br><br>**Date: January 7, 2021**<br>**Time: 8:00 am**<br>**Courtroom: 12 – 19th Floor**<br><br>**Judge: Hon. William H. Alsup** |

DECLARATION OF AARON KUDATSKY　　　　　　　　　　　　　　　　　　　　　　3:19-cv-07647-WHA

1

I, Aaron Kudatsky, declare as follows:

1. I am the Named Plaintiff in this matter. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. I am not aware of any conflicts of interest between myself and the class.

3. I do not have any criminal convictions.

4. I have never been a plaintiff in any other case.

5. I do not have any prior history with Plaintiffs' Counsel.

I declare under penalty of perjury of the laws of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.

Date: 11/16/2020

_____
Aaron Kudatsky