Matthew C. Helland, CA Bar No. 250451
helland@nka.com
Daniel S. Brome, CA Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for PLAINTIFF and those similarly situated

# UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>Defendant. | **Case No.  3:19-CV-07647-WHA**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

1     Plaintiff's Motion for Class Certification came on for hearing on January 7, 2021. Having
2 reviewed the Parties' submissions and good cause appearing therefore, Plaintiff's motion is
3 hereby GRANTED in full. The Court finds that the members of the Class are so numerous that
4 joinder of all members is impracticable, there are questions of law or fact common to the Class,
5 the claims or defenses of the representative parties are typical of the claims or defenses of the
6 Class, the representative parties will fairly and adequately protect the interests of the Class,
7 questions of law or fact common to Class members predominate over any questions affecting
8 only individual members, and a class action is superior to any other available method for the fair
9 and efficient adjudication of this controversy.

10     **IT IS, THEREFORE, ORDERED**, that:

11     1. The following class is certified for Plaintiff's overtime, unfair competition, and waiting time claims: All persons who worked for Defendant as ERP Implementation Consultants, or other positions with similar job duties and/or job titles within the State of California at any time during the four (4) years prior to the filing of this case.

15     2. A subclass of individuals whose principal place of work was in is certified for Plaintiff's wage statement claims.

17     3. Named Plaintiff Aaron Kudatsky is hereby appointed as the Class Representative.

18     4. Nichols Kaster LLP shall serve as Class Counsel.

19     5. Plaintiff's Proposed Class Notice is adopted in full, and shall be distributed to class members within 14 days from the date of this Order by first class mail and email, with a 60-day notice period.

23 SO ORDERED this ___ day of _____, 2020.

                                                WILLIAM H. ALSUP
                                                United States District Judge