1  Matthew C. Helland, CA Bar No. 250451
   helland@nka.com
2  Daniel S. Brome, CA Bar No. 278915
   dbrome@nka.com
3  NICHOLS KASTER, LLP
4  235 Montgomery St., Suite 810
   San Francisco, CA 94104
5  Telephone: (415) 277-7235
   Facsimile: (415) 277-7238
6
7  Rachhana T. Srey, MN Bar No. 340133*
   NICHOLS KASTER, PLLP
8  80 S. 8th Street, Suite 4600
   Minneapolis, MN 55402
9  Telephone: (612) 256-3200
   Facsimile: (612) 338-4878
10 *admitted pro hac vice

11 Benjamin L. Davis, MD Bar No. 29774*
   bdavis@nicholllaw.com
12 Michael Brown, MD Bar No. 20814*
   mbrown@nicholllaw.com
13 THE LAW OFFICES OF PETER T. NICHOLL
14 36 Charles Street, Suite 1700
   Baltimore, MD 21201
15 *Pro hac vice application forthcoming

16
17 Attorneys for PLAINTIFF and those similarly situated

Paulo McKeeby
pmckeeby@reedsmith.com
Michael Correll
mcorrell@reedsmith.com
Reed Smith LLP
2501 N. Harwood, Suite 1700
Dallas, TX 75201
Telephone: (469) 680 4227
Facsimile: (469) 680 4299

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

# UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>  Defendant. | Case No. 3:19-CV-07647-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ON THE PARTIES' RULE 23 BRIEFING SCHEDULE** |

156556961.1

-1-
**STIPULATION AND [PROPOSED] ORDER ON THE PARTIES' RULE 23 BRIEFING SCHEDULE**

Pursuant to the Court's Amended Scheduling Order of July 9, 2020, Plaintiffs on November 16, 2020 timely filed their motion to certify a class action under Rule 23 of the Federal Rules of Civil Procedure. The Court's Order calls for the motion to be heard on a 49-day track, but does not set forth a specific briefing scheduled. As such, after conference between counsel, the parties have agreed to the following briefing schedule:

- Deadline for Defendant's opposition to Plaintiff's Rule 23 Motion: December 17, 2020
- Deadline for Plaintiff's reply brief: December 30, 2020

Due to witness availability, the Parties have scheduled one deposition for November 20, 2020. The Parties agree that testimony from this deposition may be referenced in Defendant's opposition and in Plaintiff's reply, even though it was not included in Plaintiff's opening brief. To the extent Plaintiff's reply relies on this testimony, Defendant will be permitted to file a sur-reply, not to exceed five (5) pages, due by January 4, 2021.

**IT IS SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| Dated: November 19, 2020 | | REED SMITH, PLLP |
| | By: | *s/ Paulo B. McKeeby* <br> Paulo McKeeby <br> Michael Correll |
| | | Attorneys for Defendant <br> TYLER TECHNOLOGIES, INC. |
| Dated: November 19, 2020 | | NICHOLS KASTER, PLLP |
| | By: | *s/ Daniel S. Brome* <br> Daniel S. Brome <br> Rachhana T. Srey |
| | | Attorneys for PLAINTIFF |

## [PROPOSED] ORDER

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

Dated _____ 2020.

                                          WILLIAM H. ALSUP
                                          United States District Judge