UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON KUDATSKY,

    Plaintiff,

v.

TYLER TECHNOLOGIES,

    Defendant.

No. C 19-07647 WHA

**ORDER RE STIPULATED REQUEST FOR INCLUSION OF NOVEMBER 20 DEPOSITION IN PLAINTIFF'S REPLY AND RULE 23 BRIEFING SCHEDULE**

Parties are ordered to remain on a 49-day briefing schedule. The deadline for defendant's opposition to plaintiff's Rule 23 motion shall be due **DECEMBER 7, 2020 AT NOON**. The plaintiff's reply shall be due **DECEMBER 21, 2020 AT NOON**. Defendant's sur-reply shall be due **DECEMBER 24, 2020 AT NOON**.

Testimony from the November 20, 2020 deposition may be referenced in defendant's opposition and sur-reply and in plaintiff's reply, although it was not included in plaintiff's opening brief.

**IT IS SO ORDERED.**

Dated: November 23, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE