Matthew C. Helland, CA Bar No. 250451
helland@nka.com
Daniel S. Brome, CA Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for PLAINTIFF and those similarly situated

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>Defendant. | **Case No. 3:19-CV-07647-WHA**<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1   Pursuant to Local Rule 79-5(d)(1), Plaintiff Aaron Kudatsky, individually and on behalf of all others similarly situated, respectfully seeks leave to file under seal an unredacted versions of the following document: Plaintiff's Reply in Support of Motion for Class Certification. The unredacted version is attached as **Exhibit A** to the Declaration of Daniel S. Brome ("Brome Declaration") filed in support of this Application.

As detailed in the Brome Declaration, the Proposed Sealed Document reflects information from a document that was produced by Defendant and designated as Confidential pursuant to the stipulated protective order. Following meet and confer efforts, the Parties did not agree to remove the Confidential designations, and Plaintiff filed that document under seal in connection with Plaintiff's Motion for Class Certification. Defendant filed a declaration, pursuant to Local Rule 79-5(e), to demonstrate why that material should remain sealed.

In light of the foregoing, Plaintiff respectfully requests that this Court issue the proposed order authorizing them to file the unredacted version of the Proposed Sealed Document under seal and publicly-available versions that redact the material described in the [Proposed] Order filed concurrently herewith.

Dated: December 21, 2020               **NICHOLS KASTER, LLP**

                              By:   s/Daniel S. Brome
                                    Matthew C. Helland
                                    Rachhana T. Srey
                                    Daniel S. Brome

                                    Attorneys for Plaintiff and Others Similarly Situated

-2-
PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL