Matthew C. Helland, CA Bar No. 250451
helland@nka.com
Daniel S. Brome, CA Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for PLAINTIFF and those similarly situated

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>　　　　　　　　　　　　Defendant. | **Case No.  3:19-CV-07647-WHA**<br><br>**DECLARATION OF DANIEL S. BROME IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, DANIEL S. BROME, declare:

1. I am an attorney with the law firm of Nichols Kaster, counsel of record for the named Plaintiffs and opt-in Plaintiffs in this matter. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. I submit this Declaration pursuant to Local Rules 79-5(d)(1)(A) and 79-5(e) to establish the basis for Plaintiff's Administrative Motion to File Under Seal, filed concurrently herewith.

3. Plaintiff seeks to file his Reply in Support of Motion for Class Certification under seal, because it contains information related to Tyler Technologies' internal policies obtained from material that was produced by Defendant and designated Confidential, pursuant to the stipulated protective order.

4. The Parties met and conferred regarding maintaining the Confidential designation of the exhibits, but did not agree to remove the Confidential designations.

5. Pursuant to Local Rule 79-5(e), Plaintiff, as the Submitting Party, identifies the following material as being submitted under seal:

    a. Attached hereto as **Exhibit A** is an unredacted version of Plaintiff's Reply Memorandum in Support of Plaintiff's Motion for Class Certification.

6. Counsel for Defendant (the Designating Party) previously submitted a declaration (ECF No. 80) to establish that all the designated material is sealable, as required by Local Rule 79-5(d)(1)(A) and 79-5(e)(1).

7. Plaintiff therefore requests that the Court order that the document described *supra* ¶ 5 be filed under seal.

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

Dated: December 21, 2020          By:    s/Daniel S. Brome
                                                                     Daniel S. Brome