1  Matthew C. Helland, CA Bar No. 250451
   helland@nka.com
2  Daniel S. Brome, CA Bar No. 278915
   dbrome@nka.com
3  NICHOLS KASTER, LLP
4  235 Montgomery St., Suite 810
   San Francisco, CA 94104
5  Telephone: (415) 277-7235
   Facsimile: (415) 277-7238
6

7  Rachhana T. Srey, MN Bar No. 340133*
   NICHOLS KASTER, PLLP
8  80 S. 8th Street, Suite 4600
   Minneapolis, MN 55402
9  Telephone: (612) 256-3200
   Facsimile: (612) 338-4878
10 *admitted pro hac vice

11
   Benjamin L. Davis, MD Bar No. 29774*
12 bdavis@nicholllaw.com
   Michael Brown, MD Bar No. 20814*
13 mbrown@nicholllaw.com
   THE LAW OFFICES OF PETER T.
14 NICHOLL
   36 Charles Street, Suite 1700
15 Baltimore, MD 21201
   *Pro hac vice application forthcoming
16

17 Attorneys for PLAINTIFF and those similarly situated

18
## UNITED STATE DISTRICT COURT
19 ## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| 20  AARON KUDATSKY, individually and on behalf of all others similarly situated, | Case No. 3:19-CV-07647-WHA |
| 21 | |
| 22                            Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| 23 | |
| 24     vs. | |
| 25  TYLER TECHNOLOGIES, INC. | |
| 26                            Defendant. | |
| 27 | |

28

1    The Court, having considered Plaintiff's Administrative Motion to File Under Seal, and
2 compelling reasons that overcome the presumption of public access having been shown, hereby
3 GRANTS Plaintiff's Application and ORDERS that the following material shall remain
4 UNDER SEAL:
5    (a)    Unredacted Exhibit A to Brome Decl. in Support of Plaintiff's Administrative
6           Motion (Unredacted version of Plaintiff's Reply in Support of Motion for Class
7           Certification).
8    The redacted version of Exhibits A shall remain publicly filed consistent with the terms
9 of this Order.

11 SO ORDERED this ___ day of _____, 2020.

                                                    _____
12                                                  WILLIAM H. ALSUP
                                                    United States District Judge