Matthew C. Helland, CA Bar No. 250451
helland@nka.com
Daniel S. Brome, CA Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for PLAINTIFF and those similarly situated

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>　　　　　　　　　Defendant. | **Case No.  3:19-CV-07647-WHA**<br><br>**PROOF OF SERVICE** |

-1-

PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 235 Montgomery St., Suite 810 San Francisco, CA 94104.

On December 21, 2020, I served the following document(s) described as:

- **DECLARATION OF DANILE S. BROME IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

on the interested party(ies) below, using the following means:

| | |
|---|---|
| Paulo McKeeby<br>Michael Correll<br>pmckeeby@reedsmith.com<br>mcorrell@reedsmith.com<br>REED SMITH LLP<br>2850 N. Harwood, Suite 1500<br>Dallas, TX 75201<br>Telephone: (469) 680-4227<br>Facsimile: (469) 680-4299 | Brian K. Morris<br>bmorris@reedsmith.com<br>Reed Smith LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (469) 680-4227<br>Facsimile: (469) 680-4299 |

[**X**] BY ELECTRONIC MAIL: Based on a court order or an agreement to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court whose direction the service was made.

Executed on December 21, 2020, at San Rafael, California.


Daniel S. Brome                                                                 S/ Daniel S. Brome
[Print Name of Person Executing Proof]                          [Signature]

-2-

PROOF OF SERVICE                                                                                    US_ACTIVE-154098109.1