| | |
|---|---|
| 1 | Matthew C. Helland, CA State Bar No. 250451 |
| | helland@nka.com |
| 2 | Daniel S. Brome, CA State Bar No. 278915 |
| | dbrome@nka.com |
| 3 | NICHOLS KASTER, LLP |
| | 235 Montgomery St., Suite 810 |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 277-7235 |
| 5 | Facsimile: (415) 277-7238 |

Rachhana T. Srey, MN State Bar No. 340133*
srey@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*Admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
The Law Offices of Peter T. Nicholl
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for Plaintiff and those similarly situated

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aaron Kudatsky, individually and on behalf of all others similarly situated, | Case No.    3:19-CV-07647-WHA |
| Plaintiff, | **DECLARATION OF DANIEL S. BROME** |
| v. | **Date: January 7, 2021**<br>**Time: 8:00 am** |
| Tyler Technologies, | **Courtroom: 12 – 19th Floor** |
| Defendant. | **Judge: Hon. William H. Alsup** |

DECLARATION OF DANIEL S. BROME                                                                           3:19-cv-07647-WHA

1

I, Daniel S. Brome, declare as follows:

1. I am an attorney with the law firm of Nichols Kaster, counsel of record for the named Plaintiff and opt-in Plaintiffs in this matter. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. Tyler has produced records showing when its Implementation Consultants ("ICs") traveled to California for work. Those records were produced in an excel spreadsheet, identifying 2,553 separate instances of travel. These records indicate the IC, the travel dates, and the travel locations. By way of example, the travel records reflect one trip to California each for the two individuals who submitted declarations in connection with Tyler's Opposition to Class Certification stating that they rarely traveled to California, Cynthia Williams and Lynn Kazlousky. According to those records, Ms. Kazlousky flew from Florida to California on August 13, 2019, and flew back to Florida on August 16. Ms. Williams flew from Missouri to California on August 13, 2019, and returned to Missouri on August 15.

3. On September 11, 2020, counsel for Defendant took the deposition of Aaron Kudatsky, excerpts of this transcript were submitted in support of Plaintiff's Motion for Class Certification. Attached hereto as **Exhibit 1** is a true and correct copy of the cover page, court reporter's certification, and relevant excerpt from that deposition transcript referenced in Plaintiff's Reply in Support of the Motion for Class Certification.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date:  December 21, 2020                           s/ *Daniel S. Brome*
                                                   Daniel S. Brome