# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2
 3   AARON KUDATSKY, Individually ) Case No.:  3:19-CV-07647-WHA
     and on behalf of all others  )
 4   similarly situated,          )
                                  ) DEFENDANT'S NOTICE OF TAKING
 5        Plaintiffs              ) DEPOSITION OF PLAINTIFF
                                  ) AARON KUDATSKY
 6   vs.                          )
                                  ) Judge William Alsup
 7   TYLER TECHNOLOGIES,          )
                                  ) Action Filed:  November 20,
 8        Defendant.              )              2019
 9
10
11         _____
12             ORAL AND VIDEOTAPED DEPOSITION OF
                         AARON KUDATSKY
13                    SEPTEMBER 11, 2020
14         _____
15         ORAL AND VIDEOTAPED DEPOSITION of AARON KUDATSKY
     produced as a witness at the instance of the Defendant, and
16   duly sworn, was taken in the above-styled and numbered cause
     on the 11th of September 2020 from 11:06 a.m. to 6:15 p.m.,
17   before Christie Tawater, CSR, RPR, in and for the State of
     Texas, reported by computerized stenotype machine remotely
18   via Zoom from her home located in Fort Worth, Texas pursuant
     to the California Federal Rules of Civil Procedure and the
19   provisions stated on the record or attached hereto; that the
     deposition shall be read and signed before any notary public
20   pursuant to Rule 30(e)(1).      Job No. 4253180
21
22
23
24
25

                                                          Page 1
```

1  going to read it aloud if you'll read along silently.
2          Performed consultation slash analysis
3  sessions on business processes and applicable Tyler
4  Munis products to determine the existing business
5  model and create a new model to use in the deployment
6  of the project.  Did I read that correctly?
7      A.   You read that correctly.
8      Q.   Does that -- is that bullet describing the
9  analysis phase that we've been talking about?
10     A.   That is, you could say, the resume fancy
11  trying to make it sound fancy way of describing it,
12  but, essentially, looking at existing and future,
13  and, you know, putting it to the Tyler Munis
14  products, correct.
15     Q.   Is something about that bullet exaggerated?
16     A.   We worked directly individually as
17  consultants making new models.  The models were,
18  essentially, guided by structured documentation.  I
19  wasn't doing business process analysis which is
20  something that's done in the professional services
21  industry where instead I was following a [SIC]
22  analysis questionnaire which determined the new model
23  so --
24     Q.   Have you submitted this resume to any
25  employers?

```
1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
2
3    AARON KUDATSKY, Individually ) Case No.:  3:19-CV-07647-WHA
     and on behalf of all others  )
4    similarly situated,          )
                                  ) DEFENDANT'S NOTICE OF TAKING
5         Plaintiffs              ) DEPOSITION OF PLAINTIFF
                                  ) AARON KUDATSKY
6    vs.                          )
                                  ) Judge William Alsup
7    TYLER TECHNOLOGIES,          )
                                  ) Action Filed:  November 20,
8         Defendant.              )                2019
9
10                REPORTER'S CERTIFICATION
11   THE STATE OF TEXAS:
     COUNTY OF TARRANT:
12
13        I, Christie L. Tawater, Shorthand Reporter in and for
14   the State of Texas, hereby certify to the following:
15        That the witness, AARON KUDATSKY, was duly sworn by the
16   officer and that the transcript of the oral deposition is a
17   true record of the testimony given by the witness;
18        That the deposition transcript was submitted on October
19   12, 2020, to the attorney for the witness, for examination,
20   signature, and to Veritext Legal Solutions, by November 11,
21   2020;
22        That the original deposition was delivered to Mr.
23   Michael A. Correll, Custodial Attorney;
24
25
```

```
 1         That the amount of time used by each party to the
 2    deposition is as follows:
 3         Mr. Michael A. Correll - 5 hours and 7 minutes
           Mr. Paulo McKeeby - 00:00
 4         Mr. Daniel S. Brome - 6 minutes
           Ms. Abigail Diaz - 00:00
 5
 6         I further certify that I am neither counsel for,
 7    related to, nor employed by any of the parties or
 8    attorneys in the action in which this proceeding was
 9    taken, and further that I am not financially or
10    otherwise interested in the outcome of the action.
11         GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this
12    the 12th day of October, 2020.
13
14
15
16
                                  Christie L. Tawater, CSR, RPR
17                                Expiration Date:  12/31/2022
                                  VERITEXT LEGAL SOLUTIONS
18                                Veritext Registration No. 571
                                  300 Throckmorton Street
19                                Suite 1600
                                  Fort Worth, Texas 76102
20                                (817) 336-3042
                                  (800) 336-4000
21
22
23    Job No. 4253180
24
25

                                                   Page 224
```