1  Matthew C. Helland, CA Bar No. 250451
   helland@nka.com
2  Daniel S. Brome, CA Bar No. 278915
   dbrome@nka.com
3  NICHOLS KASTER, LLP
   235 Montgomery St., Suite 810
4  San Francisco, CA 94104
   Telephone: (415) 277-7235
5  Facsimile: (415) 277-7238
6
7  Rachhana T. Srey, MN Bar No. 340133*
   NICHOLS KASTER, PLLP
8  80 S. 8th Street, Suite 4600
   Minneapolis, MN 55402
9  Telephone: (612) 256-3200
   Facsimile: (612) 338-4878
10 *admitted pro hac vice

11 Benjamin L. Davis, MD Bar No. 29774*
   bdavis@nicholllaw.com
12 Michael Brown, MD Bar No. 20814*
   mbrown@nicholllaw.com
13 THE LAW OFFICES OF PETER T. NICHOLL
14 36 Charles Street, Suite 1700
   Baltimore, MD 21201
15 *Pro hac vice application forthcoming

16
17 Attorneys for PLAINTIFF and those similarly situated

Paulo McKeeby
pmckeeby@reedsmith.com
Michael Correll
mcorrell@reedsmith.com
Reed Smith LLP
2501 N. Harwood, Suite 1700
Dallas, TX 75201
Telephone: (469) 680 4227
Facsimile: (469) 680 4299

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

18
19                 **UNITED STATE DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

20 AARON KUDATSKY, individually and on       )   **Case No. 3:19-CV-07647-WHA**
21 behalf of all others similarly situated,  )
                                             )   **JOINT STIPULATION AND**
22                                           )   **[PROPOSED] ORDER TO**
                              Plaintiffs,    )   **CONTINUE DATES**
23                                           )
                                             )
24       vs.                                 )
                                             )
25                                           )
   TYLER TECHNOLOGIES, INC.                  )
26                                           )
                              Defendant.     )
27                                           )

28

-1-
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES**

-2-

Pursuant to the Court's Amended Scheduling Order of July 9, 2020, Plaintiffs on November 16, 2020 timely filed their motion to certify a class action under Rule 23 of the Federal Rules of Civil Procedure (the "Motion"). The Motion was noticed for hearing on January 7, 2021, and is now fully briefed. On December 29, 2020, the Court continued the hearing by four weeks, to February 4, 2021. To allow sufficient time after a ruling on the Motion for any discovery or motion practice, to adequately prepare for settlement conference in the case, and in consideration of a surgical procedure of lead counsel for Defendant scheduled for January 18, 2020, the Parties hereby stipulate and agree to continue the following case management dates by a corresponding four weeks:

| Event | Previous Date | New Date |
| --- | --- | --- |
| Non-expert discovery cutoff<br><br>Plaintiffs' expert designations | 2/1/21 | 3/1/21 |
| Non-dispositive motion deadline | 2/4/21 | 3/4/21 |
| Defendant's expert designations | 2/15/21 | 3/15/21 |
| Settlement conference* | 2/22/21 | 3/22/21 |
| Deadline to file dispositive motions | 3/22/21 | 4/19/21 |
| Final pretrial conference | 4/28/21, at 12:00 p.m. | 5/26/21, at 12:00 p.m. |

*Settlement Conference – With the Court's permission, the Parties are prepared to go forward with the scheduling conference as currently set before Judge Ryu. However, the Parties are mindful of the Court's admonition against settlement negotiations before class certification. Given that Judge Ryu's settlement conference scheduling order calls for a pre-settlement conference demand and exchange of the Parties' positions, the Parties believe that continuing the settlement conference will avoid conducting negotiations before a ruling on class certification.

The Parties have been unable confirmed Judge Ryu's availability for the proposed date.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| Dated: January 15, 2021 | REED SMITH, PLLP |
| | By:  *s/ Paulo McKeeby*<br>Paulo McKeeby<br>Michael Correll |
| | Attorneys for Defendant<br>TYLER TECHNOLOGIES, INC. |
| Dated: January 15, 2021 | NICHOLS KASTER, LLP |
| | By:  *s/ Daniel S. Brome*<br>Daniel S. Brome<br>Rachhana T. Srey |
| | Attorneys for PLAINTIFF |

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED.

Dated   January 19   2021

WILLIAM H. ALSUP
United States District Judge

-3-
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATES**

US_ACTIVE-157530176