UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KUDATSKY, | Case No. 3:19-cv-07647-WHA (DMR) |
| Plaintiff, | |
| v. | **NOTICE OF RESCHEDULED SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** |
| TYLER TECHNOLOGIES, | |
| Defendant. | Re: Dkt. Nos. 87 and 94 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. Pursuant to District Judge William Alsup's Order dated January 19, 2021 granting the parties' joint stipulation to continue dates [Docket No. 94], all parties are hereby notified that the settlement conference previously scheduled for February 22, 2021 at 10:00 a.m. has been RESCHEDULED to **March 23, 2021  at 10:00 a.m.** by Zoom video conference before Magistrate Judge Donna M. Ryu.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated December 7, 2020.  [*See* Docket No. 87.]

**IT IS SO ORDERED.**

Dated: January 21, 2021

_____
DONNA M. RYU
United States Magistrate Judge

United States District Court
Northern District of California