| | |
|---|---|
| Matthew C. Helland, CA Bar No. 250451<br>helland@nka.com<br>Daniel S. Brome, CA Bar No. 278915<br>dbrome@nka.com<br>NICHOLS KASTER, LLP<br>235 Montgomery St., Suite 810<br>San Francisco, CA 94104<br>Telephone: (415) 277-7235<br>Facsimile: (415) 277-7238 | Paulo McKeeby<br>pmckeeby@reedsmith.com<br>Michael Correll<br>mcorrell@reedsmith.com<br>Reed Smith LLP<br>2501 N. Harwood, Suite 1700<br>Dallas, TX 75201<br>Telephone: (469) 680 4227<br>Facsimile: (469) 680 4299<br><br>Attorneys for Defendant<br>TYLER TECHNOLOGIES, INC. |

Rachhana T. Srey, MN Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for PLAINTIFF and those similarly situated

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>　　　　　　　　　　Defendant. | Case No. 3:19-CV-07647-WHA<br><br>**JOINT MOTION TO EXTEND NON-DISPOSITIVE MOTION DEADLINE** |

The parties, Plaintiff Aaron Kudatsky ("Plaintiff") and Defendant Tyler Technologies, Inc. ("Defendant"), file this Joint Motion to Extend Non-Dispositive Motion Deadline and Stipulation to Extend Deadlines and would respectfully show as follows:

1. This is a collective and class action under the Federal Labor and Standards Act ("FLSA") and California state law in which Plaintiff and the others he represents seek overtime pay as well as other relief.

2. On January 19, 2021, Court entered a "Joint Stipulation and Order to Continue Dates" and set various deadlines in the case, including the deadline for non-dispositive motions for March 4, 2021. The Court's order also set the settlement conference before the Honorable Judge Donna M. Ryu for March 23, 2021.

3. Judge Ryu's previously entered "Notice of Settlement Conference and Settlement Conference Order" provides for various briefing requirements in connection with the settlement conference. Specifically, the parties are required to file and/or serve two sets of briefs on or before March 12, 2021.

4. In order to devote their focus on the settlement conference, preparation of the briefing ordered by Judge Ryu, and assessment of potential damages models for the opt-in plaintiffs, and because there are potential non-dispositive motions that might be filed, the parties jointly request relief from the current non-dispositive motion deadline. Specifically, the parties jointly and respectfully request that the non-dispositive motion deadline be reset for April 6, 2021, two weeks after the settlement conference in the case. This brief extension will enable the parties to focus on the settlement conference and hopefully avoid the additional costs associated with motion practice. This motion is not filed for the purpose of delay but such that the interest of justice might be served.

-3-

**AGREED TO:**

Dated: March 2, 2021    REED SMITH LLP

By:  *s/ Paulo McKeeby*
Paulo McKeeby
Michael Correll

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

Dated: March 2, 2021    NICHOLS KASTER, PLLP

By:  *s/ Daniel S. Broome*
Daniel S. Brome
Rachhana T. Srey

Attorneys for PLAINTIFF

-3-
**JOINT MOTION TO EXTEND NON-DISPOSITIVE MOTION DEADLINE**
US_ACTIVE-158694168

**[PROPOSED] ORDER**

Pursuant to the Parties' Joint Motion to Extend Non-Dispositive Motion Deadline, IT IS SO ORDERED.

Dated _____ 2021

                                                WILLIAM H. ALSUP
United States District Judge

**JOINT MOTION TO EXTEND NON-DISPOSITIVE MOTION DEADLINE**

US_ACTIVE-158694168