1  Matthew C. Helland, CA Bar No. 250451
   helland@nka.com
2  Daniel S. Brome, CA Bar No. 278915
   dbrome@nka.com
3  NICHOLS KASTER, LLP
   235 Montgomery St., Suite 810
4  San Francisco, CA 94104
   Telephone: (415) 277-7235
5  Facsimile: (415) 277-7238

6  Rachhana T. Srey, MN Bar No. 340133*
7  NICHOLS KASTER, PLLP
   80 S. 8th Street, Suite 4600
8  Minneapolis, MN 55402
   Telephone: (612) 256-3200
9  Facsimile: (612) 338-4878
10 *admitted pro hac vice

11 Benjamin L. Davis, MD Bar No. 29774*
   bdavis@nicholllaw.com
12 Michael Brown, MD Bar No. 20814*
   mbrown@nicholllaw.com
13 THE LAW OFFICES OF PETER T. NICHOLL
14 36 Charles Street, Suite 1700
   Baltimore, MD 21201
15 *Pro hac vice application forthcoming

16 Attorneys for PLAINTIFF and those similarly situated
17

Paulo McKeeby
pmckeeby@reedsmith.com
Michael Correll
mcorrell@reedsmith.com
Reed Smith LLP
2501 N. Harwood, Suite 1700
Dallas, TX 75201
Telephone: (469) 680 4227
Facsimile: (469) 680 4299

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> TYLER TECHNOLOGIES, INC. <br><br> Defendant. | Case No. 3:19-CV-07647-WHA <br><br> **JOINT MOTION TO EXTEND NON-DISPOSITIVE MOTION DEADLINE** |

-1-
JOINT MOTION TO EXTEND NON-DISPOSITIVE MOTION DEADLINE

The parties, Plaintiff Aaron Kudatsky ("Plaintiff") and Defendant Tyler Technologies, Inc. ("Defendant"), file this Joint Motion to Extend Non-Dispositive Motion Deadline and Stipulation to Extend Deadlines and would respectfully show as follows:

1. This is a collective and class action under the Federal Labor and Standards Act ("FLSA") and California state law in which Plaintiff and the others he represents seek overtime pay as well as other relief.

2. On January 19, 2021, Court entered a "Joint Stipulation and Order to Continue Dates" and set various deadlines in the case, including the deadline for non-dispositive motions for March 4, 2021. The Court's order also set the settlement conference before the Honorable Judge Donna M. Ryu for March 23, 2021.

3. Judge Ryu's previously entered "Notice of Settlement Conference and Settlement Conference Order" provides for various briefing requirements in connection with the settlement conference. Specifically, the parties are required to file and/or serve two sets of briefs on or before March 12, 2021.

4. In order to devote their focus on the settlement conference, preparation of the briefing ordered by Judge Ryu, and assessment of potential damages models for the opt-in plaintiffs, and because there are potential non-dispositive motions that might be filed, the parties jointly request relief from the current non-dispositive motion deadline. Specifically, the parties jointly and respectfully request that the non-dispositive motion deadline be reset for ~~April 6, 2021~~ March 26, 2021, two weeks after the settlement conference in the case. This brief extension will enable the parties to focus on the settlement conference and hopefully avoid the additional costs associated with motion practice. This motion is not filed for the purpose of delay but such that the interest of justice might be served.

**AGREED TO:**

Dated: March 2, 2021                REED SMITH LLP

                                    By:   *s/ Paulo McKeeby*
                                          Paulo McKeeby
                                          Michael Correll

                                    Attorneys for Defendant
                                    TYLER TECHNOLOGIES, INC.

Dated: March 2, 2021                NICHOLS KASTER, PLLP

                                    By:   *s/ Daniel S. Broome*
                                          Daniel S. Brome
                                          Rachhana T. Srey

                                    Attorneys for PLAINTIFF

**[PROPOSED] ORDER**

  Pursuant to the Parties' Joint Motion to Extend Non-Dispositive Motion Deadline, IT IS SO ORDERED.

Dated ___March 4___ 2021

                    _____
                    WILLIAM H. ALSUP
                    United States District Judge

**JOINT MOTION TO EXTEND NON-DISPOSITIVE MOTION DEADLINE**