1  Matthew C. Helland, CA Bar No. 250451
   helland@nka.com
2  Daniel S. Brome, CA Bar No. 278915
   dbrome@nka.com
3  NICHOLS KASTER, LLP
4  235 Montgomery St., Suite 810
   San Francisco, CA 94104
5  Telephone: (415) 277-7235
   Facsimile: (415) 277-7238
6
7  Rachhana T. Srey, MN Bar No. 340133*
   NICHOLS KASTER, PLLP
8  80 S. 8th Street, Suite 4600
   Minneapolis, MN 55402
9  Telephone: (612) 256-3200
   Facsimile: (612) 338-4878
10 *admitted pro hac vice

11 Benjamin L. Davis, MD Bar No. 29774*
   bdavis@nicholllaw.com
12 Michael Brown, MD Bar No. 20814*
   mbrown@nicholllaw.com
13 THE LAW OFFICES OF PETER T. NICHOLL
14 36 Charles Street, Suite 1700
   Baltimore, MD 21201
15 *Pro hac vice application forthcoming

16
   Attorneys for PLAINTIFF and those similarly
17 situated

   Paulo McKeeby
   pmckeeby@reedsmith.com
   Michael Correll
   mcorrell@reedsmith.com
   Reed Smith LLP
   2501 N. Harwood, Suite 1700
   Dallas, TX  75201
   Telephone:  (469) 680 4227
   Facsimile: (469) 680 4299

   Attorneys for Defendant
   TYLER TECHNOLOGIES, INC.

18
19 **UNITED STATE DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

20 AARON KUDATSKY, individually and on ) Case No. 3:19-CV-07647-WHA
21 behalf of all others similarly situated, )
                                           ) **JOINT MOTION TO EXTEND NON-**
22                          Plaintiffs,    ) **DISPOSITIVE MOTION DEADLINE**
                                           )
23                                         )
                                           )
24      vs.                                )
                                           )
25                                         )
   TYLER TECHNOLOGIES, INC.                )
26                                         )
                            Defendant.     )
27                                         )
                                           )
28

-1-
**JOINT MOTION TO EXTEND NON-DISPOSITIVE MOTION DEADLINE**

The parties, Plaintiff Aaron Kudatsky ("Plaintiff") and Defendant Tyler Technologies, Inc. ("Defendant"), file this Joint Motion to Extend Non-Dispositive Motion Deadline and Stipulation to Extend Deadlines and would respectfully show as follows:

1. This is a collective and class action under the Federal Labor and Standards Act ("FLSA") and California state law in which Plaintiff and the others he represents seek overtime pay as well as other relief.

2. On January 19, 2021, Court entered a "Joint Stipulation and Order to Continue Dates" and set various deadlines in the case, including the deadline for non-dispositive motions for March 4, 2021. The Court's order also set the settlement conference before the Honorable Judge Donna M. Ryu for March 23, 2021.

3. Judge Ryu's previously entered "Notice of Settlement Conference and Settlement Conference Order" provides for various briefing requirements in connection with the settlement conference. Specifically, the parties are required to file and/or serve two sets of briefs on or before March 12, 2021.

4. In order to devote their focus on the settlement conference, preparation of the briefing ordered by Judge Ryu, and assessment of potential damages models for the opt-in plaintiffs, and because there are potential non-dispositive motions that might be filed, the parties jointly request relief from the current non-dispositive motion deadline. Specifically, the parties jointly and respectfully request that the non-dispositive motion deadline be reset for ~~April 6, 2021, two weeks after the settlement conference in the case.~~ March 26, 2021. This brief extension will enable the parties to focus on the settlement conference and hopefully avoid the additional costs associated with motion practice. This motion is not filed for the purpose of delay but such that the interest of justice might be served.

-3-

**AGREED TO:**

Dated: March 2, 2021                        REED SMITH LLP

                                                               By:   *s/ Paulo McKeeby*
                                                                             Paulo McKeeby
                                                                             Michael Correll

                                           Attorneys for Defendant
                                           TYLER TECHNOLOGIES, INC.

Dated: March 2, 2021                        NICHOLS KASTER, PLLP

                                           By:   *s/ Daniel S. Broome*
                                                             Daniel S. Brome
                                                             Rachhana T. Srey

                                           Attorneys for PLAINTIFF

**JOINT MOTION TO EXTEND NON-DISPOSITIVE MOTION DEADLINE**

US_ACTIVE-158694168

**[PROPOSED] ORDER**

Pursuant to the Parties' Joint Motion to Extend Non-Dispositive Motion Deadline, IT IS SO ORDERED.

Dated __March 4__ 2021

_____
WILLIAM H. ALSUP
United States District Judge