Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA  94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN State Bar No. 340133*
srey@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*Admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
The Law Offices of Peter T. Nicholl
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for Plaintiff and those similarly situated

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aaron Kudatsky, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Tyler Technologies,<br><br>Defendant. | Case No.  3:19-CV-07647-WHA<br><br>**DECLARATION OF DANIEL S. BROME**<br><br>Date: May 6, 2021<br>Time: 8:00 am<br>Courtroom: 12 – 19th Floor<br><br>Judge: Hon. William Alsup |

I, DANIEL S. BROME, declare:

1.  I am an attorney with the law firm of Nichols Kaster, counsel of record for the named Plaintiff and opt-in Plaintiffs in this matter. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2.  Attached hereto as **Exhibit 1** is a clean copy of Plaintiff's proposed First Amended Complaint.

3.  Attached hereto as **Exhibit 2** is a redlined copy of Plaintiff's proposed First Amended Complaint, reflecting changes from the original Complaint.

4.  The Parties conducted discovery throughout the summer and fall of 2020, including written discovery and remote depositions.  All three individuals who seek to be added as additional Named Plaintiffs in the proposed amended complaint were deposed.  Plaintiff Costner was deposed on October 19, 2020; Plaintiff Edinger was deposed on October 23, 2020; Plaintiff Sinclair was deposed on October 22, 2020.

5.  On the day the class certification order was issued, I emailed with Counsel for Defendant to address case management issues. In that email, I specifically raised the prospect of amending to add additional plaintiffs who would assert individual state law claims.  Following that email, I met and conferred by phone to discuss the implications of the class certification order on multiple case management issues, including potential amendment, the upcoming settlement conference, and the deadline for filing non-dispositive motions.  I discussed with Defense Counsel that Plaintiff would likely to seek leave to amend to add additional individual state law claims. Defense Counsel and I agreed that it would be more efficient to address such a motion after the settlement conference. Accordingly, the Parties stipulated to extend the deadline for filing of non-dispositive motions.

6.  Following the settlement conference, counsel for the Parties again met and conferred about the proposed amended complaint in an effort to avoid this motion, but were not able to reach agreement.

//

//

DECLARATION OF DANIEL S. BROME                                    3:19-cv-07647-WHA

1    The foregoing statement is made under penalty of perjury and is true and correct to the best of my

2    knowledge and belief.

3

4    Date:  March 26, 2021                                    s/ *Daniel S. Brome*

5                                                             Daniel S. Brome

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28