1  Matthew C. Helland, CA Bar No. 250451
   helland@nka.com
2  Daniel S. Brome, CA Bar No. 278915
   dbrome@nka.com
3  NICHOLS KASTER, LLP
4  235 Montgomery St., Suite 810
   San Francisco, CA 94104
5  Telephone: (415) 277-7235
   Facsimile: (415) 277-7238
6
7  Rachhana T. Srey, MN Bar No. 340133*
   NICHOLS KASTER, PLLP
8  80 S. 8th Street, Suite 4700
   Minneapolis, MN 55402
9  Telephone: (612) 256-3200
   Facsimile: (612) 338-4878
10 *admitted pro hac vice
11
   Benjamin L. Davis, MD Bar No. 29774*
12 bdavis@nicholllaw.com
   Michael Brown, MD Bar No. 20814*
13 mbrown@nicholllaw.com
   THE LAW OFFICES OF PETER T.
14 NICHOLL
   36 Charles Street, Suite 1700
15 Baltimore, MD 21201
   *Pro hac vice application forthcoming
16
17 Attorneys for PLAINTIFF and those similarly situated

18
## UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>Defendant. | Case No. 3:19-CV-07647-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

-1-
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

This matter came before the Court on Plaintiffs' Motion for Leave to File a First Amended Complaint. Having reviewed the Parties' submissions and good cause appearing therefore, Plaintiffs' motion is hereby GRANTED.

The Court finds Plaintiff and Plaintiff's Counsel acted diligently in seeking this amendment, and that good cause exists to modify the scheduling order under Rule 16(b). Additionally, the Court finds that none of the *Foman* factors (undue delay, prejudice, bad faith, or futility) are present here. Therefore, the Court will apply Rule 15 of the Federal Rules of Civil Procedure and allow the amended complaint, and order that it relate back to the date the initial complaint was filed, because it arises out of the facts and circumstances of the initial complaint. The proposed First Amended Complaint provided as Exhibit 1 with Plaintiff's motion is deemed filed as of today.

Accordingly, Plaintiff's Motion is GRANTED in full.

IT IS SO ORDERED.

Dated: _____.

_____
WILLIAM ALSUP
United States District Judge