United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON KUDATSKY,

    Plaintiff,

v.

TYLER TECHNOLOGIES,

    Defendant.

No. C 19-04744 WHA

**ORDER ALLOWING RESPONSE**

Plaintiff has filed a motion for leave to amend the complaint. Defendant has until April 6 at noon to respond.

**IT IS SO ORDERED.**

Dated: March 30, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE