UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KUDATSKY,<br><br>    Plaintiff,<br><br>    v.<br><br>TYLER TECHNOLOGIES,<br><br>    Defendant. | Case No.  19-cv-07647-WHA   (DMR)<br><br>**NOTICE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER (REVISED 3/26/13)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that a further settlement conference is scheduled for 4/19/2021 **at 10:00 a.m**. which shall be held via Zoom video conference for up to 1.5 hours. Counsel are responsible for making sure that their participants are able to take part in a Zoom video conference.  Counsel should ensure that their participants have downloaded the Zoom application onto a laptop or desktop with a working camera and microphone, and <u>counsel shall do a test run with all of their participants prior to the settlement conference to eliminate all equipment-based problems</u>.  Audio-only participation is prohibited.  All participants must also have access to email and a telephone throughout the settlement conference.

If all parties, counsel, and other mandatory attendees are **not** available on the above date, counsel shall notify the court in writing **within 3 business days.**  The parties should be mindful of any time limits set by the judge to whom the case is assigned.  **If written notice is not provided within 3 business days, the settlement conference date as stated above shall remain in effect.**

The parties are instructed to send a confidential email by 4/15/21 with a brief update on their settlement positions to DMRsettlement@cand.uscourts.gov

**IT IS SO ORDERED.**

Dated: March 30, 2021

_____
Donna M. Ryu
United States Magistrate Judge