Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile:  469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2850 N. Harwood St, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile:  469.680.4299

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KUDATSKY, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs <br><br> vs. <br><br> TYLER TECHNOLOGIES, <br><br> Defendant. | Case No.:   3:19-CV-07647-WHA <br><br> **JOINT MOTION FOR STATUS CONFERENCE** <br><br> Action Filed: November 20, 2019 |

1. This matter consists of Federal Labor and Standards Act ("FLSA") and California state law claims filed by Aaron Kudatsky ("Plaintiff") against his former employer, Tyler Technologies, Inc. ("Defendant").  Plaintiff's claims seek to recover for allegedly unpaid overtime for himself and a collective of other employees under the FLSA and a class of employees who performed services in California for Defendant.  On February 25, 2021,

-1-
**JOINT MOTION FOR STATUS CONFERENCE**

1. the Court granted certification of a class pursuant to Federal Rule of Civil Procedure 23 on the issue of whether ERP Implementation Consultants are properly classified as exempt under California law ("the Rule 23 Order"). The Court held in abeyance the questions of whether the class may be properly certified on all other aspects of the asserted California state law claims, and it denied certification with respect to ERP Senior Implementation Consultants.

2. This case is set for a four-day bench trial on June 1, 2021. A final pretrial conference is set for May 26, 2021. There is a dispositive motion deadline for April 19, 2021, and both sides intend to file summary judgment motions as to the exempt classification of certain positions of Defendant in which Plaintiff and the collective and class members worked.[1]

3. The parties, by this motion, jointly and respectfully request a status conference prior to the final pretrial conference to allow the parties to more fully understand the contemplated scope of the June bench trial such that they may properly prepare for trial. In the Rule 23 Order, the Court indicated a preference to rule on the exempt status of Plaintiff and the class members. As a result, the parties assume that this trial would focus exclusively on the question of whether the class was properly classified—to the extent it is not resolved beforehand pursuant to the parties' briefing on their respective dispositive motions—and that adjudication of other issues, such as whether classwide relief is appropriate and damages be determined at a later date through the Court either by additional trial proceedings or motion practice.

---

[1] The parties are also scheduled to participate in a second settlement conference on April 19, 2021 before the Honorable Judge Donna Ryu.

- 2 –
**JOINT MOTION FOR STATUS CONFERENCE**

US_ACTIVE-159392250.3

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

4. For these reasons, the parties jointly and respectfully request that the Court grant this motion for a status conference as soon as its schedule permits. The parties do not anticipate that such a conference would require more than 30 minutes.

**AGREED TO:**

Dated: April 6, 2021						REED SMITH LLP

								By:	*/s/ Paulo McKeeby*
									Paulo McKeeby
									Michael Correll

								Attorneys for Defendant
								TYLER TECHNOLOGIES, INC.

Dated: April 6, 2021						NICHOLS KASTER, PLLP

								By:	*/s/ Daniel S. Broome*
									Daniel S. Brome
									Rachhana T. Srey

								Attorneys for PLAINTIFF, the Collective,
								and the Class

- 3 –
**JOINT MOTION FOR STATUS CONFERENCE**

US_ACTIVE-159392250.3

**[PROPOSED] ORDER**

Pursuant to the Parties' Joint Motion for Status Conference, it is granted and IT IS SO ORDERED that a status conference is set for _____, 2021 at _____.

Dated: _____, 2021

_____
WILLIAM ALSUP
United States District Judge