UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON KUDATSKY,

    Plaintiff,

v.

TYLER TECHNOLOGIES,

    Defendant.

No. C 19-07647 WHA

**ORDER RE MOTION FOR LEAVE TO AMEND COMPLAINT AND SCHEDULE MODIFICATION**

Granting plaintiff's motion would prejudice the defendant and add a Gordian knot of evidentiary complications at trial. *See Foman v. Davis*, 371 U.S. 178, 182 (1962). Two of the three named plaintiffs that plaintiffs propose to add are not ERP implementation consultants. They are senior consultants, who were expressly excluded from the certified class. And, two work outside the Tyler public-sector product. A prior order herein relied heavily on records from the public-sector Tyler product (training materials, schedules, and depositions by that sector's employees) to determine the scope of class certification. Class certification hinged on the adequacy of those records for determining the administrative exemption. Adding new records from another division would present entirely new issues. The requests for leave to

amend and for modification of the schedule are **DENIED**.

**IT IS SO ORDERED.**

Dated: April 9, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE