Matthew C. Helland, CA Bar No. 250451
helland@nka.com
Daniel S. Brome, CA Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for PLAINTIFF and those similarly situated

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>Defendant. | **Case No.  3:19-CV-07647-WHA**<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1 | Pursuant to Local Rule 79-5(d)(1), Plaintiff Aaron Kudatsky, individually and on behalf
2 | of all others similarly situated, respectfully seeks leave to file under seal an unredacted versions
3 | of the following documents (collectively, the "Proposed Sealed Documents"): Plaintiff's Motion
4 | for Summary Judgment, and Exhibits 6 – 22 to the accompanying Brome Declaration. The
5 | unredacted versions of the Proposed Sealed Documents are attached as **Exhibits A and B** to the
6 | Declaration of Daniel S. Brome ("Brome Declaration") filed in support of this Application.

7 | As detailed in the Brome Declaration, the Proposed Sealed Documents contained in
8 | Exhibit B were produced by Defendant and were designated as Confidential pursuant to the
9 | stipulated protective order. Following meet and confer efforts, the Parties agreed to remove the
10 | Confidential designations as to some of the proposed exhibits, but not those exhibits contained in
11 | Exhibit B. Defendant indicated an intent to file a declaration, pursuant to Local Rule 79-5(e), to
12 | demonstrate why that material should remain sealed.

13 | In light of the foregoing, Plaintiff respectfully requests that this Court issue the proposed
14 | order authorizing them to file the unredacted version of the Proposed Sealed Document under
15 | seal and publicly-available versions that redact the material described in the [Proposed] Order
16 | filed concurrently herewith.

Dated: April 19, 2021              **NICHOLS KASTER, LLP**

                                  By:   s/Daniel S. Brome
                                        Matthew C. Helland
                                        Rachhana T. Srey
                                        Daniel S. Brome

                                        Attorneys for Plaintiff and Others Similarly
                                        Situated