Matthew C. Helland, CA Bar No. 250451
helland@nka.com
Daniel S. Brome, CA Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for PLAINTIFF and those similarly situated

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>Defendant. | **Case No.  3:19-CV-07647-WHA**<br><br>**DECLARATION OF DANIEL S. BROME IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

-1-
DECLARATION OF DANIEL S. BROME IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

I, DANIEL S. BROME, declare:

1. I am an attorney with the law firm of Nichols Kaster, counsel of record for the named Plaintiffs and opt-in Plaintiffs in this matter. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. I submit this Declaration pursuant to Local Rules 79-5(d)(1)(A) and 79-5(e) to establish the basis for Plaintiff's Administrative Motion to File Under Seal, filed concurrently herewith.

3. Plaintiff seeks to file his Motion for Summary Judgment under seal, because it contains information related to Tyler Technologies' internal policies obtained from material that was produced by Defendant and designated Confidential, pursuant to the stipulated protective order.

4. The Parties met and conferred regarding maintaining the Confidential designation of the exhibits, and agreed to some, but not all, of the Confidential designations.

5. Pursuant to Local Rule 79-5(e), Plaintiff, as the Submitting Party, identifies the following material as being submitted under seal:

    a. Attached hereto as **Exhibit A** is an unredacted version of Plaintiff's Notice of Motion and Motion for Summary Judgment;

    b. Attached hereto as **Exhibit B** is a file containing unredacted versions of Exhibits 6 – 22 submitted in support of Plaintiff's Motion for Summary Judgment.

6. Counsel for Defendant (the Designating Party) has represented that all of the sealed exhibits contain proprietary business information, and has indicated their intention to submit a declaration establishing that all the designated material is sealable within four days, as required by Local Rule 79-5(d)(1)(A) and 79-5(e)(1).

7. Plaintiff therefore requests that the Court order that the documents described *supra* ¶ 5 be filed under seal.

-2-
DECLARATION OF DANIEL S. BROME IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1  The foregoing statement is made under penalty of perjury and is true and correct to the best
2  of my knowledge and belief.

4  Dated: April 19, 2021                By:    s/Daniel S. Brome
                                                Daniel S. Brome