Matthew C. Helland, CA Bar No. 250451
helland@nka.com
Daniel S. Brome, CA Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for PLAINTIFF and those similarly situated

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>Defendant. | **Case No.  3:19-CV-07647-WHA**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1    The Court, having considered Plaintiff's Administrative Motion to File Under Seal, and
2  compelling reasons that overcome the presumption of public access having been shown, hereby
3  GRANTS Plaintiff's Application and ORDERS that the following material shall remain
4  UNDER SEAL:
5    (a)   Unredacted Exhibit A to Brome Decl. in Support of Plaintiff's Administrative
6         Motion (Unredacted version of Plaintiff's Motion for Summary Judgment); and
7    (b)   Unredacted Exhibit B to Brome Decl. in Support of Plaintiffs' Administrative
8         Motion (Unredacted version of Exhibits 6 through 22 to Plaintiffs' Motion for
9         Summary Judgment).
10   The placeholder/ redacted versions of Exhibits A and B shall remain publicly filed
11  consistent with the terms of this Order.

13  SO ORDERED this ___ day of _____, 2021.

        _____
        WILLIAM ALSUP
        United States District Judge