Matthew C. Helland, CA Bar No. 250451
helland@nka.com
Daniel S. Brome, CA Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for PLAINTIFF and those similarly situated

# UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TYLER TECHNOLOGIES, INC. <br><br> Defendant. | **Case No. 3:19-CV-07647-WHA** <br><br> **PROOF OF SERVICE** |

-1-

PROOF OF SERVICE

I am employed in the County of Hennepin, State of Minnesota. I am over the age of 18 and not a party to the within action; my business address is: 80 S. 8th Street, Suite 4700 Minneapolis, MN 55415.

On April 19, 2021, I served the following document(s) described as:

- **DECLARATION OF DANILE S. BROME IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

on the interested party(ies) below, using the following means:

| | |
|---|---|
| Paulo McKeeby<br>Michael Correll<br>pmckeeby@reedsmith.com<br>mcorrell@reedsmith.com<br>REED SMITH LLP<br>2850 N. Harwood, Suite 1500<br>Dallas, TX 75201<br>Telephone: (469) 680-4227<br>Facsimile: (469) 680-4299 | Brian K. Morris<br>bmorris@reedsmith.com<br>Reed Smith LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (469) 680-4227<br>Facsimile: (469) 680-4299 |

[**X**] BY ELECTRONIC MAIL: Based on a court order or an agreement to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court whose direction the service was made.

Executed on April 19, 2021, at Minneapolis, Minnesota.


Kayla Stender                                                           S/ Kayla Stender
[Print Name of Person Executing Proof]                                        [Signature]