Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN State Bar No. 340133*
srey@nka.com
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*Admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
The Law Offices of Peter T. Nicholl
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for Plaintiff and those similarly situated

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aaron Kudatsky, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Tyler Technologies,<br><br>Defendant. | Case No.    3:19-CV-07647-WHA<br><br>**DECLARATION OF DANIEL S. BROME**<br><br>**Date: January 7, 2021**<br>**Time: 8:00 am**<br>**Courtroom: 12 – 19th Floor**<br><br>**Judge: Hon. William H. Alsup** |

DECLARATION OF DANIEL S. BROME                                                                      3:19-cv-07647-WHA

1

I, Daniel S. Brome, declare as follows:

1. I am an attorney with the law firm of Nichols Kaster, counsel of record for the named Plaintiff and opt-in Plaintiffs in this matter. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. There are currently approximately 60 individuals in this case—the Named Plaintiff and 59 Opt-in Plaintiffs.

3. On April 15, 2021, I downloaded a copy of Tyler Technologies, Inc.'s most recent SEC Form 10-K. I located this report from Tyler Technologies, Inc.'s investor relations webpage, located at https://tylertech.irpass.com/. The 10-K Form is available directly at the following link: https://s3.amazonaws.com/sec.irpass.cc/499/0000860731-21-000014.pdf. A true and correct copy of the 10-K Form is attached hereto as **Exhibit 1.**

4. Attached hereto are true and correct copies of the following exhibits:

**Exhibit 2:** Implementation Consultant Position Description, Bates labeled Tyler 005828-005829, and labeled as Exhibit 5 from the deposition of Christopher Webster

**Exhibit 3:** Compensation plan, Bates labeled Tyler 014276-014278

**Exhibit 4:** Implementation Consultant Assessment, Bates labeled Tyler 010053-010067, and labeled as Exhibit 3 from the deposition of Carrie Giesy

**Exhibit 5:** Life as an IC, Bates labeled Tyler 007369-007455

**Exhibit 6:** Animal Training Agenda, Bates labeled Tyler 043387-043389 (filed under seal)

**Exhibit 7:** Billing Analysis Agenda, Bates labeled Tyler 043224-043226 (filed under seal)

**Exhibit 8:** Budget Testing and Training Agenda, Bates labeled Tyler 045673-045676 (filed under seal)

**Exhibit 9:** Salary Benefit Projections Agenda, Bates labeled Tyler 044752-044755 (filed under seal)

**Exhibit 10:** User Acceptance Test Agenda, Bates labeled Tyler 046293-046294

(filed under seal)

**Exhibit 11:** ExecuTime Testing Agenda, Bates labeled Tyler 046109-046110 (filed under seal)

**Exhibit 12:** Remote Configuration Setup Template Agenda, Bates labeled Tyler 043161-043166 (filed under seal)

**Exhibit 13:** Fundamentals Review Template Agenda, Bates labeled Tyler 043167-043170 (filed under seal)

**Exhibit 14:** Train the Trainer Template Agenda, Bates labeled Tyler 044668-044671 (filed under seal)

**Exhibit 15:** Site Report, Bates labeled Tyler 334614-334618 (filed under seal)

**Exhibit 16:** ExecuTime Fundamentals Review Script, Bates labeled Tyler 044369-044380 (filed under seal)

**Exhibit 17:** Risk Management Fundamentals Review Script, Bates labeled Tyler 044299-044306 (filed under seal)

**Exhibit 18:** ExecuTime Analysis Spreadsheet, Bates labeled Tyler 045960 (produced as native Excel file; information in the margins was added when converting to .pdf.) In order to faithfully convert the native spreadsheet to a pdf for filing, the width of all tabs was scaled to fit onto one-page. As a result, some tabs are difficult to read. Attached as Exhibit 18a is an excerpt from the Current State Analysis and Future State Analysis tabs, showing the substance of the text of those tabs (filed under seal).

**Exhibit 19:** Accounts Payable Analysis Spreadsheet, Bates labeled Tyler 045476 (produced as native Excel file) In order to faithfully convert the native spreadsheet to a pdf for filing, the width of all tabs was scaled to fit onto one-page. As a result, some tabs are difficult to read. Attached as Exhibit 19a is an excerpt from the Current State Analysis and Future State Analysis tabs, showing the substance of the text of those tabs (filed under seal).

**Exhibit 20:** Risk Management Analysis Spreadsheet, Bates labeled Tyler

045526 (produced as native Excel file; information in the margins was added when converting to .pdf) (filed under seal)

**Exhibit 21:** User Acceptance Testing Checklist, Bates labeled Tyler 045341 (produced as native Excel file; information in the margins was added when converting to .pdf) (filed under seal)

**Exhibit 22:** Financial Go-Live Checklist, Bates labeled Tyler 045961(produced as native Excel file; information in the margins was added when converting to .pdf) (filed under seal)

5. In addition to the analysis spreadsheets provided as Exhibits 18–20, Tyler produced separate analysis documents for, among others, Bid Management, Student Activity Accounting, Capital Assets, Purchasing, Recruiting, Salary Benefit Projections, Project and Grant Accounting, and Work Orders.

6. According to Tyler's records, Ms. Greene traveled to California as an ERP IC during the statutory period, and so is a member of the certified California class here.

7. On September 10, 2020, I took the deposition of Christopher Webster, as Tyler's corporate representative witness. Attached hereto as **Exhibit 23** is a true and correct copy of the cover page, court reporter's certification, and relevant excerpts from that deposition transcript referenced in support of Plaintiffs' Motion for Summary Judgment ("Motion").

8. On September 11, 2020, counsel for Defendant took the deposition of Aaron Kudatsky. Attached hereto as **Exhibit 24** is a true and correct copy of the cover page, court reporter's certification, and relevant excerpts from that deposition transcript referenced in support of Plaintiffs' Motion.

9. On October 21, 2020, counsel for Defendant took the deposition of Cindy Choquette. Attached hereto as **Exhibit 25** is a true and correct copy of the cover page, court reporter's certification, and relevant excerpts from that deposition transcript referenced in support of Plaintiffs' Motion.

10. On October 19, 2020, counsel for Defendant took the deposition of Pamela Costner. Attached hereto as **Exhibit 26** is a true and correct copy of the cover page, court reporter's

1 certification, and relevant excerpts from that deposition transcript referenced in support of Plaintiffs' Motion.

11. On October 20, 2020, counsel for Defendant took the deposition of Ian Roth. Attached hereto as **Exhibit 27** is a true and correct copy of the cover page, court reporter's certification, and relevant excerpts from that deposition transcript referenced in support of Plaintiffs' Motion.

12. On October 22, 2020, counsel for Defendant took the deposition of Pamela Sinclair. Attached hereto as **Exhibit 28** is a true and correct copy of the cover page, court reporter's certification, and relevant excerpts from that deposition transcript referenced in support of Plaintiffs' Motion.

13. On October 23, 2020, counsel for Defendant took the deposition of Travis Void. Attached hereto as **Exhibit 29** is a true and correct copy of the cover page, court reporter's certification, and relevant excerpts from that deposition transcript referenced in support of Plaintiffs' Motion.

14. On October 20, 2020, counsel for Defendant took the deposition of Jay Wright. Attached hereto as **Exhibit 30** is a true and correct copy of the cover page, court reporter's certification, and relevant excerpts from that deposition transcript referenced in support of Plaintiffs' Motion.

15. On November 20, 2020, I took the deposition of Carrie Giesy. Attached hereto as **Exhibit 31** is a true and correct copy of the cover page, court reporter's certification, and relevant excerpts from that deposition transcript referenced in support of Plaintiffs' Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: April 19, 2021                              s/ *Daniel S. Brome*
                                                  Daniel S. Brome