# EXHIBIT 3



## Tyler ERP & School Division
### 2019 - 2020 Implementation Incentive Compensation Plan

**Purpose:**

The purpose of the Plan is to provide an incentive for employees to provide service to implementation accounts and to reward them for:

- The time and effort involved in traveling to client sites
- Exceeding expected utilization goals
- Their accumulated expertise in the applicable Tyler products and implementation processes

**Eligibility:**

Implementation employees who travel as a regular part of their job are eligible to participate in the plan provided they meet the service requirements as outlined below:

### A. Travel Premium

Implementation consultants with at least 60 days of service are eligible for the Travel Premium of $30 per day as long as one or more of the following conditions apply:

- Overnight spent at a hotel performing work that is billable to a customer
- Same-day travel over 100 miles one way for work that is billable to a customer. The designation of an employee's office and calculation of mileage will be consistent with Paragraph 9.4.1 of the Business Travel Policy.
- Performing non-billable work that has been designated as counting toward quota (NBCTQ) prior to the commencement of the trip
- Overnight spent at a hotel or same-day travel over 100 miles one way for job shadowing

### B. Expertise Premium

Implementation employees who meet the service requirements are eligible for an expertise premium based on months of service and number of billable days worked in a month, as follows:

| Expertise Months | Schedule A | Schedule B |
|---|---|---|
|  | 1-12 Days | >12 Days |
| 3 months | $15 | $20 |
| 18 | 30 | 40 |
| 30 | 45 | 55 |
| 42 | 120 | 135 |
| 60 | 140 | 160 |
| Business Process Consulting | 175 per BPC day | 175 |

Tyler 014276

### C.  Implementation Consultant Tenure Bonus

Implementation consultants who meet the service requirements described below are eligible for one-time Tenure Bonus payouts.

| Expertise Tenure | Tenure Bonus Amount |
|---|---|
| 24 months | $5,000 |
| 36 months | $10,000 |

### D.  Staff Incentive Plan

Employees on this plan are also eligible for the Staff Incentive Plan.

**Dedicated Employees:** Employees who are dedicated to one or two accounts and have project-specific incentive compensation plans may not be eligible for the travel or expertise premium. Eligibility will be expressly defined in their project specific plans.

**Employee Transfers:** Employees who transfer into Implementation from other departments may be given credit for expertise acquired in previously held Tyler positions. The amount of credit will vary depending on how much the experience is related to product knowledge and/or implementation services.

**Travel and Expertise Calculations:** All time, premiums and expenses must be submitted and approved in Tyler's expense reporting program, PSA, by the posted Submission Deadlines for each given month. Failure to complete approvals by the posted deadlines may result in loss of payment of the omitted travel and expertise premiums as well as exclude the time from the accumulative total calculations for the given month.

**Payment of Awards:** Travel and expertise premiums will be paid monthly in arrears. Tenure Bonuses will be paid in the last pay period of the month following the employee's Expertise Tenure date. Deductions will be taken for taxes, FICA, Medicare, 401(k) and the Employee Stock Purchase Plan but not insurance (health, dental, vision, or life) or flexible spending accounts.

Participants must be employees of the Company at the time of payout to receive Travel and Expertise awards under the plan, unless they meet the criteria outlined in the Termination of Employment section. Employees must be in a position within the Implementation department at the time of Tenure Bonus payout. Tenure Bonus payouts will not be paid out nor prorated if the employee terminates or transfers to a different department prior to their Tenure Month anniversary date.

**Termination of Employment:** Depending on the timing of a participant's last day of work, some or all of any unpaid Travel and Expertise award may be forfeited because the participant is no longer employed by the Company when the awards are paid. The resignation of an Implementation staff member is disruptive because schedules are established 6 or more weeks into the future.  Extra notice at the time an employee resigns is desired and appreciated.  In consideration of extra notice, the following schedule will be followed for payment of any outstanding Travel and Expertise awards:

Page 2 of 3

Tyler 014277

| Written Notice | % of Final Travel & Expertise Paid |
|---|---|
| Less than 3 weeks | 0% |
| 3 Full Weeks | 50 |
| 4 Full Weeks | 75 |
| 5+ weeks | 100 |

General:       Awards under the plan are made at the sole discretion of management.  The Company reserves the right to amend or terminate the Plan at any time, without notice.

Effective Date:       January 1, 2019

Approved:

DocuSigned by:

Christopher P. Hepburn

1/29/2019

Date

Tyler 014278