# EXHIBIT 4



# Implementation Consultant Assessment

*Please follow up on any outstanding questions within 24 hours of the start time of your facilitation. *

| Length | Topic | Target Audience | Attendees | Delivery Method |
|---|---|---|---|---|
| 75 mins | Topic will be selected from anything that was covered in new hire training (see attached list). Regional management will provide the specific topic one day before the assessment. | Core users | Implementation Director, Implementation Manager, Trainer, Training Manager, and HR | In-person and/or GoTo Webinar |

**Implementation Consultant:** Marie Collins

**Area of Focus:** Human Capital Management

**Observer:** Rebecca Ray and Kate Wilber

**Date:** October 1st, 2018

**Topic: Personnel Actions**

    **Start Time:** 2:00 pm

    **Target End Time:** 3:15pm

    **Actual End Time:** 3:07 pm

**Rating Scale:**   1.76

You provided a general purpose of what your training would cover in your opening remarks, but didn't give additional credentials and jumped immediately into your session. You did not demonstrate basic knowledge for someone with your tenure. You struggled with building or changing information on the Employee Job/Salary record and were not able to clearly define best business practices and common uses of how a client would use the program. Additionally, the structure of the content and explanations you provided made it hard to follow and understand the information, as well as required participants to frequently ask follow up questions. Based on this facilitation, we do not have confidence in your ability to provide the level of training our clients expect.

| 0.0 – 1.9 | 2.0 – 2.9 | 3.0 – 3.9 | 4.0 – 4.4 | 4.5 – 5.0 |
|---|---|---|---|---|
| **Unsatisfactory** | Needs Improvement | Acceptable | Effective | Exceptional |

EXHIBIT 0003

9/7/18 v3

Tyler 010053



# Formal Presentation

*Facilitates with confidence – uses words, voice and body language to convey message*

| Competency | Description | No | Yes |
|---|---|---|---|
| Equipment Operation | Tests equipment/transitions before facilitation. Seamlessly operates during facilitation. | | X |
| Time Management | Begins and ends on time. Covers all agenda items. | X | |

| Competency | 1 Unsatisfactory | 2 Needs Improvement | 3 Acceptable | 4 Effective | 5 Exceptional |
|---|---|---|---|---|---|
| Formality of Language | Uses filler words so often message is lost. Does not use participants' name or uses wrong names. Uses inappropriate humor and/or references. | Uses numerous filler words that create a distraction. Limited use of participants' names. | Uses some filler words but not distracting. Uses participants' names only when calling on person. Uses formal, professional language and appropriate humor. | Uses very few filler words. Uses participants' names throughout. | Uses no filler words. Naturally incorporates use of names of participants. |
| Voice Control | Monotone. Difficult to hear throughout. Doesn't attempt to make adjustment. Mumbles or trails off at end of sentences. | At times difficult to hear. Makes adjustments but not able to sustain throughout. | Uses an easily heard and understood conversational tone. | Can be easily heard by all participants. Varies voice tone, articulates and enunciates. | Uses emphasis, speed, repetition or pitch to convey meaning. |
| Body Language (in-person only) | Does not use gestures. Stays planted behind lectern. Does not make eye contact and does not see that participants have questions. Repeatedly turns away from audience. | Not all gestures used are congruent with message. Paces, waltzes, or fidgets. Makes eye contact infrequently. Occasionally turns away from audience. | Use gestures congruent with message. Stands or faces forward. Makes eye contact periodically. Moves out from behind computer or lectern. | Uses congruent gestures. Stands or faces forward entire facilitation. Makes eye contact throughout. Moves with purpose. | Purposeful gestures and movement are used to emphasize content. Does not use any distracting body language. Uses eye contact to encourage participation. |
| Confidence | Unable to control nerves such as frozen in place, long silent pauses, or needs aid to move forward with facilitation. Talks to oneself to try to work through process. Unable to recover from mistakes. | Uneven control of nerves/pressure. Difficulty recovering from mistakes, but able to continue. | Makes only minor mistakes and quickly recovers from them. Maintains professional composure under pressure. | Projects enthusiasm and composure. Able to correct mistakes in manner that enhances rapport with client. | Poised and in control. Always knows where they are headed. |
| Response Strategies | Unable to handle majority of questions. Loses control of process. Acts as though a question has been not asked and continues with own agenda. | Thrown off balance by questions. Has difficulty responding to some questions or questioners. | Answers most questions concisely and does not lose place. Rather than saying "I don't know," effectively uses alternate language. | Handles questions with confidence. Paraphrases questions to verify understanding of the question being asked. | Handles questions smoothly and elaborates. Ensures that participants are "ready" for answer. If question best handled later, maintains esteem of asker in how answer is deferred. |

## Formal Presentation - Examples/Comments

**Time Management:** You did not cover all the agenda items that were listed on your agenda. The end time was scheduled for 3:15 pm; you ended at 3:07pm. The following topics were not covered during the facilitation: 'Explain Comments and Notes', 'Cover all options in Detail Menu' and explanation of the 'Address Change difference'.

- Formality of Language:
    - Some filler words were used but it was not distracting
    - You only used the participants' names at the conclusion of the presentation, when you were sorting out who asked what questions.



- o   You did not allow participants to finish asking their questions. For example, when Kate asked if the Service Date was used for benefits or accruals you did not allow her to finish asking her question. You began speaking over her as she said 'or accruals'. The impact of this is that clients could feel unheard which could prevent them from asking additional questions.
- Voice Control:
    - o   You were easily heard during facilitations.
    - o   When you were in Employee Job Salary, you received a system error indicating that the remaining number of pays was greater than the number of pay (12 vs 26). You repeated the error out loud and it did not appear that you knew what action to take, based on the error message received. The impact of doing this is that it could erode the client's confidence in your abilities.
- Confidence:
    - o   You exhibited confidence and did not appear to be thrown off when asked a question, but many of your answers were not accurate or warranted additional questions for clarification. The danger is that clients could think that your answers are correct based on your delivery and may not know how to use parts of the system.
    - o   You frequently talked you yourself when running into processing errors.
        - ▪ EX. When you were processing the workflow and went to the Webparts on the dashboard you had two items that were Business Rules 'PMN'. The system was taking a long time to process, and you read the information out loud on the screen a few times and clicked around while the hourglass spun.
        - ▪ EX. When you were processing a Salary Change in Pending Employee Job/Salary program, you ran into an issue with the Number of Pay Periods (12) and the Remaining Pay Periods (26). You spent a few minutes clicking around on the screen, causing the error to repeatedly flash on the bottom of the screen and read the error outload. Eventually you were able to get past it.
    - o   At times you had long silent pauses. In both examples listed below, because you paused for a long time and the information you provided was limited, a client may not be able to understand the why or how the program should be set up. Additionally, they may also question your knowledge of the program.
        - ▪ Ex. In the Actions History program, you opened the program and navigated between three records but didn't explain what you were showing or looking at. There was a lot of silence while you were in the program. This causes confusion as the participants watch because they aren't sure if this part of the navigation.
        - ▪ Ex. In the Business Rules program, you opened the program, found the process 'PMN' code and there was a long pause before you explained the purpose of the business rules. It appeared that you were unsure about next steps or that you had forgotten what you wanted to explain when you were in the program.
- Response Strategies:
    - o   You frequently asked questions that took a long time to answer and warranted additional clarifying questions.
        - ▪ Ex. When asked "Can I change the Location code if this person doesn't work there? What if they have a one-off scenario? Can I change it here, will it cause any conflicting problems?" You said, "If you wanted to change, the information as far as like the location, you can't change, you wouldn't change... Say that one more time so I can make sure I'm understand you." The question was repeated, and you said, "Um... you would, you can change it here, but I would not recommend changing it because if you want to add a different location that I would definitely just do a new Job Class Master."
        - ▪ EX. Another follow-up question was asked, "So I should do a new Job Class code for one person, is that what you are saying?" Your response was, "No you don't have to add a new Job Class Master, but I'm assigning to the Job Class Master. If you want to change it, you can change it, it wouldn't



- affect anything as far as the Job Class because it was already created. But to keep it simple, I would create a new Job Class, but you can change it."
    - Ex. Additionally, another question was asked, "What does that error message mean?" was asked when you tried to save Stephen McShera's record for the Salary change. You read the error message quickly out loud (to yourself) twice and then said, "hold on one sec" and then said something that was inaudible. You then repeated the error and explained that you had to adjust the Num Pay field and the Remain field to be the same.



# Facilitation of Learning

Creates an environment that encourages participation and increases transfer of knowledge

| Competency | Description | No | Yes |
|---|---|---|---|
| Grades Questions | Qualifies responses from participants. | x | |
| Provides Contact Info | Gives email address and expectations for follow-up. | x | |

| Competency | 1 Unsatisfactory | 2 Needs Improvement | 3 Acceptable | 4 Effective | 5 Exceptional |
|---|---|---|---|---|---|
| Opening | No welcome or opening statement. | Introduces self but does not give credentials. Reads agenda and moves directly into the session. | Introduces self and includes applicable credentials. Reviews agenda without reading directly from it. | Solid introduction. Reviews agenda without reading directly from it. Provides relevance of session to audience. Gives quick examples to expand on what will cover. | Opens with a personable and complete introduction. Relates the session to something participants are familiar with and need to know more. Answers the "What's in it for them?" |
| Structure of Content | Sequences material in a way that is difficult to follow. Gives confusing directions. Unable to recover if things do not go as planned. | Difficult to follow at times. Directions require unsolicited clarifying questions from participants. | Sequences material in an easy-to-follow order. Consistently provides clear directions. | Makes the message/content easy to understand. Tells what is being done with each click – and why. Models what participants must be able to do. | Follows a logical progression of ideas. Uses bridges and clear transitions between topics. Relates each step back to overall process. Models what participants must be able to do. |
| Uses Examples | Repeats same examples. Tells stories not tied to content in any way. Does not use relevant examples. | Does not use relevant or appropriate analogies, examples, metaphors or stories. Get unexpected results with examples use. | Uses relevant analogies, metaphors and stories. Uses pre-planned, realistic examples. | Uses relevant analogies, metaphors, and stories. Uses pre-planned, realistic examples that flow throughout facilitation. | Uses relevant analogies, metaphors, and stories. Elicits examples from participants and incorporates them into facilitation. |
| Checks for Understanding | Proceeds to new material without checking for understanding. Talks at participants, making them feel that communication is one-way only. | Periodically checks for understanding by asking "Any questions?" or other close-ended questions. | Checks for understanding by asking open-ended questions. Pauses appropriately to give participants time to respond. | Checks for understanding using a variety of methods. | Checks for understanding using a variety of methods. Adjusts training based upon results. |
| Champions Munis | Points out what could be perceived as weaknesses of Munis. | Does not demonstrate support of system. | Explains why they like Munis or specific features. | Explains how implementing Munis has helped others. | Explains how implementing Munis could help client specifically. |
| Closing | Session ends abruptly or no clear delineation of session ending. No review of content. | Reviews agenda again but reads it word-for-word without expanding upon what was covered. | Summarizes what was covered, hitting appropriate highlights. | Summarizes what was covered, hitting appropriate highlights, and previews what will happen in the upcoming session. | Measures retention of subject matter presented using a knowledge-check tool. |

**Facilitation of Learning - Examples/Comments**

- Opening:
    - Sending the agenda ahead of the training was good because it helped to set the training expectations.
    - You stated your name and gave the general purpose of the training on Personnel Actions, but immediately jumped into the presentation.



- - You did a good job explaining that the purpose of Personnel Actions was to add new employees, salary changes, etc. without going directly to the Employee's record. You mentioned that Personnel Actions can be used when needing to future date a Personnel Actions.
- Structure of Content:
  - You started out with a clear direction of explaining the purpose of the programs, but as you went further into explanations it was hard to follow based on the examples and structure of the material provided. In the Action Codes program, the combination of the explanations and the examples used were misleading. Several follow-up questions were needed to gain clarity or understanding on the big picture.
    - Ex. In the Action Code program you stated that you would demonstrate how to add a 'New Hire' code. During the process of adding the 'New Hire' code, a few questions were asked about other options in the Action Codes program. It seemed that because of the questions, you weren't able to maintain focus on the process of adding the 'New Hire' Action Code. You stopped adding the code and started over. This process was confusing to the participants. Without the explanation of why you stopped and started, it was very difficult for a participant to replicate or follow along with the example.
  - Having well thought out examples and explanations helps participants to stay engaged and connect the dots with what is being presented to them. When the presentation of the material is choppy or doesn't have a smooth flow to it, it makes the learning process difficult to follow and people are not able to comprehend the material you are presenting.
- Uses Examples:
  - You did not use a realistic example of an employee, you entered: "TestMM TesterMC". It is better to use realistic information and examples, so that clients have a clear vision of what they will be doing and can connect to the material. When using unrealistic values, it creates a distraction from the purpose of the training. It is better to use a name like John Richards, or Mandie Greene instead of the word 'TEST' in the different fields.
  - When you used the example of employee "Stephen McShea" was a good because it was real name.
  - When using an example that you did not create, you should make sure that you understand the fundamentals of the set up and where the information derives from. This will help to ensure seamless navigation, as well as allow you to explain the nuances of each field. Your example was not effective because when you tried to change the Grade and the Step fields, you had to toggle between fields on the screen (the Grade/Step and the Pay Amount fields). This was difficult to follow, and you did not explain your steps. When you tried to save the record an error message appeared on the screen (EX. Remaining number of pays and Compa Ratio) in which you stated, that you had submitted a help desk ticket and spoken to the SR. ICs. You continued to say that a ticket was entered, and "there may be something that needs to address by technical IT."
    - Tyler's policy is not to distinguish between SR. ICs and ICs. It is internal only and should never be discussed with clients.
    - The Compa Ratio is not a bug or error but was some other functionality that was set up on the test employee, Stephen McShea, that you selected within the Virtual Server. If you had a preplanned example of an employee that you created specifically for the facilitation, you could have used an employee that did not use the Compa Ratio functionality; and you could have avoided the error message that appeared on the screen.
  - Participants had to frequently ask for examples or clarification on functionality because the explanation given was not clear.
    - EX. A clarifying question was asked about how and why the value in the Annual Pay field was updated during the Salary Change. Initially you demonstrated by clicking in the Grade/Step fields. When you clicked in the Grade/Step field that values did not change. You then clicked in the Annual Pay field; that action of clicking in the Annual Pay field caused the value to update. You then clarified that you had to tab over to make it the updated value appear. It is important to provide

9/7/18 v3

Tyler 010058



- clear and concise instructions so that the client an easily replicate the process when they are working in Munis.
    - EX. Another clarifying question was asked about why the person (Stephen McShea) got a promotion in Grade and a promotion in Step, to which you replied; that it didn't happen as it was just a salary change. This example used caused more confusion because of how the 'salary change' was process. Typically, a salary change would be a change in Step and not a change in Grade and Step. The example used had them getting a promotion from ACT1 to ACT2 and moving different Steps.
- Checks for Understanding:
    - While you did ask 'Any Questions' periodically when moving through the screens, it became clear during the facilitation that you used this a time filler when various programs were loading.
        - Ex. When you were waiting for the approval process to complete in the WebPart
        - Ex. When you were ending at 3:03 pm, instead of scheduled end time of 3:15 pm
    - You did not include any thinking questions or ask for 'examples' that could be used to explain concepts in further detail.
- Champions Munis:
    - Your delivery of the material combined with the errors that occurred with unexpected results did not demonstrate support of Munis.
        - Ex. You tried to save Stephen McShea's record in Employee Job/Salary Saving but the Remaining (pay) field was set to 26 remaining pay periods and the Number (of) Pays fields 12. When you did that, you received errors and spent a few minutes reading the error out loud and clicking around the screen until you determined what the error was. This did not demonstrate support of the system for the client. A client could interpret that the software is cumbersome to use and that errors are a consistent part of using the program.
        - Ex. You said that you created two Workflow Business Rules for Business Rule 'PMN', one that was a notification and one that was an approval; however, when you were demonstrating the approval process in the WebPart, you only displayed the Approval WebPart and not the Notification WebPart. When you tried to demonstrate the process of clicking 'Approve' you ran into an error that made it seem like workflow was not easy to use.
- Closing:
    - You ended the scheduled session 8 minutes early
    - You closed the training by asking 'Any Questions' as few times and stated that you covered the agenda items, but never relayed what those agenda items were.
    - You did not provide your email address, or any follow up contact information



# Munis Knowledge

| Competency | 1 Unsatisfactory | 2 Needs Improvement | 3 Acceptable | 4 Effective | 5 Exceptional |
|---|---|---|---|---|---|
| **Munis Fields** | Does not accurately describe purpose of fields. Uses name of field to describe its purpose without providing any additional information. | Completely skips some fields that are relevant to the topic. Does not accurately describe purpose of some fields. | Accurately describes purpose of most relevant fields. Spends adequate amount of time explaining most fields. | Accurately describes purpose of all relevant fields. Spends adequate amount of time explaining all fields. | Accurately describes all fields and how they tie to reports or how they will impact other Munis programs. |
| **Munis Navigation** | Has difficulty moving through Tyler Menu and screens. Doesn't exhibit solid understanding of 'next step' of the process. | In some areas moves and explains with ease and in others has difficulty. | Moves through Tyler Menu and screens with ease. Focuses on concepts and explanations, in addition to field specifics. | Provides tips/tricks to remember how/where to navigate. | Knows next step in process and can talk about before it can be seen. |
| **Terminology** | Rarely uses correct terminology. Calls fields or programs by incorrect Munis names. | Occasionally uses correct terminology. Defines some fields or programs incorrectly. | Often uses correct terminology. Correctly references Munis fields and programs. | Frequently uses correct terminology. Consistently defines fields and program correctly. | Always uses correct terminology. Correctly references Munis fields and programs. Gently corrects participants if they use incorrect terminology. |
| **Program/Process Connections** | Does not reference that codes/data were previously built. | Explains that codes/data were previously built but struggles to explain where. Does not make ties to other programs or reports. | Explains that codes/data using were previously built and where. | Explains that codes/data using were previously built and where. Makes ties to other programs or reports where data is used. | Explains that codes/data using were previously built and where. Makes ties to other programs or reports where data is used. Specifically ties to previous training sessions. |
| **Topic Coverage** | Does not cover core concepts. Spends too much time on nonessential items. Focuses on wrong parts of program. | Spends too much or too little time on most topics. Does not cover all topics from facilitation details document. | Spends appropriate amount of time on most topics. Covers all topics from facilitation details document. | Spends appropriate amount of time on all topics. Covers all topics from facilitation document. | Provides in-depth information on facilitation topic, including things not covered in new hire training. Frequently ties to prior and upcoming training sessions. |
| **Resources** | Does not demonstrate or mention resources in Munis or other additional resources. | Talks about resources but does not show. | Demonstrates resources. | Demonstrates resources as they would apply to specific program. | Embeds multiple demonstrations of resources into presentation. |
| **Quality of Answers and Follow-up** | Unable to answer the majority of questions correctly. Does not follow up. | Answers a few questions correctly. Does not follow up on all questions or does not follow up within 24 hours. | Demonstrates sufficient knowledge of the material to answer questions. Follows up on all questions within 24 hours. | Answers majority of questions correctly. Follows up on all unanswered questions in time frame specified. | Answers all questions correctly. Follows up on all questions in time frame said and provides additional information, such as Tyler documentation. |

**Munis Knowledge - Examples/Comments**
- Munis Fields:
    - The Action Code is NOT a 4-5-character code. It is 4 characters.
    - The Active status is not required to be set to 'A-Active' when hiring a New Hire but is commonly set up this way. You explained that it was required for hiring a new employee or reinstating an employee. A better way to phrase it would be "While you probably wouldn't hire someone with a status of 'I-Inactive', it is possible as far as the system is concerned."
    - Your explanation regarding how the Effective Date needs to be processed in order if there were multiple Personnel Actions to post correctly, was not clearly communicated.

Tyler 010060



- Ex. You explained that "The Effective Date is the date that the changes go into effect... ...if you are processing several Personnel Actions for an employee that you must create, release, approve, and post those before you can post the most recent entry." A better way to explain it would be to say that "Personnel Actions should be posted in chronological order. For example, if there was a Personnel Action for someone to change their benefit plan on July 1st and a Personnel Actions for the same employee to process a resignation on July 2, the benefit change would need to be completed first, before the resignation could be processed."
- You stated that the information needed to be set up in the Condensed Pending Master program even though it was already set up in the other programs. That is not accurate. You do not need to enter the EEO information again in the Condensed Pending Master if it was already entered in the Job Class Master. If the employee's EEO values are something different than what is on the Job Class Master, you can populate it on the Employee Master and it will override the default.
- You explained that the Service Date was used for the benefit accrual and that it was the date used for the Longevity date. You also answered a question on the service date and how this impacts accruals. Your responses to these questions were unclear and hard to understand because you repeated terminology and couldn't provide clear examples that illustrated the differences in the fields. While it is true that the Service Date is used for both the Accruals and for the Longevity, the explanation that you provided was unclear.
  - Ex. You said that the Service Date is for calculation the benefit accrual and longevity. (Repeating what you already said) "You said that it was to be used if you were doing a reinstatement and needed to adjust the Service Date to be the same as the original date of Hire."
- Additional follow-up questions were asked about the Service Date and you provided the same answers without providing clarification on how the program should be used. It is important to be clear and direct with your answer and examples, so that there isn't room for error or misinterpretation. One example you could have shared to assist with your explanation would have been: "The Service Date is for Longevity and Accruals, but if there is a reason why the dates would be different, the Accrual Date can be set up different on the Employee Accrual's record or the Impact Service field can be updated for the Longevity adjustment."
  - Ex. The participant's question was: "Is the Service Date was used for Time Off Accruals?" In your answer, you repeated that it was for the benefit accrual and that it was for how the benefits were used. Your response was that "It affects how the time off is set up in the system, if it is set up by seniority date." You said that the "Service Date could be updated when doing a reinstatement back to the Hire Date and that it would be the date that the employee originally got hired."
- You provided incorrect information about the Approvals and the Notification Workflow items. You were showing the Approvals WebPart but said that you had set up both the Approval and Notification Business Rules. You did not show or talk about the different WebPart for Notifications.
  - Additionally, after the facilitation, upon checking the Business Rules, both items were set up, but only one was triggered because both were set up as a step 10. This caused you to have errors within the system, which led to the processing errors when you tried to approve the workflow items. It is important to test your examples thoroughly so that you can avoid mistakes like this during a live training session.
- You stated that the Salary Tables are set up on the Position Control (program). Salary Tables are not actually set up on the Position Control but are referenced on the Salary Data table. Using the wrong phrase can cause confusion for the clients if they are trying to envision where codes or tables are derived from.
- Munis Navigation:
  - You demonstrated a solid understanding of 'next steps' when navigating in the Actions Codes program and Personnel Actions program
  - You struggled with some navigation through the Employee Job/Salary program (Ex. When trying to change Grade/Step and showing rate of pay change). This can impact training because it can make the presentation hard to follow and understand.



- EX. When you were changing the rate of pay for the employee, Stephen McShea, it took you several attempts of selecting Grade/Step and entering a value in the Pay Amounts field until you were able to provide an example. You changed from a ACT1 step 3 to ACT 2, step 04 and it did not work, so you went back in and changed to ACT1 step 2, but you did not tab past the step field to have the Pay Amounts update or change on the screen. Then you changed the Grade to ACT 2 and Step 4 but did not tab to the Annual Pay field to reflect the updated Annual Pay field. There were still errors on the screen and the Annual Pay field did not update. You then clicked in the Annual Pay field and when you did that, the rate of pay finally changed to reflect the new Salary Table Grade and Step that you selected.
- Terminology:
  - When explaining the change from Grade ACT1 Step 3 to Grade ACT2 Step 4 you called the different Steps of the Salary Tables 'grades', they should have been referred to as 'steps'. It is important to use the correct terminology when explaining concepts so that the client can follow along with the training. Mixing up the terminology can hinder their success with the program.
- Program/Process Connections:
  - When training a client on adding a new employee, they need to be shown the full process. To complete the new hire set up, they must be set up in the Employee Master, Employee Job/Salary, Employee Deductions, and Employee Accruals programs. The facilitation was to add a new employee; it should encompass the full process, not just the Employee Master portion. However, as you facilitated and opened the Employee Master program and found employee 'TestMM TesterMC', clicked on 'Detail' to show other programs of Employee Job/Salary and Employee Deduction, but you did not find the employee records. This was because you did not set them up. When you didn't find the records in the Employee Deductions you stated that it was probably because of how the Job Class was set up. A participant asked if you could also check the Employee Pay, but there were no results there either. Based on this demonstration and the explanation that you gave it did not appear that you understood what steps were missing or how to correct it. When training a client, they need to see a seamless process from start to finish so they are able to replicate things in the system.
  - Additionally, you explained the purpose of the Actions Codes program and moved on to explain the Rapid Entry process but didn't cover in enough detail. You quickly explained the concept of what the Rapid Entry program is but did not create or demonstrate how to set one up.
    - On the agenda, there was a bullet point for "Rapid Entry Fields" but you did not demonstrate an example. Instead you opened the program and talked about it without a visual. When opening the programs, if you do not describe the process in detail, you should have a realistic example to show in order to provide a scenario for participants to see.
  - You demonstrated how to add the Personnel Action for an employee in the Condensed Pending Master program. However, you did not a complete the setup of the employee with regard to their pay, deductions or accruals. Additionally, when you were asked if there was anything else that needed to be set up for the employee's record to be completed, you said that you could follow up on the process to add and employee. You stated that the payroll still needed to be processed. A follow-up question was asked about where the pay codes or Position Control information would be references on the Employee Record. This question was asked because the participant wasn't sure how those records were created. Additionally, the participant was trying to understand how or why the codes could be setup, or if Munis somehow set them up outside of the process that you demonstrated. They asked you, "Was it somehow set up outside of the process which you demonstrated, because of how the information was entered in the Personnel Action Program." In other words, the participant wasn't sure if Munis just added the Employee Job/Salary, Employee Deduction, and Employee Accruals automatically because of some setup within Personnel Actions or if there was another step that wasn't shown. Your response was that you said it was something that you would need to follow up on.
- Topic Coverage:

9/7/18 v3

Tyler 010062



- You did not set up the process to add an employee in its entirety through Personnel Actions and only added the employee in the Employee Master. Based on the agenda, we provided and you created, the topic was 'New Hire' which encompasses adding them in the Employee Master, Employee Job/Salary, Employee Deductions, and the Employee Accruals programs.
- You did not cover the following items on the agenda that you created and sent to the participants:
  - 'Explain Comments and Notes'
  - 'Cover all options in Detail Menu'
  - Did not explain Address Change difference
- Resources:
  - During the introduction you mentioned that the participants had taken the e-learnings and had training prior on Employee Master. You did not specifically talk about what e-learnings or reference them as they were associated with Personnel Actions.
  - You did not provide any additional resources
- Quality of Answers and Follow-up:
  - What is the 'Z' category of 'Training Change' option for?
    - Follow-up required
    - Follow-up provided:
      - "Personnel Actions>Actions Codes -Category z-training change. This category is used to track training courses the employees has taken."
      - *Follow-up Feedback:*
        - *Providing a quick response to the question is important, but it is also necessary to provide more context of how or why this 'Z' code could be used. The additional documents that you provide "Munis Personnel Actions 2017.1" and "Advanced Personnel Action Processing" do have additional details on Personnel Actions but nothing on the 'Z- Training Change' code.*
  - Why can't we select a Default Program?
    - Provided answer that it was due to the way it was set up and that this process of a New Hire would be using the Condensed Pending Master program.
    - Correct answer provided
  - Does it actually send the survey, or it a reminder to you (as the payroll /hr person?) Does that mean that the system doesn't automatically send the survey?
    - Provided conflicting information – said that Munis can send it automatically, but that it wasn't going to send, and that HR/PR needs to send it. Explained in further detail that it could be part of the process and that it would prompt the user to send the survey.
    - *Feedback:*
      - *It would be best to follow-up on questions like this due to the conflicting information that was provided during the training. For example, "if you attach a new hire survey to the new hire action code, when you post a new hire action in the Personnel Action Entry program, the program prompts you to send the new hire survey link to the employee. Surveys are created and maintained in the HR Surveys program."*
  - What does the 'A-Active' do for this Action Code?
    - You explained that it had to be set to A-Active for new hire or re-hire process.
    - Correct answer provided
  - Could you give me an example of the 'Reset Workflow?'
    - You explained that if the Salary Change was entered as 1 rate on 10/1 but then someone else comes in and changes is on 10/5 also need to be re-approved.
    - Correct answer provided
  - Is there a way to save that program so I don't need to click through all those menu options?
    - Answered that you can add it to your favorites but didn't show how.

Tyler 010063



- What does the Employee Initiated box do?
    - Answered that it means that the employee started a change through ESS, will provide Follow-up
    - Follow-up provided:
        - "EE initiated checkbox in personnel action's entry. This box is checked once the employee submits an personnel action request through the employee self-service. EE initiated checkbox will have a checkmark in the box defaulted if the employee submits a request. I misspoke and this is the correct information."
        - *Follow-up Feedback:*
            - *Correct information provided. When providing follow-up responses, it is best to restate the question. This provides the client with a point of reference if they ever need to go back and re-read an email that can see the question and the answer.*
- Where does the number come from, and can I change it?
    - You explained that it came from the Payroll Control Settings and yes it can be changed
    - You did not explain the specific Payroll Control Setting of 'Next Employee'
- If you needed to change the Location code could you, and if you do change the Location code in the Condensed Pending Master, will it update the Job Class Master too?
    - You explained that it could be changed, but that you shouldn't and that you should create a new Job Class. Additionally, you explained that it won't update the Job Class Master program if updated here.
        - *Feedback: It is up to the client if they want to create a new Job Class Master code. Munis will not prevent them from having an employee with a different Location Code in the Employee Master compared to the Location Code in the Job Class Master.*
- Does the EEO information need to set up here again? I thought we already set it up somewhere else?
    - You explained that it was entered in from the Job Class and that you needed to indicate it again.
    - Follow-up provided:
        - "The question came up if the employee's EEO information under demographics should auto populate from entering the information prior when creating the personnel action for a new hire. ==The EEO does no need== to be entered into the employee master it is pulled from the job class. You will need to update the information manually."
        - *Follow-up Feedback:*
            - *Partially incorrect information provided. If the employee has different EEO values, then it can be selected and populated on the Employee Master. The EEO information pulls first from the Employee Master, if nothing is populated there, then it pulls from the Position Control program, if nothing it populated there, or the program is not used, then it pulls from the Job Class Master.*
            - *Additionally, it is important to double check for spelling and grammar in a client communication.*
- What is the purpose of the Service Date?
    - You hovered over the screen and showed 'benefit accrual' tool tip
    - You struggled through answer about Longevity and Time Off – An example was referenced the Munis Knowledge explanation above
    - You also explained that it could be updated to the correct date on the Date tab. When pressed for an example or deeper explanation of the Service Date field, you were not able to provide a clear answer because you kept repeating the same phrase of 'benefit accrual'. Eventually, you stated the right answer, but you did not explain how you arrived at it.
- What does the 'Include After Date' do?
    - You explained it was for the upcoming pay periods and the person would be set up to be paid for future payrolls.
    - Correct answer provided



- How do you know that one workflow item is an Approval and the other is a Notification?
    - You explained that there were two Business Rules set up and that you would need to go back and find out.
    - **You did not provide any follow up on this question**
- Can a Supervisor be added?
    - You explained that it could be done in the Employee Master program.
        - Was asked if you could add it during the initial add in the Condensed Pending Master File
            - Answer was that you weren't sure and that you need to follow-up on it.
            - Follow-up Required
            - Follow-up provided:
            - "Yes, you have to update in payroll control setting. The supervisor category was determined by the position. The value was set to Y, now it is set to N. Please see screen shot below."





    - Follow-up Feedback:
        - Nice job reiterating the client's question and answering it within the email. This is a good format to use. It is best to be consistent and provide all questions and answers in the same format.
        - The screenshots are good; however, remember that confidential information like the SSN needs to be blocked out at all times. If this was a real employee record and it was emailed it could be problematic.
        - You correctly answered the Supervisor field question
- What is the information missing in the 'Actions History' program? Things like Location, Status, etc. are missing?
    - Follow-up required

9/7/18 v3

Tyler 010065



- Follow-up provided:
  - "The question came up if the actions history program should populate the Status, Location, Group BU, once the new hire personnel action entry is released, approved and posted? Upon testing out several employees, the data is pulled from the employee's job salary. Once the ee's job salary is pulled end, you can release, approve and output post. Once the ee is posted you will see all the information populated. Please see the screenshot below."



- Follow-up Feedback:
  - *Correct information is provided. Nice job explaining the process of what needs to be done to populate the values on the field.*
  - *Remember that confidential information like the SSN needs to be blocked out at all times. If this was a real employee record and it was emailed it could be problematic.*
- What is the best business practice for adding the employee?
  - Follow-up required
  - Follow-up provided:
    - "When adding a new hire through personnel action entry what is the best business practice to use to process most efficient and effectively? Add a new hire you would create the personnel action entry and update all the employee's information in the condensed pending screen. Once this is updated you would go into the detail tab at the top of the screen in the ribbon, from this screen you would select each field and update ee's pay, ee deduction, ee accruals. Upon adding ee's pay, deductions, and ee accruals release, approve, and out-put posted the employee. The employee would be ready to process in the payroll."
  - Follow-up Feedback:
    - *Correct information provided*
- Do you need to change the Grade and the Step, like you did in the example?
  - You provided clarification that you don't need to change the Grade and Step



- What does that error 'The number of pays remaining cannot exceed the number of pays per year' mean?
    - You read the error messaged 3 times and then clicked through fields
    - You were able to change the values
    - You ran into error 'Compa Ratios'- said that you talked to SR ICs and that you submitted a tick to the help desk because no one knew what it was, and that it could be a bug
        - It is not a bug, there is a setting for Compa Ratio programs