

# LIFE AS AN IC



Updated: 5/6/2019

Tyler 007369

Updated: 5/6/2019

Confidential

Tyler 007370



## Table of Contents

Enterprise Implementation Approach ................................................................................................ 5

A Week in the Life of an IC ........................................................................................................... 17

A Month in the Life of an IC .......................................................................................................... 19

Implementation Calendar ............................................................................................................... 20

Traveling for Tyler ........................................................................................................................... 21

    Corporate American Express Card ............................................................................................... 21

AmEx Charges Imported to PSA Changepoint ............................................................................. 22

    AmEx Rewards and Points ........................................................................................................... 24

    Concur Website ............................................................................................................................ 25

        Reprinting Travel Invoice ....................................................................................................... 25

    Tyler Travel Policy ....................................................................................................................... 27

    Travel Tips ................................................................................................................................... 28

    Rental Cars .................................................................................................................................. 30

    TSA Precheck ............................................................................................................................... 30

    Common Travel Policy Questions ................................................................................................ 31

How to Enter Time and Expenses in Changepoint PSA ................................................................. 31

    Changepoint PSA Expense Report Tips ....................................................................................... 33

    Expense Checklist ........................................................................................................................ 37

    Per Diem Sheet ........................................................................................................................... 38

    Advance Airfare ........................................................................................................................... 38

    Airfare + Direct Travel Service Fee .............................................................................................. 39

    Hotel + Direct Travel Service Fee ................................................................................................ 39

    Implementation Day Trip Expense Report .................................................................................. 40

    NBCTQ Time Sheet ...................................................................................................................... 40

    Billable Work with no Associated Expenses ................................................................................ 41

    Working in California ................................................................................................................... 42

    Cell Phone Reimbursement ........................................................................................................ 42

    Tyler ERP & School Division 2017-2018 Implementation Incentive Comp Plan ......................... 43

Using the Implementation Document Library ............................................................................... 46

Job Shadowing at a Client Site ...................................................................................................... 51

Implementation Site Report - Shadow .......................................................................................... 53

Implementation DOs and DON'Ts .................................................................................................. 56

IC Expectations .............................................................................................................................. 58



Tyler 007371



Client Response and Follow-Up Best Practices................................................................................60

Client SharePoint Sites...................................................................................................................63

Install Site Reports .........................................................................................................................63

How to Read an Install Site Report ................................................................................................66

IMPL database - Data Quick Reference...........................................................................................69

Setting Up Your Dynamics CRM Dashboard ...................................................................................69

      Follow and Unfollow a Client ..................................................................................................78

      Follow and Unfollow a Case.....................................................................................................79

      Option A: Wild Card Search Using the * ..................................................................................81

      Option B: Using the Contact Name...........................................................................................81

      Find Saved Views......................................................................................................................82

Transition from Training to Life on the Road...................................................................................83

    Who Does What?......................................................................................................................83

    Support vs. Implementation Analyst .......................................................................................84

    Utilizing the Implementation Analysts.....................................................................................85

Updated: 1/6/2019



Confidential

Tyler 007372



# Enterprise Implementation Approach



Updated: 5/6/2019



Tyler 007373



Updated: 5/6/2019

| Quoted By: | Alban Michaud |
| Date: | 6/1/2017 |
| Quote Expiration: | 9/13/2017 |
| Quote Name: | Clark County-ERP-Munis |
| Quote Number: | 2017-27279 |
| Quote Description: | Tyler Contract Pricing |

**Sales Quotation For**
Clark County
517 Court St
Neilsville, Wisconsin 54456
Phone +1-414-227.4000



## Tyler Software and Related Services

| Description | License | Impl Hours | Impl Cost | Data Conversion | Module Total | Year One Maintenance |
|---|---|---|---|---|---|---|
| **Financials:** | | | | | | |
| Accounting/GL/BG/AP | $29,000.00 | 160 | $28,000.00 | $8,200.00 | $65,200.00 | $5,220.00 |
| Bid Management | $3,300.00 | 24 | $4,200.00 | $0.00 | $7,500.00 | $594.00 |
| Capital Assets | $7,700.00 | 40 | $7,000.00 | $3,000.00 | $17,700.00 | $1,386.00 |
| Cash Management | $5,000.00 | 32 | $5,600.00 | $0.00 | $10,600.00 | $900.00 |
| Contract Management | $3,300.00 | 24 | $4,200.00 | $0.00 | $7,500.00 | $594.00 |
| Employee Expense Reimbursement | $4,000.00 | 32 | $5,600.00 | $0.00 | $9,600.00 | $720.00 |
| Inventory | $7,150.00 | 40 | $7,000.00 | $0.00 | $14,150.00 | $1,287.00 |
| Project & Grant Accounting | $6,000.00 | 32 | $5,600.00 | $0.00 | $11,600.00 | $1,090.00 |
| Purchasing | $12,700.00 | 80 | $14,000.00 | $0.00 | $26,700.00 | $2,286.00 |
| Work Orders, Fleet & Facilities Management | $8,950.00 | 120 | $21,000.00 | $5,000.00 | $34,950.00 | $1,611.00 |
| **Human Capital Management:** | | | | | | |
| ExecuTime Time & Attendance Import | $5,145.00 | 0 | $0.00 | $0.00 | $5,145.00 | $1,029.00 |
| ExecuTime Time & Attendance Mobile Access | $5,075.00 | 0 | $0.00 | $0.00 | $5,075.00 | $1,015.00 |





## Tyler Software and Related Services

| Description | License | Impl. Hours | Impl. Cost | Data Conversion | Module Total | Year One Maintenance |
|---|---|---|---|---|---|---|
| Exec.Time & Attendance - Up to 500 Employees | $22,525.00 | 64 | $11,200.00 | $0.00 | $33,725.00 | $4,505.00 |
| Human Resources & Talent Management | $18,100.00 | 56 | $9,800.00 | $0.00 | $27,900.00 | $3,258.00 |
| Payroll w/ESS | $23,500.00 | 160 | $28,000.00 | $11,800.00 | $63,300.00 | $4,230.00 |
| Recruiting | $5,500.00 | 24 | $4,200.00 | $0.00 | $9,700.00 | $990.00 |
| **Revenue:** | | | | | | |
| Accounts Receivable | $6,600.00 | 64 | $11,200.00 | $0.00 | $17,800.00 | $1,188.00 |
| General Billing | $3,000.00 | 32 | $5,600.00 | $6,180.00 | $14,780.00 | $540.00 |
| Tyler Cashiering | $11,000.00 | 40 | $7,000.00 | $0.00 | $18,000.00 | $1,980.00 |
| **Productivity:** | | | | | | |
| Tyler Forms Processing | $7,500.00 | 0 | $0.00 | $0.00 | $7,500.00 | $1,500.00 |
| Tyler Content Manager SE | $14,000.00 | 32 | $5,600.00 | $0.00 | $19,600.00 | $2,520.00 |
| Munis Analytics & Reporting | $27,400.00 | 40 | $7,000.00 | $0.00 | $34,400.00 | $4,932.00 |
| eProcurement | $5,000.00 | 8 | $1,400.00 | $0.00 | $6,400.00 | $900.00 |
| Citizen Self Service | $6,600.00 | 8 | $1,400.00 | $0.00 | $8,000.00 | $1,188.00 |
| **Additional:** | | | | | | |
| CAFR Statement Builder | $10,625.00 | 24 | $4,200.00 | $0.00 | $14,825.00 | $1,913.00 |
| **Sub-Total:** | $258,670.00 | | $198,800.00 | $34,180.00 | $491,650.00 | $47,366.00 |
| **Less Discount:** | $129,337.00 | | $0.00 | $0.00 | $129,337.00 | $47,366.00 |
| **TOTAL:** | $129,333.00 | 1136 | $198,800.00 | $34,180.00 | $362,313.00 | $0.00 |

## Other Services

| Description | Quantity | Unit Price | Unit Discount | Extended Price |
|---|---|---|---|---|
| End User Training | 96 | $175.00 | $0.00 | $16,800.00 |
| Install Fee - New Server Install-WIN | 1 | $6,000.00 | $0.00 | $6,000.00 |
| Project Planning Services | 1 | $5,000.00 | $0.00 | $5,000.00 |
| Tyler Forms Library - Financial | 1 | $1,600.00 | $0.00 | $1,600.00 |
| Tyler Forms Library - General Billing | 1 | $1,500.00 | $0.00 | $1,500.00 |

Updated: 5/6/2019

7



Tyler 007375



## Other Services

| Description | Quantity | Unit Price | Unit Discount | Extended Price |
|---|---|---|---|---|
| Tyler Forms Library - Payroll | 1 | $1,400.00 | $0.00 | $1,400.00 |
| Tyler Forms Library - Personnel Action | 1 | $1,200.00 | $0.00 | $1,200.00 |
| Tyler Forms Processing Configuration | 1 | $1,500.00 | $0.00 | $1,500.00 |
| **TOTAL:** | | | | **$35,000.00** |

## 3rd Party Hardware, Software and Services

| Description | Quantity | Unit Price | Unit Discount | Total Price | Unit Maintenance | Unit Maintenance Discount | Total Year One Maintenance |
|---|---|---|---|---|---|---|---|
| Tyler Secure Signature System with 2 Keys | 1 | $1,650.00 | $0.00 | $1,650.00 | $0.00 | $0.00 | $0.00 |
| 3rd Party Hardware Sub-Total: | | | $0.00 | $1,650.00 | | | $0.00 |
| **TOTAL:** | | | | **$1,650.00** | | | **$0.00** |

## Summary

| | One Time Fees | Recurring Fees |
|---|---|---|
| Total Tyler Software | $129,333.00 | $0.00 |
| Total Tyler Services | $267,980.00 | $0.00 |
| Total 3rd Party Hardware, Software and Services | $1,650.00 | $0.00 |
| **Summary Total** | **$398,963.00** | **$0.00** |
| **Contract Total (Excluding Estimated Travel Expenses)** | **$398,963.00** | |
| **Estimated Travel Expenses** | **$69,870.00** | |

2017-27279 - Tyler Contract Pricing

CONFIDENTIAL

3 of 11



tyler

Updated: 5/6/2019

9

## Detailed Breakdown of Conversions (Included in Contract Total)

| Description | Unit Price | Unit Discount | Extended Price |
|---|---|---|---|
| Accounting - Actuals | $1,000.00 | $0.00 | $1,000.00 |
| Accounting - Budgets | $1,000.00 | $0.00 | $1,000.00 |
| Accounting Standard COA | $2,000.00 | $0.00 | $2,000.00 |
| Accounts Payable - Checks | $1,200.00 | $0.00 | $1,200.00 |
| Accounts Payable - Invoice | $1,800.00 | $0.00 | $1,800.00 |
| Accounts Payable Standard Master | $1,200.00 | $0.00 | $1,200.00 |
| Capital Assets - History | $1,000.00 | $0.00 | $1,000.00 |
| Capital Assets Std Master | $2,000.00 | $0.00 | $2,000.00 |
| General Billing - Bills | $3,500.00 | $0.00 | $3,500.00 |
| General Billing - Recurring Invoices | $1,680.00 | $0.00 | $1,680.00 |
| General Billing Std CID | $1,000.00 | $0.00 | $1,000.00 |
| Payroll - Accrual Balances | $1,500.00 | $0.00 | $1,500.00 |
| Payroll - Accumulators | $1,400.00 | $0.00 | $1,400.00 |
| Payroll - Check History | $1,200.00 | $0.00 | $1,200.00 |
| Payroll - Deductions | $1,800.00 | $0.00 | $1,800.00 |
| Payroll - Earning/Deduction Hist | $2,500.00 | $0.00 | $2,500.00 |
| Payroll - Standard | $2,000.00 | $0.00 | $2,000.00 |
| Payroll - State Retirement Tables | $1,400.00 | $0.00 | $1,400.00 |
| Work Order - Closed Work Order History No Cost Data | $3,000.00 | $0.00 | $3,000.00 |
| Work Order - Work Order Asset | $2,000.00 | $0.00 | $2,000.00 |
| **TOTAL:** | | | **$34,180.00** |

CONFIDENTIAL

2017-27279 - Tyler Contract Pricing



Tyler 007377

tyler

## Optional SaaS

| Description | | | # Years | Annual Fee | Impl. Hours | | | One Time Fees | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | Impl. Cost | Data Conversion | |
| **Productivity:** | | | | | | | | | | |
| Transparency Portal | | | 1 | $7,000.00 | 0 | | | $0.00 | $0.00 | |

## Optional Tyler Software & Related Services

| Description | License | Impl. Hours | Impl. Cost | Data Conversion | Module Total | Year One Maintenance |
| --- | --- | --- | --- | --- | --- | --- |
| **Financials:** | | | | | | |
| Quatred Inventory Scanning Interface | $2,200.00 | 16 | $2,800.00 | $0.00 | $5,000.00 | $396.00 |
| **Human Capital Management:** | | | | | | |
| ExecuTime Advance Scheduling Mobile Access | $3,975.00 | 0 | $0.00 | $0.00 | $3,975.00 | $795.00 |
| ExecuTime Advance Scheduling – Up to 50 Employees | $8,120.00 | 48 | $8,400.00 | $0.00 | $16,520.00 | $1,624.00 |
| **Additional:** | | | | | | |
| Contracts - C | $0.00 | 0 | $0.00 | $3,000.00 | $3,000.00 | $0.00 |
| Inventory - Commodity Codes - C | $0.00 | 0 | $0.00 | $840.00 | $840.00 | $0.00 |
| Inventory Std Master - C | $0.00 | 0 | $0.00 | $2,400.00 | $2,400.00 | $0.00 |
| Payroll - Certifications - C | $0.00 | 0 | $0.00 | $1,400.00 | $1,400.00 | $0.00 |
| Payroll - Education - C | $0.00 | 0 | $0.00 | $1,400.00 | $1,400.00 | $0.00 |
| Payroll - PM Action History - C | $0.00 | 0 | $0.00 | $1,400.00 | $1,400.00 | $0.00 |
| Payroll - Position Control - C | $0.00 | 0 | $0.00 | $1,400.00 | $1,400.00 | $0.00 |
| Payroll - Recruiting - C | $0.00 | 0 | $0.00 | $1,400.00 | $1,400.00 | $0.00 |
| Project Grant Accounting - Actuals - C | $0.00 | 0 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| Project Grant Accounting - Budgets - C | $0.00 | 0 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| Project Grant Accounting Standard - C | $0.00 | 0 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| Purchasing - Purchase Orders - Standard - C | $0.00 | 0 | $0.00 | $1,800.00 | $1,800.00 | $0.00 |

2017-27279 - Tyler Contract Pricing

CONFIDENTIAL

5 of 11

Updated: 5/6/2019



## Optional Tyler Software & Related Services

| Description | License | Impl. Hours | Impl. Cost | Data Conversion | Module Total | Year One Maintenance |
|---|---|---|---|---|---|---|
| Work Order - Work Order History With Cost Data - C | $0.00 | 0 | $0.00 | $3,000.00 | $3,000.00 | $0.00 |
| TOTAL: | $14,295.00 | 64 | $11,200.00 | $22,040.00 | $47,535.00 | $2,815.00 |

## Optional Other Services

| Description | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|
| Install Fee - Transparency Portal | 1 | $2,500.00 | $0.00 | $2,500.00 |
| P-Card Import Format | 1 | $5,500.00 | $0.00 | $5,500.00 |
| Source Code Escrow | 1 | $1,500.00 | $0.00 | $1,500.00 |
| TOTAL: | | | | $9,500.00 |

## Optional Conversion Details (Prices Reflected Above)

| Description | Unit Price | Unit Discount | Extended Price |
|---|---|---|---|
| Contracts | $3,000.00 | $0.00 | $3,000.00 |
| Inventory - Commodity Codes | $840.00 | $0.00 | $840.00 |
| Inventory Std Master | $2,400.00 | $0.00 | $2,400.00 |
| Payroll - Certifications | $1,400.00 | $0.00 | $1,400.00 |
| Payroll - Education | $1,400.00 | $0.00 | $1,400.00 |
| Payroll - PM Action History | $1,400.00 | $0.00 | $1,400.00 |
| Payroll - Position Control | $1,400.00 | $0.00 | $1,400.00 |
| Payroll - Recruiting | $1,400.00 | $0.00 | $1,400.00 |
| Project Grant Accounting - Actuals | $1,000.00 | $0.00 | $1,000.00 |
| Project Grant Accounting - Budgets | $1,000.00 | $0.00 | $1,000.00 |
| Project Grant Accounting Standard | $2,000.00 | $0.00 | $2,000.00 |
| Purchasing - Purchase Orders - Standard | $1,800.00 | $0.00 | $1,800.00 |
| Work Order - Work Order History With Cost Data | $3,000.00 | $0.00 | $3,000.00 |
| TOTAL: | | | $22,040.00 |

## Optional 3rd Party Hardware, Software and Services

Updated: 5/6/2019

11

Confidential

Tyler 007379





Updated: 5/6/2019

| Description | Quantity | Unit Price | Unit Discount | Total Price | Unit Maintenance | Unit Maintenance Discount | Total Year One Maintenance |
|---|---|---|---|---|---|---|---|
| Cash Drawer | 1 | $230.00 | $0.00 | $230.00 | $0.00 | $0.00 | $0.00 |
| Extended Warranty - 12 Months | 1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Genus I: Barcode Reader | 1 | $1,395.00 | $0.00 | $1,395.00 | $0.00 | $0.00 | $0.00 |
| Genus I: Biometric Reader | 1 | $1,995.00 | $0.00 | $1,995.00 | $0.00 | $0.00 | $0.00 |
| Genus I: External Barcode Reader | 1 | $200.00 | $0.00 | $200.00 | $0.00 | $0.00 | $0.00 |
| Genus I: External Mag Reader | 1 | $258.00 | $0.00 | $258.00 | $0.00 | $0.00 | $0.00 |
| Genus I: External Prox Reader | 1 | $284.00 | $0.00 | $284.00 | $0.00 | $0.00 | $0.00 |
| Genus I: Mag Stripe Reader | 1 | $1,395.00 | $0.00 | $1,395.00 | $0.00 | $0.00 | $0.00 |
| Genus I: No Reader | 1 | $1,335.00 | $0.00 | $1,335.00 | $0.00 | $0.00 | $0.00 |
| Genus I: Proximity Reader (HID) | 1 | $1,495.00 | $0.00 | $1,495.00 | $0.00 | $0.00 | $0.00 |
| Genus I: Proximity Reader (iClass) | 1 | $1,595.00 | $0.00 | $1,595.00 | $0.00 | $0.00 | $0.00 |
| Genus I: Proximity Reader (Mifare) | 1 | $1,595.00 | $0.00 | $1,595.00 | $0.00 | $0.00 | $0.00 |
| Genus I: Uninterrupted Power Source 1.0 AH | 1 | $164.00 | $0.00 | $164.00 | $0.00 | $0.00 | $0.00 |
| Genus I: Universal Power Supply | 1 | $40.00 | $0.00 | $40.00 | $0.00 | $0.00 | $0.00 |
| Hand Held Scanner - Model 1900GSR | 1 | $385.00 | $0.00 | $385.00 | $0.00 | $0.00 | $0.00 |
| Hand Held Scanner Stand | 1 | $25.00 | $0.00 | $25.00 | $0.00 | $0.00 | $0.00 |
| ID Tech MiniMag USB Reader | 1 | $62.00 | $0.00 | $62.00 | $0.00 | $0.00 | $0.00 |
| POE Injector | 1 | $160.00 | $0.00 | $160.00 | $0.00 | $0.00 | $0.00 |
| POE Splitter | 1 | $120.00 | $0.00 | $120.00 | $0.00 | $0.00 | $0.00 |
| Printer (TM-S9000) | 1 | $1,600.00 | $0.00 | $1,600.00 | $0.00 | $0.00 | $0.00 |
| Touchscreen: Barcode Reader | 1 | $2,495.00 | $0.00 | $2,495.00 | $0.00 | $0.00 | $0.00 |
| Touchscreen: Biometric and Barcode Reader | 1 | $2,995.00 | $0.00 | $2,995.00 | $0.00 | $0.00 | $0.00 |
| Touchscreen: Biometric and Mag Stripe Reader | 1 | $2,995.00 | $0.00 | $2,995.00 | $0.00 | $0.00 | $0.00 |
| Touchscreen: Biometric and Prox Reader | 1 | $2,995.00 | $0.00 | $2,995.00 | $0.00 | $0.00 | $0.00 |
| Touchscreen: Biometric Reader | 1 | $2,695.00 | $0.00 | $2,695.00 | $0.00 | $0.00 | $0.00 |
| Touchscreen: Mag Stripe Reader | 1 | $2,395.00 | $0.00 | $2,395.00 | $0.00 | $0.00 | $0.00 |

2017-27279 - Tyler Contract Pricing

CONFIDENTIAL

7 of 11



Confidential

Tyler 007380

tyler

| | | License | License Discount | License Net | Maintenance Basis | Year One Maint Discount | Year One Maint Net |
|---|---|---|---|---|---|---|---|
| Touchscreen: No Reader | 1 | $2,195.00 | $0.00 | $2,195.00 | $0.00 | $0.00 | $0.00 |
| Touchscreen: Proximity Reader | 1 | $2,395.00 | $0.00 | $2,395.00 | $0.00 | $0.00 | $0.00 |
| Touchscreen: Screen Protector | 1 | $62.00 | $0.00 | $62.00 | $0.00 | $0.00 | $0.00 |
| Touchscreen: Universal Power Supply | 1 | $111.00 | $0.00 | $111.00 | $0.00 | $0.00 | $0.00 |
| Touchscreen: Wall Mount | 1 | $75.00 | | $75.00 | $0.00 | $0.00 | $0.00 |
| *3rd Party Hardware Sub-Total:* | | | $0.00 | *$35,741.00* | | | *$0.00* |
| **TOTAL:** | | | | **$35,741.00** | | | **$0.00** |

Unless otherwise indicated in the contract or Amendment thereto, pricing for optional items will be held for Six (6) months from the Quote date or the Effective Date of the Contract, whichever is later.

Customer Approval: _____ Date: _____

Print Name: _____ P.O. #: _____

All primary values quoted in US Dollars

**Tyler Discount Detail**

| Description | License | License Discount | License Net | Maintenance Basis | Year One Maint Discount | Year One Maint Net |
|---|---|---|---|---|---|---|
| **Financials:** | | | | | | |
| Accounting/GL/BG/AP | $29,000.00 | $14,500.00 | $14,500.00 | $6,220.00 | $5,220.00 | $0.00 |
| Bid Management | $3,300.00 | $1,650.00 | $1,650.00 | $594.00 | $594.00 | $0.00 |
| Capital Assets | $7,700.00 | $3,850.00 | $3,850.00 | $1,386.00 | $1,386.00 | $0.00 |
| Cash Management | $5,000.00 | $2,500.00 | $2,500.00 | $900.00 | $900.00 | $0.00 |
| Contract Management | $3,300.00 | $1,650.00 | $1,650.00 | $594.00 | $594.00 | $0.00 |
| Employee Expense Reimbursement | $4,000.00 | $2,000.00 | $2,000.00 | $720.00 | $720.00 | $0.00 |
| Inventory | $7,150.00 | $3,575.00 | $3,575.00 | $1,287.00 | $1,287.00 | $0.00 |
| Project & Grant Accounting | $6,000.00 | $3,000.00 | $3,000.00 | $1,080.00 | $1,080.00 | $0.00 |
| Purchasing | $12,700.00 | $6,350.00 | $6,350.00 | $2,286.00 | $2,286.00 | $0.00 |
| Work Orders, Fleet & Facilities Management | $8,950.00 | $4,475.00 | $4,475.00 | $1,611.00 | $1,611.00 | $0.00 |
| **Payroll/HR:** | | | | | | |
| ExecuTime Time & Attendance Import | $5,145.00 | $2,573.00 | $2,572.00 | $1,029.00 | $1,029.00 | $0.00 |
| ExecuTime Time & Attendance Mobile Access | $5,075.00 | $2,538.00 | $2,537.00 | $1,015.00 | $1,015.00 | $0.00 |

2017-27279 - Tyler Contract Pricing

CONFIDENTIAL

8 of 11

Updated: 5/6/2019

13





tyler

Updated: 5/6/2019

## Tyler Discount Detail

| Description | License | License Discount | License Net | Maintenance Basis | Year One Maint Discount | Year One Maint Net |
|---|---|---|---|---|---|---|
| ExecuTime Time & Attendance - Up to 500 Employees | $22,525.00 | $11,263.00 | $11,262.00 | $4,505.00 | $4,505.00 | $0.00 |
| Human Resources & Talent Management | $18,100.00 | $9,050.00 | $9,050.00 | $3,258.00 | $3,258.00 | $0.00 |
| Payroll w/ESS | $23,500.00 | $11,750.00 | $11,750.00 | $4,230.00 | $4,230.00 | $0.00 |
| Recruiting | $5,500.00 | $2,750.00 | $2,750.00 | $990.00 | $990.00 | $0.00 |
| **Revenue:** | | | | | | |
| Accounts Receivable | $6,600.00 | $3,300.00 | $3,300.00 | $1,188.00 | $1,188.00 | $0.00 |
| General Billing | $3,000.00 | $1,500.00 | $1,500.00 | $540.00 | $540.00 | $0.00 |
| Tyler Cashiering | $11,000.00 | $5,500.00 | $5,500.00 | $1,980.00 | $1,980.00 | $0.00 |
| **Productivity:** | | | | | | |
| Citizen Self Service | $6,600.00 | $3,300.00 | $3,300.00 | $1,188.00 | $1,188.00 | $0.00 |
| eProcurement | $5,000.00 | $2,500.00 | $2,500.00 | $900.00 | $900.00 | $0.00 |
| Munis Analytics & Reporting | $27,400.00 | $13,700.00 | $13,700.00 | $4,932.00 | $4,932.00 | $0.00 |
| Tyler Content Manager SE | $14,000.00 | $7,000.00 | $7,000.00 | $2,520.00 | $2,520.00 | $0.00 |
| Tyler Forms Processing | $7,500.00 | $3,750.00 | $3,750.00 | $1,500.00 | $1,500.00 | $0.00 |
| **Additional:** | | | | | | |
| CAFR Statement Builder | $10,625.00 | $5,313.00 | $5,312.00 | $1,913.00 | $1,913.00 | $0.00 |
| **TOTAL:** | **$258,670.00** | **$129,337.00** | **$129,333.00** | **$47,366.00** | **$47,366.00** | **$0.00** |

CONFIDENTIAL

2017-27279 - Tyler Contract Pricing

14

Confidential

Tyler 007382

☆ tyler

## Comments

Tyler recommends the use of a 128-bit SSL Security Certificate for any Internet Web Applications, such as the Munis Web Client and the MUNIS Self Service applications if hosted by the Client. This certificate is required to encrypt the highly sensitive payroll and financial information as it travels across the public internet. There are various vendors who sell SSL Certificates, with all ranges of prices.

Conversion prices are based on a single occurrence of the database. If additional databases need to be converted, these will need to be quoted.

Tyler's quote contains estimates of the amount of services needed, based on our preliminary understanding of the size and scope of your project. The actual amount of services depends on such factors as your level of involvement in the project and the speed of knowledge transfer.

Unless otherwise noted, prices submitted in the quote do not include travel expenses incurred in accordance with Tyler's then-current Business Travel Policy.

Tyler's prices do not include applicable local, city or federal sales, use excise, personal property or other similar taxes or duties, which you are responsible for determining and remitting.

In the event Client cancels services less than two (2) weeks in advance, Client is liable to Tyler for (i) all non-refundable expenses incurred by Tyler on Client's behalf; and (ii) daily fees associated with the cancelled services if Tyler is unable to re-assign its personnel.

Tyler provides onsite training for a maximum of 12 people per class. In the event that more than 12 users wish to participate in a training class or more than one occurrence of a class is needed, Tyler will either provide additional days at then-current rates for training or Tyler will utilize a Train-the-Trainer approach whereby the client designated attendees of the initial training can thereafter train the remaining users.

In the event Client acquires from Tyler any edition of Tyler Content Manager software other than Enterprise Edition, the license for Content Manager is restricted to use with Tyler applications only. If Client wishes to use Tyler Content Manager software with non-Tyler applications, Client must purchase or upgrade to Tyler Content Manager Enterprise Edition.

Tyler's form library prices are based on the actual form quantities listed, and assume the forms will be provided according to the standard Munis form template. Any forms in addition to the quoted amounts and types, including custom forms or forms that otherwise require custom programming, are subject to an additional fee. Please also note that use of the Tyler Forms functionality requires the use of approved printers as well. You may contact Tyler's support team for the most current list of approved printers.

Financial library includes: 1 A/P check; 1 EFT/ACH, 1 Purchase order, 1 Contract, 1099M, 1099INT, 1099S, and 1099G.

General Billing library includes: 1 invoice, 1 statement, 1 general billing receipt and 1 miscellaneous receipt.

Includes digitizing two signatures, additional charges will apply for additional signatures.

Project Management includes project planning, kickoff meeting, status calls, task monitoring, verification and transition to support.

Tyler Forms Payroll Core library includes: 1 PR check, 1 direct deposit, 1 vendor from payroll check, 1 vendor from payroll direct deposit, W2, W2c, 1099 R, ACA 1095B and ACA 1095C.

Personnel Actions Forms Library includes: 1 Personnel Action form - New and 1 Personnel Action Form - Change.

2017-27279 - Tyler Contract Pricing                        CONFIDENTIAL                                                        10 of 11

Updated: 5/6/2019

tyler

## Comments

Tyler's cost is based on all of the proposed products and services being obtained from Tyler. Should significant portions of the products or services be deleted, Tyler reserves the right to adjust prices accordingly.

The Munis Accounts Payable module utilizes a label printer for batch-scanned document indexing. This printer is to be provided by the client and must support multi-page Adobe PDF files, such as the Brother QL-700.

In the event a self-hosted customer opts to enroll as a beneficiary under Tyler's source code escrow agreement, Tyler will provide the paperwork required for enrollment. That self-hosted customer will be billed, on an annual basis, directly by Tyler's escrow agent, and all such fees must be paid directly to that escrow agent. Rates for subsequent years are subject to change at the discretion of Tyler's escrow agent.

The Tyler Software Product Tyler Forms Processing must be used in conjunction with a Hewlett Packard printer supported by Tyler for printing checks.

Transparency Portal SaaS services will renew automatically for additional one (1) year terms at our then-current fee unless terminated in writing by either party at least thirty (30) days prior to the end of the then-current term.

CONFIDENTIAL

2017-27279 - Tyler Contract Pricing

Updated: 5/6/2019



Confidential

Tyler 007384





Confidential

tyler

# A Week in the Life of an IC

## Overview

- Monday/Thursday night are usually travel times. Onsite Tuesday, Wednesday, and Thursday for full days.

- Occasionally you may need to travel on a Friday due to training schedule or flight schedule.

- Occasionally may need to travel on weekend to be onsite – Production Cutover (Go Live) timeframe.

- Goal is 13 billable days a month – could be a combination of onsite or remote (GoToMeeting) days.

- If arriving home early enough on Thursday evening, you may be scheduled for a GoToMeeting on Friday for a 4-hour or 8-hour session.

- Sometimes you/client may be scheduled for GoToMeeting on Monday, with travel Monday night, and onsite Tuesday, Wednesday, Thursday and Friday 1/2 day with travel in evening.

## Details by Day (Example Only)

### Monday

- Pack
- Review agenda/material for training days
- Make travel plans for 2-3 weeks out
- Follow up on client emails/question
- Travel
- Arrive at hotel, have dinner
- Venture out to find client site and become familiar with area (specifically if your first visit to client site)
- Work out, get dinner, buy flowers for room, go see a movie, etc.

Confidential

 tyler

## Tuesday, Wednesday, and Thursday
- Plan for any traffic/stops before client site
- 8:00 am - Arrive at client site 15-30 min before training to set up laptop and/or log into database, check incidents if any
- 8:30 am - Start training on time
    - o Go through agenda and training scenarios
    - o Break around 10:30 as time permits (check with client representative to see if any union scheduled breaks exist...)
    - o Continued training and demonstration until noon
- 12:00 pm – Lunch time
    - o Recommended to leave client site and get lunch - clear your head - take a mental break for yourself
    - o Call support/analyst if needed. Check emails
- 1:00 pm - Resume Training and continue working with client
- 4:00 pm - Wrap up presentation/training
    - o Question and answer session
    - o Stay until 4:30 (or end of training day as specified with client) and review any open incidents, troubleshooting, write notes about day in site report, prepare for next day's session
- 4:30 pm – End of Day
    - o Pack up and head back to hotel/dinner
    - o Make sure you are prepared for the next day
    - o Research any unanswered questions for client

## Travel home – usually Thursday night or Friday day
- Head directly to airport to check-in and wait for flight
- Grab some dinner/snack
- Catch up on emails/begin expense report while waiting
- Have a safe trip home ☺

## Friday (Office Day)
- Finish Site Report and any incidents/emails needed for client
- Follow up on other emails from clients you weren't working with for the week
- Self-Study – prepare for next week
    - o Review agendas on SharePoint and make sure you are prepared
    - o Review eLearnings, documents, test in virtual server, etc.
    - o Plan for upcoming travel or training days
- Submit all expense reports

## Friday (Go to Webinar/Meeting)
- Plan for training with client (as scheduled by Project Manager)
    - o Your presentation style may change a little, but continue to provide impeccable training, quality, and superior service. (Just because you are not physically in front of the client, doesn't mean the client is paying any less for that day.)

Updated: 1/1/2019

19



Confidential                                                                        Tyler 007387

 tyler

## A Month in the Life of an IC

# MONTH 1

SUBJECT _____

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SAT/SUN |
|---|---|---|---|---|---|---|
| WEEK notes | Travel | **1** Onsite | **2** Onsite | **3** Onsite | **4** *GoToMeeting OR Travel OR Office Day | **5/6** |
| | | | | Evening Travel | | |
| WEEK notes | **7** Travel | **8** Onsite | **9** Onsite | **10** Onsite | **11** Travel | **12/13** |
| | | | | | Office Day | |
| WEEK notes | **14** Travel | **15** Onsite | **16** Onsite | **17** Onsite | **18** GoToMeeting | **19/20** Sunday: Travel |
| | | | | Evening Travel | Office Day | |
| WEEK notes | **21** Onsite | **22** Onsite | **23** Onsite | **24** Onsite | **25** Onsite ½ day | **26/27** |
| | | | | | Evening Travel | |
| WEEK notes | **28** Travel | **29** Onsite | **30** Onsite | **31** Onsite | | |
| | | | | Evening Travel | | |

Updated: 5/6/2019

20



Confidential



## Implementation Calendar

As you transition out of New Hire Training, you will start to use the ERP Implementation Calendar. The calendar is a centralized calendar for Sr. Directors, Directors, Project Managers, and Implementation Consultants to view their team's schedule. The calendar also includes a general *Search* option across all Territories, Regions, Teams, Resources and Clients.



o   The Implementation Calendar is located here:
     https://c5cqk226.caspio.com/dp/d86e5000fd48f51ba0b9410c9914. To access the calendar, use
     your Active Directory login: firstname.lastname@tylertech.com and password. If you do not
     have access, contact your PM for assistance.

o   The calendar allows ICs to see details for the clients that they are scheduled to work with
     including the client name(s), training day(s), topic(s), and time of training (with time zones).

o   Project Managers will update and adjusted calendars as necessary for each IC on their team.

o   The calendar's Help section includes additional documentation on how to best use the calendar
     including setting up alerts and searching for specific clients, ICs, and training days.



o   Use the Teams page, ERP Implementation Calendar, to stay up-to-date on general information,
     tips and tricks, and other useful information

Updated: 5/6/2019



Confidential                                                                                                    Tyler 007389


tyler

# Traveling for Tyler

*Your corporate AmEx card <u>must</u> be used to pay all travel expenses and
all travel bookings <u>must</u> be done through Direct Travel*

## Corporate American Express Card

**Application Process**

1. Employee signs the Corporate Charge Card Policy as part of the new hire paperwork that they complete on DocuSign.
2. The employee will receive an email from Missy Poole, Tyler HR Programs Administrator, approximately 1 to 2 days after your hire date.  This email will have a link to an online application that the employee must complete.
3. 7-10 days after the online application has been approved the employee will receive his/her AmEx card at their address.

To ensure company charge cards are used only for travel and business expenses, industry restrictions will be placed on the cards. Please review the list below of industries where your card can and cannot be used. On occasion, there will be legitimate business reasons to use a charge card for a purchase that falls under the restricted industry list; on those occasions, please use an alternate method of payment. Please note that there will be no restrictions placed on Meeting Cards (cards assigned for a particular office, department, or division as opposed to an individual).

| Allowed Industry Types | Restricted Industry Types |
|---|---|
| Restaurants<br><br>Gas stations<br><br>Transportation to include:<br><br>- Airlines<br>- Cabs and limousines<br>- Buses and trains<br>- Rental cars<br>- Travel agency fees<br>- Tolls and parking<br><br>Hotels and motels<br><br>Retail stores to include:<br><br>- Office supplies<br>- Computers<br>- Grocery stores | Contracted services to include:<br><br>- Veterinary<br>- Landscaping<br>- Carpentry<br><br>Transportation to include:<br><br>- Ambulance services<br>- Marina fees and boat rentals<br>- Cruise lines<br><br>Timeshares, condos, and short-term rentals<br><br>Utilities to include:<br><br>- Television services<br>- Power and sewer<br><br>Retail stores to include:<br><br>- Clothing, sporting, and home goods<br>- Hardware<br>- Lawn and garden |

Updated: 5/6/2019



Confidential                                                                                Tyler 007390



| | |
|---|---|
| • Convenience stores<br><br>Telecom and data utilities<br>Associations and membership organization | • Wholesale clubs<br>• Jewelry<br>• Beer, wine, and spirits<br>Direct marketing, i.e., Amazon<br>PayPal and Square<br>Healthcare services<br>Childcare and educational institutions |

## AmEx Charges Imported to PSA Changepoint

**Steps to submitting imported AmEx charges for reimbursement:**

1. Open PSA Changepoint.
2. Click "New" or "General," select "Expenses."
3. Once this page opens, you will see a list of AmEx transactions under "Expense List."
4. Click on your desired expense from the expense list below; this will populate a portion of the expense information section.





Confidential



5. In the left pane, expand the appropriate customer and double-click the desired project.



6. Open the drop-down lists for expense "category" and "type" and select the appropriate items.

7. Please note, for expense types with a fixed quantity or unit price, you'll get a pop-up message informing you that for fixed amount expenses, the amount will be changed accordingly — click ok.

8. Click "Save" in the upper right corner to save your work. The expense detail entry is complete.



Updated: 5/6/2019

24



Tyler 007392



9. If you do not want to submit a particular AmEx transaction for reimbursement, right click that line and select "Delete." Once deleted, the line item will not be imported again. If you need to get it back, you'll need to enter the information manually.



10. If you do not want to have your AmEx transactions linked to your PSA account, email the Help Desk and request for the link to be removed. Please not that all expenses will need to be entered manually instead of being imported.

**Questions?** If you have any questions, please contact helpdesk@tylertech.com

## AmEx Rewards and Points
Your corporate AmEx is eligible for the American Express rewards program.  The cost, $90 per year, is **not eligible for reimbursement**, but many ICs elect to pay for the membership and use the benefits as they see fit, please note some limitation exist.

Visit membershiprewards.com/terms for more information.



Updated: 5/6/2019



Confidential                                                    Tyler 007393



## Concur Website

Watch this ½-hour YouTube video (Concur General Training Video) to get a basic overview of how to book flights, car rental, and hotel room reservations:
https://www.youtube.com/watch?v=tpjIYEvdAsM&feature=youtu.be

1. Go to Concur website: **https://concursolutions.com**
   - o   Username: *TylerTech email address*
   - o   Temporary Password: Tyler20XX
   - o   Created New Password: when prompted

**\*\*Note:**
- *Where 20xx corresponds to the current year, for example 2018*
- *You will not be able to sign in with the temporary password until after you've received an email from Direct Travel letting you know that you have access.*

2. Populate your profile on the Concur website

To access, click the down arrow next to Profile in the upper right corner, then select Profile Settings

REQUIRED:
- Your full name exactly as it appears on the photo ID that you will use at the airport
- Work Phone and Home Phone
- TSA Info: 1) Gender 2) Date of Birth



## Reprinting Travel Invoice

To retrieve invoices, please follow these instructions:

1. Go to www.dt.com
2. Click on Tools



Confidential



3. Click on Invoices on-Demand



4. Enter your first name as it shows in Concur
5. Enter your last name
6. Click Record Locator in the Search By list
7. Enter your Agency Record Locator from your Concur Itinerary (in between the Customer Name, City and State and the ticket number) - Agency Record Locator:
8. Click Print my Invoice

Updated: 5/6/2019

Confidential

Tyler 007395



## Tyler Travel Policy

Navigate to the Tyler Business Travel landing page on TylerShare:
(https://tylertech.sharepoint.com/teams/eeresources/travel)



Read the **Tyler Travel Policy** and answer the following questions:

1. Who are our preferred rental car companies? _____
2. Should you accept the supplemental liability insurance, loss damage waiver and personal accident insurance offered by our preferred rental company? _____
3. Find and read **Entering Per Diems in PSA** (you will likely need to expand a folder to locate). Determine the per diem rate for Yarmouth, ME on the GSA website.
   - Yarmouth ME per diem rate = $_____

Using the **Tyler Travel Policy**, complete the following table:

| Scenario | % of Per Diem Claim in PSA |
|---|---|
| Departure day – leave before noon | |
| Departure day – leave after noon | |
| Return day – return before noon | |
| Return day – return at 3:00 p.m. | |

Per Diem Combinations

| Breakfast, Lunch and Dinner | 100% |
|---|---|
| Breakfast | 15% |
| Breakfast and Lunch | 40% |
| Break and Dinner | 75% |
| Lunch | 25% |
| Lunch and Dinner | 85% |
| Dinner | 60% |

Updated: 5/6/2019



28

 tyler

## Travel Tips

**Where should I stay when visiting a client site?**
Tyler requires all hotels to be booked through Concur. Check with your Project Manager. Some clients have negotiated rates at a certain hotel and, per our contract, we are required to stay there.

**What should I wear when traveling?**
You are not required to dress business casual when traveling; however, you should always look presentable as a representative of Tyler.

**What should I pack/not pack?**
1.  Business, formal attire for day 1 onsite
2.  Business casual for onsite
     a.   Dress pants, khakis, polos, dress shirts, dress shoes
     b.   NO jeans, t-shirts, or tennis shoes/sneakers
***See Dress Code Policy for more details***
3.  Casual clothing for free time
4.  Some people prefer not to check bag.  If you choose to do check a bag, you will be reimbursed

> When going through a security checkpoint, you are allowed one bag of gels, liquids, and aerosols with you in your carry-on bag. The TSA scans this bag separately from the carry-on bag.
> Remember the 3-1-1 rule:
> - 3.4 ounce (or less) bottles
> - 1-quart size, clear, plastic bag
> - 1 bag per passenger

     for 1 bag per trip
5.  A photocopy of credit cards
6.  A spreadsheet with important phone number – in case you lose your phone



Confidential
Tyler 007397



**What do I do if my flight is delayed or cancelled?**
1. Contact your Project Manager
2. Contact Direct Travel – put numbers in your phone



**What do I do if I'm in a car accident?**
1. Contact police, if necessary
2. If possible, safely take pictures of damage and of the scene
3. Obtain copies of police report, rental agreement, and other related documents
   a. Complete the Auto Loss Reporting Form:
      https://tylertech.sharepoint.com/teams/eeresources/Travel/SitePages/Auto%20Accident.aspx
   b. Deliver all documents to Casey Civiello – Casey.Civiello@tylertech.com
4. Contact car rental agency
5. Contact your Project Manager
6. Discuss plan with Project Manager for who will contact the site, if necessary

Updated: 5/6/2019

30



Tyler 007398



**Who do I call if the client is frustrated or upset?**
Your Project Manager – 1st
Your Implementation Manager or Implementation Director – if Project Manager not available

## Rental Cars
National and Enterprise are Tyler's preferred vendors.

1. Insurance is included when you rent under Tyler's contract
2. Benefits of joining Emerald Club
    a. Applies to both brands
    b. No lines in most airports
    c. Over the past two years, employees have been upgraded to Executive and Elite levels
3. Please note that when National or Enterprise are not available, and the American Express card is used, insurance coverage is included because of the Corporate AmEx card





## TSA Precheck
Although Tyler does not pay for TSA Precheck, many ICs chose to pay for it: $85 for a 5-year membership.



## How it Works
*1. Apply Online: Submit an online application in 5 minutes & schedule an appointment at any of 380+ enrollment centers.*
*2. Background Check: A 10 minute, in person appointment that includes a background check and fingerprinting.*
*3. Enjoy TSA Pre✓: Add your Known Traveler to your ticket and enjoy!*
*\*Remember to update your Concur profile if you sign up for TSA Precheck*

Updated: 5/6/2019

31

Tyler 007399

 tyler

## Common Travel Policy Questions

1. Can you use Concur to book personal travel?
   - Answer: No, but you can use Direct Travel to book personal travel – you are responsible for the fees

2. Can you rent cars under out policy for personal use?
   - Answer: Yes, you can rent cars for personal use under Tyler's contract:
     https://tylertech.sharepoint.com/teams/eeresources/discounts/default.aspx
     Please note: this will not include insurance and you must pay with your own method of payment

3. Can you use other methods of booking items outside of Concur if you find a better rate?
   - Answer: No, all travel <u>must</u> be booked through Concur per the Business Travel Policy. Also, doing so helps Tyler to get negotiated rates. In the event of an emergency, information is centrally located and can be communicated easily to Tyler staff

4. Do I have to call Direct Travel to cancel my trip?
   - Answer: Call or email Direct Travel to cancel because it secures the lowest cancellation and change fees

## How to Enter Time and Expenses in Changepoint PSA

You will utilize Changepoint PSA to enter your time and expenses.  Once you have been set up, you will receive an email from the Tyler help desk:



**Access to PSA:** http://changepoint:85/
(Must access through Tyler Network within Tyler office or through VPN)





From within PSA, watch videos and tutorials (approximately 15 minutes)

1. Using Portals: Portal Templates (2 mins 15 secs)
2. Time Reporting: Navigating the time sheet (3 mins 30 secs)
3. Expense Reporting: Submitting expenses (5 mins 20 secs)
4. Expense Reporting: Using expense attachments (2 mins 55 secs)

**To get to the videos and tutorials:**
1. Click **Help**
2. Click **Changepoint eLearning**



**Keep in Mind:**
- Time and expenses are due weekly. This is a requirement of your position.
- Expense reports that are approved, complete, and accurate and are received by EOD Monday are typically paid on Friday of that week.
- If you change banks, please notify payroll **and** accounts payable, as the systems are different.



Updated: 5/6/2019



 tyler

## Changepoint PSA Expense Report Tips

**Attachments**
- Submit one PDF file
  - Batch PDF Merger is loaded on your laptop so that you can merge all receipts/documents into a single PDF file. To activate, you need to contact the Tyler help desk.
  - There are apps available for your phone that can be used to take pictures of your receipt and batch into one PDF, such as Genius Scan.
- Be sure the attachment is in your expense report.

**Booking Fees**
Booking fees should be rolled into the expense lines
1. $5.75 hotel booking fee added to the hotel charges
   - Hotel total = $100/day for 4 days
   - Plus booking fee
   - Total is $400 +$5.75 = $405.75
   - Daily entry per day is 101.4375 for each night
2. $7.75 (or $35) airfare booking feed added to the air charges
   - Flight total = $530
   - Plus booking fee
   - Total is $530 + $7.75 = $537.75

**Car Rental**
- Decline the fuel purchase option, collision waiver damage, and personal accident insurance
- Share a rental car if multiple people are going to the same location
- Tyler is self-insured so any Tyler employee can drive a rental car – even if the employee was not at the rental counter at time of rental
- Sometimes it is more cost effective to rent a car, rather than driving your own vehicle

**Comments:**
- Comments are <u>required</u> for all expense reports
- Each expense report should have:
  - Week of_____ (Ex. May 14 -18, 2018)
  - Destination/Reason for Travel







**Training Day Description:**

For all days working with client, a Description is required in the Details section of the Time Sheet for each training day. Please be specific with the Training day details by specifying which **Module & Program** was delivered as it will be displayed on the client invoice description when Tyler billing is processed – do not only type "Implementation" .



Please make sure that in the Details section the **Description, Work Location, Work Code Category,** and **Work Code** fields are populated when working with clients.

**Direct Travel Receipt**

For all airfare expense submissions, the email from Direct Travel with the air invoice amount and the service fee, must be attached.



Updated: 5/6/2019



Confidential

Tyler 007403



If you cannot locate your email from Direct Travel, please email supportme@dt.com and request a reprint.

**Email Notification**

You will receive an email notification from accounts.payable@tylertech.com when you have an expense reimbursement.



**Marketing Category**

Do not select a Marketing category.  This is only for the marketing department.  Any expense submitted in this category by an IC will be rejected.







## Non-Reimbursable

If you select non-reimbursable in any category, you will not be paid for that expense.



## Per Diems

- You are not allowed to claim breakfast on departure day
- Use the client's ZIP code to determine the per diem rate on www.gsa.gov or the GSA app
- Use one expense line per day – put detailed information in the description field





Tyler 007405



## Expense Checklist

When you complete your expense reports, you should utilize the Expense Checklist that was designed specifically for implementation. The checklist includes the things that you would most often seek reimbursement for and the different scenarios that may apply.

Find the electronic version using the hyperlink above or by going to: ERP Implementation SharePoint site > Ongoing Education > New Hire Training > GENERAL New Hire > Expense Checklist.xls.



Updated: 5/6/2019



Tyler 007406



## Per Diem Sheet

There is a Per Diem Sheet with Macros available to assist you with calculating your Per Diems for the week.



Find the electronic version using the hyperlink above or by going to:  ERP Implementation SharePoint site > Ongoing Education > New Hire Training Library > GENERAL New Hire > Per Diem Sheet with Macros.xlsx.

**Tip: Save a local copy to your laptop so you can use it later.**

# Travel

## Advance Airfare

To submit advance airfare, that is airfare you are submitting for reimbursement prior to the actual date of travel, you **must** change the Expense Date to the date you expect to travel.  When using this airfare for more than one client, traditional rules apply and you have to split the amount appropriately between those clients.

    Expense Date = Date of Travel

Updated: 5/6/2019



39

 tyler

Use the 🗓 icon in the upper right-hand corner of your expense report to open the calendar window. Select the month, day and year of your expected travel from the calendar. The Description must also reflect the client / destination and your expected date of travel. Please select 'Airfare – Reimbursable' for <u>Category</u> and 'Advance Airfare' for <u>Type</u> unless it is for a User Group or Tyler Connect etc.

> Description = Client/Destination and Date of Travel

**If you have expensed advance airfare in PSA** – on the week you take the trip, after you have completed the expense entry and select 'actions,' 'create expense report,' and 'engagement' you will be given the opportunity to 'enter comment' please place here: "air previously expensed on PSA rpt"

**If you were previously reimbursed for advance airfare via a paper report** – for sites that were paper at the time you submitted advance airfare but have now been activated in PSA, you will need to enter category 'airfare non-reimbursable' type 'airfare' with the amount you were reimbursed via paper for this trip's airfare the week you take the trip with 'air previously expensed on paper expense report' in the description field.

A copy of the previously expensed airfare receipt as an attachment for the report you submit when you actually take the trip would be greatly appreciated.

### Airfare + Direct Travel Service Fee
When you submit for reimbursement, you should enter the total airfare plus the Direct Travel service fee (most often $7.75 or $35.00 - for booking via phone)

### Hotel + Direct Travel Service Fee
- When you book a hotel at the same time that you book a flight, the Direct Travel service fee will be entered with the airfare.
- When you book a hotel separate from a flight, you will enter the number of nights that you stayed in the hotel in the quantity field.  You will add the total hotel bill plus the Direct Travel service fee (most often $5.75) and then divide by the number of nights.

### Example
**Scenario:** You stay 5 nights at hotel that costs $175 per night.
- Total Bill, with all taxes included = $1000
- Total Bill + Direct Travel Service Fee = $1005.75
    - $1000 (total hotel bill) + $5.75 (Direct Travel service fee) = $1005.75

<u>In PSA</u>
- **Quantity** = 5 (number of nights stayed in hotel)
- **Unit Price** = $201.15

> Unit Price = Total Bill+Direct Travel Service Fee ($1005.75)
>                         Number of Nights (5)
> Unit Price = $1005.75 / 5 = $201.15

Updated: 5/6/2019



 tyler

## Implementation Day Trip Expense Report

Expense report to add travel premium for trips greater than 100 miles if no hotel stay quantity entered (direct bill hotel/stayed with family so no hotel expensed...etc.)

1.  Select **Expenses**
2.  Drill down and double-click on **Tyler Technologies, Inc** (must be Tyler, not client site)
3.  Select the **internal project you are assigned to**
4.  In Date, enter **the date you drove to the site**

*Note: If this is a correction, use current date so will hit reporting*

5.  In Category, select **Imp Day Trip – NonReimbursable**
6.  In Type, select **>100 miles one way**
7.  In Qty, enter **the number of travel premiums that were not previously noted via hotel qty entry for trip**
8.  In Description, enter the reason for the trip and reference billable report number – e.g., **drove > 100 miles to *xyz* site – Module & Program TR names___ ref billable report**

*Note: For previous month corrections, date of travel and site name must be noted*

9.  In Unit Price, enter **0.01**
10. Click **Actions > Apply**
11. Enter information for the next line item
12. In Unit Price, enter **0.01** (No negative offset needed for Imp Day Trip reports)
13. Click **Actions > Apply**
14. Click **Actions**
15. Select **Create Expense Report**
16. **REQUIRED—**Check the **Enter a Comment** box and enter the "week of date" and site driven to

***Note:*** *The report is now in 'draft' mode.*

17. Click **Actions > Attach File** to upload your timesheet
18. Click **Actions > Submit** to send the report through workflow to your manager to approve

## NBCTQ Time Sheet

1.  To enter **Non-Billable Time,** select from the drop-down box - Not Billable Counts Towards Quota (NBCTQ)

    \*\*Please note that NBCTQ days must be approved by your Project Manager, Implementation Manager, or Implementation Director prior to using NBCTQ time. If you book time and it is not



Confidential                                                                     Tyler 007409

 tyler

approved, your expense report will get rejected.

- ☐ 📁 Open Tasks
  - ☐ 📁 Other tasks
    - ☐ 🔵 TYLER TECHNOLOGIES, INC.
      - ☐ 🔴 ERP & School Solutions Division Internal Engagement
        - ☐ 🖼 ADS Internal
          - ☑ NBCTQ
        - ☐ 🖼 MUNIS Internal
          - ☑ Job Shadow
          - ☑ NBCTQ
          - ☑ Paper Submission
          - ☑ User Conference

2. In the notes/comments section enter the **name of the client** and who approved the NBCTQ time. *Example: Beverly Hills, CA OK per _____.*

3. Create an expense report if there are expenses, select Tyler Technologies as the client.
   a. If no expenses create a zero-dollar expense report, see the zero-dollar expense report section for additional instructions.

## Billable Work with no Associated Expenses

1. Select **Expenses** from the My Applications Menu
2. Drill down and double-click on **name of site**
3. In Date, enter the **date you began the GoToMeeting session of the "week of" date**
4. In Category, select **Zero Dollar Expense Report**
5. In Type, select **Zero Dollar Expense**
6. Check to be sure that the Billable box is **not** checked
7. In Description, enter the reason for the zero-dollar expense – e.g., **GoToMeeting only with *xyz* site  with Training Module  & Program Detail**
8. In Unit Price, enter **0.01**
9. Click **Actions > Apply**
10. Enter information for the next line item
11. In Unit Price, enter **-0.01** (This is to offset the first entry and create the 0-dollar amount)
12. Click **Actions > Apply**
13. Click **Actions**
14. Select **Create Expense Report**
15. **REQUIRED—**Check the **Enter a Comment** box and enter the "week of date"
16. Click **Actions > Save**
***Note:** The report is now in 'draft' mode.*
17. Click **Actions > Attach File** to upload your timesheet
18. Click **Actions > Submit** to send the report through workflow to your manager to approve

Confidential

 tyler

## Working in California

When you work in California, regardless of where you live, your time must reflect a work location of **CA** and a work code of **On Site**.

- For billable projects, the work location and work code will automatically populate with the correct information based on the project setup.
- For NBCTQ work done onsite, you will need to manually select:
  - Work location = **CA**
  - Work code = **On Site**



**Please Note:** If any of the fields are greyed out and you do not have access to the fields you should contact your Project Manager for assistance.

## Cell Phone Reimbursement

On a monthly basis, you can submit your cell phone reimbursement – up to $50 per month. As new ICs, you are eligible for a partial reimbursement that is pro-rated based on your start date in the position.

For example:
- Coverage start date: 7/6
- Coverage end date: 8/5
- Coverage days = 30
- Tyler start date: 7/15
- Tyler Coverage days = 22  (50/30)*22
- Tyler owes $36.67

**Description** = mm/dd - mm/dd/yy
**Comment** = Cell phone for mm/dd - mm/dd/yy



Confidential                                                                 Tyler 007411



## Tyler ERP & School Division 2017-2018 Implementation Incentive Comp Plan

**Tyler ERP & School Division**
**2019 - 2020 Implementation Incentive Compensation Plan**

**Purpose:**

The purpose of the Plan is to provide an incentive for employees to provide service to implementation accounts and to reward them for:

- The time and effort involved in traveling to client sites
- Exceeding expected utilization goals
- Their accumulated expertise in the applicable Tyler products and implementation processes

**Eligibility:**

Implementation employees who travel as a regular part of their job are eligible to participate in the plan provided they meet the service requirements as outlined below:

**A. Travel Premium**

Implementation consultants with at least 60 days of service are eligible for the Travel Premium of $30 per day as long as one or more of the following conditions apply:

- Overnight spent at a hotel performing work that is billable to a customer
- Same-day travel over 100 miles one way for work that is billable to a customer. The designation of an employee's office and calculation of mileage will be consistent with Paragraph 9.4.1 of the Business Travel Policy.
- Performing non-billable work that has been designated as counting toward quota (NBCTQ) prior to the commencement of the trip
- Overnight spent at a hotel or same-day travel over 100 miles one way for job shadowing

**B. Expertise Premium**

Implementation employees who meet the service requirements are eligible for an expertise premium based on months of service and number of billable days worked in a month, as follows:

Employee start date June 1, 2017 or after:

| Expertise Months | Schedule A | Schedule B |
|---|---|---|
| | 1-12 Days | >12 Days |
| 3 months | $15 | $20 |
| 18 | 30 | 40 |
| 30 | 45 | 55 |
| 42 | 120 | 135 |
| 60 | 140 | 160 |
| Business Process Consulting | 175 per BPC day | 175 |



Confidential                                                                   Tyler 007412



Employee start date before June 1, 2017:

| Expertise Months | Schedule A | Schedule B |
|---|---|---|
| | 1-12 Days | >12 Days |
| 3 months | $30 | $40 |
| 18 | 60 | 72.5 |
| 30 | 90 | 105 |
| 42 | 120 | 135 |
| 60 | 140 | 160 |
| Business Process Consulting | 175 per BPC day | 175 |

Half days will be reimbursed at half of the applicable amount.  If weekend days are billed at double rate, expertise premiums will also be doubled.  Expertise premiums are paid in addition to the travel premium.

**C.  Implementation Consultant Tenure Bonus**

Implementation consultants who meet the service requirements described below are eligible for one-time Tenure Bonus payouts.

Implementation consultants hired on or after June 1, 2017:

| Expertise Tenure | Tenure Bonus Amount |
|---|---|
| 24 months | $5,000 |
| 36 months | $10,000 |

Implementation consultants hired before June 1, 2017:

| Expertise Tenure | Tenure Bonus Amount* |
|---|---|
| 36 months | $5,000 |

* Tenure bonus amounts will be prorated based on the number of months remaining until their Expertise Tenure date is achieved as of their anniversary day in June 2017.

Example: John was hired September 14, 2016

As of June 14, 2017 John has 9 months of Expertise Tenure. John would be eligible for the following Tenure Bonus payouts:

- 36 months =
  - ((36 months – 9 months)/36 months) x 5,000 = $3,750.00

**D.  Staff Incentive Plan**

Employees on this plan are also eligible for the Staff Incentive Plan.

Dedicated Employees:   Employees who are dedicated to one or two accounts and have project-specific incentive compensation plans may not be eligible for the travel or expertise premium. Eligibility will be expressly defined in their project specific plans.

Employee Transfers:   Employees who transfer into Implementation from other departments may be given credit for expertise acquired in previously held Tyler positions. The amount of credit



Confidential                                                                                                           Tyler 007413

tyler

will vary depending on how much the experience is related to product knowledge and/or implementation services.

**Travel and Expertise Calculations:**

All time, premiums and expenses must be submitted and approved in Tyler's expense reporting program, PSA, by the posted Submission Deadlines for each given month. Failure to complete approvals by the posted deadlines may result in loss of payment of the omitted travel and expertise premiums as well as exclude the time from the accumulative total calculations for the given month.

**Payment of Awards:**

Travel and expertise premiums will be paid monthly in arrears. Tenure Bonuses will be paid in the last pay period of the month following the employee's Expertise Tenure date. Deductions will be taken for taxes, FICA, Medicare, 401(k) and the Employee Stock Purchase Plan but not insurance (health, dental, vision, or life) or flexible spending accounts.

Participants must be employees of the Company at the time of payout to receive Travel and Expertise awards under the plan, unless they meet the criteria outlined in the Termination of Employment section. Employees must be in a position within the Implementation department at the time of Tenure Bonus payout. Tenure Bonus payouts will not be paid out nor prorated if the employee terminates or transfers to a different department prior to their Tenure Month anniversary date.

**Termination of Employment:**

Depending on the timing of a participant's last day of work, some or all of any unpaid Travel and Expertise award may be forfeited because the participant is no longer employed by the Company when the awards are paid. The resignation of an Implementation staff member is disruptive because schedules are established 6 or more weeks into the future.  Extra notice at the time an employee resigns is desired and appreciated.  In consideration of extra notice, the following schedule will be followed for payment of any outstanding Travel and Expertise awards:

| Written Notice | % of Final Travel & Expertise Paid |
|---|---|
| Less than 3 weeks | 0% |
| 3 Full Weeks | 50 |
| 4 Full Weeks | 75 |
| 5+ weeks | 100 |

**General:**

Awards under the plan are made at the sole discretion of management.  The Company reserves the right to amend or terminate the Plan at any time, without notice.

**Effective Date:**     January 1, 2019

**Approved:**

DocuSigned by:

*Christopher P. Hepburn*     1/29/2019

Christopher P. Hepburn          Date



Confidential          Tyler 007414



# Using the Implementation Document Library

Goals:

- To have one place where all documents that support Munis Implementation policies and procedures are maintained.
- To streamline the process of finding current documents used during implementations.
- To eliminate duplicate copies of documents residing in multiple libraries and on employees' computers.

What goes in the library:

- Project plan templates
- Sign-off templates
- Conversion documents
- Forms documents and kits
- Implementation resource documents (policies related to implementation only)

What does not go in the library:

- Client specific documents (can store on region sites, if needed)
- Region specific documents (can store on region sites, if needed)
- KnowledgeBase or Tyler Search documents (search for the most current version of docs in the KB or through Tyler Search)
- Corporate documents (travel policies, PSA how-to docs, etc.)
- Sales documents (store in the Sales library)

The Document Library can be accessed by clicking the link on the left side of the Implementation TylerShare site.





Tyler 007415

 tyler

## Finding documents

The default view shows documents grouped by "Folder" and "SubFolder".  The library does NOT actually use folders and subfolder in an effort to minimize the number of places a user has to search for a document.  Instead, these are columns used for grouping, sorting and filtering.

Filtering columns:

Use filters to narrow down your search.  If you're looking for a Payroll related agenda, filter on 'Agendas' in column 'Sub-Folder' and filter on 'Payroll' in column 'Product Family'.   To do this, click the arrow on the column heading to filter on:



Click the arrow on the column heading to show the sort/filter menu

Select a value to use for the filter

When a column is filtered, a funnel icon shows next to the column header.   To remove the filter, or to change it to a different value, click "Clear Filter from [column name]" in the sort/filter menu.  You can also sort on the columns using this menu.

Searching the site:

Use the search box at the top of the screen to search for documents containing key words.

Using different views:

The default view shows items grouped by Folder then Sub-Folder.  A view is also available that lists all documents in a Folder (not grouped by Sub-Folder) and another view lists all documents in an ungrouped list, but you are able to sort, filter and search to find the desired document.  To change your view, click Library Tools – Library on the ribbon, then click the dropdown arrow under Current View.



Updated: 5/6/2019

48



## Viewing, saving and editing documents

All users are encouraged to make changes to documents, as needed.  We have implemented the Check-in/Check-out and Version Control functionality in SharePoint for this library.  If you believe a change should be made to a document, but are unsure of the change, or are a newer Implementer, please discuss the change with your PM or an experienced Implementer before updating the document in the library.

To view a document, simply click on the title of the document in the library.  This opens the document in read-only mode.  To edit the document, click the Check Out button on the information bar on the document.



The document is now saved on your local PC under My Documents – SharePoint Drafts.  The document in the library now shows that it is checked out by showing a green arrow on the document type icon (you may have to refresh your browser to see the updated status).

Make your edits.  When you close the document, you will be prompted to save your document if you have not already done so.  Choose Save.  Then the following dialog box appears.



What do you want to do with the document?

- Discard Check-out:  If you are not going to make changes to the document, you can discard the check-out.  No changes are saved with this option.  To do this, go to the document library and click the arrow that appears when you hover your pointer over the document name and click Discard Check Out.  Please be sure to do this if no changes are being made and the document is checked out to you.
- Check-in:  If you are done making changes, check the document in to publish the changes to the library.  Click Yes in the dialog box.
- Do not Check-in yet:  You have not completed your changes and will be continuing work on the document.  No changes are published to the library yet.  Click No in the dialog box.
- Check-in and keep Checked-Out:  Click Yes to check-in your document, but you will be making additional changes, so check it back out to you.  This uploads the changes you have made so far, but allows you to make further changes.  Click Yes in the dialog box and mark the checkbox in the screen below.

When a document is checked in, the following dialog box appears.

Updated: 5/6/2019

49



Tyler 007417





**IMPORTANT:** Enter comments about what was changed in the document.   This allows users to see the changes made in different versions as it is checked out and in. Mark the checkbox if further changes are going to be made, then click OK.

**IMPORTANT:** Other users cannot make changes to documents that are checked-out.  Please check-in documents in a timely manner.   Periodic reviews will be done to confirm the status of checked-out documents.

If you keep a document checked out (it shows as checked out in SharePoint and a copy is saved on your local PC) and you want to make additional changes, navigate to My Documents on your local computer, then to the SharePoint Drafts folder to find the document you checked out.  Make and save your changes.  Check in the document, or keep it checked out as described in the paragraphs above.

**Uploading new documents**

Documents currently in the library should be updated using check in and check out as described above. New documents may be uploaded to the library by clicking Upload Document in the Library Tools – Documents ribbon.



- Choose Upload Document.  **Note:** only choose upload multiple documents IF all documents share the same properties (folder, subfolder, module, etc.).
- Click the Browse button to find the document using an explorer window.
- "Add as new version to existing files" – this should be checked only if the document being uploaded is intended to replace a current version of a document already in the library.  If using the check-in/check-out features, this box should be unchecked.



Confidential

 tyler

- Fill in the applicable fields in the Document Properties window (described below). When complete, click the Check In button on the ribbon. (If you click Save instead of Check In, please Check In the document as described previously in these instructions).

| Content Type | Leave the default: Document |
|---|---|
| Name | The name of the document. This may be changed, if desired. |
| Title: | Copy the name into this field |
| Product Family | Choose a valid option |
| Internal-External | External means it can be given to a client. Internal is Tyler use only. |
| Software Version | Only if applicable such as on conversion schemas. |
| Module | Check applicable module(s). If not listed, enter at the bottom of the list. |
| Folder | Choose from the list of available folders. If unsure of where to file the document, choose folder "---Not Sure---" |
| NOTE: The screen will refresh after the folder is entered in order to provide the corresponding list of sub-folders. Please allow a few seconds for the screen to refresh before selecting a subfolder. | |
| Sub-Folder | Select a corresponding sub-folder for the document. If none are applicable, choose "---Blank---". |

Created: 3/6/2019

51



Tyler 007419



# Job Shadowing at a Client Site

## Overview

**About the program:** Job shadowing at a client site provides the new IC with real world, hands-on experience without being the key Tyler contact and responsible party. The job shadowing experience is an important component in every new IC's learning. The new hire can witness what it is like to work with our clients, bringing together all their training on Tyler products, tools, process, skills, industry knowledge, and Tyler culture. These job shadowing experiences help to prepare the new IC to deliver billable client services.

## Benefits

**Benefits for New IC in Training:**
- Learn from more experienced individuals before flying solo.
- Observe first-hand how an experienced IC handles difficult questions and/or situations.
- Learn to tell the Tyler story.
- Gain exposure to the local government environment and to client business practices.
- Further develop Tyler product knowledge.
- Gain hands-on experience with software at client environment and/or with client data.

**Benefits for the Tenured IC Providing the Shadow Opportunity:**
- Enhance your business skills - delegation, planning, organizational, leadership, and communication.
- Take a leadership role by sharing your experience.
- Empathize with the new IC by putting yourself in their shoes. What do you wish you had learned early on in your career as an IC? What experiences have you had that would help this new hire?
- Benefit from having a "second set of eyes" with you. The new IC can walk around the room and make sure that all the learners are on the right screen and not getting lost.
- Leverage your additional resource as a "trainer's assistant". The new IC can:
    - Help by communicating with various staff at a client site as needed. For example, alert site IT staff when system crashes, power goes out, etc.
    - Create a master list of questions that come up throughout the day.
    - Research questions that come up that cannot be answered immediately (or are not appropriate to answer at that time). Take the parking lot issues at the end of a day and divide items up between yourself and the new IC that can be researched in the evening before the next day's session.
    - Get your site report started for you by creating a draft. This gives you a place to start. Saving you time! (Note: This is an expectation of the new IC's site visit.)



Confidential

 tyler

## Responsibilities

**New IC Responsibilities:**
- Shhh... - observe only; do not ask the tenured IC questions when onsite.
- Be prepared to listen and absorb as much information as possible.
- Take notes on examples or explanations as the tenured IC is providing instruction.
- Create a list of questions to review with the tenured IC.
- Prepare a job shadow site report that outlines what you learned, areas to further review, and any questions that surfaced during the shadow opportunity.
  - Share this with the tenured IC. This will serve as a draft for the tenured IC to use as they compile the actual site report.
- Schedule a debrief session with the tenured IC that you shadowed to review your questions to help with your new hire training and development.
- Based on direction from the tenured IC conducting the training, observe and assist the consultant/client with tasks as appropriate.

**Tenured IC Responsibilities:**
- Coordinate travel plans and logistics to new IC.
  - Try to schedule flights that arrive and leave around same time so can share car or cab.
  - Stay at the same hotel.
  - Exchange cell phone numbers.
  - Share site dress code with new IC.
  - Be sure to communicate timely any travel changes with the new IC.
- Assist the new IC who is shadowing with client specific information and arrangements.
- Set expectations and provide clear instructions on assistance or monitoring the new IC will provide during the sessions.  Make sure to discuss ahead of time to ensure the new IC is clear of their role and function.
- Be a positive role model.
- Spend time with the new IC to help share experiences, provide support, and answer any questions that they may have relating to the job.
- Act as a supportive influence and provide additional assistance as required to help support the new IC who is shadowing.
- Provide the new IC with tips you have learned and things you may have struggled with when you were new, such as, travel tips, different ways to deal with customers or issues, etc.
- Work with the new IC to schedule a time for a debrief session.
- Use the new IC's site report as a starting point for your documentation.  Provide feedback on which parts were helpful and which areas need improvement.

Some things to remember when shadowing with experienced Implementation Consultants.

- You are required to stay on-site for the entire scheduled time.  Best practice should be to have similar travel arrangements as the Implementation Consultant you are shadowing.
- Most times you will be sharing an auto rental.  This is to keep costs down for Tyler.
- In the event that travel arrangements cannot coincide with the Implementation Consultant you are shadowing, it may be necessary to make alternative arrangements.  These should be



Confidential                                                                                     Tyler 007421



discussed with your Project Manager or Regional Management teams prior to completing the booking.
o   Refer to Tyler's Travel Business policies for any additional questions.

## Initial Job Shadow Topics & Objectives

The first job shadow opportunity occurs as part of the 10-week IC New Hire Training Program.  This is generally scheduled during weeks 6, 7, or 8 and as an in-person opportunity or a GoToWebinar.

### Job Shadowing Debrief
After your first shadow experience, you will talk with your peers about your shadow experience in a conversation facilitated by the training team.

Please be prepared to discuss the following:

☐   Where did you shadow?
☐   What agendas were covered when you observed?
☐   What was the biggest surprise (what you thought vs. what you observed) for you?
☐   What are three tips/tricks or resources that you gained from this experience?
☐   What questions did you have that you were not able to get answered?

## Implementation Site Report - Shadow

*NOTE:  All items listed in **black** text are part of the standard site report provided to clients and PMs. Two additional sections have been added at the end of each day to enhance the shadow experience.  The text in these sections are in **red**.  In addition to completing each day please complete the **Additional Questions** section at the bottom.*

| Implementation Site Report Summary | | | | |
|---|---|---|---|---|
| **Client Name:** | | | | |
| **Tyler Resource:** | | On-site ☐   GTM ☐    Other: | | |
| **Tyler Project Manager:** | | **Project phase: PRHR** | | |
| Date, arrival and departure times: | Contract hours (4 or 8) | **Modules covered** | **Attendees** | Agenda completed? |
| | | | | Yes ☐ No ☐ |
| | | | | Yes ☐ No ☐ |
| | | | | Yes ☐ No ☐ |
| | | | | Yes ☐ No ☐ |
| | | | | Yes ☐ No ☐ |
| **Total** | | | | |



Confidential



| Title | Owner | Due Date | Priority | Notes | Category |
|-------|-------|----------|----------|-------|----------|
| | | | | | Homework |
| | | | | | Homework |
| | | | | | Homework |
| | | | | | Homework |
| | | | | | Homework |
| | | | | | Homework |
| | | | | | Homework |
| | | | | | Homework |

| Daily Summary - Day One | |
|---|---|
| Topics Covered | |
| Agenda Items Not Covered | |
| Daily Notes and Comments | |
| Things I Learned | |
| Things to follow up on/Study (personal homework) | |

| Daily Summary - Day Two | |
|---|---|
| Topics Covered | |
| Agenda Items Not Covered | |
| Daily Notes and Comments | |
| Things I Learned | |
| Things to follow up on/Study (personal homework) | |

| Daily Summary - Day Three | |
|---|---|
| Topics Covered | |
| Agenda Items Not Covered | |
| Daily Notes and Comments | |
| Things I Learned | |
| Things to follow up on/Study (personal homework) | |

Updated: 5/6/2019



Confidential

Tyler 007423

tyler

| Daily Summary - Day Four | |
|---|---|
| **Topics Covered** | |
| **Agenda Items Not Covered** | |
| **Daily Notes and Comments** | |
| **Things I Learned** | |
| **Things to follow up on/Study (personal homework)** | |

| Daily Summary - Day Five | |
|---|---|
| **Topics Covered** | |
| **Agenda Items Not Covered** | |
| **Daily Notes and Comments** | |
| **Things I Learned** | |
| **Things to follow up on/Study (personal homework)** | |

| General Notes |
|---|
| |

| Key Decisions Made | | |
|---|---|---|
| **Description** | **Decision** | **Made By** |
| | | |
| | | |

| Unresolved Items | | | | | |
|---|---|---|---|---|---|
| **Title** | **Owner** | **Due Date** | **Priority** | **Notes** | **Category** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Updated: 5/6/2019

56



 tyler

| Additional Questions |
|---|
| 1. *What homework would you have given the client for each day you are on-site?* |
| 2. *If a support call was opened, describe what information was provided. Reference the ticket number in the Unresolved Items section. Be detailed.* |
| 3. *Place the link of the client's SharePoint site within this section.* |
| |

## Implementation DOs and DON'Ts

### Implementation DOs
- Prepare before training by reading analysis, site reports and agendas
- Be onsite at least 15 minutes prior to session start
- Give an introduction that is well planned/thought-out and remain optimistic
- Take attendance (Track on Site Report)
- Set expectations for the day by reviewing the agenda and validating if homework was done
- Build confidence in client about Munis, Support is always behind you
- Maintain control of your session
- Troubleshoot issues and include client - This is implementation, not training
- Log and follow-up on commitment for questions
- Set expectations for implementation, including escalation procedure when you are not available
- Know your audience, including skill level, product / process specific duties, influence on other users
- ALWAYS dress professional: Should be "1 level up" from client
- Know ALL modules and integration points
- Respect client's environment (ask permission before using clients' phones, PC's, projectors, internet access, downloading files, having food/drink in the room)
- Have a "Conclusion" to the day's training: **Show them what they accomplished**, Leave them with the onsite review of the agenda
  - Verify users are comfortable with the homework assigned.
- All documentation delivered to the client should use complete, grammatically correct sentences
  - Load all documentation to Client SharePoint and notify Tyler PM
- Complete Site Reports and Analysis write-ups in a timely manner with all pertinent information
- Turn in all expense reports and time sheets in a timely manner and must be accurate
- Keep the Tyler PM informed – If there are issues, tell the PM immediately and don't wait to put it in the Site Report

### Implementation DON'Ts
- Don't make recommendations for modules that you will not be implementing with the client
- Don't say "I don't know" – Let the client know you will follow-up/test and make sure you do!



Confidential

 tyler

- Don't suggest that you are new, inexperienced, or not comfortable with a module
- Don't read from the manual or show videos
- Don't use Skype as a helpdesk tool while onsite
- Don't blame other Tyler departments/divisions
- Don't throw your fellow ICs under the bus! (If something is setup wrong, work with the client to show them a "different" option.)
- Don't suggest that client should NOT go live on multiple modules at once
- Don't discuss calendar changes with a client – Direct them to the PM
  - ➢ Don't tell a client you have open days – These may be reserved for something else
- Don't get involved in their internal politics
  - o  Don't let your guard down
  - o  Don't give in to negativity from client
- Don't talk negatively about other sites
- Don't talk to other clients in the presence of your current client while onsite
- Don't check email during session (use breaks)
  - o  Don't check your email on the projector/shared screens
- Don't use your cell phone while training (silence your phone)
- Don't call on speaker phone. If necessary, make sure to inform the person being called right away that they are on speaker phone
- Don't book your flight to leave site early

## Implementation IFs
- ✓  If asked to re-cover a topic, use caution when saying, "I've already answered that question" or "We've gone over that already..."
- ✓  If there is a bug that is stopping training, call Support/Analyst; otherwise wait until a break
- ✓  If working from the home office or on break, use Skype; NOT during a training session
- ✓  If an occasion comes up where you absolutely "have to" consult documentation, use it as an opportunity to introduce Munis Online Help.
- ✓  If the session completes ahead of schedule, offer to assist with homework, run through processes again, or contact the PM for additional items.

58



 tyler

# IC Expectations

**Scheduling**
- Your PM will schedule you for implementation days. S/he has created the schedule with the client.
- ANY changes to the schedule must go through the PM as there may be circumstances of which you are not aware.
- If the client asks you to stay late or for additional days, do not stay or make any agreements for additional time without consulting your PM. There may be circumstances in which it is warranted, but only the PM can make that decision.
    - It may seem like the right thing to do from a customer service perspective, but the client pays for your time. If you stay late without approval from your PM, you are giving away time.
    - If you stay without consulting your PM, you set the expectation with the client that this is how Tyler operates. When a different IC is at the same client site and is asked to stay, when s/he explains that they need to talk with their PM because it is billable time, your fellow IC does not look good.
    - If you tell a client that you are available to give them additional days without consulting your PM – even it is billable – you can put your PM and Tyler in an awkward position. Your PM may need you elsewhere even though it has not been finalized on your calendar yet.

**Changes to Services**
- Any change to what is provided for services (billable days, conversions, Tyler Forms) must go through your PM.
- We have a legally-binding signed contract with the client. Any change to this document follows a set process to ensure that it is managed ethically and legally.
- This is beyond your purview and should be handled by the PM.
- If a client says something like, "Can we do an import rather than a conversion?" If an import is available, your instinct might be to tell the client that we can do that. While it may be technically possible, there could be implications to the schedule or budget that you are not aware; therefore, it is important that you involve your PM in this discussion.
- Similarly, the client might say something like, "You know, we really don't want to use Capital Assets until much later on, so we don't want to focus on this right now. Instead we want to do _____." Engage your PM in this discussion. It seems like a simple request on the surface and you want to make the client happy, but there may be implications that you are not aware of that need to be considered.

**Project or Team Issues**
Project or team issues should be kept within the team, region, or company. The client should never be exposed to Tyler internal issues. If another implementer or someone in another department is accused of dropping the ball or doing something wrong, this is an opportunity for you to take charge and get it fixed. Let's support our colleagues and not throw anyone under the bus.

Housekit 1/1/2019

59





## Client Questions

Be thorough in your understanding and exercise caution when responding to questions the clients that have received responses from other Tyler staff (IC, PM, Analyst, Support). We want to avoid contradicting what the other Tyler staff person told the client without thoroughly understanding the discussion they had with the other Tyler person.

Please do not tell a client that the advice they received from the other Tyler resource was wrong. If you believe there are other options, you could offer them as that, an option. Be mindful that contradicting other advice may undermine your credibility or the credibility of the other Tyler staff.

## Respond, Don't React

Please respond, don't react. As an IC, you are in a position of leadership as you "lead" the client through this process. In addition to understanding their requirements and conducting training, you can be a positive influence on the project. They likely will never have been through an implementation of this magnitude and may believe that it will not go well. You can let them know that many before them have felt the same way and completed a successful implementation.

## Professional Language

Always use professional language – even if the client does not.

## Communication

- If you make a mistake, let your PM know right away. It is better for them to hear it from you than from the client, and they can help you brainstorm next steps.
- You are the eyes and ears of Tyler. You are working closely with the client and may have information that could be helpful to the overall project. Be sure to share this with your PM.
- When speaking on the phone be cognizant of who is around you and what you are saying. We don't want anyone at the client site to hear about challenges we may be having. Even if you are not near anyone from the client implementation team, they may hear you and tell others about what they heard.



Confidential                                                                 Tyler 007428



## Client Response and Follow-Up Best Practices

When you conduct training sessions with clients, it is inevitable that you will have some questions that require follow-up. It could be a point of clarification, additional documents, or a response to an unanswered question. It is best to deliver clear, concise, and accurate information as soon as possible. Sometimes that can be done in person, other times it requires an email. Use this document to help you structure your client follow-up.

### Keep in Mind

- Any correspondence, email or a Skype message, even if it is only internal, can be subpoenaed as part of the Freedom of Information Act (FOIA).
- Even if you delete correspondence from your laptop, it can be retrieved and can be subject to subpoena.
- If you receive an email from client A while you are onsite with client B, you should acknowledge receipt of the email that evening and let client A know when you will be able to respond. *"I've received your message. Thank you. I am currently traveling and will get back to you by _____."*

### Guidelines

1. <u>Never</u> make up an answer.
   In-person or in writing. If you do not know the answer to the question the client asked, let them know you will research it and follow up with them. For example, some creative ways of saying "I don't know":
   a. "I'm not sure I have been asked that question before. I'd like to do some research first and get back to you. Is that ok?"
   b. "I haven't had a client use it in that way. I'll check on the best way to handle your specific scenario and let you know."
   c. "There are multiple ways that can be done.  Let me think it through and get back to you."

2. Paraphrase questions.
   To ensure that you understand the question, wait for the client to finish and then restate the question. For example, "Let me make sure I understand what you're asking."
   a. This puts everyone on the same page.
   b. This helps you think it through as you are preparing an answer.

3. Follow up in a timely manner.
   Every effort should be made to follow up in one or two business days. If you stated a specific time of when you will follow-up, make sure that you do so within that time frame.



Confidential

Tyler 007429

 tyler

4.  **Respond formally.**
    For example:
    "Hello (client's first names),

    Thank you for your questions today. I did some additional research and have found the answer to the question, 'How do we_____ in Munis?' To accomplish _____ you need to do _____. I have attached a document from the Munis KnowledgeBase that provides additional details on the functionality.

    Please let me know if you have any questions on this.
    Thank you,
    (your name)"

5.  **Pay attention to language.**
    Use correct terminology and industry language when working with a client.

6.  **Proof your response.**
    Always double-check your spelling, including the spelling of the client's names and grammar.

7.  **Do not provide customized documentation.**
    If you create a document for a client, it should be one that is general enough that it can be put on the KnowledgeBase and shared with all clients. We do have a paid service, Business Process Consulting, that clients can purchase if they would like customized documents.

8.  **Reference the location of documentation.**
    If you provide a document, it should be in support of your answer. You would not want to attach a document and just tell the client that the answer to his/her question can be found within the document. If the document is for a different version than what the client is using, be sure to acknowledge that in your response.

    For example, "This document on Munis 101 was from the KnowledgeBase. You can go here (provide the link) to see other documents about (topic). Although this document was created for version X.X, the functionality is the same as version Y.Y that you are using."



Confidential

Tyler 007430



9. Redact confidential information.

At times, it is necessary to provide a screenshot or two with specific fields called out or highlighted. It should not supplement an existing document, but should be used to call attention to a specific field or Menu option. When providing screenshots, make sure that confidential information such as Social Security numbers or bank accounts are not provided. Do not just put a black box over it and call it good. The box can move, depending upon how it is viewed. Instead, take a screenshot of the screenshot with the redacted information blacked out. Use software such at SnipIt or Word to capture the screenshot of the adjusted image.



Updated: 5/6/2019



Confidential



# Client SharePoint Sites

Each Munis client will have a client SharePoint site for their implementation.  The Project Manager manages this site.  ICs will be asked to upload site reports and other documents, as required.

**Link** - https://tylertech.sharepoint.com/sites/Client/SitePages/Home.aspx



# Install Site Reports

Link to Install Site Reports
The installation team completes a site report when an installation is completed. This document includes detailed technical information about the site, including Munis passwords for the site's different environments.

**Sample Install Site Report**



Site Report for
Berrien County, MI.do

**How to Access Installation Site Reports**

Updated: 5/6/2019

64





1. From TylerShare, click on **Support**



2. After clicking on support, click on **ERP\*** and choose the option for **ERP Deployment**
   *ERP is located on the top ribbon and on the left-hand side. Either may be used.



3. In the search box, type **site report** *name of site*





4. Click magnifying glass icon to search



The search results returned the "New Install Site Report" information in the search results.







# How to Read an Install Site Report

## Site Information
- Site Contacts
- Installation Details - Technicians, Dates

> **Site Report for:**
> **Munis Product ID:**
> **Site Contact:**
> **Deployment Engineer:**
> **Installation Date:**
> **Installation Type:**

- Server Details
  - o If New Installation; New Server Names and OS/SQL Versions
  - o If Server Transfer; Existing Server Names and OS/SQL Versions are listed for reference
  - o Specs for New Servers



**Original OS / Database Engine / Munis:** Windows Server 20XX R2 / SQL 20XX / Munis X.X
**New OS / Database Engine / Munis:** Windows Server 2012 R2 (x64) / SQL 20XX SP1 (x64) / Munis 11.X

| Server | Old Name | New Name |
|---|---|---|
| **Munis/DB** | OldAppServerName | NewAppServerName |
| **TCM** | | TcmServerName |
| **MSS** | | MssServerName |
| **BOE** | | BoeServerName |

Server Specs (e.g. App/SQL/TCM/MSS/Dashboard):    Server Type
    Make:
    Model:
    OS: Windows Server 2012 R2 (x64)
    Processor:
    RAM:      Manufacturer, Model #, CPU, RAM, Drive info
    Drive Configuration:
        Partition 1: C:\
        Partition 2: D:\
    Hostname: NewAppServerName
    IP Address:    Hostname, IP, Domain
    Logon **Domain:** DOMAIN
    **DNS References:**    munisapp.site.gov    DNS Entries
           munisprod.site.gov

## Accounts/Passwords

- **Domain Accounts and Passwords** – Accounts Managed by Site
- **Local Accounts and Passwords –** mssadmin is used for MSS site configuration
- **Application Accounts and Passwords** – Application specific usernames/passwords
- **SQL Accounts and Passwords** – SQL specific accounts, like System Admins, and Database owners





## Application Details

**GAS Services (**NewAppServerName**): GAS URLs**

| ENV | | Base URL | Split Gas |
|-----|-----|-----|-----|
| Prod | GASProd (ISAPI) | https://munisapp.site.gov/GASPROD | Yes |

**Installed Special Products: (By Server)**



## Software Versions (not updated over time)

**SQL Information:**
**Munis Configuration:** Gas, GDC
**TCM Configuration:** TCM Version, Java Version
**Dashboard Configuration:** SharePoint, Dashboard version
**Tyler Forms:** Adobe Central or DocOrigin
**Additional Software Information:** CAFR, VShell

**Application URLs:** Example Layout:
   **[Product Name] (**ProductServerName**):**
      **[Environment Name]:** [https://productURL.site.gov] (Environment specific product URL)

Updated: 1/6/2019

68



Tyler 007436

 tyler

**Products typically listed here:**
Dashboard
Central
Munis Web Framework
Tyler Reporting Services or Munis Default Reports
CAFR Statement Builder
Tyler Content Manager
MSS
Munis Mobile: Field Inspector, My Work, Employee Central, Work Orders
Tyler Incident Management
Business Objects

**License Information:**
**VSHELL LICENSE DATA**
**TYLER CLIENT ACCESS LICENSES (FOURJS)**
**Munis OFFICE**
**TYLER FORMS**
**Crystal Reports 2008**

## Other Notes

**System Administration policies/recommendations documentation.**
**Topics:**
- Domain Account password changes
- Munis application directory permission settings
- Antivirus Exclusions
- Advice for adding URLs to Intranet Zone
- Instructions for Database refreshes
- Description of Database and Server backups
- Explanation of Server Memory (RAM) allocation
- How to identify active users
- Application client installation
- Description of System Alerting configuration
- High Availability Notes (SQL Always on, Load balancing, Disaster recovery)
- Outstanding Items (items not completed during initial engagement, some of which are client responsibilities)
- Ongoing Client IT tasks
  - Daily (like backup management)
  - Weekly (like MIU)
  - Monthly (like Windows updates)
  - Other responsibilities (DIA, LDAP sync, management of Load balancers & firewalls, etc)



Confidential



## IMPL database - Data Quick Reference

If IMPL is reserved, **DO NOT** login or use that environment. Usually when it is reserved, the data is being updated to be saved and loaded in client sites. If you enter or use data, the fundamental reviews and Tyler U classes will not work.

All data entered into IMPL will be overwritten every weekend unless you email erptyleru@tylertech.com and ask to preserve it for another week. The Tyler U team will coordinate with Deployment to turn off the refresh for that week.

To log in: In Tyler Identity enter **Munis** as the user name and **compute1** as the password: Munis/compute1

To review examples, use the Fundamental Review scripts (https://tylertech.sharepoint.com/teams/Imp/ERP/imp/DocumentLibrary/Forms/Fundamental%20Reviews.aspx) located in the Implementation Doc Library. These are used on client sites prior to starting analysis and setup. All data in these reviews is available in the Impl Database.

## Setting Up Your Dynamics CRM Dashboard

### Overview
When you first CRM, it defaults to a Customer Service Representative Dashboard. This is not useful to Implementation since we are not listed as the case owner. To make CRM work for us, we need to apply a more functional Dashboard, and then modify to display information that we need to see.



Confidential



## Sample Implementation Dashboard



Tab

1. **Accounts I Follow:**   This view shows accounts that you follow. You can easily add new accounts and remove old accounts to the list.
2. **My Name Cases:**   This view shows all open cases with the Implementation Analyst Team cases where you are the primary contact.
3. **My Name Needs**   More Info: This view displays all open cases you have with the Implementation Analyst Team where they have requested more information from you.
4. **Cases I Follow:**   Use this view to add client created cases that you need to keep an eye on.



Confidential



## Set the Implementation Dashboard as your default dashboard
**Steps:**

1. Click the drop-down arrow next to **Customer Service Representative…**



2. Select **Implementation** under the My Dashboards Category



3. Click **Save As**, enter your name and click **Save**.
4. Click **Set As Default** to set this dashboard as the default dashboard to display every time you open the CRM.



Updated: 5/6/2019

72





## Add Views

Once the Implementation Dashboard is set as the default, you need to create two personal views that allow you to see information about your cases created with the Implementation Analyst Team: open cases and cases needing more information.

Steps:

1. Click **Advanced Find**.



2. Click **Look For**.



3. Select **Cases**.
4. Click **Use Saved View**.
5. Select **My Cases**.







6. Click **Assigned To**.



7. Select **Primary Contact** (Note: Scroll down to Primary Contact, selecting Contact will not work. When the Field Analyst works on the call, he or she adds your name to the Primary Contact field.)



8. Click **Enter Value** and then click **Lookup**.



9. Type your email address in the **Search** field.



Confidential



10. Click **Search**.



11. Click the check to the left of your name.
12. Click **Select**.
13. Click **Add**.







14. Click **Save As.**



15. Name the view so that you can find it later; for example, your name cases.



16. Click **Save.**
17. Create the second view by clicking **Use Saved Views.**
18. Select **Imp Needs More** Info under My Views.



19. Repeat the above steps to assign yourself as the primary contact by clicking **Assigned To.**
20. Select **Primary Contact.**
21. Click **Lookup.**
22. Type your email address in the **Search** field.
23. Click **Search.**
24. Click the check to the right of your name.
25. Click **Select**.

Updated: 5/6/2019

76



26. Click **Add**.
27. Click **Save As**.
28. Name the view so that you can find it late; for example, your name Needs More Info.
29. Click **Save.**
30. Close the Advanced Search screen.

## Add the Views to your Dashboard

Now that you have created the two views for your Implementation Analyst cases, add them to your dashboard so that you can see them immediately when you log into the CRM.

Steps:

1. Click **Edit.**



2. Double-click **View Selector** on the middle panel.







3.  Click **Default View**.



4.  Select the first view you created from the My Views section, for example, Beckys Cases.







5. Click **Set.**
6. Repeat the steps to apply the Needs More Info view to your dashboard by double-clicking on **View Selector** on the right panel.
7. Click **Default View.**
8. Select the second view you created from the My Views section, for example, Becky Need More Info.
9. Click **Set.**
10. Click **Save.**



11. Click **Close** to return to your dashboard.

## Follow and Unfollow

You can follow and unfollow both clients and cases in the CRM. This adds them directly to your dashboard, making it easy to see the information you need right when you open the CRM. Since we have a view that displays open cases with the Implementation Analyst team, following those cases would be redundant. However, a case that a client opens might be hard to keep track of, so try following high priority cases.

### Follow and Unfollow a Client

Steps:

1. Search for the client.
2. Click on the ellipses.







3.  Select **Follow**.



4.  Click on the **Tyler Logo** in the ribbon to return to your dashboard. The organization has been added to your Dashboard.
5.  To unfollow an organization, click on their name on your dashboard.
6.  Click on the ellipses.
7.  Select **Unfollow**.

## Follow and Unfollow a Case

Steps:
1.  Search for the case.
2.  Click on the ellipses.



3.  Select **Follow**.







4. Click on the **Tyler Logo** in the ribbon to return to your dashboard. The case has been added to your Dashboard.
5. To unfollow a case, click on the case on your dashboard.
6. Click on the ellipses.
7. Select **Unfollow**.

## Search Tips and Tricks



**If you know the full name of the organization, enter it.**
However, sometimes the full client name is not provided, for example:
Email Signature Line:
**Phyllis L. Swain**



Results show that no Columbia County, Ga is found.



Confidential



## Option A: Wild Card Search Using the *

1. Enter search criteria **Columbia County***

Two results are found, which I would then have to try to figure out which one is the right client.



## Option B: Using the Contact Name

Since I know the user's name, I can search for her contact information, and navigate to the organization. This results in much quicker results, as well as less results to sift through.



Updated: 5/6/2019

82



Tyler 007450

Case 3:19-cv-07647-WHA   Document 115-6   Filed 04/19/21   Page 83 of 87



## Additional Views

Find Saved Views

1. Click **Advanced Find**.



2. Click **Look For**



3. Select **Cases**.
4. Click **Use Saved View**.
5. Select any view starting with **IMP**

## Your Teams Open Cases



Updated: 5/6/2019

83



Confidential                                                                                                Tyler 007451



## Customers I Follow Cases



## Transition from Training to Life on the Road

As you transition from New Hire Training to Life on the Road, there are some things to remember that you will want to incorporate.

### Who Does What?
On the Munis Implementation page, there is a SharePoint list that gives names and contact information by job function.

- From TylerShare, go to **ERP Munis Implementation:**
- Click on **(More Links ...)**







- Click on **Tyler: Who Does What?**



- Expand different the **Category** options to see details of who does what



## Support vs. Implementation Analyst

Although there are situations that will fall into a gray area, please try to identify the appropriate resource (support or imp analyst) based on the specifics of the situation.

Remember, the Implementation Analyst are an internal resource – your secret weapon.  Generally, the client should not even know that they exist.

### Support

- Munis is not working as expected.
- You receive an error message.

Updated: 5/6/2019

85



*Support Examples:*
- The payroll check printing has locked up.
- The client just went live and UB bills are not showing in TCM.
- The client has two invoice batches that are getting the "journal is out of balance 1532" error message.
- My client would like to import all of the bank codes from the Federal Reserve. When you go to the Federal Reserve website, there are two different options. Which one should be used with Munis?
- In ESS, I'm receiving an exception error and cannot access the timesheet. How can I get this fixed?

## Munis Implementation Analyst
- The client would like to know how to do a process in Munis that they did in their legacy system and you are not sure how to accomplish it in Munis.
- You aren't able to get a process in Munis to work as you think it should.
- The client has a problem with converted data.

*Munis Imp Analyst Examples:*
- I am unable to view the Munis charge codes in EnerGov in the fee setup screen.
- How do I set up FLSA?
- In Tyler Cashiering, we are unable to view any general bills or utility bills in the Train DB.
- I can't get overtime to calculate as the client needs it to.
- This client is a UB only client using limited Munis GL. The site just began implementation and the current fiscal year in the GL is set to 2015. How do I update this setting?
- What category and calc code should I use for longevity?

## Utilizing the Implementation Analysts

Please DO NOT email an individual analyst directly. Inquiries to the analyst team should go through the Munis Implementation Analyst Connection (http://surveys.tylertech.com/MunisIAConnection.aspx), which will be logged in Dynamics CRM (Customer Relationship Management). This system tracks the history of each incident, including the person submitting, time of the submission, priority of the request, description of the problem, ongoing communication, analyst recommendations and resolution.

**Process**
1. Determine the priority of issue

| Priority Level | Definition |
|---|---|
| 1 = Critical **ALWAYS DIRECTLY REACH A PERSON (call or Skype for Business)** | Onsite and an issue that impacts a billable day or puts go-live in jeopardy |
| 2 = High | Onsite with client and need fix but can continue |



 tyler

| | with training |
|---|---|
| 3 = Medium | Need to get back to client with follow-up or process questions |
| 4 = Non-Critical | Email will default to 4 |

2. For everything other than a critical priority, submit a case through the Munis Implementation Analyst Connection (http://surveys.tylertech.com/MunisIAConnection.aspx).
   *DO NOT email an analyst directly or directly email the analyst inbox. Emailing an analyst directly could delay the response time.*
   a. Provide as much detail as possible in the initial request.
   b. Give screen shots in a Word document of all pertinent programs and error messages.
   c. Attach any additional files/documents that could be helpful in resolving the issue.

***For critical issues, call 800-772-2260 or Skype for Business the appropriate analyst.***
If the Skype for Business status indicator is "Do Not Disturb" or one of the yellow "Away" options, please reach out to one of the other analysts. If none are available, please reach out to Kayla Wagner, Jennifer Turgeon, or the appropriate Support team.

| Rebecca Ray – Implementation Analyst | Human Capital Management (HCM) | x4496 |
|---|---|---|
| Frank Sonnett – Implementation Analyst | Revenue | x4758 |
| Chris Vowell – Implementation Analyst | Financials | x5258 |
| Kayla Wagner – Implementation Analyst Manager | Human Capital Management (HCM) | x5240 |
| Jennifer Turgeon – Education and Content Development Director | x4404 | |

*All analysts can assist with Tyler Hub, Dashboard, ReadyForms, and other System Administration areas.

**Notes:**
- Clients should never initiate contact with Analysts directly. The analyst needs to be aware that a serious situation exists and to schedule accordingly with the implementation staff onsite.
- All cases must remain in a Tyler employee's name for tracking purposes.
- Please do not make changes directly in CRM as this does not notify the analyst.

**Escalation**
Please communicate directly with the assigned analyst the reason for the change. If escalating to critical, please use phone or Skype for Business to make contact.

