Case 3:19-cv-07647-WHA   Document 115-7   Filed 04/19/21   Page 1 of 2

# EXHIBIT 6

# EXHIBIT FILED UNDER SEAL