# EXHIBIT 23

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4    _____
                                    )
5    Aaron Kudatsky, individually and )
     on behalf of all others similarly)
6    situated,                       )
                                     )
7            Plaintiff,              )
                                     )
8    vs.                             ) No. 3:19-CV-07647-WHA
                                     )
9    Tyler Technologies,             )
                                     )
10           Defendant.              )
                                     )
11   _____)

12

13

14        30(b)(6) DEPOSITION OF CHRISTOPHER WEBSTER

15              North Yarmouth, Maine

16           Thursday, September 10, 2020

17                  Volume I

18

19

20

21   Reported by:
     CATHERINE A. RYAN, RMR, CRR
22   CSR No. 8239
23   Job No. 4245365
24

25   PAGES 1 - 166

Page 21

1   as-is, to-be states whereby they will understand the

2   current business flows, workflows and requirements, and

3   then help clients translate that into configuring, data

4   conversion and training of the to-be system, the system

5   that they purchased through Tyler to help achieve those

6   business flows and workflows in the business needs that

7   they have.

8        Q    And why is that role important at Tyler, or is

9   it?

10       A    It is an important role.  They -- that role

11  assists our clients in making decisions around best

12  practice decisions around configuring the software, the

13  options that they have in terms of configuring the

14  software, the pros and cons of the various options that

15  they have, helping clients understand the outcomes of

16  those -- those decisions and setup as well as ultimately

17  helping -- in some product lines, helping with the data

18  conversion mapping from their legacy system to the Tyler

19  product that they had purchased.  So those are pretty

20  key, important things to assist clients with in making

21  sure that they get the system up and running and that

22  they're able to pay employees correctly, bill citizens

23  correctly, you know, all the various job functions that

24  you can imagine that would occur at a city, town or

25  school or county.

Page 24

1    Consultant and senior Implementation Consultant?

2         A    If that structure were to exist and it made

3    sense, yes.

4         Q    At this point, is it your understanding that

5    everyone has been merged into that structure?

6         A    For the appropriate business units, yes.

7         Q    So for today, when we're talking about ERP, if

8    I use the term "Implementation Consultant," or "IC,"

9    I'll be referring to both Implementation Consultants and

10   senior Implementation Consultants unless I say

11   otherwise.

12             Is that -- is that all right with you?

13        A    Yes.

14        Q    And will you let me know if that becomes a

15   problem with any of my questions, and we can break it

16   out?

17        A    Yes.

18        Q    So how does Tyler make money?

19        A    There are a couple of key ways that we make

20   money, which are through software sales, through license

21   sales, through Software-as-a-Service subscriptions,

22   through our maintenance dollars for our on-premise

23   clients as well as revenue through training

24   Implementation project management professional

25   service-type services, as well as some other

Page 25

1    subscription-type business around payments and other

2    transactions.

3         Q     With the Munis product, is that treated as a

4    Software-as-a-Service subscription or a software sales

5    or license sales, or could it be some combination of

6    those three?

7         A     It could be a combination, yes.

8         Q     What's most common?

9               MR. McKEEBY:  Within Munis?

10              MR. BROME:  Yes.

11              THE WITNESS:  Today, the most common

12   deployment is SaaS deployment for -- for new clients.

13   Our existing clients would be on-premise, the majority

14   there.

15   BY MR. BROME:

16        Q     What do you mean by "on-premise"?

17        A     Where they host their own -- they host our

18   software on their own servers.  So it would be

19   on-premise revenue rather than a SaaS or subscription

20   fee.

21        Q     And when you say SaaS, that's S-a-a-S?

22        A     Correct, Software-as-a-Service.

23        Q     Is there a reason that Tyler is shifting to

24   the SaaS model for new clients as opposed to the

25   on-premise model?

Page 29

1    probably not the right word.

2           But does Tyler make the Munis product itself?

3    A    Yes.

4    Q    It doesn't have another company do that for

5    it?

6    A    No.

7    Q    Okay.  When you were describing the key ways

8    that Tyler makes money, one of the things you said was

9    revenue through professional services -- through

10   training, implementation, project management,

11   professional services.

12          Is the Implementation Consultant a

13   revenue-generating role?

14   A    Yes.

15   Q    And what does that mean?

16   A    As they provide service to clients, there are

17   hourly rates that are set forth -- hourly or daily or

18   fixed rates that are set forth that, as those service --

19   so as those services are delivered, those would then

20   become revenue earning based on the payment terms of the

21   contract.

22   Q    Do the contracts that clients sign with Tyler

23   provide for specific rates for Implementation Consultant

24   work?

25   A    Yes.

1          Q    Do the Implementation Consultants set those

2     rates?

3          A    No.

4          Q    Do they negotiate those rates?

5          A    No.

6          Q    Do those rates vary significantly by contract,

7     or are they pretty uniform?

8          A    They're uniform by category.

9          Q    What do you mean by that?

10         A    Based on certain metrics of clients, that they

11    would have professional services hours at different

12    rates depending on where they fell within those -- those

13    metrics.

14         Q    And just to make sure that I'm understanding,

15    does that mean, for example, that if they're going to

16    need a hundred hours, there's a different rate than if

17    they're going to need 20 hours?

18         A    No.

19         Q    Okay.  What does it mean, then?

20         A    If I were a client that had a budget of 25

21    million versus if I had a annual budget of 500 million,

22    those rates -- the hourly rates would -- would differ or

23    -- or could differ.

24         Q    Okay.  And do the contracts that clients sign

25    with Tyler provide for a certain quantity of

Page 31

1    Implementation Consultant work?

2         A    Yes.

3         Q    And do Implementation Consultants set those

4    amounts?

5         A    No.

6              MR. McKEEBY:  And just to -- for the record,

7    you're referencing Tyler generally now, and I suspect

8    his testimony is accurate, but he's been designated to

9    testify about ERP.  So I just want to point that out for

10   the record.  I assume he's -- well, I'm not assuming

11   anything, but, again, I haven't heard him to testify

12   about matters that are apart from the ERP division, and

13   I just want to make that clear for the record.

14   BY MR. BROME:

15        Q    For ERP, who determines how many

16   Implementation Consultant days are part of the contract?

17        A    We had a pricing calculator quote engine that

18   sales utilizes based on client size metrics.

19        Q    And my next question I think you may have just

20   answered.

21             But for ERP contracts, who determines how much

22   the client pays for Implementation Consultant days?

23        A    That's generated through our price book set by

24   sales and executive management.

25        Q    Do Implementation Consultants ever advise the

Page 34

1   BY MR. BROME:

2       Q    Okay.  So before we dive into this one, we've

3   covered some of the substance of this already, and this

4   document, I believe, is a little bit -- maybe not quite

5   current.  We have other organizational charts that are

6   more specific to ERP Implementation Consultants, but

7   they are very wide horizontally, and so it's pretty

8   tough to look at them on -- on this screen.  So we may

9   or may not use those.  And we may not be able to do it

10  through Exhibit Share.  We'll see how they -- how they

11  load here.  But I want to look at Exhibit 2 with you,

12  and if there are things that have changed, let me know.

13  I think it will be close enough for our purposes.

14          On the first page of this, we talked about the

15  Enterprise group and the Justice group.  We didn't

16  really talk about corporate.

17          Are you familiar with the -- what's under

18  corporate within Tyler?

19      A    Yes.

20      Q    Is that where Tyler's human resources

21  department sits?

22      A    Yes.

23      Q    Are there any Implementation Consultants

24  within HR?

25      A    No.

Page 35

```
 1        Q     And Implementation Consultants are not
 2   performing HR work, right?
 3        A     No.
 4        Q     Is Tyler's marketing under corporate?
 5        A     Yes.
 6        Q     Are there any Implementation Consultants
 7   within marketing?
 8        A     No.
 9        Q     Does corporate handle other functions, like
10   Tyler's financial, legal, accounting functions?
11        A     Yes.
12        Q     Are there Implementation Consultants within
13   those sections?
14        A     No.
15        Q     And then I understand that there's also sale
16   -- chief sales officer, a chief technology officer,
17   chief financial officer, chief information officer
18   within corporate.
19              Do you know if there are any Implementation
20   Consultants under those positions?
21        A     I do not.
22        Q     Do you know if there are any Implementation
23   Consultants within corporate at all?
24        A     I do not.
25        Q     Are you aware of any?
```

Page 36

1      A    No.

2      Q    Implementation Consultants are not doing

3  finance work or accounting work for Tyler, right?

4      A    No.

5      Q    Or budgeting?

6      A    No.

7      Q    Auditing?

8      A    No.

9      Q    Insurance?

10     A    No.

11     Q    Quality control?

12     A    No.

13     Q    Purchasing or procurement?

14     A    No.

15     Q    Advertising or marketing?

16     A    No.

17     Q    Safety and health?

18     A    No.

19     Q    Employee benefits?

20     A    No.

21     Q    Labor relations?

22     A    No.

23     Q    Public relations or government relations?

24     A    They may be involved.

25     Q    What do you mean by that?

Page 43

1        Q    And Paul Crowley?

2        A    Yes.

3        Q    Let's see.  Still on page 2, is Jeff Green

4    still the CTO?

5        A    Yes.

6        Q    And is Brett Cate still the chief sales

7    officer?

8        A    Yes.

9        Q    And those two are both part of corporate,

10   correct?

11       A    Correct.

12       Q    So let's move down to page 3.  So we're

13   starting to break out ERP and Schools.  So page 3 is ERP

14   sales.

15            What's the role of the ERP sales?

16       A    The role of ERP sales or the vice president of

17   ERP sales?

18       Q    ERP sales overall.

19       A    They're the organization that is charged with

20   working with new opportunities and/or existing clients

21   and selling them software and services.

22       Q    Have you ever worked in sales at Tyler?

23       A    No.

24       Q    Do any Implementation Consultants work in this

25   section?

1      A    No.

2      Q    Does this department handle a new client

3  through the point of signing a contract with Tyler?

4      A    Yes.

5      Q    Once the contract is signed, does the client

6  move on to implementation?

7      A    Yes.

8      Q    Okay.  So continuing down with Exhibit 2,

9  pages 4 through 7 are development.

10          What's the role of development within ERP?

11     A    Designing and developing and testing the

12  software that we provide to our clients.

13     Q    Do you know how many people work in this

14  group, all together?

15     A    Now?

16     Q    Yeah.

17     A    I would say approximately 200 and -- 250.

18     Q    Has that been roughly consistent over the past

19  five years?

20     A    Roughly.

21     Q    Is this department in Texas?

22     A    No.

23     Q    Where are they?

24     A    All over the US.

25     Q    Do any Implementation Consultants work in

Page 45

1    development?

2         A    No.

3         Q    On -- so on the page 3, this is the one that,

4    on the bottom right, has the label Tyler 005679.  We

5    have Kirk, then Angela, then the third row, starting

6    with Megan Kinsman.

7              Do you see that?

8         A    Yes.

9         Q    Is that third row -- are those sort of

10   reflecting different functions within Munis, if you

11   know?

12        A    Yes, those are product areas, product suites.

13        Q    Are Implementation Consultants responsible for

14   advising software engineers about how to change the

15   Munis product?

16        A    Some are, yes.

17        Q    In what situations?

18        A    Our software engineers will rely on our

19   Implementation Consultants based on their knowledge and

20   experience in terms of consulting with them on potential

21   changes to the software, how that may impact the

22   implementation efforts, how it may impact clients, how

23   that may impact how we train our clients.

24        Q    And you said some Implementation Consultants

25   are involved in that.

1          So a hundred percent of Implementation

2     Consultants are assigned to some geographic territory?

3          A    Correct.

4          Q    And then for folks who are doing

5     Implementation consulting work, as part of the other

6     groups, is that sort of a temporary assignment thing, or

7     is that they are both within a territory and part of

8     that group?

9          A    Implementation Consultants, for the case of

10    this organizational chart, only report up through those

11    regions.

12         Q    I understand.  Thank you.

13              I'm going to mark Exhibit 3, and we'll see how

14    these will assist.

15              (Exhibit 0003 was marked for

16              identification.)

17    BY MR. BROME:

18         Q    So let me know when you have Exhibit 3.

19         A    I have it.

20         Q    And are you able to read any of it?

21         A    No.

22              MR. McKEEBY:  Counsel, is this an eye test?

23              THE WITNESS:  I've -- I've zoomed in about as

24    far as I can go here.

25              MR. BROME:  Okay.

Page 65

1           MR. McKEEBY:  I shouldn't complain since we
2      produced the document, though, should I?
3           MR. BROME:  Can we go off the record for a
4      minute.
5           THE REPORTER:  Yes.
6           MR. McKEEBY:  Yeah.
7           (Discussion off the record.)
8           MR. BROME:  Back on.
9      Q    Okay.  Mr. Webster, while we were off the
10     record, we each downloaded Exhibit 3 so that we were
11     able to open it and view it in a more legible version.
12     I'll represent this is another document that was
13     produced by Tyler in this case.  It's document
14     Bates-labeled Tyler 005824.
15          Do you see that?
16     A    Yes.
17     Q    And what is this?
18     A    This would appear to be the full
19     organizational chart of my direct reports plus those
20     underneath Jennifer Turgeon.
21     Q    So -- and this appears to be current?
22     A    Generally.
23     Q    Pretty close?
24     A    Yeah.
25     Q    And then are the little numbers in blue

Page 66

```
 1    circles -- are those telling us the number of direct
 2    reports to a given individual?
 3        A    I assume so, based -- I don't know what tool
 4    produced this.
 5        Q    So I'd like to just understand the hierarchy
 6    between you, as the president of the ERP division, and
 7    an Implementation Consultant.
 8             So underneath you there are the vice
 9    presidents?
10        A    Yes.
11        Q    And then underneath the vice president of
12    Implementation, we have the senior directors as well as
13    one director, it looks like?
14        A    And an administrative assistant, yes.
15        Q    And then under the senior directors there are
16    Implementation Directors?
17        A    Yes.
18        Q    And so then under the Implementation
19    Directors, it looks like there are Implementation
20    Consultants, senior Implementation Consultants, and
21    Project Managers; is that correct?
22        A    Yes, and Implementation Managers.
23        Q    Thank you.
24             Okay.  So who supervises Implementation
25    Consultants?
```

Page 67

1      A      Directly would be a Project Manager.

2      Q      Who supervises the Project Manager?

3      A      That could be an Implementation team lead, an

4  Implementation Manager, or an Implementation Director.

5      Q      What determines which of those options

6  applies?

7      A      Based on the size of the team, the type of

8  work that they're -- they're managing.

9      Q      And I'm sort of interpreting your expression

10  from that answer.

11            Is there any particular guiding principle, or

12  it's sort of somewhat ad hoc?

13      A      Somewhat ad hoc.  It primarily would be based

14  on the size of the team.

15      Q      Okay.  About how many of those Implementation

16  team leads do you think there are within Implementation?

17      A      I guess probably six to seven.

18      Q      And about how many Implementation Managers

19  would you say there are?

20      A      Probably five to six.

21      Q      Have those numbers been roughly consistent

22  over the last five years?

23      A      Those are newer roles in the last, probably,

24  two to three years.

25      Q      Is there a reason that those roles have been

Page 68

1    created?

2        A    Growth.

3        Q    Can you explain what you mean by that?

4        A    As we have sold more software, we've needed to

5    provide more services, and, therefore, we've needed to

6    have more staff to deliver those services.

7        Q    About how many Implementation Consultants are

8    there currently within ERP?

9        A    I'd estimate between 3- -- about 350 to 360.

10       Q    About how many Implementation Consultants are

11   currently serving in a temporary tech support role you

12   mentioned earlier?

13       A    Under 20.

14       Q    Were you including those 20 in the 350 to 360?

15       A    Yes.

16       Q    I think I'm going to shift gears away from the

17   organizational charts and move into sort of what

18   Implementation Consultants do.  Before we do that, can

19   you -- before we do that, I want to have you give us

20   sort of an overview of Munis, and then I think we'll

21   probably take a short lunch break.

22            So can you tell us what Munis is?

23       A    Munis is the Enterprise Resource Planning

24   software designed specifically for public-sector clients

25   to manage their finances, payroll, utility billing, tax

Page 69

1  billing, community development departments within

2  cities, towns, counties, local authorities, special

3  districts.

4      Q    And about how many clients are using Munis

5  currently?

6      A    Approximately 1800.

7      Q    What is the sort of smallest chunk of Munis

8  that a client could purchase?

9      A    We have some clients that may have just some

10  of our financial procurement modules.

11      Q    Is it pretty uncommon to sort of just get the

12  financial module?

13      A    Yes.

14      Q    What's a more common sort of suite of modules?

15      A    The majority of our clients would own the

16  financials, the human capital management and a subset of

17  our revenue applications.

18      Q    And then are there additional add-ons beyond

19  those that some clients can elect?

20      A    Yes.

21      Q    What are some examples of those?

22      A    Content management would be one.  ExecuTime

23  could be one.  There might be subsets of modules that

24  they didn't originally purchase that are part of those

25  suites that they could purchase.

Page 71

1        Q      How are you familiar with Mr. Kudatsky?

2        A      He was an employee of the Munis Implementation

3    team.

4        Q      Did you interact with him when he was employed

5    at Tyler?

6        A      Yes.

7        Q      In what way?

8        A      I interacted with him through Implementation

9    meetings that we would have, interacted with him -- I'm

10   sure I had interacted with him through -- via email.

11       Q      Okay.  What was his position at Tyler?

12       A      Implementation Consultant.

13       Q      In your previous role as vice president, did

14   you indirectly oversee Implementation Consultants?

15       A      No.

16       Q      I'm sorry.  Indirectly?

17       A      Indirectly, yes.  Sorry.

18       Q      Okay.  In your current role as president of

19   the ERP, do you indirectly oversee Implementation

20   Consultants?

21       A      Yes.

22       Q      Have the duties of Implementation Consultants

23   within ERP been pretty consistent since 2015?

24       A      Yes.

25       Q      Since 2010?

Page 72

1        A      Yes.

2        Q      And have you worked out of Maine consistently

3   since 2011?

4        A      Yes.

5        Q      What's your source of knowledge for the duties

6   of Implementation Consultants in other parts of the

7   country?

8        A      I was employed as an Implementation Consultant

9   20 years ago.  Being as -- on the operation and

10  administrative side of the Implementation organization,

11  supporting the Implementation staff for a number of

12  years, as well as just by general working knowledge of

13  -- of implementation processes that we have developed

14  throughout the -- the course of my time here.

15       Q      And are the duties of Implementation

16  Consultants consistent throughout the country?

17       A      For Munis?

18       Q      Yeah.

19       A      Yes.

20       Q      So earlier you talked about how there's a

21  sales team who is involved with a new client until they

22  sign the contract, and then that client transitions over

23  to Implementation.

24              Are you or your team involved with that new

25  client in any way before there's a signed contract?

Page 74

1    Consultant spend helping out with that demonstration

2    process before Tyler is selected?

3        A    That would vary based on the procurement

4    process.  Some of those last, you know, a day.  Some

5    last three to four days.  So it varies based on the

6    client as well as the client's consultant that they may

7    have involved in the procurement process.

8        Q    How much of a typical Implementation

9    Consultant's work is for prospective clients or clients

10   who have selected Tyler but had not yet signed a

11   contract as opposed to the implementation once there is

12   a signed contract?

13       A    It would be tough to put a number on it or

14   percentage, but it's sort of those things that, as it

15   comes up, they are generally expected to help get the

16   [inaudible] --

17           THE REPORTER:  I'm sorry.  You cut out.  Can

18   you repeat that?

19           THE WITNESS:  I don't know that I would have

20   an absolute percentage or time, but certainly it is

21   something that is generally expected of them to

22   participate in the sales process and cycle to get a --

23   to win a new deal, you know, to help allay any fears

24   that a -- or perceived roadblocks that a prospective

25   client may have and be comfortable with the team that

1   they would be working with.  So, you know, if I had to

2   guess, each month a consultant -- or each year a

3   consultant may be involved with two to three over the

4   course of one to many days.

5   BY MR. BROME:

6       Q    Two to three instances of that presale work

7   per year?

8       A    Correct.

9       Q    Is it fair to say that that presale work is

10  within the scope of the Implementation Consultant's

11  duties that could be assigned by their supervisor just

12  as they could be assigned to any other client?

13      A    Yes.

14      Q    Are you familiar with the term "fundamental

15  review"?

16      A    Yes.

17      Q    What does that mean?

18      A    That's where we have -- for the Munis product,

19  we have the sandbox environment with prepopulated data

20  such that our Implementation Consultants are able to

21  take a client through a process so they are able to see

22  it with -- it may not be their data, but at least

23  workable data to understand the end-to-end process so

24  they can see the transaction going in, being processed,

25  going through various workflow approvals, making its way

1   through the various integrated components of the system,

2   as well as then making its way out through -- to an end

3   result being a report or a bill or a check.

4       Q    Is the fundamental review something that's

5   done by an Implementation Consultant?

6       A    Yes.

7       Q    Is that something that happens before there's

8   a contract or after or it could be either?

9       A    Generally after.

10      Q    And does Tyler provide specific examples of

11  the fundamental review for the Implementation Consultant

12  to conduct?

13      A    Yes.

14      Q    Does Tyler provide scripts to use as part of

15  those reviews?

16      A    Yes.

17      Q    And you said there's a sandbox environment.

18           Does that mean that there's sort of dummy data

19  that's not live data?

20      A    Correct, that it's -- it would be data that

21  would be a mock-up data set.

22      Q    And Tyler provides that mock-up data?

23      A    Yes.  There are instances where the

24  implementation itself will have to build data.

25      Q    What do you mean by that?

Page 81

1    compensation plan?

2         A    Yes.

3         Q    Who else was involved in that?

4         A    Chris Hepburn, Danelle Daley, Dick Peterson.

5    They're longstanding compensation -- incentive

6    compensation plans.

7         Q    What's the point of incentivizing utilization

8    as to the Implementation Directors?

9         A    It --

10             MR. McKEEBY:  [Inaudible].

11             THE WITNESS:  Sorry?

12             MR. McKEEBY:  I didn't understand the

13   question.

14   BY MR. BROME:

15        Q    What's the purpose of incentivizing

16   utilization through that plan?

17        A    So the -- the purpose of this, that we have --

18   our teams are staffed appropriately, whether or not they

19   are -- because they work very closely with the sales

20   organizations in terms of those opportunities that are

21   coming, the ones that they participate in, making sure

22   that we have the right staffing levels, and if we need

23   to hire additional staff to meet the sales needs that

24   are upcoming, or if there are less sales needs, they

25   work with other regions to then potentially move

Page 82

1    resources, transfer resources and/or if there's been

2    attrition, not to backfill.  So it's ensuring that our

3    -- our resources are being utilized to the highest

4    degree that they are, to ensure that our -- you know,

5    our clients go -- our client project -- client projects

6    go live.

7         Q     Anything else?

8         A     That's the general highest level around it.

9         Q     I mean, I guess I'm -- we talked a little

10   earlier about how, you know, this is -- the IC role is

11   revenue-generating.  It seems like the more billable

12   days they have, the more potential revenue there is, and

13   so it would make sense to incentivize that for their

14   supervisors; is that fair?

15        A     Certainly that is a component, but the -- the

16   main driver is to make sure that the staffing levels are

17   -- are kept at the appropriate levels.

18        Q     What do Project Managers do?

19        A     Project Managers will work with the clients to

20   develop the project phasing, the project schedule,

21   determine the scope, the -- develop the various

22   management plans, being the project plan, the

23   implementation management plan, the change management

24   plan, all those various implementation project-related

25   documents that will control and guide the overall

Page 83

1    implementation.

2          They -- for Munis, they also have a number of

3    Implementation Consultants that report to them that they

4    will manage through their projects, through their

5    day-to-day activities, perform their performance

6    reviews, provide them with their regular feedback from

7    clients and other interaction that they've had with

8    other Tyler employees.

9        Q    Do the Project Managers -- I think you said

10   this.  Do they come up with a timeline for an

11   implementation project?

12       A    They will generally come up with a timeline of

13   the overall implementation schedule.  They'll do that in

14   conjunction -- in collaboration with the client, as well

15   as they will often rely on the Implementation

16   Consultants to help provide feedback in particular areas

17   if clients need to have more time in particular areas of

18   the application than others.

19       Q    And do the Project Managers come up with the

20   budget for a project?

21       A    No.  That is set at the contract signing.

22       Q    Are the Implementation Consultants expected to

23   keep to the budget and a timeline that's set for a

24   project?

25       A    They're expected to assist the Project Manager

Page 84

1    in making sure that the timelines are kept; and in that,

2    if they feel as though a client isn't getting a

3    particular topic that they need extra time on, to

4    provide that feedback, if there are areas that they

5    are -- obviously understand very well, to then -- you

6    know, to revise those training topics, those timelines.

7    So they -- they do rely on them pretty heavily there.

8         Q    Sure.  And I -- and I understand what you're

9    saying about adjusting the timelines.

10             But is it an expectation for Implementation

11   Consultants that -- assuming the timeline is workable,

12   that they will meet that timeline?

13        A    Sometimes the -- at the beginning of a

14   project, the schedule will be set at a high level, and

15   then it -- as you work through the project and, in

16   particular, after the analysis is done, a more granular

17   project schedule will be -- will be set based on that,

18   you know, the analysis that has been performed and the

19   feedback from the Implementation Consultants around

20   those areas that will need more time or less time.

21        Q    And then once that more granular schedule is

22   set, are they expected to keep to that?

23        A    While not expected to keep to it, they're

24   certainly there every day working with the client and

25   expected to provide feedback to the Project Manager if a

Page 85

1   client is not keeping to that schedule or if there are

2   other factors that are contributing to not adhering to

3   that schedule.

4        Q    Still on the topic of what Project Managers

5   do, do they review reports from Implementation

6   Consultants?

7        A    Yes.

8        Q    What sort of reports?

9        A    Generally, they're in the form of something

10  known as a site report whereby the Implementation

11  Consultant will document the daily activities, any

12  issues, any things that need to be followed up on.

13       Q    Do Project Managers review expense reports?

14       A    Yes.

15       Q    When an Implementation Consultant is on site

16  with a client, are there ways that they communicate with

17  the Project Manager in addition to the site reports or

18  expense reports?

19       A    They may contact them directly via cell phone,

20  phone.  They may instant message them.  They may email

21  them.

22       Q    Has Tyler used Skype in the past?

23       A    Yes.

24       Q    Or currently?

25       A    Currently, yes.

Page 90

1    depend who gets assigned to the projects that they get

2    assigned to?

3        A    Generally, Implementation Consultants report

4    to the Project Managers, and so, therefore, the Project

5    Managers utilize their own resources.  There are

6    projects that may require broader numbers of

7    Implementation Consultants.  So they may borrow -- for a

8    particular project, they may borrow an Implementation

9    Consultant from another team for that project to help

10   augment the needs of that client.

11       Q    So I think that I understand you as saying

12   that a given Project Manager has specific Implementation

13   Consultants who are considered their resources --

14       A    Right.

15       Q    -- is that fair?  Okay.

16            In your role as vice president, were you

17   involved in evaluating Project Managers?

18       A    No.

19       Q    Who does that?

20       A    Those would be the Implementation Managers or

21   Directors, or team leads.  That's a newer role, so ...

22       Q    Are those performance reviews maintained

23   somewhere?

24       A    Yes.

25       Q    Where?

Page 91

 1      A      In our employee self-service application.

 2      Q      Is that part of Munis?

 3      A      It is.

 4      Q      Do Project Managers typically have a role with

 5   the client after they go live?

 6      A      Some may.  It depends on what the contract

 7   calls for.  Oftentimes, after some period of time after

 8   go-live, that's where it is then -- that client is

 9   handed off to the support organization.

10      Q      How many clients could a -- could a -- excuse

11   me -- could a Project Manager be working with at a given

12   time?

13      A      Depending on the size and complexity,

14   anywheres between one and, say, six or seven.

15      Q      What about an Implementation Consultant?  How

16   many clients could they be working with at a time?

17      A      Similar.

18      Q      Are Project Managers sometimes hired out of

19   Implementation Consultant employees?

20      A      Meaning Implementation Consultants get

21   promoted into ...?

22      Q      Yes.

23      A      Yes.

24      Q      How are Project Managers trained?

25      A      They often will go through a shadowing process

1   with other peer Project Managers.  We have online

2   training tools to assist with that.  We have

3   standardized documentation and guidelines to help

4   Project Managers as they get up to speed in becoming a

5   Project Manager.  We also have external resources like

6   Project Management Institute that we utilize for -- it's

7   a certification program to -- for Project Managers.

8        Q    Who conducts the training for Project

9   Managers?

10       A    That could be an Implementation Director, a

11  team lead or it could even be a peer, more senior

12  Project Manager.

13       Q    Where are those training documents that you

14  mentioned housed?

15       A    Those would be in our internal SharePoint site

16  or in one of those third-party repositories, like a

17  Skillsoft or PMI.

18       Q    What do Implementation Consultants do?

19            MR. McKEEBY:  What's the question?

20  BY MR. BROME:

21       Q    What do Implementation Consultants do?

22       A    I'm not sure what you mean what do they do.

23  What's their job function?  What do they --

24       Q    Yeah.  What's -- what's their main job duty?

25       A    As we talked about at the beginning, really,

1   they're responsible for assisting with that knowledge

2   transfer of our products to clients; assisting them with

3   the analysis, the consulting, the as-is,

4   to-be-processed, the current state, the future state;

5   assisting them understand the -- their current business

6   workflows and setup, as well as mirroring that up in how

7   they're going to help the client configure the system in

8   terms of how they're going to use the Munis system;

9   provide them with best practices; provide them with the

10  pros and cons based on their experience and training

11  that they received in terms of getting clients options

12  on the various setups.

13          Oftentimes, they're involved in the data

14  mapping process whereby the clients have that legacy

15  data, helping them determine what tables and fields are

16  going to be populated to help document that for our

17  conversion team so that the conversion team can then

18  move that data into the Munis environment.

19          They then help the clients test, validate that

20  data, help them test and validate the various business

21  processes and what flows they have defined and then

22  trained, you know, either subject-matter experts or end

23  users on the use based on the -- the necessary workflows

24  and business processes for that client, help them

25  troubleshoot if there are data conversion issues, if

Page 97

1    Q    Within the ERP division, how many
2  Implementation Consultants are working on Munis?
3    A    Probably about 300.
4    Q    And about how many are working on other
5  products?
6         MR. McKEEBY:  Within ERP?
7         THE REPORTER:  I'm sorry?
8         MR. McKEEBY:  Within ERP, right?
9         MR. BROME:  Thank you.  Yes.
10        THE WITNESS:  Fifty to sixty.
11  BY MR. BROME:
12   Q    And can you break down how those 50 or 60
13  shake out for which products?
14   A    Those would be the EnerGov products.
15   Q    Sorry.  I lost that.
16   A    EnerGov, which is our community development
17  products, ExecuTime, content management.  It could be
18  CAFR reporting.  CAFR, C-A-F-R.
19   Q    Can you estimate how many are working on
20  EnerGov?
21   A    I'd estimate 30 to 40.
22   Q    So is it fair to say that more than 95 percent
23  of the Implementation Consultants within the ERP
24  division are working on either Munis or EnerGov?
25   A    Roughly, I'd say, yeah.

1      Q    How are Implementation Consultants trained?

2      A    For -- for Munis?

3      Q    Sure.

4      A    So for Munis, there is a pretty highly formal

5   process over a 11- or 12-week schedule whereby there's a

6   formalized training program, assessment process, that

7   they have a number of points throughout that training

8   period where they are assessed on their overall progress

9   and achievement, and then -- ultimately, then they

10  are -- upon that, they are then moved into a shadowing

11  role and then ultimately, then, roughly -- I don't

12  know -- roughly 90 days in they'll start to work with --

13  work with clients.

14     Q    What about for EnerGov; how are they trained?

15     A    That -- they recently started to adopt that

16  same process here in the last year or so.

17     Q    Do most new Implementation Consultants make it

18  through that training process to become actual

19  Implementation Consultants?

20     A    Roughly 90 percent do.

21     Q    How long has that formal process that you

22  described been in place for Munis?

23     A    That's been in place probably, in its current

24  form, five to six years.

25     Q    And where are the documents associated with

Page 99

1   that training program stored?

2        A    They're likely on the SharePoint site.

3        Q    Are you involved in that training for Munis?

4        A    In what way?

5        Q    In any way.

6        A    Not in the application training, but certainly

7   in the overall design involved in the -- kind of the

8   architecture of it, if you will, and then I would

9   participate in welcoming the new hires [inaudible] --

10            THE REPORTER:  I'm sorry.  "Welcoming the new

11   hires" ...?

12            THE WITNESS:  And getting to know them.

13   BY MR. BROME:

14        Q    And are you involved in the training process

15   for EnerGov?

16        A    No.

17        Q    Any other products that you are involved in

18   the training for Implementation Consultants?

19        A    The ExecuTime product for the Munis

20   Implementation Consultants; that is part of that -- that

21   overall implementation training program that --

22   Implementation Consultant training program.

23        Q    Sorry.  So the ExecuTime product is -- is part

24   of that formal process that you described for Munis?

25        A    The implement -- the ExecuTime product is

1    implemented out of three different groups, really, and

2    it -- given the highly integrated nature with Munis, the

3    Implementation Consultants that would implement Munis --

4    they're also responsible for implementing ExecuTime.

5           There's a group that -- under the ExecuTime

6    group under Kathy Thomas.  They service clients that

7    don't own a Tyler payroll product, that they have to

8    integrate with that any number of, you know, payroll

9    providers across the US that they have to help implement

10   those solutions, and then, under the Local Government

11   division, the Incode product and their Infinite Vision

12   product -- there's a group that has to implement that as

13   well.

14       Q    How do Implementation Consultants get their

15   clients?

16       A    Sorry.  I didn't understand the question.

17       Q    How do Implementation Consultants get their

18   clients?

19       A    How do they get them?

20       Q    Yeah.

21       A    The Project Manager will assign the project.

22   They will then -- will ultimately work with their

23   consultants to -- based on their availability, their

24   skill set in terms of what products that they are

25   familiar with, what product suites that they have

1    implemented previously, and so they would then get

2    assigned based on their product knowledge, their

3    availability.

4         Q    And I think, at the beginning of that -- that

5    answer, you said that it's the Project Manager who is

6    assigning the Implementation Consultant to a client?

7         A    Correct.

8         Q    How does the Implementation Consultant know

9    what modules a client is getting?

10        A    So through the contract document, there's an

11   investment summary that itemizes the various products

12   that they have purchased, and then, also, they will work

13   with the Project Manager through that planning phase in

14   terms of the scope of work and the scope of the phasing

15   in products that will be implemented in what order.

16        Q    So when you were describing the Implementation

17   Consultant duties, there's sort of some phases in the

18   implementation process.  We talked earlier about the

19   fundamental review, but I want to talk about some of the

20   other -- other parts of that process.

21             In the assessment or analysis phase, what does

22   that mean?

23        A    So during that stage, the -- where we're

24   working with that client to do that current state,

25   future state analysis where that's where we're

1   understanding their current business processes and

2   flows, understanding why they're going out to purchase

3   new software because they certainly didn't go out to

4   purchase software just to do the same thing that they're

5   doing today, so understanding what they're looking for

6   for efficiencies, understanding the requirements that

7   were documented in the -- most -- most of the time

8   documented in the RFP checklist in terms of the

9   functional requirements that the client is looking for,

10  helping them ultimately marry all of that up to the --

11  to the -- in the to-be state or future state, and then

12  walking the client through that and helping them

13  validate that -- the options and decisions that they

14  made on the desired workflow and business flows.

15       Q    And so in this stage, the Implementation

16  Consultant is gathering this information from the

17  client, correct?

18       A    Correct.

19       Q    And Tyler provides forms for Implementation

20  Consultants to fill in that required information?

21       A    For most products, that would be true.

22       Q    For which products is that not the case?

23       A    There may be some ancillary products, like a

24  -- like a Tyler business form -- excuse me -- Tyler

25  ReadyForms or MyCivic or something like that that may

Page 103

1    not be required or may not exist.

2        Q    Where are those forms stored?

3        A    I would assume the Tyler SharePoint site.

4        Q    You mentioned RFP checklist.

5             Is RFP "request for proposal"?

6        A    Correct.

7        Q    And tell me what those RFP checklists are.

8        A    Those often consist of literally hundreds or

9    thousands of functional requirements that a prospective

10   client is looking for in their new software.  They will

11   enumerate the various features and functions of the

12   system that they're looking for as well as the processes

13   and workflows and desired modules that they're looking

14   to potentially purchase.

15       Q    And are those completed before the contract is

16   signed?

17       A    Typically, yes.

18       Q    In the analysis stage, Tyler has specific

19   expectations about what information Implementation

20   Consultants will collect, right?

21       A    There are guidelines around saving the

22   majority of that information for the Munis projects,

23   yes.

24       Q    And are those guidelines on the SharePoint

25   site?

Page 104

1          A    Yes.

2          Q    If an Implementation Consultant doesn't

3     collect all of the required information in the analysis

4     stage, what happens?

5          A    That may be information that will be

6     documented at a later point in time because there's a

7     decision that has to be made.  Maybe there's a policy

8     decision, a change decision for that client to make.  So

9     that might be documented at a future point in time based

10    on whatever local decisions that they make or -- and/or

11    the changes that they elect to make in their business

12    processes.

13         Q    Maybe that was a bad question.

14              If there's certain information that the

15    Implementation Consultant is supposed to collect and

16    they fail to collect it, what happens then?

17         A    That could be pretty detrimental to the

18    overall project, if they fail to collect certain

19    required information, because ultimately they're guiding

20    the client through the baseline configuration of the

21    system, and if something is missed, then the client

22    isn't configured correctly, people don't get paid

23    correctly, utility bills don't go out correctly, and

24    you've got a big problem on your hands.

25         Q    After the analysis stage, is configuration

Page 105

1    sort of the next big-picture stage?

2         A    Yes, configuration and conversion.

3         Q    And is that the stage where the Tyler product

4    is configured based on the information provided by the

5    client?

6         A    Yes, that's where the information from those

7    analysis processes that they've walked the client

8    through, that the system will then be configured based

9    on that, and the client would then run through and

10   validate that with the -- you know, the data as it's

11   converted and mapped to meet those business processes.

12   Oftentimes, clients will then decide that that was not

13   the desired result, and then, therefore, they will work

14   with the consultant to then figure out the other two

15   options that maybe -- that they described, or whatever

16   the case may be, to then make changes to achieve the

17   desired business results.

18        Q    During this configuration conversion, the

19   Implementation Consultants aren't coding or programming

20   Munis, correct?

21        A    Correct.  They are utilizing parameters to

22   guide the client in the various setting options that

23   they may have to achieve those desired business results

24   or educating them and training them in a new way to take

25   various steps to achieve the desired business results.

Page 106

1      Q    Is it fair to say that Munis is customizable

2   but not programmable by the Implementation Consultant?

3      A    Correct.  By the Implementation Consultant,

4   yes.

5      Q    If there were ever a situation where, in this

6   configuration and conversion stage or in testing, it

7   became apparent that there was a programming change

8   needed, could the Implementation Consultant go to

9   Tyler's software engineering team for a change?

10      A    Through a formal change request process, yes,

11   they would then work with both the client and the

12   developer, development team or teams that are involved

13   to document the desired feature or functionality results

14   and then helping the client guide them through to make

15   sure that they have considered all the various, you

16   know, options and processing points and whether or not

17   it's going to have an impact on their checks or whatever

18   it may be.

19      Q    Is that scenario in which an Implementation

20   Consultant and/or a Project Manager requests a change

21   request -- is that something that happens somewhat

22   regularly? rarely?

23      A    I'd say pretty frequently.

24      Q    Is that something that the Implementation

25   Consultant would need to involve the Project Manager in?

Page 107

1      A    Yes.

2      Q    Would they need to involve the Implementation

3  Director?

4      A    Maybe, depending on the type of contract, the

5  size of the contract, temperature of the client.

6      Q    What do you mean by "temperature of the

7  client"?

8      A    Well, sometimes clients believe that they were

9  sold something that they weren't.  So, therefore, they

10  might be upset with it, that the feature isn't there or

11  that they were promised it was there.  So, therefore,

12  they may be not particularly happy about that situation.

13      Q    In those cases the client concerns could be

14  escalated past the Project Manager?

15      A    Certainly.

16      Q    If a client is upset in that way that you were

17  just describing, what are some of the ways that the

18  Implementation Manager or Implementation Director could

19  try to patch up that relationship?

20      A    Obviously, working -- getting -- you know,

21  making sure that the development team is brought in so

22  that we can get the appropriate features documented,

23  scoped out for the client.  Oftentimes, sales would be

24  brought in, because obviously sales was part of the

25  process, and just to help alleviate the situation or

Page 108

 1   once more details are identified about the particular

 2   need to perhaps have the consultant provide alternative

 3   mechanisms for them to achieve the same business results

 4   maybe through different steps or through the procurement

 5   of additive application that they didn't purchase out of

 6   the original procurement.

 7        Q    Can the Implementation Directors comp the

 8   client Implementation Consultant days?

 9        A    Certainly.

10        Q    Can the program manager do that?

11        A    The -- which program manager?

12        Q    Sorry.  Sorry.  Project Manager.

13        A    Yes.

14        Q    Can the Implementation Consultant do that?

15        A    No.

16        Q    Once the client data is collected, when it's

17   time to do the actual data conversion, Tyler's engineers

18   are doing that actual conversion, right?

19        A    Yeah, the conversion engineers will write a

20   conversion program to take the raw data from the legacy

21   system to then map that into the tables that would be

22   needed to be populated for the Munis or EnerGov or

23   whatever the solution may be.

24        Q    And we've said it a few times now, but EnerGov

25   is E-n-e-r-G-o-v?

Page 110

1    as well as the end-user training, yes.

2        Q    The Implementation Consultant doesn't make the

3    determination of what trainings the client needs, right?

4        A    They will heavily work with the Project

5    Manager in determining those end-user training needs,

6    again, making sure that the areas that they're going to

7    need more help with, areas that they have, you know, a

8    larger staff involvement, more client staff that are

9    involved and ultimately designing the training

10   curriculum around the -- you know, what they have

11   learned through the implementation process.

12       Q    Does the contract specify how much training

13   the client gets?

14       A    No.

15       Q    Does the contract ever specify how many people

16   can attend the training?

17       A    There are some -- many contracts will have a

18   provision in there to limit the size or number of client

19   attendees in a particular -- be it a consultant session

20   or -- and/or a training session.

21       Q    Does Tyler have lesson plans available for

22   Implementation Consultants?

23       A    Yes, we have generalized training guides,

24   training plans, lesson plans.

25       Q    Are they stored in SharePoint?

1  troubleshooting defect remediation, those types of

2  things as well.

3      Q    Implementation Consultants don't have any

4  responsibility for managing the client's business

5  affairs, do they?

6      A    Generally, no.

7      Q    Implementation Consultants aren't reviewing

8  data from Munis and making recommendations about changes

9  to a payroll process, for example?

10      A    Absolutely, they would.  If -- we often

11  have -- in particular for the Munis products, once a

12  client has been live, we'll do something called an

13  investment analysis or investment assessment whereby we

14  will come in, review their current use of the system,

15  their -- maybe they've changed their mind about things,

16  you know, two, three years later.  So they'll certainly

17  review data reporting.  You know, if they want to change

18  -- if a client is looking to change their reporting

19  structure or they're looking to change their chart of

20  accounts or something along those lines, they will

21  certainly actively work with clients to then come up

22  with a plan on how to make those changes, whether or not

23  they're going to need to convert data, whether or not

24  that they're -- what type of training that they're going

25  to need to achieve that desired result.

Page 124

1      Q    So who is doing that investment analysis work?

2      A    The Implementation Consultants for Munis.

3   EnerGov might call it something different.

4      Q    How much of a Munis Implementation

5   Consultant's work is that investment analysis?

6      A    That is a role that is primarily assigned to

7   the installed accounts team because those are the ones

8   that work with the existing clients.  And there is --

9   generally, for that population, that's a high percentage

10  of their work.  Oftentimes, if they're busy and they

11  don't have resources, they will pull from those other

12  regions to help cover those -- those client requests,

13  and then -- so any Munis Implementation Consultant

14  should be prepared to have to deliver those investment

15  assessments.

16     Q    Is that billable work?

17     A    It may be.

18     Q    Who would assign an Implementation Consultant

19  to do that investment analysis work?

20     A    Either a Project Manager or somebody higher up

21  the chain.

22     Q    Would that work be recorded in an

23  Implementation Consultant's time records?

24     A    Yes.

25     Q    What percentage of the Implementation

Page 125

1    Consultants who are not in that installed accounts team

2    -- what percentage of their time is doing the initial

3    work to get the client up and running as opposed to this

4    investment analysis work?

5        A    So are you talking about a regular

6    implementation for a Munis Implementation Consultant?

7        Q    Yeah.

8        A    For those that are assigned to the region,

9    probably, you know -- guessing -- 80 to 90 percent.

10       Q    Is it fair to say that their primary duty is

11   to get the client up and running, not using the product

12   for managing the client's general business?

13       A    Correct.

14       Q    After the implementation is done, if the

15   client is not happy, who handles complaints?

16       A    Any number of people.  It could be the Project

17   Manager, maybe sales.

18       Q    Are there required internal meetings for

19   Implementation Consultants?

20       A    I'm sorry.  Internal meetings?

21       Q    Yeah, like, within Tyler.

22       A    Yes, we have a number of professional

23   development meetings, team meetings, those types of

24   things that are required for consultants to attend.

25       Q    How regularly are there required meetings?

Page 135

1      Q    Is the comp plan for Munis effectively

2  incentivizing that schedule?

3      A    Yes.

4      Q    Do Implementation Consultants have a scheduled

5  shift?

6      A    No.

7      Q    Why not?

8      A    They're generally expected to work with

9  clients based on their hours of operation within --

10  within reason, and so in addition to that, they are

11  required to travel on, typically, a Sunday or Monday or

12  Friday or whatnot.  So they're -- they're responsible

13  for the scheduling of that and the management of their,

14  you know, appropriate travel requirements and needs.

15      Q    What is Changepoint PSA?

16      A    That is our time and expense management

17  system.

18      Q    And how do Implementation Consultants use it?

19      A    They will, on a -- likely, a weekly basis,

20  they will be going in to record their billable expenses,

21  be entering in their billable or nonbillable time

22  working with clients.

23      Q    Implementation Consultants are expected to

24  fill out 40 hours per week in there, correct?

25      A    Not all groups require that.  Some business

Page 147

1    whatever that organizational need is, the project work,

2    the geography.  This is a document that is the guiding

3    baseline for the -- you know, the duties,

4    responsibilities, the scope, education requirements of

5    Implementation Consultants.

6        Q    Are you able to tell whether this internal

7    description is connected to any particular product or

8    business unit?

9        A    This one here would appear to be related to

10   ExecuTime because the scope and impact -- they're saying

11   that they're working with groups of up to 25 clients.

12   That group, in particular, if you look at Munis -- they

13   would work, like I had mentioned before, one or five or

14   six clients at a time.  These Implementation Consultants

15   here on the ExecuTime side tend to work with a higher

16   volume of clients at any given point in time, just a

17   different model and setup.

18       Q    Is there anything else about this position

19   description that would distinguish it -- its

20   applicability to ExecuTime versus Munis versus EnerGov?

21       A    That's the only thing that really stands out

22   to me that I can see.  There may be some other --

23   without doing a compare between them, I wouldn't really

24   be able to tell you.

25       Q    And is that because the position has the same

1    objective and the same principal duties regardless of

2    what business unit it's a part of?

3        A    Generally, yes.

4        Q    Earlier on we mentioned the associate

5    Implementation Consultant role and the senior

6    Implementation Consultant role.

7             Are the general principal duties of those

8    roles the same, or are there some primary duties that

9    change as one progresses from associate up through

10   senior?

11       A    Those may change slightly, and then also

12   noting that the "associate" is used by the

13   Traversa/Versatrans group, and I don't believe that it's

14   used by anyone else inside of the ERP/Schools during

15   that period of time.

16       Q    In what way would the principals -- principal

17   duties change as one moved up?

18       A    In the -- emphasize more about domain

19   knowledge and expertise as you progress through your

20   career and expectations around some of the -- some of

21   the responsibilities that you lead or take on.

22       Q    In terms of conducting the on-site

23   implementation, is there a difference in what an

24   Implementation Consultant as opposed to a senior

25   Implementation Consultant would be expected to do for a

1    I, the undersigned, a Certified Shorthand Reporter

2  of the State of California, do hereby certify:

3    That the foregoing proceedings were taken before

4  me at the time and place herein set forth; that any

5  witnesses in the foregoing proceedings, prior to

6  testifying, were administered an oath; that a record of

7  the proceedings was made by me using machine shorthand

8  which was thereafter transcribed under my direction;

9  that the foregoing is a true record of the testimony

10  given.

11    Further, that if the foregoing pertains to the

12  original transcript of a deposition in a Federal Case,

13  before completion of the proceedings, review of the

14  transcript [   ] was [ X ] was not requested.

15    I further certify that I am neither

16  financially interested in the action nor a relative or

17  employee of any attorney or any party to this action.

18    IN WITNESS WHEREOF, I have this date subscribed my

19  name.

20  Dated:    09/28/2020

21

        Catherine A. Ryan, RMR, CRR

22      CSR No. 8239

23

24

25