# EXHIBIT 24

```
 1                  UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
 2
 3     AARON KUDATSKY, Individually  ) Case No.:  3:19-CV-07647-WHA
       and on behalf of all others   )
 4     similarly situated,           )
                                     ) DEFENDANT'S NOTICE OF TAKING
 5          Plaintiffs               ) DEPOSITION OF PLAINTIFF
                                     ) AARON KUDATSKY
 6     vs.                           )
                                     ) Judge William Alsup
 7     TYLER TECHNOLOGIES,           )
                                     ) Action Filed:  November 20,
 8          Defendant.               )                 2019
 9
10
11              _____
12                  ORAL AND VIDEOTAPED DEPOSITION OF
                              AARON KUDATSKY
13                         SEPTEMBER 11, 2020
14              _____
15          ORAL AND VIDEOTAPED DEPOSITION of AARON KUDATSKY
       produced as a witness at the instance of the Defendant, and
16     duly sworn, was taken in the above-styled and numbered cause
       on the 11th of September 2020 from 11:06 a.m. to 6:15 p.m.,
17     before Christie Tawater, CSR, RPR, in and for the State of
       Texas, reported by computerized stenotype machine remotely
18     via Zoom from her home located in Fort Worth, Texas pursuant
       to the California Federal Rules of Civil Procedure and the
19     provisions stated on the record or attached hereto; that the
       deposition shall be read and signed before any notary public
20     pursuant to Rule 30(e)(1).      Job No. 4253180
21
22
23
24
25
                                                             Page 1
```

1   introducing yourself what Tyler did, and,
2   essentially, the title of our role but most commonly,
3   you know, as like discussed within the group it was
4   training people to use the Tyler software, so without
5   that direct title to the job role essentially, yes.
6       Q.   Essentially, yes what?  I'm sorry.  I don't
7   follow the last part of your answer there.
8       A.   That we were there to help the clients
9   implement and learn to use the Munis software.
10      Q.   What do you mean by the word implement?
11      A.   Get them up and running.
12      Q.   What does that mean?
13      A.   Take any of their previous processes or
14  data and transfer that into the Munis system so they
15  can get up and running using the Tyler Munis system.
16      Q.   You traveled to clients frequently to do
17  implementation work, correct?
18      A.   Correct.
19      Q.   Was Munis already live when you showed up
20  at a client --
21      A.   No.
22      Q.   -- for the first time?
23      A.   No.
24      Q.   What was the state of the client's system,
25  generally, when you showed up for the first time?

Page 55

1  configuring it that way.
2       Q.    Did you have any role in encouraging them
3  to pick one solution or another?  I think we lost you
4  there for a moment, Mr. Kudatsky.
5       A.    Yeah.
6       Q.    Did you hear my last question?
7       A.    I did not.  Could you, please, repeat?
8       Q.    Sure.
9             Did you have any role in helping them
10 make that decision about which of the configuration
11 choices they would proceed with?
12      A.    I answered any questions relative to the
13 Munis system that they may have, but the decision was
14 made by them.
15      Q.    What's an example of the kind of question
16 you would be asked that you would need to answer to
17 help with that decision-making process?
18      A.    They might ask to see a financial, or like
19 a journal entry, within the system based on a certain
20 decision or could you show us what the outcome of
21 that would be if we did things this way.
22      Q.    Going back to that initial training that
23 you received you also mentioned that there was
24 training about life as an implementation consultant;
25 did I hear that correctly?

```
1         A.    Correct.
2         Q.    What did that training look like?
3         A.    Most of it was discussions around some of
4    the challenges we were to face, quote, unquote, on
5    the road as implementation consultants, the extensive
6    travel that we were to experience.  We did a couple
7    activities around if asked by the public, per se, at
8    the airport of what we were doing and why we were
9    traveling and where we were going, we would (Zoom
10   failure) the role, but still find ways, and to not
11   provide any client confidential information or even
12   who the client could be [SIC].
13        Q.    How were you supposed to describe your role
14   to the public per that training?
15        A.    Oftentimes, and even what was mentioned to
16   us by the Tyler trainers, the easiest way to describe
17   it as we're software trainers.  That's the most easy
18   and publicly understood term and that's a lot of what
19   the role was.
20        Q.    So your testimony today is that during your
21   initial week of training you were instructed by Tyler
22   to tell the public that you were a software trainer?
23        A.    No.
24        Q.    What were you told to tell the public?
25        A.    There wasn't a direct way of -- it was
```

Page 54

```
 1         A.    As implementation consultants we were
 2   assigned to specific parts of the project in one-week
 3   increments.  So on week -- example, week A, I could
 4   be working with a client that is pre-live assigned by
 5   project manager A, and the following week by a
 6   different project manager, project manager B, asked
 7   to do end-user training.  Our schedules are tasked
 8   what we did every -- varied every single week, and we
 9   were provided agendas by our project managers on what
10   they expected us to accomplish that week.
11         Q.    You mentioned parts of the project a moment
12   ago.
13               What are the parts of an
14   implementation project?  If you could just number
15   them out as best you can so we can talk about the
16   discreet sections.
17         A.    Analysis, setup and configuration, testing,
18   training, and go-live.
19         Q.    Which of those five different parts of a
20   given implementation project did you handle while you
21   were an implementation consultant?
22         A.    At one point or another I was involved
23   through all of those tasks on different projects.
24         Q.    So when you were staffed, we'll say, on an
25   implementation did you do all of these parts for that
```

1  introducing yourself what Tyler did, and,
2  essentially, the title of our role but most commonly,
3  you know, as like discussed within the group it was
4  training people to use the Tyler software, so without
5  that direct title to the job role essentially, yes.
6      Q.   Essentially, yes what?  I'm sorry.  I don't
7  follow the last part of your answer there.
8      A.   That we were there to help the clients
9  implement and learn to use the Munis software.
10     Q.   What do you mean by the word implement?
11     A.   Get them up and running.
12     Q.   What does that mean?
13     A.   Take any of their previous processes or
14 data and transfer that into the Munis system so they
15 can get up and running using the Tyler Munis system.
16     Q.   You traveled to clients frequently to do
17 implementation work, correct?
18     A.   Correct.
19     Q.   Was Munis already live when you showed up
20 at a client --
21     A.   No.
22     Q.   -- for the first time?
23     A.   No.
24     Q.   What was the state of the client's system,
25 generally, when you showed up for the first time?

Page 55

1     A.   No.  Most of the -- whatever we were doing
2     that week we were given an agenda, and that agenda
3     usually might have some supporting documentation, or
4     as -- as an example, one of the parts of an
5     implementation process is a fundamental reviews [SIC]
6     where we give a bird's-eye overview of each module
7     and program, and when given an agenda for doing
8     fundamentals review for that week there was also
9     supporting fundamental review scripts, and, thus,
10    those scripts were very detailed in how that
11    fundamental review week was to be presented.  It
12    included, you know, exactly what program to open,
13    here's what you would say.  In those dummy play
14    databases that I mentioned to you before we would be
15    presenting out of those and it would -- the script
16    would specify what account number to use, what vendor
17    to use, so it was very specific.  So going on the
18    topic of presentations they were rarely needed for
19    what we were asked to do.
20              Maybe at times a PowerPoint
21    presentation could have been beneficial during the
22    training, but, again, by the time we became
23    consultants we now had the full excess [SIC], and,
24    you know, at our disposal, and, you know, the Tyler
25    knowledge base and the Tyler document library, and I

Page 72

1    Q.   You were allowed to do that without talking
2  to the project manager first?
3    A.   Usually if it was okay -- so their project
4  managers were oftentimes sitting in on these
5  sessions, so if it was asked by their project manager
6  then that would be okay, too.  Again, it was all
7  dependent on what the project manager from the Tyler
8  side kind of gave you a heads-up warning of, you
9  know, hey, if this -- if this project manager, like,
10 whatever they ask you to do, this group is sensitive,
11 whatever -- they know their group well, whatever they
12 ask you to do, follow that, or I've had problems with
13 this client in the past, for these reasons, I'm
14 giving you specific requests or instruction or
15 whatever to do things the specific way or a certain
16 way.
17   Q.   You mentioned a fundamentals presentation
18 earlier?
19   A.   Yep.
20   Q.   What was the proper name of that?
21   A.   Fundamentals review.
22   Q.   And we talked earlier about the five parts
23 of an implementation, where does that fit in the five
24 parts of an implementation?
25   A.   It was technically presented.  That was a

Page 77

1   newer step that was adopted by the Tyler, I don't
2   know if you want to call it upper management or
3   project management office, but they -- when they came
4   up with that idea they created all the scripts and
5   then later it was presented before the analysis so
6   the client can have an understanding of what the
7   system looks like.  It was often -- for many of the
8   attendees in the room it was going to be their first
9   time seeing the Munis software.
10       Q.   How long did you spend on a given
11  fundamentals project?
12       A.   So fundamental review sessions, again, in
13  the same one-week increments and there was
14  specific -- you know, from the -- more at the project
15  management level of here's all the lists of the
16  different fundamentals reviews, here's how long each
17  of them should take, and so it was assigned to me or
18  to any consultant based on that.
19       Q.   And -- and, typically, the implementation
20  consultant was on site from Tuesday to Thursday,
21  correct?
22       A.   Correct.
23       Q.   So if you were assigned to do a
24  fundamentals presentation you would do that for three
25  solid days?

Page 78

```
 1    options in the Munis software.
 2        Q.    And so --
 3        A.    So from the answers that they provided that
 4    was guiding and deciding how physically in the system
 5    you were going to set up that software -- that module
 6    or that software or that screen.
 7        Q.    So what service, if any, were you providing
 8    to the customer as an implementation consultant if
 9    they were just filling out these forms and submitting
10    them?
11        A.    Oftentimes they, A, had questions about
12    some of the terminology used and we were walking
13    through the questions together, again, because this
14    terminology could be very new or different.
15    Sometimes they would say we don't understand this,
16    you know, feature or setting or screen, and, perhaps,
17    as a consultant -- as an implementation consultant I
18    would, during that session, show them in Munis what
19    that actually looked like if they needed to see it,
20    but those documents often kind of had some more
21    context to what you were -- what you were deciding
22    on, so really helped them understand the questions so
23    they can make their decision.
24        Q.    Did you provide any advice on the decisions
25    that they were making?
```

Page 90

1      A.     No.
2      Q.     So you only provided them with definitions
3   of terms and demos of specific things they asked to
4   see?
5      A.     They could -- some asked me what other
6   clients have done and I would share that information,
7   but these were all decisions, and we were
8   specifically, you could say, instructed by Tyler
9   managers that we were not tax professionals, we were
10  not certified public accountants, and this is
11  financial software in the accounting space and
12  decisions that they need to make based on their, you
13  know, certified expertise/knowledge in those areas.
14  Yeah.
15     Q.     Which of these decisions required certified
16  expertise?
17     A.     Many of the decisions, at least in -- I was
18  working on the financial side.
19     Q.     Can you a name decision that required
20  certified expertise?  And -- and let me back up to be
21  clear.  A decision about the Munis product because
22  that's what current future state is, right, is
23  deciding how to implement the future state which
24  would be the Munis product?
25     A.     Correct.

Page 91

1    Q.   (BY MR. CORRELL)  In an analysis session if
2  a client was confronted with a question they were
3  supposed to answer that would impact the
4  implementation of the Munis software and said to you,
5  what choice should I make, what were you supposed to
6  do as an implementation consultant?
7    A.   Further help them understand the choices
8  that they could make, but it is not in my
9  certifications, skill set, et cetera, or even tasks
10  or duties to make that decision for them or provide
11  any business process, you know, recommendation on
12  that.  There was a very specific group at Tyler that
13  focused on doing business process analysis and
14  actually helping make decisions.  Our tasks as
15  implementation consultants was to give examples, give
16  explanations, share previous experiences.
17    Q.   This current future state questionnaire
18  spreadsheet, was that completed before you arrived on
19  site to conduct the analysis?
20    A.   The client was sent this -- this document
21  by the project manager and asked to complete it to
22  their best entirety, and any parts that they did not
23  understand, that was the purpose of the
24  implementation consultant to help them clarify and
25  understand so they can complete this document.

Page 97

1    the system.
2         Q.   So when you say putting it in the system,
3    is this literally just sitting here with documents
4    and typing them in?
5         A.   No.  So each -- there are lots of different
6    setup screens, and setup screens could involve check
7    boxes, they could involve toggle switches, like on
8    and off, yes or no, that's what a lot of the setup
9    screens are.  And then when it comes to -- there are
10   code cables in the different parts of the setup, so
11   we are literally inputting, creating new codes, and
12   all of the codes, based on the data that the client
13   had provided.
14        Q.   What about during the earlier phase when
15   you were working with the customer, what did that
16   interaction look like?
17        A.   I was there to guide and assist them with
18   that setup, but, ultimately, they were there -- even
19   if I was asked to physically be the one pressing the
20   buttons they were there, it was -- they had decided
21   on it previously, they see the setup being done for
22   them so they can, essentially, quote, unquote, sign
23   off on it and say, yes, like this is set up based on
24   what we talked about before.
25        Q.   And if we go back to your resume, Exhibit

```
 1    1, is this process we're describing what's captured
 2    in the second to last bullet under Tyler
 3    Technologies?
 4         A.   Data mapping would be part of -- you could
 5    say part of the setup phase, but that was a
 6    separate -- or you could say a sub-part of setup.
 7         Q.   So how did you plan for proper data
 8    mapping -- how -- how did you plan -- it says planned
 9    and analyzed.  What planning did you do with respect
10    to this data map and process for products and data
11    conversion?
12         A.   So we were given, generally, from the
13    project managers a -- again, templates and documents
14    of what the client was to fill out, and, basically,
15    the client would provide to me and show me this is
16    our data, this is what we have, and I would say --
17    like, it would say here's this data, here's what it
18    does, and my role was to say what you have titled,
19    like, A, B, C in your old system will map and link to
20    a field called A, A, A in the Munis system.  And so
21    I'm, essentially, creating, in a sense, you could
22    say, like a map of, like, old and new.
23         Q.   And so that's what you mean in your resume
24    when you say you planned this portion of the process?
25         A.   Correct.
```

Page 124

```
 1             UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2
 3     AARON KUDATSKY, Individually ) Case No.:  3:19-CV-07647-WHA
       and on behalf of all others  )
 4     similarly situated,          )
                                    ) DEFENDANT'S NOTICE OF TAKING
 5          Plaintiffs              ) DEPOSITION OF PLAINTIFF
                                    ) AARON KUDATSKY
 6     vs.                          )
                                    ) Judge William Alsup
 7     TYLER TECHNOLOGIES,          )
                                    ) Action Filed:  November 20,
 8          Defendant.              )                2019
 9
10                  REPORTER'S CERTIFICATION
11     THE STATE OF TEXAS:
       COUNTY OF TARRANT:
12
13          I, Christie L. Tawater, Shorthand Reporter in and for
14     the State of Texas, hereby certify to the following:
15          That the witness, AARON KUDATSKY, was duly sworn by the
16     officer and that the transcript of the oral deposition is a
17     true record of the testimony given by the witness;
18          That the deposition transcript was submitted on October
19     12, 2020, to the attorney for the witness, for examination,
20     signature, and to Veritext Legal Solutions, by November 11,
21     2020;
22          That the original deposition was delivered to Mr.
23     Michael A. Correll, Custodial Attorney;
24
25
```

1        That the amount of time used by each party to the
2   deposition is as follows:
3        Mr. Michael A. Correll - 5 hours and 7 minutes
         Mr. Paulo McKeeby - 00:00
4        Mr. Daniel S. Brome - 6 minutes
         Ms. Abigail Diaz - 00:00
5
6        I further certify that I am neither counsel for,
7   related to, nor employed by any of the parties or
8   attorneys in the action in which this proceeding was
9   taken, and further that I am not financially or
10  otherwise interested in the outcome of the action.
11       GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this
12  the 12th day of October, 2020.
13
14
15
16
                    Christie L. Tawater, CSR, RPR
17                  Expiration Date:  12/31/2022
                    VERITEXT LEGAL SOLUTIONS
18                  Veritext Registration No. 571
                    300 Throckmorton Street
19                  Suite 1600
                    Fort Worth, Texas 76102
20                  (817) 336-3042
                    (800) 336-4000
21
22
23  Job No. 4253180
24
25

Page 224