# EXHIBIT 28

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4                              Case No.:  3:19-CV-07647-WHA
 5                                    Judge William Alsup
 6   _____
 7   AARON KUDATSKY, Individually and on
 8   behalf of all others similarly situated,
 9          Plaintiffs,
10   vs.
11   TYLER TECHNOLOGIES,
12          Defendant.
13   _____
14
15
16
17      REMOTE ZOOM VIDEOCONFERENCE DEPOSITION OF
18                    PAMELA SINCLAIR
19            Taken Thursday, October 22, 2020
20                Scheduled for 3:00 p.m.
21
22
23
24   REPORTED BY:  DANA S. ANDERSON-LINNELL
25   Job No.:  TX 4297291
```

Page 1

1        cut and paste from the Tyler job description?
2        A.   That is my assumption.  I most likely copy
3        and pasted from the job description and then
4        changed the tense of these to where it wasn't,
5        like:  You would work under general
6        supervision.  I changed, like, the tense of it.
7        So I did some modification to it.
8        Q.   How did you have access to the Tyler job
9        description?  Is that something that you -- is
10       this something that you did while you were
11       still employed with Tyler, or did you just
12       happen to have the job description?
13       A.   I had access to the job descriptions while
14       working at Tyler.  I don't know that I have
15       gone back and tried to find them online or
16       anything like that.
17       Q.   Well, my question is:  When you drafted
18       this LinkedIn profile, you would have been
19       employed with Tyler for you to be able to cut
20       and paste from a job description, right?
21       A.   Yes.
22       Q.   Okay.  When you say you had independent
23       judgment and decision-making authority, over
24       what kinds of things did you mean?
25       A.   So if I were building out a training

Page 62

```
 1        manual for a customer, I had the discretion to
 2        pick which screenshot or put a page break where
 3        something belonged.  But as long as I was
 4        working within the scope of the project, I kind
 5        of had the ability to make game-time decisions.
 6        Q.   Okay.  Do you have an estimate of -- well,
 7        let me ask you this first:  Did you work -- if
 8        I asked you this before, I apologize.  Do you
 9        believe that you worked more or less hours as
10        an implementation consultant while you were
11        supporting Munis or while you were supporting
12        Odyssey?
13        A.   I worked more while supporting Munis.
14        Q.   How many hours -- do you have an estimate
15        of the number of hours, average number of hours
16        that you worked while supporting the Munis
17        software?
18        A.   I would estimate around 50 a week.
19        Q.   And what about Odyssey?
20        A.   Including travel time and hotel work, I
21        would say it would be between 45 to 50.
22        Q.   And when you were giving your estimate of
23        50 a week while you were supporting Munis, you
24        were including everything, correct, including
25        travel --
```

Page 63

```
 1              REPORTER'S CERTIFICATE
 2
    STATE OF MINNESOTA    )
 3                        ) ss.
    COUNTY OF HENNEPIN    )
 4
 5         I hereby certify that I reported the
    deposition of Pamela Sinclair on October 22, 2020,
 6  in Maple Grove, Minnesota, and that the witness
    was by me first duly sworn to tell the whole
 7  truth;
 8         That the testimony was transcribed by me
    and is a true record of the testimony of the
 9  witness;
10         That the cost of the original has been
    charged to the party who noticed the deposition,
11  and that all parties who ordered copies have been
    charged at the same rate for such copies;
12
           That I am not a relative or employee or
13  attorney or counsel of any of the parties, or a
    relative or employee of such attorney or counsel;
14
           That I am not financially interested in the
15  action and have no contract with the parties,
    attorneys, or persons with an interest in the
16  action that affects or has a substantial tendency
    to affect my impartiality;
17
           That the right to read and sign the
18  deposition transcript by the witness was reserved.
19
           WITNESS MY HAND AND SEAL THIS 5th day of
20  November, 2020.
21
22
23  Dana Anderson
24  Dana S. Anderson-Linnell
    Notary Public, Hennepin County, MN
25  My commission expires 1/31/2025
```

Page 65