# EXHIBIT 29

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3
4                           Case No.:  3:19-CV-07647-WHA
5                                 Judge William Alsup
6   _____
7   AARON KUDATSKY, Individually and on
8   behalf of all others similarly situated,
9          Plaintiffs,
10  vs.
11  TYLER TECHNOLOGIES,
12         Defendant.
13  _____
14
15
16
17      REMOTE ZOOM VIDEOCONFERENCE DEPOSITION OF
18                  TRAVIS E. VOID
19            Taken Friday, October 23, 2020
20              Scheduled for 10:00 a.m.
21
22
23
24  REPORTED BY:  DANA S. ANDERSON-LINNELL
25  Job No.:  TX 4297303
```

Page 1

```
 1      as opposed to people in other roles at Tyler?
 2      A.   I do not.
 3      Q.   Can you give us a description of how much
 4      the script controls your presentation of
 5      fundamentals review?  Is it everything from
 6      "Good morning, class" to "Have a nice evening"
 7      scripted all way through, or is it something
 8      else less specific than that?
 9      A.   It's very well scripted to last the whole
10      session.
11      Q.   What kind of information does the script
12      provide to you as a senior IC?
13      A.   Questions to ask the client.  For some
14      there is a story that goes along with the
15      questions to ask.
16      Q.   What do you mean by that?
17      A.   We have a scenario for a school system and
18      how it will process things in Munis.  So to
19      back up, the questions we ask, the story kind
20      of gives them a background.
21      Q.   Do you know who creates that story?
22      A.   The story was developed by a team of
23      senior implementers.
24      Q.   So is it the same story every time?
25      A.   No.
```

Page 31

```
 1      Q.   Why?
 2      A.   The script has a flow that should be
 3   followed that makes sense.  If they can wait
 4   until the end, it may answer some of those
 5   questions.
 6      Q.   Do you always wait until the end to show
 7   those things or answer those questions?
 8      A.   I couldn't say always.  I'm trying to
 9   recall every session.  I couldn't say always.
10      Q.   Under what circumstances would you deviate
11   from that and demonstrate something right then
12   in response to a question?
13      A.   Depends on the pushiness of the client.
14      Q.   When that occurs, do you just make that
15   decision, or do you call your project manager
16   before deviating from the script to show
17   whatever is necessary to respond to the client?
18      A.   We generally would alert our PMs of the
19   client's behavior.
20      Q.   Before or after you made that
21   demonstration to answer their question?
22      A.   Typically before.
23      Q.   So you would go get permission from your
24   project manager to make that demonstration in
25   the middle of your presentation?
```

Page 37

```
 1        populate the settings with some of the answers
 2        from that questionnaire.
 3        Q.   There's multiple ways to perform tasks in
 4        Munis quite frequently, correct?
 5        A.   Correct.
 6        Q.   And clients have to make choices between
 7        different ways of doing a given task, correct?
 8        A.   Correct.
 9        Q.   Do you play any role in helping the client
10        make those choices?
11        A.   Not in helping them make the choices but
12        showing their options.
13        Q.   Do you ever make recommendations to
14        clients about how one route through Munis might
15        be better than another route through Munis?
16        A.   Whether or not a route is better is up to
17        them for their processes.  We show them what's
18        available.
19        Q.   And my question is:  Do you ever make
20        recommendations to the client?
21        A.   I show them what's available.  So my
22        recommendations aren't of:  You should do it
23        this way.  It's:  You can do it this way and
24        get this result or do it this way and get this
25        result.  Which is going to work better for you?
```

Page 43

```
 1      Q.   Has a client ever asked you:  What should
 2      I do with respect to one of these choices?
 3      A.   They have, yes.
 4      Q.   What do you say in response?
 5      A.   "What do you feel is best?"
 6      Q.   So your testimony is you have never made a
 7      recommendation to a client on which option they
 8      should select ultimately as part of future
 9      state?
10      A.   I wouldn't say I've never made a
11      recommendation, but I have presented multiple
12      options and given them multiple outcomes for
13      them to make a better decision.
14      Q.   And I understand that piece.  I totally
15      understand the information you're presenting.
16      What I'm trying to determine is the extent to
17      which you play any role at all in their actual
18      decision-making process by providing a
19      recommendation.  So from your answer a moment
20      ago, it sounded like you have on some occasions
21      made a recommendation to a client in the past,
22      is that correct?
23      A.   I've offered multiple solutions for them
24      to make a choice.
25      Q.   Have you ever expressed to a client that
```

Page 44

```
1        you believe one of those solutions was better
2        suited to them than others?
3        A.   Not that I can recall.
4        Q.   Are you prohibited from doing that?
5        A.   Am I prohibited from doing that?  I'm not
6        sure.
7        Q.   So if a client was working with you and
8        directly said:  Come on, Mr. Void, there's
9        three choices here, I don't know which one to
10       pick, really what's the best choice, your
11       answer would be to not give them a
12       recommendation on which of those three to
13       select?
14       A.   My answer would be to show them the
15       results of each three and let them decide which
16       result they want.
17       Q.   Would it surprise you if other
18       implementation consultants were to testify that
19       they did provide recommendations in this
20       process?
21       A.   It would not surprise me.
22       Q.   I'm sorry.  I don't think we got your
23       answer there.
24       A.   It would not surprise me.
25       Q.   Why do you say that?
```

Page 45

```
1     A.   Not all of us do it the same way, but I
2     have seen how others could have made
3     recommendations and it comes back to bite them,
4     so I steer clear of making recommendations.
5     Show them what's available.  Let them decide.
6     Q.   What's an example of what you've just
7     described of someone making recommendations and
8     it came back to bite them?
9     A.   If they made a recommendation on how to do
10    a process because of another setting that could
11    have made that option available and this client
12    can't do that because they don't have that
13    setting available.
14    Q.   When you're going through this process, do
15    customers ever ask you if Munis can do
16    something and you know that Munis doesn't have
17    the current capability to perform that task?
18    A.   What's your question?
19    Q.   Sure.  Have you ever had an instance where
20    a client said to you:  Can Munis do X, X being
21    any given task that they would want Munis to
22    do, and you know Munis cannot do that task?
23    A.   Is there a question with that?
24    Q.   Yes.  Has that ever happened to you?
25    A.   Yes.  I would say yes.
```

Page 46

```
 1    their vendors.  And we send it to our
 2    conversion team.  And they convert it and put
 3    it into their database.
 4    Q.   And the acronym AP you used there, is that
 5    accounts payable?
 6    A.   Yes.  Sorry.  Acronym.  Accounts payable.
 7    Q.   So what are you actually doing for the
 8    client as they're populating that spreadsheet
 9    to be sent to the conversion team, if anything?
10    A.   If they have a question about what a field
11    is, we may explain that field in Munis and what
12    it could be used for.
13    Q.   Since conversions are spread across
14    different phases in your testimony, how do you
15    know when you're going to be doing
16    conversion-related work?
17    A.   The project manager puts it within the
18    project plan.
19    Q.   And when you say "project plan," I've
20    heard the term "agenda" from a lot of folks, is
21    that the same thing, or is that something
22    different?
23    A.   How can I put this?  I would say agendas
24    are born from a project plan.  That's the best
25    way I can describe it.
```

Page 51

1    Q.   Okay.  Can you describe that in a little
2    more detail?
3    A.   So the project plan pretty much has
4    everything listed out in the order it should
5    go.  And there are agendas for each day that we
6    should follow.  So at some point during your
7    visit, you're going to have an agenda that
8    talks about conversions.
9    Q.   So you wouldn't expect to go to the
10   project plan document to know when you're doing
11   conversions, you would expect to go to the
12   agenda for your site visit?
13   A.   Correct.  Yes.
14   Q.   Do you typically do setup and
15   configuration on site or off site outside of
16   COVID?
17   A.   In my experience, it's been on site.
18   Q.   Do you know, is there a benefit in your
19   experience to being on site to perform setup
20   and configuration?
21   A.   If there is a future-state question that
22   was answered kind of unclear, then we may need
23   to ask them is this what they meant by
24   answering this question this way.
25   Q.   How would that happen given that an

```
 1          implementation in your experience?
 2      A.   Not typically.
 3      Q.   What are your responsibilities with
 4          respect to the train the trainer piece of the
 5          training phase?
 6      A.   Basically to train the person that's going
 7          to train the end users how to go take a process
 8          or a record from A to Z.
 9      Q.   How do you do that?
10      A.   We have an agenda.  And throughout the
11          agenda, it will list you need to create a
12          requisition, you need to convert it to a PO,
13          you need to receive on it, you need to do an
14          invoice and you need to write a check.  And you
15          pretty much show them that process.
16      Q.   How do you know what process you're going
17          to show them?
18      A.   It's in the agenda.
19      Q.   And in terms of what you actually present
20          and say to the clients while you're training
21          them in this context, do you develop that
22          yourself, do you get that from some other
23          source?
24      A.   What do you mean, like, what I say to
25          them?  Do I develop what I say to them?
```

```
 1      Q.   Do you use slide decks as part of this
 2   training?
 3      A.   No, I don't.
 4      Q.   Do other people use slide decks as part of
 5   this training based on your experience?
 6      A.   I believe some may, but I don't.  I
 7   haven't seen anyone that does it, but I've
 8   heard other clients say they have seen a
 9   slideshow.  And it's interesting to hear what
10   clients say what other people do.
11      Q.   If you wanted to use a slide presentation,
12   do you believe you would be allowed to do so?
13      A.   I believe so.  As long as the slides are
14   approved to be used.  It has to be approved to
15   be used.
16      Q.   Who approves the slides?
17      A.   Could be the PM, could go further up than
18   the PM, could be we've gotten something from
19   development.
20      Q.   What's your basis for claiming that you're
21   required to get approval for slides?  How do
22   you know that?
23      A.   What's my basis?
24      Q.   Yeah.
25      A.   I'm not sure I understand the question.
```

Page 62

1  Q.  Did someone ever tell you that you have to
2  get approval to use slides?
3  A.  No, I don't think no one's ever told me
4  that.
5  Q.  Why do you believe you would need to get
6  permission to use slides?
7  A.  Anything that would have the Tyler brand
8  on it, that typically would come from either
9  marketing or from someone that has looked at it
10 to say:  Yes, this is something that's client
11 facing.  So that's what led me to believe that
12 if we wanted to develop slides, it would have
13 to be approved before we actually get to use
14 it.
15 Q.  So you used two different terms recently.
16 I want to make sure that I'm getting the full
17 gamut of training here.  Train the trainer and
18 functional lead, are those two groups of
19 people?
20 A.  They could be.
21 Q.  When they are two different groups of
22 people, do you conduct your training
23 differently in terms of how you proceed?
24 A.  I would say no.  The training is still the
25 same.  It's a standard train the trainer.  So I

Page 63

```
 1        teaching?
 2        A.    How do I know we've completed training?
 3        Q.    Let me ask that differently.  How do you
 4        decide it's time to move on to the next topic
 5        in training, if you do?
 6        A.    During my trainings I constantly ask:
 7        Does that make sense?  Does that make sense?
 8        And that kind of gives me the go-ahead for the
 9        next topic.
10        Q.    The last phase of an implementation is go
11        live, correct?
12        A.    Correct.
13        Q.    What does go live entail?
14        A.    For financials, it's pretty much if they
15        can write a check to a vendor, they're live in
16        a nutshell.
17        Q.    So if you have been assigned a go-live
18        week of an implementation, what are you as an
19        implementation consultant doing?
20        A.    I am assisting in errors with roles,
21        errors with workflow, anything that pops up,
22        kind of facilitating or being a facilitator
23        between support and the client because they
24        have not been transitioned to support yet, so
25        there's a lot of support calls for different
```

Page 71

```
 1      issues that pop up when users are entering
 2      data.
 3      Q.   How is the go-live date determined?
 4      A.   Generally that's determined on the
 5      contract initially when they're going to go
 6      live.  And that's put in the project plan.
 7      Q.   Does the go-live date ever change?
 8      A.   Yes.
 9      Q.   What kinds of things can cause changes in
10      the go-live date?
11      A.   COVID.  Could be changes in end users,
12      functional leads, people changing jobs, people
13      quitting, new hires coming on, things like
14      that.
15      Q.   Have you ever made -- actually, have you
16      ever contacted a project manager to tell them
17      you were concerned that the client wasn't going
18      to meet the go-live date?
19      A.   I have not.
20      Q.   Are you aware of other implementation
21      consultants doing that?
22      A.   I'm not aware of them doing it.  Project
23      managers usually tell us that during, like,
24      they've had calls with the client and the
25      client is pushing them to say:  We want to
```

1     consultants making recommendations to change
2     implementation milestones?
3     A.   I am not aware of that.
4     Q.   You mentioned two error issues that you
5     handle during go live.  One was error roles and
6     one was error workflows.  What are those?
7     A.   So roles are the permissions that you give
8     users to operate within the system.  And
9     workflow is who is approving items.  So that's
10    the design of why someone should be approving
11    something.
12    Q.   And what are you specifically doing with
13    those errors?
14    A.   Looking for setup flaws where someone did
15    not create a workflow business rule for a
16    record.  They're saying:  My manager didn't get
17    this record to approve.  Why didn't they get
18    this record?  So we have to take them to the
19    record, look at the information, and then look
20    at the business rules to see why it was skipped
21    in workflow or why it went to someone when they
22    thought it should bypass someone.
23    Q.   And you used a term there that I didn't
24    quite catch.  It was something flaws?  What was
25    the term you used for the type of flaws they

Page 74

```
 1                REPORTER'S CERTIFICATE
 2
     STATE OF MINNESOTA     )
 3                          ) ss.
     COUNTY OF HENNEPIN     )
 4
 5           I hereby certify that I reported the
     deposition of Travis E. Void on October 23rd,
 6   2020, in Maple Grove, Minnesota, and that the
     witness was by me first duly sworn to tell the
 7   whole truth;
 8           That the testimony was transcribed by me
     and is a true record of the testimony of the
 9   witness;
10           That the cost of the original has been
     charged to the party who noticed the deposition,
11   and that all parties who ordered copies have been
     charged at the same rate for such copies;
12
             That I am not a relative or employee or
13   attorney or counsel of any of the parties, or a
     relative or employee of such attorney or counsel;
14
             That I am not financially interested in the
15   action and have no contract with the parties,
     attorneys, or persons with an interest in the
16   action that affects or has a substantial tendency
     to affect my impartiality;
17
             That the right to read and sign the
18   deposition transcript by the witness was reserved.
19
             WITNESS MY HAND AND SEAL THIS 6th day of
20   November, 2020.
21
22
23   Dana Anderson
24   Dana S. Anderson-Linnell
     Notary Public, Hennepin County, MN
25   My commission expires 1/31/2025
```

Page 110