# EXHIBIT 30

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
 4                              Case No.:  3:19-CV-07647-WHA
 5                                   Judge William Alsup
 6   _____
 7   AARON KUDATSKY, Individually and on
 8   behalf of all others similarly situated,
 9          Plaintiffs,
10   vs.
11   TYLER TECHNOLOGIES,
12          Defendant.
13   _____
14
15
16
17       REMOTE ZOOM VIDEOCONFERENCE DEPOSITION OF
18                     JAY WRIGHT
19            Taken Tuesday, October 20, 2020
20               Scheduled for 10:00 a.m.
21
22
23
24   REPORTED BY:  DANA S. ANDERSON-LINNELL
25   Job No.:  TX 4297263

                                                Page 1
```

1    Q.   So I guess that -- does on-site and
2    remote go-live -- okay.  So you're talking
3    about go-live support in the first clause of
4    that bullet, correct?
5    A.   Correct.
6    Q.   Okay.  What does the term "go live" mean?
7    A.   That is when the client would transition
8    from whatever previous system they were using
9    and going to EnerGov.
10   Q.   And would you agree with me that that's
11   kind of at the end of the implementation
12   process, correct?
13   A.   Yes, sir.
14   Q.   And would you be on site at the client as
15   an implementation consultant when they went
16   live?
17   A.   Yes, sir.
18   Q.   And what type of support would you provide
19   as an implementation consultant while they were
20   going live?
21   A.   Typically helping them through the process
22   of using EnerGov with the public.
23   Q.   How long would you be at the client site
24   providing go-live support?
25   A.   It depended on the project plan and how

Page 36

```
 1                REPORTER'S CERTIFICATE
 2
      STATE OF MINNESOTA    )
 3                          ) ss.
      COUNTY OF HENNEPIN    )
 4
 5            I hereby certify that I reported the
      deposition of Jay Wright on October 20, 2020, in
 6    Maple Grove, Minnesota, and that the witness was
      by me first duly sworn to tell the whole truth;
 7
              That the testimony was transcribed by me
 8    and is a true record of the testimony of the
      witness;
 9
              That the cost of the original has been
10    charged to the party who noticed the deposition,
      and that all parties who ordered copies have been
11    charged at the same rate for such copies;
12            That I am not a relative or employee or
      attorney or counsel of any of the parties, or a
13    relative or employee of such attorney or counsel;
14            That I am not financially interested in the
      action and have no contract with the parties,
15    attorneys, or persons with an interest in the
      action that affects or has a substantial tendency
16    to affect my impartiality;
17            That the right to read and sign the
      deposition transcript by the witness was reserved.
18
19            WITNESS MY HAND AND SEAL THIS 2nd day of
      November, 2020.
20
21
22
23    [signature: Dana Anderson]
24    Dana S. Anderson-Linnell
      Notary Public, Hennepin County, MN
25    My commission expires 1/31/2025


                                                 Page 77
```