# EXHIBIT 31

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   AARON KUDATSKY, individually   )
     and on behalf of all others    )
 5   similarly situated,            )
                                    )
 6            Plaintiff,            )
                                    )
 7   v.                             )3:19-CV-07647-WHA
                                    )
 8   TYLER TECHNOLOGIES,            )
                                    )
 9            Defendant.            )
10
11
12
13             DEPOSITION OF CARRIE GIESY
14          TAKEN ON BEHALF OF THE PLAINTIFF
15                    VIA ZOOM
16             ON NOVEMBER 20TH, 2020
17
18
19   Prepared by:  DEBORAH S. (DEBI) REINHARDT, CCR, CSR
20
21
22
23
24
25
```

Page 38

1  through six parts of implementations.
2       Are those generally the six phases of
3  implementation currently, as you understand it, for
4  ERP?
5       A.   The -- we have not specifically mentioned
6  the six stages of our work breakdown structure.  We
7  talked about fundamental review and current-state
8  and future-state analysis.  But those are not one of
9  the six stages.  Those are a component of one of the
10 six stages.
11      Q.   What stage are those components of?
12      A.   Assess and define.
13      Q.   And then would you say that build and
14 validate is the next phase?
15      A.   Yes.
16      Q.   Within asses and define are there other
17 components besides fundamentals review and
18 current-state, future-state?
19      A.   Yes.  There are components of validating the
20 system installation, conversion, and reporting
21 analysis, ultimately, which is a little different
22 than the current-state, future-state.  But those are
23 the main other components.
24      Q.   Okay.  So are -- is fundamental review --
25 fundamentals review is that an implementation

Page 39

```
 1   consultant duty?
 2        A.   Yes, it is.
 3        Q.   And current-state, future-state analysis is
 4   an implementation consultant duty?
 5        A.   Yes.
 6        We have do have project managers who will
 7   perform those type of tasks on their projects as
 8   well though.
 9        Q.   In what situation would it -- a project
10   manager perform those tasks?
11        A.   If they have expertise in the area and are
12   unable to accommodate a client's schedule with other
13   implementation consultants.
14        Q.   Is data conversion planning and mapping, is
15   that an implementation consultant role?
16        A.   Yes.
17        Q.   What about data exchange?
18        A.   Yes.
19        Q.   What about system development?
20        A.   Can you expand on what you mean by system
21   development?
22        Q.   I don't know what system development means.
23        I am looking at a document called life as an IC.
24   Are you familiar with that document?
25        A.   Yes, I am.
```

Page 49

1      A.  That's a tough question to answer, in that
2   generally the majority of our project managers are
3   promoted from an implementation consultant role.
4   However, many implementation consultants prefer to
5   be a implementation consultant.  They are not
6   interested in being a project manager.  They really
7   enjoy that lifestyle.  So -- but in -- in general
8   the majority of our project managers are promoted
9   from the IC position.
10     Q.  So I didn't want to use the word promoted,
11  but since you did, did -- why do you consider
12  project manager a promotion from IC?
13     A.  So I think that the position is somewhat
14  different in that project managers ultimately have a
15  different skill set that can contribute to success
16  within that role.  Some of those things we talked
17  about; organization, good communication skills,
18  those certainly apply for implementers as well.  But
19  I would say that those are probably more important
20  in a project manager role.
21     And really that was the structure that existed
22  when I started with Tyler is that a project manager
23  was the next level up.  I think in some ways some
24  people might see it as a more desirable position
25  because there's less travel.  But it's a different

Page 50

1  role.  You -- you have ultimately more
2  responsibility for decision-making around keeping
3  clients on track and trying to ensure that things
4  happen to get them to be successful and to go live.
5      Q.  Have you seen instances where someone is a
6  successful implementation consultant, and it doesn't
7  translate into them being successful as a project
8  manager?
9      A.  I would say yes.  I would imagine that there
10 are circumstances like that in the past where they
11 may not even just enjoy the difference in the
12 position.  Um, but I don't know any specific ones.
13 But I would expect that that has occurred in the
14 past.
15     Q.  In some of the depositions of the
16 implementation consultants who have joined this
17 case, we -- we heard from one person who, as you
18 said, you know, moved to project manager.  And said
19 he preferred implementation consultant.  He moved
20 back.  We also heard from someone who said that he
21 didn't perform well as a project manager after
22 moving up into that role.
23     If -- are those things that you're sort of aware
24 of but not -- have no specific recollection of?
25     A.  I'm sorry.  You cut out there.

Page 65

1   know, the type of engagement from the client level.
2   I think that would probably all factor into how they
3   walk through these steps.
4        Q.   (MR. BROME):  So they might be sort of
5   narrating using this list, but it's not required.
6        A.   Yeah.  I think they could do either.  They
7   might narrate it.  They might just demonstrate.
8        Q.   So having a list is so that the
9   implementation consultant knows what to do in what
10  order, but not necessarily you have to say all these
11  words?
12       A.   The implementation consultants who would be
13  performing this would know these steps from the
14  trainings that they have gone through to prepare
15  them to be an implementation consultant.
16       So I think it's to make sure that the order is
17  followed.  And to ensure that, you know, again,
18  we're not getting in to too much detail at this
19  particular juncture, and are trying to keep it a
20  little more high level for the intent of the
21  specific fundamental review session.
22       Q.   So you would -- it sounds like you would
23  expect that they would have the skill and experience
24  to go through these steps without, you know, having
25  it up and saying, okay, now, I have to press start

Page 66

1   on the start ribbon again.
2       And they learn that through their training.
3       A.  Yes --
4       Q.  -- and experience --
5       A.  Yeah.  And I'm -- and preparation.  I'm
6   specifically speaking of this process as -- there're
7   many different areas of the system that they learn
8   throughout their time.
9       But this is a -- a process that with
10  fundamentals review intended to be a high-level
11  process, they would know this going into this
12  session.
13      Q.  So I think you said that when you were on
14  the Marin County project, fundamentals review was
15  for part of assess and define?
16      A.  Did not have a fundamental reviews at that
17  point.  It was combined with the current-state and
18  future-state just from a demonstration perspective.
19      Q.  Do you know why it -- it came into being as
20  a sort of distinct step?
21      A.  Really due to client feedback on wanting to,
22  you know, often clients have not seen the product
23  for a year or two or some of the people involved in
24  the sessions were not in the sales demonstrations.
25  And so they wanted to have a step to refamiliarize

Page 67

```
 1  with the system before going in to making
 2  future-state decisions.
 3       Q.  Mentioned the life-as-an-IC document.
 4       Are there other documents that are provided to
 5  implementation consultants when they start?
 6       A.  Yes.
 7       Q.  What other kinds of things are provided?
 8       A.  I do not know.  There's, I imagine a lot of
 9  things provided from new hire training, HR.  I don't
10  know the specifics on everything that is given to
11  them.
12       Q.  Are there documents sort of instructing them
13  on how to conduct a present-state, future-state
14  analysis, for example?
15       A.  I don't know.
16       Q.  Is there training on that?
17                 MR. MCKEEBY:  Specific to
18  current-state future-state?
19       Q.  (MR. BROME):  Yes.
20       A.  Not as a part of the initial new-hire
21  training because that is something that as ICs gain
22  more experience they would be scheduled to do.
23  That's not something they would do directly out of
24  new-hire training.
25       Q.  What functions would they be scheduled to do
```

Page 78

1   the assess and define stage?
2       A.  The conversion programers?
3       Q.  (Indicating.)
4       A.  No.
5       They would not need to.
6       Q.  They're just looking at the -- the data?
7       A.  (Indicating.)
8       Yes.
9       Q.  Is that a "yes"?
10      A.  Yes.  Sorry.
11      Q.  In the testing step, is it important to test
12  every component that the client is getting?
13      A.  That is relative.  In that inherently
14  throughout training, working with conversions, doing
15  imports, all of that we're testing a variety of
16  aspects within the database.  That being said, you
17  know, it -- yeah.  I'm sorry.  I'm not really sure
18  how to answer that.
19      It -- the system is tested through the processes
20  and process trainings.  Does that mean that every
21  single component of the system is tested?  Probably
22  not.
23      Q.  So, I guess, for example, if the client got
24  capital assets cash management and contract
25  management, you wouldn't say, okay, we're going to

Page 120

1              C E R T I F I C A T E

2

3    STATE OF OKLAHOMA     )
                           )
4    COUNTY OF TULSA       )

5

6         I, Deborah S. (Debi) Reinhardt, Certified
7    Shorthand Reporter, for the State of Oklahoma,
8    certify that the above-named Carrie Giesy, was by me
9    first duly sworn to testify the truth; that the
10   above and foregoing deposition was by me taken in
11   stenotype and thereafter transcribed and is a true
12   and correct transcription of the testimony of the
13   witness; that the deposition was taken on November
14   20th, 2020, via Zoom; that I am not an attorney for
15   nor relative of any of said parties, nor otherwise
16   interested in the event of said action.
17         IN WITNESS WHEREOF, I have hereunto set my
18   hand and seal of office this 3rd day of December,
19   2020.

20

21

22

23

24   _____
     Deborah S. (Debi) Reinhardt, CSR #1807
25   For the State of Oklahoma