Matthew C. Helland, CA Bar No. 250451
helland@nka.com
Daniel S. Brome, CA Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4700
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for PLAINTIFF and those similarly situated

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>Defendant. | Case No.  3:19-CV-07647-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

1       This matter came before the Court on Plaintiff's Motion for Summary Judgment. Having reviewed the Parties' submissions and good cause appearing therefore, Plaintiff's motion is hereby GRANTED. The Court finds that implementation consultants are non-exempt. Defendant Tyler Technologies cannot meet its burden to show the duties prongs of the administrative exemption applies under state or federal law. Tyler's ICs' primary duty is implementing Tyler's software products for Tyler's clients, which is not directly related to the management or general business operations of Tyler or its clients. Nor do Tyler's ICs exercise discretion and independent judgment with respect to matters of significance.

      Accordingly, Plaintiff's Motion is GRANTED in full.

IT IS SO ORDERED.

Dated: _____.

                                                WILLIAM ALSUP
                                                United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMAYR JUDGMENT