Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile:  469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2501 N. Harwood St, Suite 1700
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile:  469.680.4299

ATTORNEYS FOR DEFENDANT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KUDATSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>TYLER TECHNOLOGIES,<br><br>Defendant. | Case No.:  3:19-CV-07647-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TYLER TECHNOLOGIES' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  May 27, 2021<br>Time: 8:00 a.m.<br>Courtroom: 12 – 19th Floor<br><br>**Honorable William Alsup**<br><br>Action Filed: November 20, 2019 |

- 1 -
**[PROPOSED] ORDER RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT –
3:19-cv-07647-WHA**

Defendant Tyler Technologies' ("Defendant") Motion for Summary Judgment and/or Partial Summary Judgment came for hearing on May 27, 2021 at 8:00 a.m., before this Court, the Honorable William Alsup presiding. The parties were represented by counsel of record.

After full consideration of the parties' papers and the matters presented by counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that the Court GRANTS the Motion for Summary Judgment as follows:

1. Defendant's Motion for Summary Judgment is GRANTED in full.
2. Plaintiff's Complaint, and all claims contained therein, is DISMISSED WITH PREJUDICE.
3. Defendant shall promptly submit a brief, concise proposed judgment for entry.

**IT IS SO ORDERED**

Dated: _____, 2021

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE