Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile:  469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2501 N. Harwood St, Suite 1700
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile:  469.680.4299

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KUDATSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES,<br><br>Defendants. | Case No. 3:19-CV-07647-WHA<br><br>**COMPENDIUM OF EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  May 27, 2021<br>Time:  8:00 a.m.<br>Courtroom:  12 – 19th Floor<br>Trial Date:  October 10, 2017<br><br>Judge: Hon. William H. Alsup |

Defendant Tyler Technologies, Inc. hereby submits the following Compendium of Evidence in Support of its Motion for Summary Judgment and/or, Partial Summary Judgment.

| TAB NAME / EXH. NO. | TAB / EXH. DESCRIPTION |
|---|---|
| **Exhibit A** | Declaration of Chris Webster |
| **Exhibit B** | Declaration of Erin Becker |
| **Exhibit C** | Declaration of Jennifer Turgeon |
| Exhibit 1 | Implementation Consultant Job Description |
| **Exhibit D** | Declaration of Steve Bertolini |
| **Exhibit E** | Declaration of Jim Rasmussen |
| **Exhibit F** | Declaration of Martha Nelson |
| **Exhibit G** | Declaration of MJ Place |
| **Exhibit H** | Declaration of Cam Miles |
| **Exhibit I** | Declaration of Cindy Williams |
| **Exhibit J** | Declaration of Michael A. Correll |
| Exhibit 1 | Pamela M. Costner Deposition Excerpts |
| Exhibit 2 | Ian M. Roth Deposition Excerpts |
| Exhibit 3 | Plaintiff Aaron Kudatsky Deposition Excerpts |
| Exhibit 4 | Cindy Choquette Deposition Excerpts |
| Exhibit 5 | Christopher Webster Deposition Excerpts |
| Exhibit 6 | Abigail Diaz Deposition Excerpts |
| Exhibit 7 | Travis E. Void Deposition Excerpts |
| Exhibit 8 | Pamela Sinclair Deposition Excerpts |
| Exhibit 9 | Screenshot of Plaintiff Aaron Kudatsky's LinkedIn Page |
| Exhibit 10 | "Life As An IC" Document |
| Exhibit 11 | "Implementation Consultant, Munis" Document |
| Exhibit 12 | Implementation Consultant Position Description |
| Exhibit 13 | 2019-2020 Implementation Incentive Compensation Plan |
| **Exhibit K** | Declaration of Carey Giesy |
| **Exhibit L** | Declaration of Gail Franzen |
| **Exhibit M** | Declaration of Amanda Irish |
| **Exhibit N** | Declaration of Mason Sieling |
| **Exhibit O** | Declaration of Lynn Kazlousky |
| **Exhibit P** | Declaration of David Cole |

| **Exhibit Q** | Declaration of Kathy Thomas |

DATED: April 19, 2021                           REED SMITH LLP

By:   /s/ Paulo B. McKeeby
Brian K. Morris
Paulo B. McKeeby
Michael A. Correll

*Attorneys for Defendant*

– 2 –