# EXHIBIT A

Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile: 469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile: 469.680.4299

ATTORNEYS FOR DEFENDANT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KUDATSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>TYLER TECHNOLOGIES,<br><br>Defendant. | Case No.: 3:19-CV-07647-WHA<br><br>**DECLARATION OF CHRIS WEBSTER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S RULE 23 MOTION FOR CLASS CERTIFICATION** |

I, Chris Webster, declare:

1. I am the President, ERP Division for Defendant Tyler Technologies ("Tyler") in this matter and have been in that position since 2019. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. Tyler defines its mission as partnering with public sector entities to find the best technology solutions to connect citizens and communities to their governments and schools.

3. Tyler's software offerings include dozens of different software products that, in turn, are made up of a variety of modules that a given client may purchase within a given product platform. This enormously broad offering is driven by the wide variety of public sector clients serviced by Tyler. Tyler's clients range from small towns with as little as a few dozen employees to entire counties, school districts, states, federal agencies and court systems interfacing with millions of residents and thousands of civil servants.

4. Functionally, Tyler organizes its product offerings as follows: Public Administration; Courts and Public Safety; Health & Human Services; K-12 Education and Transformative Technology. The Public Administration and K-12 Education product suites offer ERP solutions. Those solutions were licensed, implemented, and supported by Tyler's ERP division during the relevant timeframe. The flagship product out of that division, Munis, includes, for example, financial management and human capital management modules, but the division offers other products, each with their own modules, as well. Implementation teams are organized around specific products, and sometimes around certain modules within those products, as is the case with Munis.

5. In practice, Tyler's ERP software products allow government entities to perform all of the financial management, revenue management, and human capital management functions required of any business.

6. Transitioning to Tyler's ERP software is transformational for Tyler clients. Those clients are often implementing Tyler software after years of using another third-party system or a home-grown system that has been highly customized over time.

7. Implementation does generate revenue for Tyler, but it does so at a loss. ERP ICs and ERP Senior ICs internally report their "billable hours." Clients are billed for the hours of services

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

delivered, unless the contract is a fixed-price contract or a fixed-price service is delivered. In any event, the internally reported "billable hours" tracking ensures that the contracted-for time is not exceeded, and/or ensures that the appropriate hours of services are billed to the client for a time and materials project and/or service.

8. The implementation process varies in length and depth from client to client. Some shorter ERP implementations may only last a few months. Longer ERP implementations have lasted as long as three years. Further, the amount of time spent on each phase is not equal. Some of that variation is inherent in the differences between the phases, but sometimes the amount of time allocated to each phase can vary dramatically from client to client simply because of a client's different needs.

9. Additionally, some of the phases of implementation may be conducted remotely for a wide variety of reasons. This utilization of remote implementation services existed before COVID-19 forced widespread remote interface with clients. Any ERP IC or ERP Senior IC could be tasked with providing a client remote implementation services at any time.

10. Tyler serves clients all around the United States, including in California. The ERP division has a small number of ERP ICs and ERP Senior ICs based in California, working out of their respective home offices. The ERP division staffs California projects with a combination of those California-based consultants as well as ERP ICs and ERP Senior ICs from a wide variety of other states. However, ERP ICs and ERP Senior ICs do not all have the same—or even similar—contact with California, do all the same or similar work in California, or otherwise have the same or similar experience working in California.

11. Tyler has only employed 32 ERP ICs and 8 ERP Senior ICs who resided in California for any period of time since November 1, 2016. Tyler has employed more than 550 ERP ICs and ERP Senior ICs nationally during the same period. All other ERP ICs and ERP Senior ICs who have done work in California have done so while primarily based and residing in another location.

DATED: December 04, 2020

By: [signature]
Chris Webster

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 4 –
DECLARATION OF CHRIS WEBSTER
US_ACTIVE-156746766.6

# EXHIBIT B

Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile: 469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile: 469.680.4299

ATTORNEYS FOR DEFENDANT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON KUDATSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>TYLER TECHNOLOGIES,<br><br>Defendant. | ) | Case No.: 3:19-CV-07647-WHA<br><br>**DECLARATION OF ERIN BECKER** |

I, Erin Becker, declare:

1. I am currently employed as an Implementation Team Lead in Tyler's ERP division and have worked in that capacity since July of 2019. I previously worked as an ERP Project Manager from 2015 to 2019 and before that as an ERP Implementation Consultant beginning in 2012, when I

was hired by Tyler. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. As a Project Manager, I directly oversaw the work of Implementation Consultants. While I was a Project Manager, those Implementation Consultants reported to me, or to another Project Manager, and were assigned to a specific project to which I also was assigned. As an Implementation Team Lead, I directly manage Project Managers, but Implementation Consultants report up through me, given that they report to the Project Managers I oversee. Together, the teams I manage are responsible for the successful implementations to which we are assigned. Those projects involve the implementation of one or more modules of Munis, an integrated software solution for government agencies and schools of all sizes that manages core "back office" functions, such as financials, procurement, HR, payroll and revenue.

3. Munis implementations are typically staffed with an Implementation Consultant and a Project Manager. When a client is implementing multiple modules from Munis, there is usually an Implementation Consultant for each module, as they typically develop an area of focus and/or expertise. As a general matter, we work as a team to assist the client in transitioning from a legacy software (or entirely paper-driven process) to Munis. The Project Manager conducts initial meetings with client representatives and sets up a project plan with a schedule and event deadlines. The Implementation Consultant then works with the client representatives to deliver on that project plan and implement the software. Based on my supervising and working with Implementation Consultants, as well as my own experience as an Implementation Consultant, I have personal knowledge of the duties, responsibilities, and job functions of the position.

4. Implementation Consultants are required to use their judgment and make independent decisions during the implementation process on a regular and recurring basis. The job inherently requires a consultative approach to ensure that the software is being configured and deployed in a way

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

that best serves the unique client's processes and, where possible, preferences, consistent with industry best practices. That software will ultimately run one or more core functions of the client's "back office" operations. For example, for a client who purchases the Munis financials module, the Implementation Consultants will work with the client to determine the best way to configure the software to effectively and efficiently manage how the client performs a variety of finance-related functions such as purchases, requisitions, payment of bills and financial reporting. The Implementation Consultant continuously evaluates and consults with the client to make decisions about how the Munis software they licensed, and the business processes that software facilitates, will operate to serve the client's business needs and obligations.

5. The Implementation Consultant is required to meet with the client, ask the right questions about the client's current software system and how it works to manage the client's business operations, and work with the client to develop an implementation approach that meets the client's needs in Munis. Throughout the implementation process, the Implementation Consultant is expected to make best practice recommendations as to how to configure the software to meet the client's needs, goals, and expectations. Such analysis and advice occurs at the beginning of the implementation process, but it continues throughout the later stages as well, when subsequent activities surface new or conflicting considerations that the Implementation Consultant has to guide the client through. It is critical that the Implementation Consultant uses their knowledge of the Munis product, their experience with other clients and on other projects, and their own good judgment and insights to manage the daily exchanges they have with a client on the front lines of an implementation.

6. For an implementation to be successful, it is critical to for the Implementation Consultant to build a relationship with the client personnel. It is the ERP Implementation Consultant's responsibility to ensure that the client "buys in" to new software methodologies that likely are foreign to the client. That can be difficult, given that clients are used to performing financial or other business

processes in their old systems. Because Implementation Consultants are the Tyler resources that those client representatives see most regularly and work with most closely, successful projects require Implementation Consultants to develop a rapport, sense of trust, and a baseline of credibility with the client project team. How an Implementation Consultant does that depends on their own style, but also on how they manage the information they receive from the client, the understanding they have of Munis, and the experiences they leverage from past projects. In addition, to be successful, Implementation Consultants have to make judgments about how to best convince the client representatives to embrace the new software and its functionalities by advocating the efficiencies of the new way of doing things or how those methodologies have worked successfully for other clients. Sometimes, the Implementation Consultants also have to determine when to be firm with clients, either because they are threatening the project schedule with delays, they are not fully participating in training, or they are being stubborn about features and functionality they would like to have but do not need to have (as just some examples).

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

DATED: April 16, 2021

By: [signature]
Erin Becker

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# EXHIBIT C

Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile: 469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile: 469.680.4299

ATTORNEYS FOR DEFENDANT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KUDATSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>TYLER TECHNOLOGIES,<br><br>Defendant. | Case No.: 3:19-CV-07647-WHA<br><br>**DECLARATION OF JENNIFER TURGEON** |

I, Jennifer Turgeon, declare:

1. I am Vice President of Implementation of the ERP division for Defendant Tyler Technologies ("Tyler") and have been in that position since November 4, 2019. Prior to that time, I served as Senior Director, Education and Content Development. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

rlstanbe-159292743.5.doc

2. In my previous role at Tyler, I was responsible for developing and executing the training program Tyler follows to onboard Implementation Consultants after they are hired by Tyler and before they are assigned to client projects. Based on my knowledge, from training and overseeing the onboarding process for Implementation Consultants, and to know leading the team of professionals actually performing the implementations (including Implementation Consultants) at Tyler, I understand of what ERP Implementation Consultants do on a day-to-day basis and the expectations for the role. Tyler ERP implementations are not "cookie-cutter" projects that allow for rote, plug-and-play processes. Instead, the projects vary significantly based on, among other things, the scope of software and services contracted for, particular client business processes, the level of client technical sophistication, and client preferences and goals as to how they want the software to function. As a result, Implementation Consultants, who regularly meet with clients on their own without direct supervision, are required to think on their feet, anticipate client concerns and questions, assist the client in resolving technical or process-related problems, make best practices recommendations, engage directly with the client to cross-walk the client's business and process needs to the best configuration option in the licensed software, gain the client's trust and commitment, and make regular assessments regarding the progress of the project, the client's absorption of information, and the client's receptiveness to the changes being implemented. We rely on our ERP Implementation Consultants to apply their education and experience so that they can work directly and independently with clients, and to regularly use their judgment on innumerable issues and topics during all phases of the implementation process. ERP Implementation Consultants who are unable to perform their role with that degree of sophistication are not performing the role as designed and as expected.

3. I continue to have various responsibilities related to the onboarding of Implementation Consultants, the initial and continuing training that Tyler provides to Implementation Consultants, and oversight of the internal document library within Tyler's SharePoint site that is available to

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Implementation Consultants, as well as other employees of Tyler. In fact, I personally wrote or had input on some of the documents in the internal document library within SharePoint. I am also familiar with the job description for the position of Implementation Consultant and a true and correct copy of the current version of that job description is attached hereto as exhibit 1.

4. As a general matter, the internal Tyler documents within SharePoint are guidelines or reference resources, not mandatory scripts that dictate how the duties and responsibilities of Implementation Consultants, or their interaction with Tyler's clients, are carried out. Indeed, the only document within the internal library that is a "script"—by name or by function—is a document called a "Fundamentals Review Script" that is discussed below. Rather, the internal SharePoint documents generally are templates that need to be modified and adapted by the Implementation Consultant based on the circumstances of a particular client retention, and on the experience, style and knowledge of the Implementation Consultant. Those templates are most helpful to new Implementation Consultants when they exit the onboarding process and first begin getting assignments to client project. The templates allow us to provide a bridge between their training and their "in the field" activities. So, as Implementation Consultants gain more experience, Tyler's expectation is that the Implementation Consultants rely less and less on the documents in the internal SharePoint document library, and more and more on their own insights and experience. An Implementation Consultant who continues to rely heavily on SharePoint guidelines, and who cannot effectively engage with the client outside the four corners of those types of documents well into their employment with Tyler likely would not be performing at an acceptable or expected level.

5. The resources in the SharePoint library are organized for the various phases of a Tyler ERP implementation. For example, one document in the SharePoint database that might be utilized during the "assess and define" stage of the implementation process is called a "Current & Future State Agenda." There are templates for these agendas within the SharePoint library. While the agenda

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

template lists the high-level-topics that are typically covered during analysis meetings, *how* the topics are covered, and the *order* in which they are covered, depends on the specific client engagement, and the Implementation Consultant must modify and adapt the agenda to suit the unique needs of each client. In addition, not all high-level topics identified in an agenda might apply to a given client engagement, and the Implementation Consultant would also have to customize the agenda for that. For example, for an accounts payable process, once the Implementation Consultant understands the client's existing process, the Implementation Consultant can explain the options available in Tyler's software and make recommendations based on choices that may have worked well for other clients. Depending on the client's responses during these analysis sessions, the Implementation Consultant will need to ask additional questions to understand the client's preferences and assess and explain what Tyler's software can and cannot do. The questions outlined in the agenda, as modified already by the Implementation Consultant, are only the starting point for the analysis discussion that is required for the client to reach a process decision.

6. Another example is a document entitled "Conversion Analysis Agenda" which is a template provided on the SharePoint site and is used in connection with the conversion of data from the client's legacy system to Tyler's system. The conversion analysis agenda contains all available conversion options, and the Implementation Consultant must customize the agenda based on client specifications and the client's contract with Tyler.

7. Another document within the internal library is called "Configuration and Power User Training Agenda." The template covers the general objectives and topics of this type of training session, but which particular topics are covered, how the topics are covered and the order in which they are covered are client specific, and the Implementation Consultant must again decide how to adapt the agenda to meet the needs of each client.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

8. There are also various client questionnaires available in the internal library. These questionnaires request that the client answer questions about their legacy software systems. While the questionnaires are pre-prepared, they are completed by the client, which means the Implementation Consultant will get client specific responses. As such, while they start out as templates, these questionnaires are inherently variable and the Implementation Consultant must understand how to take the client's input about its legacy system and translate that input into conversations about how its business processes will be configured in Tyler's software. These conversations are critical to making the configuration decisions that will shape the next phases of the implementation process.

9. As indicated above, the only document with the word "script" in the internal database is the "Fundamentals Review Script." "Fundamentals Review" refers to a process through which the Implementation Consultant provides the client representatives with a high-level understanding (or, if they were involved in the sales/demonstration process, a refresher) of the features and functionality of the Tyler software to help guide future decisions during the implementation process. The script is only a starting point, as client representatives typically ask questions during the Fundamentals Reviews process. Those questions cannot be predicted and the question-and-answer exchange is not scripted. The Implementation Consultant is required to address these questions during the sessions, without supervision or oversight, to assist the client in understanding the software's functionality and to guide future decisions in the implementation process as to software process options.

10. One of the documents that I have authored that is stored in the internal SharePoint library is entitled "Life as an Implementation Consultant." This document is different in the sense that is not a guide or template that would be relied on during the implementation process, but rather is a document provided to newly hired Implementation Consultants during the new hire onboarding process. The document generally describes the implementation process, the typical work week for implementation consultants, and generally what Implementation Consultant can expect from a

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

scheduling perspective. Tyler presents the document during the initial onboarding of newly hired Implementation Consultants as an introduction to the position.

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

DATED: April 15, 2021

By: Jennifer Turgeon
Jennifer Turgeon

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# EXHIBIT 1


Empowering people who serve the public®

# Position Description

| Job Title: | Implementation Consultant | Date: | May 2016 |
|---|---|---|---|
| Department/Group: | Professional Services or Implementation | Grade: | Click here to enter text. |
| Reports To: | Implementation Manager or Project Implementation Manager | Exemption Status: | Exempt |

## Position Summary

The Implementation Consultant is responsible for delivering high quality knowledge transfer services to clients allowing them to use Tyler software products efficiently and effectively to achieve daily operations. The knowledge transfers services can be on-site, or via webinar. The incumbent consults and partners with clients to gain a comprehensive understanding of workflow, business/technical requirements and needs to ensure that the knowledge transfer addresses client's needs. The Consultant ensures that the transition to Tyler software is completed according to predetermined timelines and establishes a positive baseline for the new relationship between the client site and Tyler Technologies.

## Principal Duties

- Provide professional services such as consultation, software readiness, and education to clients on Tyler software products.
- Design and conduct knowledge transfer sessions on site or through webinars.
- Educate users on software functionality as well as on data entry, system administration, user security, and user permissions.
- Perform consultation/analysis of client business model to identify and document client requirements regarding Tyler products and functionality.
- May recommend options for new approaches in client work processes as appropriate to ensure efficient software solution for the client's needs.
- May identify and document business/technical requirement specifications for specific software design/development, forms, reports, interfaces, process, configuration and other relevant changes.
- May consult with users to identify the proper data mapping process for the product conversion. Provide instruction to clients on proofing and analyzing data conversions from existing software to Tyler applications.
- May create custom reports or customize existing reports to satisfy client requirements. Play an active role in troubleshooting client issues, or work with the Support or Development departments to resolve.
- Keep up to date on administrative tasks such as documenting client issues, communicating agendas, submitting trip reports, timesheets and weekly expense reports, and updating systems-related client activity.
- May assist QA staff with product testing or modification testing as required.
- Notify management and appropriate organization/department of issues or unplanned events that could impact the effectiveness/schedule/budget of the implementation.
- Create both client-facing and internal documentation such as "quick tips" and "how tos".
- Act as liaison between the client and company's technical staff including conveying technical information so that non-technical individuals can understand.
- May participate in the annual User Conference. Facilitate user group discussion on assigned module/topic.
- Extensive travels to client sites.
- Perform other duties as assigned.



Empowering people who serve the public®

| Scope and Impact (Accountability) |
|---|
| The Implementation Consultant position is a revenue-generating position. The position is important for successful software implementation in alignment with client's workflow, systems, processes and other related needs. Incumbents in this position are accountable for identifying and resolving issues of varying complexity, partnering with senior staff to resolve issues, and capturing the client's specific software/business specifications, configuration and other needs. The quality of the implementation can directly affect the volume of work and the project's profitability. He or she adheres to project assignments but must use independent judgment and available resources to successfully transition the client to Tyler software. |
| **Complexity** |
| The Implementation Consultant must be able to:<br>• Expeditiously learn, understand, demonstrate, and educate clients on Tyler software applications by following the implementation methodology approach.<br>• Demonstrate ability to understand business processes and apply these to the product.<br>• Demonstrate excellent people skills and ability to build client relationships.<br>• Maintain a courteous, professional, and confident demeanor throughout the implementation process.<br>• Work with a diverse group of people, and adapt to and work in a dynamic environment.<br>• Instill client confidence in the use of Tyler applications by providing effective one-on-one or group education.<br>• Exercise good judgment, discretion, and tact while working with clients.<br>• Maintain the ability to perform the functions of the application on different data platforms.<br>• Manage multiple tasks and deadlines simultaneously.<br>• Be prepared to participate, recommend, and assist other team members.<br>• Complete tasks with minimal to general direction.<br>• Demonstrate proficient knowledge of implementation processes, problem management tools and procedures.<br>• Demonstrate excellent partnering, communicating, and negotiating skills in order to gather client requirements and communicate effectively with the Project Managers, Development, DBA's and Support staff.<br>• Maintain composure under pressure and accurately evaluate and resolve problem situations.<br>• Work effectively in a fast paced, team based, customer service oriented environment.<br>• Recognize and react appropriately to the complexity and criticality of incidents related to the implementation business function. |
| **Education, Experience and Special Skills** |
| • Bachelor's degree, or comparable work experience.<br>• Typically a minimum of one year experience as an Associate Implementation Consultant or equivalent industry experience.<br>• Strong knowledge of principles and concepts in the discipline for which the knowledge transfer will be based is desired.<br>• Exceptional presentation and knowledge transfer skills.<br>• Excellent interpersonal and communication skills.<br>• Familiarity and ease with computer systems and Microsoft Office products.<br>• Strong problem solving and analytical skills.<br>• Ability to travel extensively.<br>• Valid driver's license. |

# EXHIBIT D

Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile: 469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile: 469.680.4299

ATTORNEYS FOR DEFENDANT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AARON KUDATSKY, Individually and on behalf of all others similarly situated,

Plaintiffs

vs.

TYLER TECHNOLOGIES,

Defendant.

Case No.: 3:19-CV-07647-WHA

**DECLARATION OF STEVE BERTOLINI**

I, Steve Bertolini, declare:

1. I am currently employed as a Project Manager in Tyler's ERP division and have worked in that capacity since 2015. I previously worked as an ERP Implementation Consultant from 2005 to 2015. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

US_ACTIVE-159491350.5

2. As a Project Manager, I directly oversee the work of Implementation Consultants. Those Implementation Consultants either report to me, or they report to another Project Manager, but are assigned to a specific project to which I am also assigned. While the ERP Division spans various software products and affiliated teams, I work on projects involving the Munis software suite. Munis is an integrated ERP ("Enterprise Resource Planning") solution for government agencies and schools of all sizes that manages core "back office" functions, such as financials, procurement, HR, payroll and revenue. Munis implementations are typically staffed with an Implementation Consultant and a Project Manager. When a client is implementing multiple modules from Munis, there is usually an Implementation Consultant for each such module, as they typically develop an area of focus and/or expertise. The Project Manager conducts initial meetings with client representatives and sets up a project plan with a schedule and event deadlines. The Implementation Consultant then works with the client representatives to deliver on that project plan and implement the software. Based on my supervising and working with Implementation Consultants, as well as my own experience as an Implementation Consultant, I have personal knowledge of the duties, responsibilities, and job functions of the position.

3. Munis implementations are conducted in different phases, although there is overlap among those phases. Those phases generally consist of a Fundamentals Review process during which the Implementation Consultant educates the client about the capacity and functionality of the software it has licensed; an analysis phase during which the Implementation Consultant learns more about the "current state" of the clients software and how its business processes are performed, so that the Implementation Consultant can advise the client on how to configure Munis to achieve the "future state" in which those processes will be run through Munis; a configuration phase; a testing phase; training; and finally, support when the client "goes live" with Tyler's software. Some phases do blend in with others, depending on issues or concerns that crop up later in the project that cause the client or

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

the Implementation Consultant to flag old decisions that need to be reconsidered. In a sense, the "analysis" phase described above never really ends, and neither do the regular, interactive assessments the Implementation Consultant is making with the client.

4. As noted above, one of the initial phases of the Munis implementation process is the Fundamentals Review. During that review, the Implementation Consultant not only demonstrates the features and functionality of the licensed software, but they are also expected to draw out information from the client to get a better sense of their current system. By doing so, they are both previewing and creating a bridge into the "current state" analysis step that comes next. These types of exchanges come through question-and-answer interactions that the Implementation Consultant must be able to guide and navigate. While Tyler does provide something called a Fundamentals Review script to facilitate the product *overview*, that document is just a starting point, and Fundamentals Reviews often are based on client specific considerations. And, the Fundamentals Review script does not detail how to engage with the client on the rapport/trust/credibility points I discussed above, nor does it list every question to raise or every answer that could be given to a client question. The possibilities are too endless. Instead, the Implementation Consultants are relied on, and expected, to figure out a way to do that on their own, based on their own style, the "personality" of the client, and their experience.

5. During the analysis (or "Current State/Future State") phase of the implementation process, Implementation Consultants are regularly called on to make judgment calls. For example, as the client gives the Implementation Consultant information about their current software or business processes, the Implementation Consultant needs to be able to digest that information and recognize how that same process can be done in Munis, if it can be done at all. And, there may be many ways to do a process within Munis, so the Implementation Consultant needs to assess which option would be best for the client, based on the client circumstances as the Implementation Consultant understands them. Perhaps even more important, there may be gaps in a client's current process that the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Implementation Consultant needs to identify, explain, and then educate the client on, using the Munis solution to fill the gap. Implementation Consultants are expected to utilize their experience to navigate these various parts of the analysis process, and to make best practices recommendations to the client as to how to set up their systems. The analysis of best practice options and potential ways to improve the system is ongoing throughout the implementation process and the Implementation Consultant often revisits the analysis process with the client during configuring the system and conducting testing with the client and during training.

6. Another role performed by Implementation Consultants during the implementation process is to provide client training on the software modules within Munis that the client has licensed. While the "training agenda," an outline of what is being covered during a particular day, generally is prepared by the Project Manager, the Implementation Consultant may modify or deviate from the agenda depending on client needs. The Implementation Consultant also delivers the substantive content of the training itself, so they must compile, organize and edit that content to support the agenda.

7. During training, Implementation Consultants are required to assess how effective the training is and how well the client representatives are understanding the software in real time. If an Implementation Consultant perceives that a client is having difficulty, they expected to coordinate with their project manager to address the situation. This might involve suggesting that the client purchase additional training hours, reallocating the focus of upcoming training sessions, or adjusting project deadlines. It is part of the Implementation Consultant's job to identify these needs and to make recommendations as to these types of options to the Project Manager or the client. If, however, an Implementation Consultant determines that a reallocation of in-scope training hours is all that is required, they can make that decision independently because it does not require a contract amendment to expand the scope of the engagement.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

8. As Implementation Consultants gain experience, they also exercise judgment is assisting in the determination of how services days are allocated to the client. During the implementation process, the Implementation Consultant will assess whether a sufficient amount of days have been purchased to accomplish the necessary tasks or provide the level of training needed. If the Implementation Consultant ever perceives that the client will require additional services days, beyond those purchased in the original contract, the Implementation Consultant is expected to make a recommendation to the client or the project manager to purchase additional time. In other instances, the Implementation Consultant might identify the need and then work with the project manager or the client to reallocate previously scheduled days to focus on a particular phase of the implementation process, such as training.

9. In addition, the Implementation Consultant is required to ensure that the implementation is on schedule. While they typically do not draft the project schedule, the Implementation Consultant is responsible for assessing the progress of the overall implementation to ensure that deadlines within the implementation schedule are or can be met. If an Implementation Consultant determines that those deadlines cannot be met, it is their responsibility as an Implementation Consultant to make recommendations to the Project Manager or the client as to steps to take to adjust deadlines or provide additional training such that the original deadlines can be met.

10. Every project that an Implementation Consultant is assigned to is different, because every client is different and every contract is different. Tyler provides resources – from documents to peers to managers – to Implementation Consultants to assist them with performing their duties, but every day the Implementation Consultant confronts a new issue or a new challenge that they need to navigate. Tyler expects Implementation Consultants to use their experience, knowledgebase, and professionalism to handle those situations in a way that maintains an engaged and satisfied client and a smooth and successful project.

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

DATED: April 15, 2021

By: ______________________
Steve Bertolini

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# EXHIBIT E

Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile: 469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile: 469.680.4299

ATTORNEYS FOR DEFENDANT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AARON KUDATSKY, Individually and on behalf of all others similarly situated,

Plaintiffs

vs.

TYLER TECHNOLOGIES,

Defendant.

Case No.: 3:19-CV-07647-WHA

**DECLARATION OF JIM RASMUSSEN**

I, Jim Rasmussen, declare:

1. I am an Implementation Consultant for Defendant Tyler Technologies ("Tyler") and have worked for Tyler for over 21 years in various positions. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. For the past ten 10 years or so, I have implemented the Munis state tax module as an Implementation Consultant in Tyler's ERP Division.

3. As an Implementation Consultant, I focus on all phases of the implementation process. After the client kick-off meeting, the first such phase in the process involves what is called a "Fundamentals Review," which involves a review of what the Tyler module can do and how the Tyler module works. Because the state tax module is often implemented after other Tyler Munis financial modules, such as payroll and revenue, the client typically has a general understanding of the Munis suite and, as such, the Fundamentals Review process only takes a day or so. Although I have access to scripts in our SharePoint library, I typically conduct the Fundamentals Review based on materials I have developed over time, and I rely heavily on my own experience to answer questions or concerns that a client may pose or share along the way.

4. The "Current State/Future State" analysis component, which takes longer, requires me to meet with the client and discuss various configuration options within the tax module as well as the need for software enhancements if a feature or functionality is not already available in the software. This requires me to have an understanding not only of what the "out of the box" features and functionality of the module are, but it also requires me to understand (a) the clients' current processes; (b) how those processes could be performed within Munis as designed; (c) if there is not a process already available in Munis, whether it is an enhancement we could customize for the client; and (d) whether the contract already allows for custom enhancements. During this stage, I also discuss with the client the pros and cons of different approaches as to how to configure Tyler's software. I make best practices recommendations, based primarily on my past experience, as to which configuration option I think will work best to meet the client's needs. In certain instances, I also flag processes the client does not yet seem to have accounted for but that, based on my experience, I believe they should account for within Munis, either as a best practice, a state requirement or some other consideration.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

For example, the State of Virginia uses various forms that could include personally identifiable information unless a client designs their forms in Munis to exclude that sensitive information. Where the sensitive information is not required or necessary for a particular form, I encourage the client to consider removing it from their design. This is a very interactive process through face-to-face meetings with clients. As with the other of the phases of the implementation, I am the only Tyler representative at the client location (or meeting virtually with the client if the implementation is a remote one).

5. I am also heavily involved in the conversion of client data, tables and fields from the client's legacy systems to Munis. The conversion process requires me to coordinate with Tyler's conversion programmers to ensure that the client data has been correctly input and converted. There are also different options as to how to convert data depending on client preferences and best practices. As during the analysis stage, I discuss the pros and cons of these different methods to convert data and make best practices recommendations in that regard on a regular basis. For example, there are different billing cycles that can be created depending on the way data is converted in the system, and it would be typical for me to discuss those options with the client and assist the client in coming up with the cycle that best meets its specific needs.

6. I also help create tax forms and reports, which requires me to coordinate with a different Tyler programing team and to meet and consult with the client to identify the form that best meets its specific needs. I also coordinate with a third set of Tyler programmers to help set up billing processes for the client. For real estate bills, for example, I am required to identify tables and fields from the client's existing software and assist with the mapping those tables and fields. This work requires me to discuss different configuration options with the client and work with Tyler programmers as needed.

7. I also have training responsibilities as an Implementation Consultant. I train both "super users" and "end users" at the client. All training is interactive and client specific depending on what I perceive to be particular client needs. "Super users" refer to process decision-makers at the client

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

and the training of super users is an interactive process during which problems or concerns may be identified. It is my responsibility to develop a training agenda for both types of training. I do that based on the results of the analysis phase of the implementation and my previous discussions with the client. I must then conduct the training itself, maintaining in-the-moment awareness and adaptability based on what I perceive to the client's successes or struggles with the training.

8. I am also responsible for assessing the effectiveness of end user training. Part of my job is to discuss with the client (and, specifically, its "super users") our respective perceptions of how the training is going and to make recommendations if there are gaps in the training or if the end users are not understanding the information. In such cases, I might make a recommendation to purchase additional training time or to re-focus training on a particular subject matter or process within the state tax module.

9. During the "go-live" support phase of the implementation process, I oversee the client's utilization of its processes on Tyler's software platforms for the first time. During this phase, I am required to address client questions, provide additional training or instruction that I might perceive is necessary, and generally be a resource to the client. During this phase, I make recommendations as to how to address particular problems and may escalate issues to appropriate Tyler support employees as I determine necessary.

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

DATED: 4/15, 2021

By: Jim Rasmussen
Jim Rasmussen

# EXHIBIT F

Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile: 469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile: 469.680.4299

ATTORNEYS FOR DEFENDANT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KUDATSKY, Individually and on behalf of all others similarly situated,<br>Plaintiffs<br>vs.<br>TYLER TECHNOLOGIES,<br>Defendant. | Case No.: 3:19-CV-07647-WHA<br>**DECLARATION OF MARTHA NELSON** |

I, Martha Nelson, declare:

1. I am an Implementation Consultant in the ERP division of Defendant Tyler Technologies ("Tyler") and have been in that position since February of 2017. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. I have implemented the financial modules of Tyler's Munis software suite since I was hired by Tyler. Prior to being hired by Tyler, I worked as a software implementation consultant for other companies for approximately 18 years, and I was always classified as an overtime exempt employee.

3. As a Tyler Implementation Consultant, I participate in each phase of the implementation process as the Tyler client converts its financial software from a legacy system to Tyler Munis. One of the first stages of the process is called a Fundamentals Review, during which I, as the Implementation Consultant, explain to the client how the Munis software works. While there are outlines provided by Tyler and available to me in connection with the Fundamentals Review process, I am required to modify and customize those documents based on my perception of specific client needs. I also need to be prepared to answer client questions during the review, and those questions are unpredictable. There are no such thing as prepackaged answers to those unpredictable questions, and I need to rely on my own understanding of the software, the nature of the question, the scope of the project, and other considerations as I engage with the client in those types of exchanges. I would estimate that about 10% of my work time is spent in the fundamentals review phase, which typically lasts 2-3 weeks.

4. Another phase in the implementation process is called "Current State/Future State" analysis, which also takes several weeks in any given project and compromises of approximately 20% of my work time. This phase of the implementation process involves working with the client to develop a plan to run its financial processes within the Munis platform. This phase of the implementation involves talking to the client to understand their current workflows and process preferences, assess whether those workflows and preferences can be met within Munis, and make recommendations based on my past experiences with other clients and my understanding of the software as to how best to accomplish the client's goals. There are many process options within Munis

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

and my job ultimately is to configure the client's system, in consultation with the client, through identification of the best and most efficient options. Clients also rely on me to identify "best practices," because their current routines are based on habits and not an understanding of the most appropriate way to process their financial needs and obligations. They are also, of course, not familiar with the many options or even basic functions of Munis. I coach them, and sometimes coax them, through evaluating and making those types of decisions and changes. I am regularly making recommendations.

5. The analysis of the client's system, and the assessment of which processes within Munis will best meet the client's goals and best practices, is ongoing throughout the overall implementation process. Even after the official analysis phase ends, new discoveries or issues are identified during subsequent phases that require me to partner with the client to evaluate the impact of those discoveries or issues on past decisions and future considerations. For example, the training phase of the implementation process requires me to design a training agenda based on what I learned during the analysis phase of the process. Often during training, we are required to revisit our previous configuration decisions based on a determination I, in consultation with the client, might make that there may be a more efficient way to configure the process within Munis. Or, we discover in training that a prior decision does not have the desired outcome, and needs to be revised.

6. In addition, during training, I am required to assess how well client representatives are understanding the software. If I believe that the client representatives are not sufficiently understanding the training, it is my job to make recommendations, either to the client or the project manager, to recommend additional training time or to adjust the training focus to particular topics on which I perceive the client to need more training time. As such, I am required as part of my job to assess the comprehension level of the client personnel being trained and to make recommendations

based on that assessment. The training components of the implementation process constitutes approximately 50% of my work time.

7. During the entire implementation process, regardless of whether I am preparing an agenda, recommending configurations, conducting training, or doing some other task, I need to be listening and thinking carefully. No two projects are alike, and I need to pay careful attention to the scope of the contract, the needs of the client, and the dynamics of the day. I am a translator who is explaining how a client can move from what they are used to today to how they can use Munis tomorrow. I can only do that well if I am listening and adapting as they explain to me what they do, what they need, and what they want out of Munis.

8. During all of the phases of the implementation process, I work with the client without direct supervision. Prior to the COVID outbreak, nearly all of the implementations occurred at the client location, and, at nearly all times, I would the only Tyler representative on site.

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

DATED: 4/13, 2021

By: Martha Nelson
Martha Nelson

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# EXHIBIT G

Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile: 469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile: 469.680.4299

ATTORNEYS FOR DEFENDANT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| AARON KUDATSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>TYLER TECHNOLOGIES,<br><br>Defendant. | Case No.: 3:19-CV-07647-WHA<br><br>**DECLARATION OF MJ PLACE** |
|---|---|

I, MJ Place, declare as follows:

1. I am currently employed as an Implementation Consultant in Tyler's ERP division. I have worked in that capacity since in or around September 2017. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. Generally, the implementation process includes six phases, although there is some overlap among the phases: (a) fundamentals review; (b) current state / future state; (c) setup and configuration; (d) testing; (e) training; and (f) go live. I have worked on all phases of implementation as a Tyler Implementation Consultant

3. While implementations normally include all six phases, they do not always proceed in the order set forth above. Additionally, I often return to a prior phase of implementation based on various factors, including my assessment of the client's needs, and issues or questions that arise in the course of the implementation. For example, even after I have completed a current state/ future state analysis with a client, I may return to an analysis effort with them if an issue or discovery crops up during configuration, and we need to revisit our earlier decisions.

4. Each implementation I have worked on as a Tyler Implementation Consultant has been unique – there is no "cookie cutter" mold. My work on an implementation varies based on many factors, such as, among other things, the existing procedures of the client, the modules being implemented, user feedback, and the effectiveness of training, and even the personalities and skill sets of the client team.

5. Generally, approximately one or two weeks before I begin an implementation, I receive an "agenda" from the Project Manager. The agenda provides a general summary of how the upcoming implementation will proceed.

6. The Project Manager sends the agenda in advance so I can review it and provide appropriate input. I routinely use my experience with and knowledge of the Tyler product and the client's contract to propose changes to the implementation agenda that I assess will best serve the client's needs.

7. As the implementation proceeds, I may have additional proposed changes to the agenda based on my assessment of implementation's overall progress. For example, if I come to believe the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

agenda does not allocate sufficient time to training on a particular module based on my prior experience with the client and the importance of the module to the overall implementation, I will contact the Project Manager and recommend that we allocate additional time to that training. The Project Manager expects me to provide that type of input. When I have proposed these changes in the past, the Project Manager always accepted my suggested changes.

8. I spend the overwhelming majority of my time as an Implementation Consultant communicating with clients regarding their particular needs and making recommendations regarding best practices for each client's operations and associated software configurations. For example, if I am working to implement a recruiting module, I would be required to oversee the coding of various approval procedures into Tyler's software. In discussing the approval process with the client, I would inquire as to whether recruitment or hiring is subject to budgetary limitations. If it were, I may recommend that the client add additional approvals to the recruiting module to ensure that the software assists the client in meeting its overall operational objectives.

9. Similarly, if I am implementing a timekeeping module, I may ask the client if it has any process or procedure for reviewing, verifying, and/or approving employee time; or whether its time recordation is approved based solely on an employee's entry. In the course of that discussion, I may note best practices, recommend adding approvals, and relay my prior experiences to assist the client in selecting the configuration best suited to its overall operations.

10. I make recommendations like those identified above based on my assessment of the client's procedures and objectives, as well the capabilities and functionalities of Tyler's software. I make these recommendations in real time, without needing to seek the approval of the Project Manager or another Tyler supervisor.

11. In the course of an implementation, I train clients regarding various modules. In connection with that training, I independently prepare training materials. To do so, I will review any written material that Tyler has available that is applicable to the training at issue. I may utilize some of that material, but I typically would modify the material substantially based on my experience with the particular module, common issues that have arisen in my past experience with the module, client-

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

specific questions that arose in the course of the implementation, and other factors related to my assessment of the client's particular training needs.

12. Neither the Project Manager nor any other Tyler supervisor has to pre-approve the training materials I prepare for a client.

13. In the course of an implementation, I consistently recommend that the client utilize certain features or functionalities of the Tyler software. I make these recommendations based on my understanding and experience with various software modules and features Tyler offers and how they would operate in the client's environment. I do not have to obtain permission from a Project Manager or any other Tyler supervisor prior to making these recommendations to the client.

14. There have been several instances where a client has adopted a particular procedure or added a particular software module based on my recommendation.

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

DATED: April 16, 2021

By: Mary-Jo ("MJ") Place
MJ Place

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# EXHIBIT H

Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile: 469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile: 469.680.4299

ATTORNEYS FOR DEFENDANT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KUDATSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>TYLER TECHNOLOGIES,<br><br>Defendant. | Case No.: 3:19-CV-07647-WHA<br><br>**DECLARATION OF CAM MILES IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S RULE 23 MOTION FOR CLASS CERTIFICATION** |

I, Cam Miles, declare:

1. I am an Implementation Consultant for Defendant Tyler Technologies ("Tyler") in this matter and have been in that position since August of 2011. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. I am a resident of California and have lived in California during the entirety of my employment as an Implementation Consultant with Tyler. From January 2016 to July of 2020, my job was different from other Tyler Implementation Consultants in that I was "dedicated" to a single client—Marin County—and worked only for that client to implement a module from Tyler's Munis software platform: the Human Capital Management module. During this timeframe, I moved my residence to Marin County and commuted by car to the client worksite on a daily basis. I did not have "travel" days like other Tyler Implementation Consultants.

3. As a fully dedicated Implementation Consultant to Marin County, I had a significant degree of autonomy in terms of my day-to-day duties. Although I reported to different Tyler Project Managers during the time period identified above, I did not regularly take direction from them and, more often, they would ask me for guidance given my tenure on the project and my knowledge of the client. As a dedicated Implementation Consultant, I was responsible for creating and drafting agendas and schedules that determined daily tasks, necessary client resources, and the overall schedule of upcoming events and deadlines. I also was responsible for creating the training programs necessary to teach and configure the Munis software module. These responsibilities at times required me to direct and assign training classes to both members of the internal client team and to other Tyler Implementation Consultants. I was primarily responsible for determining the training agendas, the topics on which client team members would be trained, and the order of training.

4. It was also very common for me to make software recommendations to the client as an Implementation Consultant. For example, I would regularly be required to analyze how to best set up a particular function within the system, advise the client on different software configuration choices, and assess and recommend software customization as necessary to meet client needs and expectations.

5. I understand that this declaration is being provided in connection with lawsuits brought against Tyler by current and former employees who claim that they and other current and former

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

employees were not properly paid overtime. I understand that the plaintiffs are seeking to represent current and former Tyler employees, including me, in a collective action and class action lawsuit. I understand that I may be invited to join the lawsuit as a plaintiff and I would be eligible to participate as a member of the class if the case is certified. What I say in this declaration is the truth. I also understand that the lawyer who interviewed me and prepared this declaration for me represents Tyler and does not represent me. I am providing this statement voluntarily and without any duress, threats, intimidation or coercion. I understand that I did not have to give this declaration, can provide or refuse to provide a declaration or testimony, and know that giving information in this declaration is not a condition of my employment with Tyler. I attest to the information in this declaration voluntarily and of my own free will.

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

DATED: December 3, 2020

By: [signature]
Cam Miles

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# EXHIBIT I

Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile: 469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2850 N. Harwood St., Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile: 469.680.4299

ATTORNEYS FOR DEFENDANT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KUDATSKY, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>TYLER TECHNOLOGIES,<br><br>Defendant. | Case No.: 3:19-CV-07647-WHA<br><br>**DECLARATION OF CINDY WILLIAMS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S RULE 23 MOTION FOR CLASS CERTIFICATION** |

I, Cindy Williams, declare:

1. I am an Implementation Consultant for Defendant Tyler Technologies ("Tyler") and have been in that position since August of 2015. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. I reside in St. Louis, Missouri and have lived there since my employment with Tyler. While I previously was assigned to what Tyler referred to as the Southeast Region and then the Gulf State Region, I am now assigned to the "Strategic Team" which focuses on larger projects and typically utilizes "dedicated" Implementation Consultants who are assigned to only one implementation at a time.

3. For example, since May of 2020, I have been assigned to an implementation for Napa County, California. Because of the COVID 19 pandemic, all of my work on the project has been performed remotely from my home office in St. Louis. The only time I have traveled to California for the project was in August of 2019 in connection with a demonstration of Tyler's Munis software prior to the award to Tyler of the contract with Napa County. That trip lasted a day and a half and I was part of a team of Tyler employees who presented on different aspects of the software. My role was to discuss the implementation process and explain to the representatives of the county how an implementation generally is conducted. The trip was the only time I have traveled to California on behalf of Tyler.

4. As an implementation consultant, my job touches on all aspects of the implementation process and requires me to make recommendations, both internally and to clients, about Tyler's software and the implementation process, on a regular basis. For example, I regularly give best practices recommendations to clients on how to best and most efficiently use Tyler's software to perform the finance related functions in the Munis modules I support. Because there are so many different options with Munis to perform particular tasks, I am required to work with the client, understand their current practices and procedures, and advise them how to best achieve their desired results within Munis.

5. In addition, my job requires me to ensure that the overall implementation is on schedule. While I do not draft the schedule, I am responsible for assessing how client training is going

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

and the progress of the overall implementation to ensure that deadlines within the implementation schedule are or can be met. If I determine that those deadlines cannot be met, it is my responsibility as an Implementation Consultant to make recommendations to the Project Manager or the client as to steps to take to adjust deadlines or provide additional training such that the original deadlines can be met.

6. I understand that this declaration is being provided in connection with lawsuits brought against Tyler by current and former employees who claim that they and other current and former employees were not properly paid overtime. I understand that the plaintiffs are seeking to represent current and former Tyler employees, including me, in a collective action and class action lawsuit. I understand that I may be invited to join the lawsuit as a plaintiff and I would be eligible to participate as a member of the class if the case is certified. What I say in this declaration is the truth. I also understand that the lawyer who interviewed me and prepared this declaration for me represents Tyler and does not represent me. I am providing this statement voluntarily and without any duress, threats, intimidation or coercion. I understand that I did not have to give this declaration, can provide or refuse to provide a declaration or testimony, and know that giving information in this declaration is not a condition of my employment with Tyler. I attest to the information in this declaration voluntarily and of my own free will.

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

DATED: December 3, 2020

By: Cindy Williams
Cindy Williams

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-156714074.1