# EXHIBIT J

1 Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
2 REED SMITH LLP
3 101 Second Street
Suite 1800
4 San Francisco, CA 94105-3659
Telephone: 469.680.4200
5 Facsimile: 469.680.4299

6 Paulo B. McKeeby (Admitted *Pro Hac Vice*)
7 PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
8 MCorrell@reedsmith.com
REED SMITH LLP
9 2850 N. Harwood St., Suite 1500
Dallas, TX 75201
10 Telephone: 469.680.4200
11 Facsimile: 469.680.4299

12 ATTORNEYS FOR DEFENDANT

13 UNITED STATES DISTRICT COURT
14 NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16 AARON KUDATSKY, Individually and on | Case No.: 3:19-CV-07647-WHA |
| 17 behalf of all others similarly situated, | **DECLARATION OF MICHAEL A.** |
| Plaintiffs | **CORRELL IN SUPPORT OF** |
| 18 | **DEFENDANT'S MOTION FOR** |
| 19 vs. | **SUMMARY JUDGMENT AND/OR** |
| | **PARTIAL SUMMARY JUDGMENT** |
| 20 TYLER TECHNOLOGIES, | **Date: May 27, 2021** |
| 21 Defendant. | **Time: 8:00 a.m.** |
| | **Courtroom: 12 – 19th Floor** |
| 22 | Honorable William H. Alsup |

23

24

25

26

27

I, Michael A. Correll, declare.

1.   I am an attorney with the law firm of Reed Smith LLP, counsel of record for Defendant Tyler Technologies. I make this declaration based upon my personal knowledge, and could so testify if called to do so. I submit this declaration consistent with Local Rule 7-5(a) to authenticate the deposition excerpts and documentary evidence submitted in support of Defendant's Motion for Summary Judgment.

2.   Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Pamela M. Costner, dated October 19, 2020.

3.   Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the deposition of Ian M. Roth, dated October 20, 2020.

4.   Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the deposition of Plaintiff Aaron Kudatsky, dated September 11, 2020.

5.   Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition of Cindy Choquette, dated October 21, 2020.

6.   Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Christopher Webster, dated September 10, 2020.

7.   Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition of Abigail Diaz, dated October 27, 2020.

8.   Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the deposition of Travis E. Void, dated October 23, 2020.

9.   Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the deposition of Pamela Sinclair, dated October 22, 2020.

- 2 -

DECLARATION OF MICHAEL A. CORRELL ISO MOTION FOR SUMMARY JUDGMENT

10.   Attached hereto as **Exhibit 9** is a true and correct copy of Plaintiff Aaron Kudatsky's LinkedIn profile, including the portion of Plaintiff's LinkedIn profile describing his role at Defendant. I gathered this copy of Plaintiff's LinkedIn profile from Plaintiff's publicly available profile. The copy provided to the Court was collected from Plaintiff's publicly available profile April 18, 2021.

11.   Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the deposition of an "Life As An IC" document, which was properly authenticated in the deposition of Christopher Webster at 156:19-21 (whose deposition is attached hereto as Exhibit 5).

12.   Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the deposition of an Implementation Consultant Job Posting document, which was properly authenticated in the deposition of Christopher Webster at 144:23-145:9 (whose deposition is attached hereto as Exhibit 5).

13.   Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the deposition of an Implementation Consultant Position Description, which was properly authenticated in the deposition of Christopher Webster at 146:12-17 (whose deposition is attached hereto as Exhibit 5).

14.   Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the deposition of an 2019-2020 Implementation Incentive Compensation Plan which was properly authenticated in the deposition of Christopher Webster at 149:22-150:10 (whose deposition is attached hereto as Exhibit 5).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.   Executed on April 19, 2021 in Dallas, Texas.

DATED: April 19, 2021

By: _____
Michael A. Correll

DECLARATION OF MICHAEL A. CORRELL ISO MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 1

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3

4                          Case No.:   3:19-CV-07647-WHA

5                                    Judge William Alsup

6    ─────────────────────────────────────────────

7    AARON KUDATSKY, Individually and on

8    behalf of all others similarly situated,

9           Plaintiffs,

10   vs.

11   TYLER TECHNOLOGIES,

12          Defendant.

13   ─────────────────────────────────────────────

14

15

16

17        REMOTE ZOOM VIDEOCONFERENCE DEPOSITION OF

18                   PAMELA M. COSTNER

19             Taken Monday, October 19, 2020

20                Scheduled for 2:30 p.m.

21

22

23

24   REPORTED BY:   DANA S. ANDERSON-LINNELL

25   Job No.:   TX 4297248

Page 2

1     Q.   You mentioned that you were in the HR and
2     payroll section.  And I see on your résumé that
3     there's a reference to Human Capital
4     Management.  Were you ever involved with any
5     other aspect of Munis in terms of providing
6     implementations to customers?
7     A.   No.
8     Q.   What does the Munis software do for
9     customers in the Human Capital Management
10    space?
11    A.   It allows them to process their payroll
12    and manage their employees for different human
13    resource modules.
14    Q.   And when you say it allows them to manage
15    their employees, what kinds of data are we
16    talking about in this specifically Human
17    Capital Management section?
18    A.   I just -- I'll clarify.  Human Capital
19    Management is a term that Tyler changed the HR
20    Payroll division to probably about two or three
21    years ago.  So they were updating the acronym
22    to match what is going on countrywide.  So
23    we -- we're trying not to use HR Payroll
24    anymore but HCM for Human Capital Management as
25    a broader term.  Some of the modules there

Page 17

1    would be the recruiting module so applicants

2    can apply over the Internet versus filling out

3    a piece of paper.  Also, evaluations can be

4    done electronically and benefit enrollment;

5    items that are not payroll related that it

6    takes to manage an employee's record.

7    Q.    And just so I make sure I'm using the same

8    terms you're using, so ERP, is that a division

9    of Tyler, or what word would you use to

10   describe it relative to the other big groups at

11   Tyler?

12   A.    Yeah, ERP is a division within Tyler.

13   It's a big division.

14   Q.    And then what term do you use to

15   characterize Human Capital Management, is that

16   a subdivision, or do you have a different word

17   for that?

18   A.    Well, under ERP, they have broken the

19   implementers down into two, meaning Financial

20   and HCM.  And I am on the HCM side versus the

21   Financial side.

22   Q.    The term you just used was "module."  So

23   what is a module?

24   A.    It is a portion of the Munis system.

25   Q.    What I have down from your testimony just

Page 18

1      now is that within HCM there's payroll,

2      recruiting, evaluations and benefit enrollment.

3      Do I have that correct?

4      A.   Correct.  There are others, but I can't

5      list them all off the top of my head.  But

6      there are many other sections as well too.

7      Q.   Without trying to recall all of them by

8      name, do you have a sense of how many more

9      there are?

10     A.   Probably about five or six on the HCM

11     side.

12     Q.   So would it be fair to say then we're

13     looking at nine or ten different modules?

14     A.   Yes.

15     Q.   Have you done implementations on all nine

16     or ten of those modules or just some of them?

17     A.   All of them.

18     Q.   Have you done any implementations of

19     modules on the financial side that are outside

20     of HCM?

21     A.   No.

22     Q.   Are there some modules that you have done

23     more often than others, or is it pretty evenly

24     distributed?

25     A.   Yes, there are some modules that I have

Page 19

1      A.    I would say I have worked on over 60

2      clients.  And it could be different modules at

3      each of the clients.

4      Q.    How many different implementations are you

5      supporting at a given time?

6      A.    It varies.  Right now I am supporting one

7      client strongly in California.  And I am

8      working with another client, I would say,

9      probably five percent of the time in another

10     state.

11     Q.    Is that the low end then?

12     A.    Right now -- yeah, right now due to the

13     fact that the California client is taking up a

14     large portion of my time.  In previous years, I

15     could be working with three to four clients on

16     any given time frame depending upon where they

17     are in their implementation.

18     Q.    In a given week, how many different

19     implementations are you working on usually?

20     A.    Currently one.

21     Q.    In the past when you've had three or four

22     clients, did you work on multiple

23     implementations in a single week?

24     A.    Sometimes up to two, but usually it was

25     one client one week, one client the next week,

Page 22

1   the previous week, whichever week out of that

2   two-week period.

3   Q.   Does that mean some months there's two

4   weeks in the month that you work and some

5   months there's three weeks because the pay

6   periods straddle on that biweekly system?

7   A.   Correct.  We put a calendar together and

8   pick the weeks.  And then that would be my

9   schedule for -- and we do that in six-month

10  intervals.  So my schedule for the first six

11  months of next year has already been determined

12  which weeks I will be working.

13  Q.   And I know we have your time records and I

14  can go through those, but I would rather get

15  your kind of generalized view of it.  Since

16  March of '19, has that generally been what

17  you've actually done where you have worked one

18  week and not worked the following week on a

19  repeating pattern?

20  A.   In general.  Sometimes I'll work two weeks

21  in a row and have two weeks off in a row

22  depending how it piggybacks with those payroll

23  periods.

24  Q.   Have you done work or been asked to do

25  work during your off weeks since March of 2019?

Page 24

1    A.    No.

2    Q.    So since you've had both roles, we're

3    going to talk about both what an implementation

4    consultant means and what a senior

5    implementation consultant means.  I understand

6    the distinction between the internal-facing

7    titles and the external-facing titles.  So when

8    I say senior implementation consultant, I mean

9    the internal-facing title.  Is that fair?

10   A.    That's fair.

11   Q.    So starting off, just at a high level, how

12   would you describe the role of an

13   implementation consultant at Tyler?

14   A.    It is a person that will go out to a

15   client site based upon the territory that they

16   are assigned to and help that client implement

17   the Munis product that they have purchased.

18   And based upon the client's direction, we

19   configure the system to meet their needs.

20   Q.    And what does it mean to implement

21   software?

22   A.    In Tyler's situation it means that the

23   client is purchasing a very shell of a system,

24   it's a functioning system, but they -- the

25   client has to add their own unique codes and

Page 25

1     calculations to the system in order for the

2     product to work properly for them.

3     Q.   And you used the word "configure" a moment

4     ago.   What does it mean for you to configure

5     the system for the client?

6     A.   Munis is a table-driven system, and so you

7     have to populate the tables with codes, be it

8     alpha codes or numeric codes, that will then

9     drive the calculation piece.

10    Q.   Have you ever been given instruction by

11    Tyler on how to describe what an implementation

12    consultant is to third parties?

13    A.   No.

14    Q.   Now, what about a senior implementation

15    consultant, how is that different from what

16    you've just described as an implementation

17    consultant?

18    A.   It means that previously one Friday a

19    month we would attend a meeting, a conference

20    call web meeting, and we would be assigned

21    additional documents to either update, review

22    or create that would help the client better

23    understand the Munis system with the

24    implementation process.

25    Q.   But no other differences between

Page 36

1     implementation consultant, senior

2     implementation consultant besides this document

3     creation and updating feature?

4     A.    There is also a different pay scale for a

5     senior implementation consultant.  I don't know

6     the exact pay scales for where they are.  But

7     when I was promoted to a senior implementation

8     consultant, there was a raise involved with

9     that particular change in job title.

10    Q.    Did you regard the move from

11    implementation consultant to senior

12    implementation consultant as a promotion?

13    A.    I did.

14    Q.    Why?

15    A.    The -- that I have more experience.  I

16    received a raise for it.  It's not something

17    that you apply for.  They actually ask if you

18    would like to take on the extra duties of

19    those -- of completing the forms -- or not the

20    forms, the documents.

21    Q.    What types of documents are you

22    referencing as this additional senior

23    implementation consultant responsibility?

24    A.    There are documents that the clients can

25    download from a page on the Tyler website

Veritext Legal Solutions
800-336-4000

1    called the knowledge base.  And a lot of these

2    documents are outdated due to prior versions or

3    newer versions or new functionality.  And so we

4    help get those items updated to help the client

5    so when they download it they've got something

6    more up to speed for them to use.

7    Q.    And you mentioned a moment ago, I think,

8    that sometimes you're actually creating these

9    documents in the first instance, correct?

10   A.    Correct.

11   Q.    So let's walk through those separately.

12   You're assigned to update a document for a

13   client implementation.  Now, first of all, is

14   this a document specific to this client, or is

15   this a generalized knowledge document that just

16   goes with Munis in general?

17   A.    It's a generalized document.

18   Q.    Once you are signed the document, what is

19   your process inventory updating it?

20   A.    The process would be verifying if any new

21   functionality is present and new screenshots

22   because sometimes with new versions the screens

23   are rearranged or new -- if new functionality

24   is there, there's new buttons to push.  So we

25   update all of that information on the document.

Page 28

1    very, very inundated with trying to learn the

2    basics of the system and would not have the

3    time to learn the new functionality while

4    they're still trying to learn the basic

5    functionality.  So us that are more senior have

6    the ability to work on the new functionality.

7    Q.    What about the circumstances where you're

8    called upon to create a new document because

9    there's not one to update, how do you go about

10   that?

11   A.    We look at maybe something that is similar

12   and we use the same formatting and then just

13   update it with the unique subject matter that

14   might need to be.  For example, we just had

15   Retro Pay get introduced recently.  And that

16   has taken quite a while for even us senior

17   folks to get the understanding of it because

18   there was no detailed documents that were given

19   to us.  So it's been by hit and miss that we

20   have learned that particular module on our own.

21   Q.    When you are asked to create a new

22   document, are you given a template, are you

23   directed to specific ones you should reference,

24   or are you using your own judgment to decide

25   which versions to pull from to make your new

Page 31

1     document?

2     A.    We're given a template because all the

3     knowledge base documents are in the same format

4     that, you know, the header is this size font

5     and bold and the buttons below it are this and

6     the title looks like that.  But other than

7     that, then we would fill it in with the

8     appropriate verbiage that matches the module

9     we're working on.  And we tend to work in small

10    groups since there are numerous senior

11    implementation consultants in each region.  So

12    on those Fridays we work together as a group.

13    It's not individual.

14    Q.    Once you've completed an update or

15    creating a new document, what happens to it?

16    A.    It gets sent off to the training

17    department, and I am not exactly sure the

18    official name, but the training department, and

19    then they would review it, make any changes

20    before it is published to the knowledge base.

21    Q.    Have you ever had it come back to you for

22    additional work after you've sent off the

23    draft?

24    A.    No.

25    Q.    Does your project manager play any role in

Page 32

1       this process?

2       A.   Just blocking that day for me not to get

3       booked with another client.

4       Q.   When you were working on individual

5       implementations in a given week, how many

6       implementation consultants were there to

7       perform services for the client?

8       A.   Usually you're the only one on site.  Very

9       rarely would there be a second person on site,

10      whether it's within the same module like HCM,

11      or if maybe there happens to be a financial

12      implementer.  But in general there wouldn't be

13      two financials or two HCMs on site at the same

14      time unless the client requested it.

15      Q.   What would cause two implementation

16      consultants to need to be on site for a single

17      module?

18      A.   Usually it's for a very shortened go live.

19      So if the client purchases the product in July

20      and has to go live in October, that's not

21      feasible with one implementer, so they will

22      bring on two implementers to help speed up that

23      process versus taking the normal nine months to

24      one year to go live.

25      Q.   Is your project manager ever on site with

Page 33

1    salary table.  So it's just helping them not

2    have to dig through the weeds when they're

3    presenting.

4    Q.   Is it possible to use the script not in

5    exactly the order that it's written, so demo

6    one piece of information that might appear

7    second in the script and then come back to

8    something else, or does it necessarily have to

9    be done exactly in the order that it's

10   presented?

11   A.   It can be used in any particular order

12   because sometimes the client doesn't have the

13   proper staff on the proper day, and so you have

14   to be flexible and rearrange the agenda to

15   match the client's needs once you get on site

16   and they tell you:  Oh, our HR department isn't

17   available today, we need to move that module to

18   tomorrow, so that way they can -- they'll be

19   here for it.  And so yes, you can move things

20   around easily.

21   Q.   Have you actually done the fundamentals

22   review presentation for clients?

23   A.   I have, but not since this new process has

24   been put in place because they tend to have the

25   newer implementers go out and have the more

Page 39

1      senior folks do more complicated sessions.

2      Q.   With those circumstances where the agenda

3      has to change because of some client-driven

4      need, who makes the decision about whether to

5      do what the client is asking, is it the

6      implementation consultant, or do they have to

7      go back to the project manager?  What's the

8      flow there?

9      A.   It can vary.  Sometimes if it's a small

10     enough change, the implementer can, you know,

11     dance and say:  Yeah, we could do that tomorrow

12     afternoon versus this morning.  If it's a major

13     change like I went in for a particular module

14     and they wanted to change to a totally

15     different module, that's when we would have to

16     check with the project manager to make sure

17     that that fits into their go-live schedule.

18     Q.   Back when you were doing the fundamentals

19     review presentations, did you ever have to make

20     any changes of either category that you just

21     described?

22     A.   No, because the fundamentals review, the

23     way I kind of look at it is that it's a

24     glorified or more detailed sales pitch.  Again,

25     they are just looking at the screens again and

1    getting the lay of the land to again refresh

2    them of what the process is going to be because

3    the next step is going to be analysis where

4    we're going to ask them lots of questions and

5    for them to understand how the screens link to

6    one another.

7    Q.   So one of the questions kind of broadly

8    about this then is:  Do you have a sense of

9    whether it's beneficial to actually have

10   someone present this in person as opposed to

11   just showing them a video that conveys the same

12   information?

13   A.   It is good to have it in person, or

14   nowadays with COVID, over Internet, same thing,

15   because they like to ask questions.  Because,

16   again, it's foreign to them.  It doesn't look

17   like their current system.  Our Tyler verbiage

18   is different than their current system.  And so

19   they are trying to determine where their codes

20   are going to fit into Tyler codes.  And so them

21   seeing the screen and asking questions, they --

22   I think they would get frustrated if it was

23   just a video.

24   Q.   So what is an implementation consultant

25   supposed to do during the fundamentals review

Veritext Legal Solutions
800-336-4000

1    if they get asked questions?

2    A.    Answer them as best they can, or they can

3    say:  That will be covered during your next

4    session when you start doing your analysis.

5    Q.    So if you were to go watch multiple

6    fundamentals reviews across different clients,

7    other than the specific questions that a given

8    client has, is there anything else you would

9    expect to be different from presentation to

10   presentation if it were different

11   implementation consultants or things like that,

12   or is it always going to look exactly the same

13   aside from those questions?

14          MR. BROME:  Objection, calls for

15   speculation.

16          THE WITNESS:  I know when I've

17   presented, it's never the same.  So I can't

18   speak for other implementers, but when I

19   implement, it doesn't matter whether it's

20   fundamentals review or something else, each

21   client is very unique.  I've worked with two

22   clients in one state that are, you know, not

23   too far away from each other mileage-wise.

24   They might even be in the same county and they

25   both calculate overtime differently.  So

Page 42

1      because of that, each client is very unique and

2      we have to be directed by the client as to how

3      they want the system set up.

4      BY MR. CORRELL:

5      Q.    So as you're adjusting to the client in

6      the way you just described, are you going and

7      getting permission for each adjustment that

8      you're making, or are you making those

9      adjustments on your own?

10                  MR. BROME:   Objection, vague as to

11     "adjustment."

12                  You can answer.

13                  THE WITNESS:   I don't feel it's that

14     I'm getting permission.   I'm doing what the

15     client is requesting in order to get the system

16     to meet their needs.   I don't -- if they need

17     it to calculate a certain way, that's how I'm

18     going to set it up.   I'm not going to

19     contradict how they want it set up.

20     BY MR. CORRELL:

21     Q.    So in your opinion, do you have to use

22     your own expertise to be able to deliver the

23     best possible fundamentals review?

24     A.    Could you rephrase that again?

25     Q.    Sure.  Do you rely upon your expertise

Page 43

1       when you're trying to meet those customer

2       demands -- excuse me, client demands in

3       fundamentals review?

4       A.    Not in fundamentals review, no.  That is

5       too much detail.

6       Q.    What do you mean by that?

7       A.    They -- I am -- the fundamentals review is

8       just an overview of the system.  We're not

9       getting into the calculation pieces of it.  So

10      you're just demoing the different screens and

11      what the system can.  So you're not into the

12      building of the codes or any of that.  That's

13      two more sections down the road.  I'm just

14      showing the system to them.

15      Q.    So I guess that's what I'm not

16      understanding here is if that's the case, if

17      it's just a continued sales pitch of Munis

18      pursuant to a script, what are you doing to

19      change it to have it be different every time

20      like you previously testified?

21      A.    The client asks different questions.  So

22      there might be -- one of the items is position

23      control.  Not every client uses position

24      control.  So how you set the system up will be

25      different if they use it or if they don't use

1    it.  And so you might have to adjust how your

2    presentation goes because that's a portion of

3    the system they're not going to use.

4    Q.    Do you know before you show up that you're

5    going to have to make these adjustments, or do

6    they occur while you're right there doing the

7    presentation?

8    A.    They occur when you are doing the

9    presentation.

10   Q.    So since January of 2019, this task has

11   primarily been given to non-senior

12   implementation consultants, correct?

13   A.    Correct.

14   Q.    In your opinion as an individual who

15   helped create the materials, do the non-senior

16   implementation consultants need any actual

17   knowledge of the system to be able to do the

18   fundamentals review?

19   A.    Absolutely; due to the questions that the

20   client asks.

21   Q.    Are there any particular skills or other

22   abilities that they are trained on that they

23   need to use for this task based on your

24   experience besides just knowledge to answer

25   questions?

Page 45

1      A.   They need to be able to know how to

2      control the crowd, so to speak, that if they

3      start to try to jump to a subject that they're

4      passionate about instead of the subject that's

5      being discussed, to be able to say:  That's a

6      great subject and we'll discuss that in a

7      little bit, but be able to have some training

8      skills to monitor the conversation.

9      Q.   Let's move to the next stage, analysis or

10     current state/future state.  What is that phase

11     about?

12     A.   So that phase comes after the fundamental

13     review.  And that's when you start asking the

14     client questions from things to what modules

15     are they going to use and what is their current

16     process of doing certain tasks to see if there

17     is a way that Munis will be able to meet their

18     requirement to allow them to be more efficient.

19     Q.   How do you know what questions to ask?

20     A.   There is an analysis spreadsheet that is

21     sent to the client before the implementer

22     arrives so that hopefully the client has

23     reviewed it and started filling it out.  That's

24     not always the case.  And so sometimes we start

25     with a blank spreadsheet and we just start

Page 46

1    asking the different questions that are on the

2    spreadsheet and having a discussion as their

3    current state and then recommendations for

4    future state.

5    Q.   So if a client were to completely fill out

6    the spreadsheet, answer all the questions

7    before you got there, is there any reason for

8    you to go in person to work with them?

9    A.   Yes, because they are going to have lots

10    of questions about how that's going to change

11    with the Munis system.

12    Q.   What do you mean by that?

13    A.   Currently they enter their -- their time

14    sheet is a piece of paper that the employee

15    fills out.  Going forward they are going to

16    either use ExecuTime module or they are going

17    to use what we call ESS, Employee Self-Service,

18    and fill out a time sheet electronically.  They

19    have to tell us which way they are going to go

20    so we can set up the system correctly.  So

21    that's not something that you can do based upon

22    a spreadsheet that just says:  We fill time

23    sheets out by paper.

24    Q.   So when you are meeting with clients who

25    haven't completed the full spreadsheet in

Page 47

1    advance -- well, first of all, how often does
2    that happen where you show up and the entire
3    spreadsheet has been completed?
4    A.    Zero percent.
5    Q.    When you do show up, what is involved in
6    the process of interacting with the client on
7    this current state phase of identifying the
8    answers to these questions?  What does it
9    actually look like when you are sitting down
10   with the client?
11   A.    I usually have the spreadsheet up on the
12   overhead and we talk about it.  And if they
13   have a question of how that might look going
14   forward, then we would also have the Munis
15   system open to that implementation database
16   that's completed with the dummy material that
17   they saw in the fundamental review.  And we can
18   walk through a scenario or discuss a screen
19   because they are not going to know the screen
20   like us as implementers are going to know the
21   screen so they can get a feel for what it will
22   look like.
23   Q.    Now, within Munis on the Human Capital
24   Management side, is there only one way to
25   perform each of the functions that a client

Page 48

1     And so I will verbally tell them how it could

2     also be done.  But if they are really stuck on

3     that's the way they want to do it, then that's

4     what we go with.

5     Q.   A moment ago in your testimony you

6     mentioned that after you've completed this

7     question-and-answer period, it moves to a phase

8     of recommendations.  Did I understand that

9     correctly?

10    A.   Correct.

11    Q.   Tell me about those recommendations.

12    A.   So we recommend the order that you put

13    your items called pay codes or deduction codes

14    so it will make it easier for them as they grow

15    those items within their system.  We help

16    recommend when they build tables maybe not to

17    use alpha because then if something comes up

18    later, they can't alphabetically fit things in

19    the right order, so we have them do things

20    numerically because they want to look at, you

21    know, absence and, you know, out of office, and

22    then they can't put something in between that

23    they wanted to, so numerically they can easily

24    do that.  So it's small little things like that

25    since, again, they don't know the system and we

Veritext Legal Solutions
800-336-4000

1    and update that and it's all in one place.  And

2    this is something that's posted out to the

3    client's SharePoint so they can manage it and

4    monitor it as to who they want to allow access

5    to it.

6    Q.    So when you talk about sometimes down the

7    road you find out that something is in the

8    future state section, but it isn't how it

9    happens, is that more in the way of like an

10   error or a mistake in the process?

11   A.    It could be that they thought a

12   particular -- I'll use the example of a life

13   insurance deduction.  They thought it was

14   calculated a certain way.  And then when they

15   meet with their benefit provider and find out

16   no, it's calculated this way, what we do find

17   sometimes is that their current system isn't

18   even calculating it correctly.  So when it

19   comes to Munis, then we are able to calculate

20   it for them.  So they have some discovery on

21   their part as to how they thought it was

22   working and how it really isn't working the way

23   that they thought it was.

24   Q.    And I apologize,  I misunderstood you

25   before.  So the "they" you're referencing is

1       to conduct that phase of the analysis?

2       A.    No.

3       Q.    Testing, what does that entail for you as

4       an implementation consultant?

5       A.    We come on site and we start what we call

6       a mini payroll with a few folks in the payroll

7       and run it through and see what -- where there

8       might be errors or what works.

9       Q.    Is this a task that needs to be performed

10      on site, or do you sometimes do it remotely?

11      A.    I -- usually you don't do it remotely

12      because you don't have access to their system.

13      Q.    So at the time that you're doing the

14      testing, you're actually using an installation

15      of Munis on the hardware of the client?

16      A.    Yes.

17      Q.    Whose data are you using to do the mini

18      payroll example you gave?

19      A.    We're using the client's data that we have

20      set up during that configuration piece.

21      Q.    What does this phase of implementation

22      look like?  Are you sitting in a classroom with

23      other people?  Are you sitting one-on-one with

24      subject-matter experts?  Just kind of what's a

25      general description of how this actually plays

1 out over the course of a given testing phase?

2 A. It usually is myself doing the steps with

3 it being broadcast onto a projector and other

4 employees in the room, which can vary, and

5 walking through the different items that we

6 discover throughout the testing process.

7 Q. What kinds of things are you likely to

8 discover in this process per your last answer?

9 A. A codes not calculating or deduction codes

10 not calculating.

11 Q. Why is this done in front of an audience

12 as opposed to you just sitting at a terminal

13 with a client?

14 A. In essence we are sitting at a terminal.

15 We are sitting at a computer.  And I would not

16 be able to do the correction without the

17 client's input to tell me that it's not

18 calculating correctly and how it should be

19 calculating.

20 Q. So you're sitting there, you're steering

21 the software, it's providing an output and the

22 client is saying:  That's wrong.  It should be

23 this.  Is that fair?

24 A. That's fair.

25 Q. Then what happens?

Veritext Legal Solutions
800-336-4000

1     A.    Then I ask them what it should be.  And so

2     then we kind of try to back into how Munis is

3     calculating it to determine where the missing

4     piece is to get it to the number that they are

5     looking to achieve.

6     Q.    How do you go about identifying what the

7     problem is in a given testing failure?

8     A.    You look at how the codes were originally

9     set up with something that we call a

10    calculation code and see if that's accurate.

11    If it's a percentage, is the percentage

12    accurate.  And again, seeing where something

13    might not have been completed.  And that's

14    usually the case.

15    Q.    When you are testing, do you ever find

16    breakages in the system that you're unable to

17    resolve while you're sitting there with the

18    client?

19    A.    Sometimes, yes.

20    Q.    What do you do in those circumstances?

21    A.    I take screenshots and submit a ticket to

22    support.

23    Q.    Once it goes to support, do you have any

24    continuing role in resolving that issue?

25    A.    I do.  I would be the point of contact and

Page 67

1    they would contact me, and depending upon if I

2    was going to be on site again or if I need to

3    forward that to the client or change the

4    contact to the client.

5    Q.    And just so I am clear, the "they" there

6    is support?

7    A.    Is support.  I'm sorry.  Yes, support.

8    Q.    Have you ever encountered scenarios where

9    you're there testing with the client and they

10   just don't like the functionality they have

11   elected and that's what the testing is -- the

12   testing is not showing a failure, but it's

13   showing that they just don't like what you're

14   presenting to them?

15   A.    Absolutely.

16   Q.    What do you do in those circumstances?

17   A.    I discuss with them, again, like I

18   mentioned previously, that they can look at

19   changing their internal process or put in an

20   enhancement request and work with the project

21   manager to get that accomplished.

22   Q.    At that point, can you revisit any of the

23   current state/future state analysis and say:

24   Well, there is a different process to do this,

25   or is it past that point and you can't do that

Page 68

1       go back and forth between customer and client.

2       I know client is the right word.  If the client

3       does say:  You know what, I don't like it on

4       the right, I want it on the left, and the

5       system can do it, are you allowed to make that

6       change?

7       A.    Yes, because it's driven by the client.

8       The client -- again, we are doing what the

9       client is requesting.  And so I would show them

10      where the setting is that moves it from the

11      right to the left.  And if that's what they

12      want, then that's the change we would make.

13      Q.    With testing, how much of the process is

14      scripted?

15      A.    Zero.

16      Q.    Would you expect or do you know if

17      non-senior implementation consultants are

18      instructed to perform testing in a different

19      way than what you've described?

20      A.    At Tyler there's no direction given to us

21      implementers, be senior or non-senior, to do

22      things differently.

23      Q.    Is that just true across all of the

24      implementation phases?

25      A.    It's true across all of them.

Veritext Legal Solutions
800-336-4000

1    Q.    Then I won't have to ask that question

2    again.

3          Next phase after testing would be

4    training, correct?

5    A.    Correct.

6    Q.    And there was a little confusion earlier

7    when we were first going through the phases.

8    Is there just one type of training that

9    implementation consultants do, or do you

10   differentiate between end user training and

11   other types of training?

12   A.    I differentiate the two.

13   Q.    Okay.  Let's take those in separate pieces

14   then.  So what is the not-end-user training?

15   What would you call that?

16   A.    I would call that more staff training.

17   I'm training the payroll processor on how to

18   process the payroll versus I'm showing you as

19   an employee how to complete your electronic

20   timecard in front of a kiosk or a computer.  I

21   would refer to you as an end user versus an

22   employee actually performing a function within

23   the system.

24   Q.    So are the people in that first phase more

25   like the administrators who are running

1    payroll, running benefits, running leave, and
2    the people in the second category are your
3    rank-and-file people who are getting the output
4    of the system whether that's a pay statement or
5    they're putting in their elections, things like
6    that?  Am I understanding that correctly?
7    A.    Yes.  That's a good definition of it.
8    Q.    So with that first phase, the staff
9    training, does that come before or after the
10   end user training?
11   A.    Before.
12   Q.    Can you tell me a little bit about what
13   your responsibilities are in that phase?
14   A.    So when we get to that stage -- in the
15   previous stage we were doing the testing.  Now
16   when we get to the training, I'm no longer
17   driving the computer with it up on the monitor.
18   Now the staff person is the driver.  And I am
19   just helping them through the process of
20   whatever notes they have taken to get to the
21   same end result as what we did during the
22   testing phase.
23   Q.    What are they driving through?  Is there a
24   set number of tasks they are performing, or
25   what is it they are supposed to be showing you

Page 72

1    A.    Yes, I do.

2    Q.    Have you ever given any feedback to a PM

3    about an agenda before going to a training?

4    A.    Absolutely.

5    Q.    Can you tell me a little bit about that?

6    A.    If it's a client I've been to on previous

7    occasions and I know we're ahead of where that

8    agenda is, I will let the PM know that we've

9    already covered that in a previous session

10   and/or the reverse. If they are behind, I'm

11   going to tell the PM they are not ready for

12   this module because we haven't completed the

13   previous module or the previous session that

14   they should have had completed.

15   Q.    In providing that feedback, have you had a

16   PM change the agenda to reflect those issues?

17   A.    Yes.

18   Q.    Have you had PMs refuse to change the

19   agenda despite those issues?

20   A.    I wouldn't say refuse, but I've just had

21   PMs that just don't update the agenda.

22   Q.    So when you are training and you are on

23   one of the agenda items and you decide they

24   have got it or alternatively you decide they

25   are not getting it, how do you decide when to

1    after go-live training?

2    A.   End-user training is usually before go

3    live because we have to train the users before

4    they -- it's time to enter your time sheet.

5    And if you've had zero training, that's not

6    going to go very well.

7    Q.   We'll plan to go to that next.  One of the

8    phrases that I have heard a lot in documents

9    and from other people is the phrase "train the

10   trainer."  Does that fit more in the staff

11   training or the end user training or both?

12   A.   The end-user training.

13   Q.   Good.  That's where I thought that would

14   go.  What's your responsibility in the end

15   user?

16   A.   Usually it's to observe and ask any

17   questions or answer any questions that might

18   come up when the train the trainer gets stuck

19   and isn't quite sure how to answer the

20   question.

21   Q.   So what does the phrase "train the

22   trainer" mean to you?

23   A.   It means that we have trained the staff to

24   conduct the end-user training because it will

25   mean a lot more coming from an internal person

1    than a Tyler employee so they will have a

2    direct contact with the staff member that

3    conducted the training.

4    Q.    So in your implementation experience, do

5    all implementations involve training the

6    trainer and training the end users directly?

7    A.    No.

8    Q.    What's the breakdown there in terms of

9    what you typically see, is it mostly one or the

10   other, pretty evenly distributed?

11   A.    For myself, I would say the train the

12   trainer is for the larger clients, and we

13   usually are not on site for that, that we

14   actually have trained the trainer so they don't

15   need us on site.  So then when it comes to

16   training end users, it's usually a smaller

17   client, and we are on site to help with that.

18   Q.    Let's take those in pieces then.  So

19   training the trainer, how do you go about doing

20   that as an implementation consultant?

21   A.    It is making sure that the employee -- I

22   can't really say making sure because we can't

23   read someone else's mind -- the person doing

24   the process is comfortable with how to run a

25   payroll, if she has to show a payroll clerk, or

Page 85

1    A.    Again, usually I'm not conducting that

2    training.  I'm just there to help them do the

3    training.  So it's up to them how they put that

4    training together.  Some have done a little

5    slide deck overview and then have them jump

6    right into the system.  And again, it's not a

7    production system.  So they are having them

8    enter their time sheet for that given week or

9    last week so they can practice in the system.

10   Q.    To your knowledge, does Tyler give the

11   clients training materials for the trainer to

12   use with the end users?

13   A.    Tyler gives the client zero documentation.

14   Q.    Have you ever assisted a trainer in

15   preparing the materials that they show to the

16   end users to help them understand the system?

17   A.    Yes.

18   Q.    Can you tell me a little bit about that?

19   A.    I have found documentation out on what we

20   call the community board.  So other clients

21   will post training material out there and I

22   have downloaded it to my computer.  And so if

23   the client says:  Hey, do you have any

24   documentation on how to enter a time sheet and

25   how a supervisor approves it, I say:  Well, I

Page 88

1    didn't put it together, but here's something

2    you can use as a template.  It was out in the

3    community.  You might even contact XYZ client

4    if you need more information.

5    Q.   And I think we're -- again, we're

6    disconnecting on something here.  I'm trying to

7    paint a picture for myself here of how the

8    end-user training works.  So you have gone in,

9    the trainer knows how to do this now because of

10   the work you have done with them, they are

11   standing in front of, in my image here, and

12   please tell me if I am wrong, a classroom of

13   people.  Is that fair?

14   A.   That's fair.  It might be six people, but

15   yes.

16   Q.   So six people.  Is there a part of this

17   end-user training process that's not actually

18   using the system, like the trainer is standing

19   up there saying:  Slide one shows what the

20   screen is going to look like, here's why we do

21   this, slide two shows what's going to come out

22   next, now in a minute you're going to get to

23   try this, like a typical training, or do they

24   go straight into the system in your experience?

25   A.   I would say it was the first example a

1    little bit more because, again, the terminology

2    from their system to the Munis system could be

3    different.  So they want to give them a little

4    background as to maybe why they are changing

5    systems and what this new system will do for

6    them.  So they will do a little history,

7    housekeeping and then, yes, jump into the

8    system and let them push the buttons.

9    Q.   Do you as an implementation consultant

10   play any role in assisting the trainer

11   preparing those preliminary materials before

12   they jump into the system?

13   A.   No, I do not.

14   Q.   Have you ever been participating in an

15   implementation where you got the sense that the

16   end users just weren't understanding?

17   A.   Yes.

18   Q.   What do you do then?

19   A.   I mention it to the person who is

20   conducting the training that either the

21   gentleman or the lady at the back of the room

22   was struggling with the computer system.  The

23   most confusion, I believe, is culturally with

24   language.  And so we try to -- when I mention

25   that to the trainer, then they try to find

Page 90

1    Q.    Anything else?

2    A.    Not that I can think of.

3    Q.    Have you ever recommended to a PM that the

4    go-live date change?

5    A.    No.

6    Q.    Are you aware of any implementation

7    consultant doing that?

8    A.    I can't speak for the other

9    implementations that I am not involved with.

10   Q.    Oh, sure.  I'm just asking if you're aware

11   of it.  If you're not aware of it, that's fine.

12   A.    Yeah, not that I'm aware of.

13   Q.    Would there be a reason you wouldn't make

14   that recommendation if you observed problems?

15   A.    If it was a client that I was working

16   with, I would voice my opinion to recommend

17   because I want the client to have a good

18   experience.  And then I would leave it up to

19   the project manager to, like I said, discuss it

20   with the client.

21   Q.    Do you view it as part of your job to

22   voice that to your project manager?

23   A.    I do.

24   Q.    So what are you actually doing in the

25   go-live phase as an implementation consultant?

                                              Page 54

1    A.    I am trying to keep the team calm because
2    they are usually pretty anxious.  Just helping
3    them through the steps and correcting any
4    last-minute changes that come around.  And, you
5    know, again, trying to pump them up and have it
6    be successful.
7    Q.    And this is going to sound like a silly
8    question, but what do you do to help keep them
9    calm?
10   A.    Sometimes I -- you know, certainly I will
11   jump in and work shoulder to shoulder with them
12   and help them out if we find a big issue that
13   needs a lot of data entry and help them out in
14   that regard, and then certainly show them what
15   I did after the fact or just kind of make light
16   of it:  Well, when this is over, we'll go out
17   and celebrate, that kind of thing.  So just try
18   to keep it as lighthearted as possible when
19   it's an intense moment, when they know that
20   they want to get these employees paid properly.
21   Q.    So just for reference then -- I mean, is
22   adopting Munis a significant institutional
23   change in your experience?
24   A.    Yes, it is.
25   Q.    Why?

Veritext Legal Solutions
800-336-4000

1     usually three days.

2     Q.    I know we talked earlier about how Tyler

3     doesn't provide different instruction to

4     non-seniors versus seniors on how to do these

5     things.   In your experience, are these phases

6     allocated differently based on seniority?

7               MR. BROME:   Objection, vague as to

8     "allocated."

9               You can answer if you understand.

10              THE WITNESS:   They are -- the module

11    does not dictate who shows up because, again,

12    the client has no idea whether I'm senior or

13    whether I'm just an implementation consultant.

14    BY MR. CORRELL:

15    Q.    But Tyler knows who the senior

16    implementation consultants are, correct?

17    A.    Yes, they do.

18    Q.    In your experience, are senior

19    implementation consultants staffed on certain

20    phases more than others?

21    A.    Yes.

22    Q.    Which phases are more frequently assigned

23    to senior implementation consultants in your

24    experience?

25    A.    The analysis and salary and benefit

Page 98

1    projections.

2    Q.    What are salary and benefit projections?

3    A.    That is a module that allows the finance

4    department to put their budget together for the

5    upcoming fiscal year or two years or six months

6    or whatever their fiscal year happens to be for

7    budgeting.

8    Q.    So then just so I understand your

9    testimony correctly, it's mostly senior

10   implementation consultants who would do the

11   entire implementation of salary and benefit

12   projections?

13   A.    For that particular module, seniors get

14   assigned to that more so than regular

15   implementation consultants.

16   Q.    Are there any phases that seniors

17   typically just don't get assigned to in your

18   experience?

19   A.    Fundamental review.

20   Q.    Has that always been the case?

21   A.    No, because we haven't always had senior

22   implementation consultants.

23   Q.    Was that the case prior to January 2019

24   when the materials you previously testified

25   about were assembled?

1      Q.   Yes.  Would you say you did it once a
2      week, twice a week, ten times a week?
3      A.   I would call my project manager -- I
4      would -- the only time I would call them on
5      site is if we had a technical difficulty that I
6      needed him or her to push to get an escalated
7      ticket through quicker than what I was able to
8      get it through.  Other than that, there would
9      be no conversation with the project manager.  I
10     should clarify that too.  Unless the project
11     manager asked me because they knew there was an
12     issue on site and wanted me at lunchtime to
13     follow up and let me know how things were going
14     because either they were way behind and wanted
15     to clarify how things were on site.
16     Q.   How commonly did that occur?
17     A.   Maybe twice.
18     Q.   One of the things listed on your résumé
19     that we previously marked as Exhibit 1 is,
20     "Mentor other implementers on the Tyler
21     systems."
22          Did I read that correctly?
23     A.   Yes.
24     Q.   What do you mean by that bullet?
25     A.   That when a new employee is hired and

Page 101

1    after they have finished their initial training
2    with Tyler, they are assigned a mentor/buddy
3    and we are their first point of contact instead
4    of support for the first six months that they
5    are out there billable with a client.  And when
6    I say "Tyler systems," that's not just Munis
7    but also ExecuTime, which is our timekeeping
8    system because both of those systems fall under
9    us as implementers to implement.
10   Q.    So this is a formal pairing through the
11   company?
12   A.    Yes, it is.
13   Q.    And we've heard some testimony previously
14   about the shadowing process.  Is there a role
15   in the shadowing process for you with respect
16   to these new implementation consultants?
17   A.    There is.  When we were on site with
18   clients, I could have someone that is new
19   shadowing me and they would still be within
20   their standardized Tyler training period so
21   that way they could see how training is
22   conducted and we could visit after hours or
23   during lunches as to questions they might have
24   regarding the Munis product.
25   Q.    Once you've been assigned your mentee, are

Page 102

1     you given specific instructions on tasks to
2     complete with that mentee?
3     A.    Yes.
4     Q.    What types of tasks are you instructed to
5     complete with them?
6     A.    Have a conference call with them once a
7     week and check in with them to make sure things
8     are going well and be available to them.
9     Sometimes they do shadow -- you know, my mentee
10    would shadow me.  And sometimes it's just a
11    random person that's shadowing me, not someone
12    that I am a mentor to.  So again, it's just
13    additional training for them without being in a
14    classroom at Tyler.
15    Q.    Are you given instruction on what to talk
16    about on the calls with the implementation
17    consultants, or is it more of mentee-driven
18    discussion?
19    A.    It's more of a mentee-driven discussion.
20    Q.    How much of your time would you say you
21    spend on this task?  Is it a very small piece
22    of it, or is it a pretty substantial
23    responsibility?
24    A.    Since it's a six-month program for six
25    months I'm with them, the first three months I

Page 103

1   well-groomed, those types of things versus

2   being sloppy at doing our job.

3   Q.   And then a little bit below that you say,

4   "Troubleshoot any system issues based upon

5   client requirements,"

6        Did I read that correctly?

7   A.   Yes.

8   Q.   What do you mean by the word

9   "troubleshoot"?   What did that entail?

10  A.   That's similar to what we previously

11  discussed on the testing piece, that if we find

12  that something isn't working the way that it

13  should and they have a particular requirement

14  determining whether Munis can do it or can't do

15  it, and if it can do it, did we make a mistake

16  in the configuration that we need to adjust so

17  it will do the proper thing, or do they need to

18  put an enhancement request in in order to meet

19  the requirement.

20  Q.   I want to get one more topic and then

21  we'll take another short break.

22        We talked briefly about your weekday

23  schedule between Tuesday and Thursday.   What

24  was the rest of the week?   What were you doing

25  Mondays and what were you doing on Fridays?

1    A.   Usually on Monday in the morning hours I
2    would be preparing for my session that I would
3    be doing and then getting on an airplane and
4    traveling to the client site.   And depending
5    upon where that client site is, I might have to
6    leave early or get there late or whatever the
7    flight schedules allowed.   And then on Friday
8    it was finishing up any open-ended items that
9    were on site such as [unintelligible] support
10   tickets, finishing up my site report, doing my
11   expense account, maybe visiting with the PM on
12   how things went when I was on site.   So it was
13   a home office day on Friday.
14   Q.   So I want to walk through each of the days
15   to get a sense of how much time was spent
16   working.   And so we can get as granular as we
17   need to break that out, go ahead and see how it
18   goes.   Monday morning, what time did you
19   typically start working?
20   A.   8:00.
21   Q.   And what time would you typically stop for
22   the day?   I know there's travel in there.   So
23   I'm just looking for kind of a generalized
24   average.
25   A.   Usually around 6:00 p.m.

1    Q.   Are you familiar with the acronym NBCQT?

2    A.   Yes.

3    Q.   What does that stand for?

4    A.   Not billable counts towards quota.

5    Q.   What is encompassed within that category

6    of time?

7    A.   When I work for a client and they haven't

8    purchased a day, Tyler will give them kind of a

9    free day.  And so Tyler absorbs that.  But the

10   quota again on that sliding scale, if I do more

11   than 12 billable days, I get bumped up so it

12   counts towards that quota.

13   Q.   Have you ever had an occasion where you

14   get to 4:30 and you are done for the day and

15   the client asks you to stay because there's

16   more that needs to get done that day?

17   A.   Yes.

18   Q.   What, if anything, do you do with that

19   time in terms of reporting it?

20   A.   Usually I tell the client that I can stay

21   for a few moments, but I can't stay much longer

22   than that and we can cover that in -- the

23   remainder of it in the morning.  So I kind of

24   limit it to about a half hour.  So if I do stay

25   later, I only stay until about 5:00.  And then

Page 124

1
                    REPORTER'S CERTIFICATE
2

STATE OF MINNESOTA    )
                           )
3
                           ) ss.

COUNTY OF HENNEPIN    )
4

5
        I hereby certify that I reported the
deposition of Pamela M. Costner on October 19,
6
2020, in Maple Grove, Minnesota, and that the
witness was by me first duly sworn to tell the
7
whole truth;
8
        That the testimony was transcribed by me
and is a true record of the testimony of the
9
witness;
10
        That the cost of the original has been
charged to the party who noticed the deposition,
11
and that all parties who ordered copies have been
charged at the same rate for such copies;
12

        That I am not a relative or employee or
13
attorney or counsel of any of the parties, or a
relative or employee of such attorney or counsel;
14

        That I am not financially interested in the
15
action and have no contract with the parties,
attorneys, or persons with an interest in the
16
action that affects or has a substantial tendency
to affect my impartiality;
17

        That the right to read and sign the
18
deposition transcript by the witness was reserved.
19

        WITNESS MY HAND AND SEAL THIS 2nd day of
20
November, 2020.
21

22

23

24
Dana S. Anderson-Linnell
Notary Public, Hennepin County, MN
25
My commission expires 1/31/2025

                                                Page 139

```
 1   dbrome@nka.com
 2                      November 2, 2020
 3   Kudatsky, Aaron Et Al. v. Tyler Technologies
 4   DEPOSITION OF: Pamela Costner 4297248
 5        The above-referenced Witness transcript is
 6   available for read and sign.
 7        Within the applicable timeframe, the witness
 8   should read the testimony to verify its accuracy. If
 9   there are any changes, the witness should note those
10   on the attached Errata Sheet.
11        The witness should sign and notarize the
12   attached Errata pages and return to Veritext at
13   errata-tx@veritext.com.
14        According to applicable rules or agreements, if
15   the witness fails to do so within the time allotted,
16   a certified copy of the transcript may be used as if
17   signed.
18                      Yours,
19                      Veritext Legal Solutions
20
21
22
23
24
25
                                          Page 142
```

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate: The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

# EXHIBIT 2

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4                    Case No.:  3:19-CV-07647-WHA

5                    Judge William Alsup

6    _____

7    AARON KUDATSKY, Individually and on

8    behalf of all others similarly situated.

9          Plaintiffs,

10   vs.

11   TYLER TECHNOLOGIES,

12        Defendant.

13   _____

14

15

16

17      REMOTE ZOOM VIDEOCONFERENCE DEPOSITION OF

18               IAN M. ROTH

19         Taken Tuesday, October 20, 2020

20             Scheduled for 2:30 p.m.

21

22

23

24   REPORTED BY:  DANA S. ANDERSON-LINNELL

25   Job No.:  TX 4297263

                                    Page 1

1      about how many different implementations would
2      you say you worked on, just ballpark figure?
3      A.    Start to finish I did two.  If you add up
4      all the rest of them, 40 to 50.
5      Q.    When you say "start to finish," what do
6      you mean?
7      A.    Start is when it's the kickoff.  When you
8      meet the client for the first time, you do the
9      analysis with them, and you take them through
10     go live of the financials.  So "go live"
11     meaning you stop entering in your old system
12     and you start entering in Munis.
13     Q.    And we're going to go through all of the
14     phases here in just a little bit, but I just
15     want to make sure I understand correctly.  So
16     there were two projects where you did every
17     phase of the implementations from beginning to
18     end, and then the rest of these would be a
19     portion or a single discrete phase?
20     A.    That's correct.
21     Q.    Would you say of the 40 to 50 that weren't
22     complete that you were typically only doing one
23     phase on a given project, or was it more of a
24     you did a piece of it with a couple of
25     different phases?

Veritext Legal Solutions
800-336-4000

1        Q.    So at a very high level, how would you

2        describe the job of an implementation

3        consultant?

4        A.    Boots on the ground.

5        Q.    To do what?

6        A.    To work one-on-one with the client to

7        ensure a successful go live for a product that

8        met their needs.

9        Q.    And during your tenure at Tyler, did Tyler

10       ever give you instruction on how you should

11       describe the role of an implementation

12       consultant to clients?

13       A.    Tyler described the role of an IC to us.

14       Q.    How did Tyler describe that role?

15       A.    I don't recall, except to say that what I

16       just told you is sort of engrained in my

17       psyche.

18       Q.    But do you recall any training on if

19       you're sitting on an airplane and the person

20       sitting next to you says:  Hey, what do you do,

21       here's what Tyler wants you to say?

22       A.    No.

23       Q.    And again, another high-level question:

24       In your own words, what is an implementation?

25       A.    What is an implementation consultant?

Page 27

1    Q.   No.   What is an implementation?

2    A.   With regard to Tyler?

3    Q.   Correct.

4    A.   An implementation is working with the

5    client to translate what they do into the Munis

6    software so that they can successfully transfer

7    their time on their old financial system onto

8    the Munis.   You're implementing the product.

9    You're getting them onto it.

10   Q.   And Mr. Roth, I want to run through what I

11   understand from other witnesses to be the

12   phases of an implementation.   If you disagree

13   with these phases, please say so.   I'm not

14   trying to tell you what to testify.   I'm just

15   trying to expedite the process here rather than

16   trying to solicit them from you individually.

17        So what I understand the phases of an

18   implementation to be within ERP are, number 1,

19   a fundamentals review; number 2, an analysis,

20   which is sometimes called current state or

21   future state; number 3, setup and

22   configuration; number 4, testing; number 5,

23   training, which can split for some people into

24   two categories, staff training and end-user

25   training; and number 6, go live.   Do those

Page 28

1     Q.  And you said a few moments ago that this

2     training became much more structured as the

3     organization got larger.  What changed about

4     the training based on your observations?

5     A.  I made a recommendation that they

6     introduce the shadow assignments during that

7     nine-week period.  So they added those.  I

8     believe they started providing outlines.  I

9     can't recall a whole lot, but I definitely

10    remember that the first nine weeks evolved

11    quite a bit since I had been there.

12    Q.  So this is going to sound like a dumb

13    question, but when you say "outlines," what do

14    you mean?

15    A.  I'll retract that.  I don't know.  It's

16    very vague, but I do remember talking to the

17    new onboards because as I shadowed someone, I

18    had a number of shadows as I was moving along.

19    So I remember vague conversations about that.

20    Q.  When you recommended that shadowing be

21    added to the earlier period of training, was

22    that recommendation adopted?

23    A.  Yes.

24    Q.  Who did you make that recommendation to?

25    A.  My PM, Scott Parks.

Page 41

1    what you say.  Rather it was more like a
2    checklist of items that will be demonstrated,
3    and then you can check off on them and see if
4    they're satisfied.  And if they didn't, then
5    they would go back and talk to the project
6    manager.
7    Q.    So if you were working in your hotel room
8    to prepare for a fundamentals review and going
9    through this checklist and you encountered
10   something that didn't work or was wrong, what
11   did you do?
12   A.    Depends on the nature.  If it's data, you
13   can go into the back end and you can fix that
14   data.  If it's trying to convert — what did we
15   do?  Convert a received item to something that
16   could be paid and that didn't work, you call
17   support.
18   Q.    Who attended the fundamentals review
19   presentations that you provided for the client?
20   A.    Typically the project manager is there on
21   Tyler's side, myself.  And then it would depend
22   on what module of functionality we would be
23   demonstrating.  So we would have -- how many
24   did we do?  Maybe three or four modules in the
25   morning and three or four in the afternoon.  So

Page 35

1    Q.   Did you ever do that, add your own?

2    A.   Yes.

3    Q.   Why?

4    A.   Because the way I wanted to demonstrate

5    something, that data was not in the system.

6    Q.   Did you have to go to the PM to get

7    permission to make those deviations?

8    A.   I wouldn't call them deviations.

9    Q.   Did you have to go to your project manager

10   to get permission to add your own data as

11   you've described?

12   A.   No.

13   Q.   Did you tell your project manager prior to

14   giving the presentation that you had made those

15   changes?

16   A.   They're not changes inasmuch as you're

17   adding data points.  I would always keep my PM

18   abreast of what was going on and how it was

19   going.

20   Q.   Once you completed the fundamentals

21   review, the next phase would be analysis, which

22   is sometimes called current state/future state,

23   correct?

24   A.   Yes.

25   Q.   What does that phase entail?

Page 43

1    A.   It's going through with the client doing

2    analysis of how they do their work currently,

3    the steps involved and how that would be done

4    in Munis going forward.

5    Q.   Practically speaking, your task to go do

6    an analysis for an implementation, you're

7    helping the client do this review of how they

8    do their work and the steps involved, to use

9    your testimony, what does that actually look

10   like?  What are you actually doing during the

11   three days that you're on site in a given week?

12   A.   It's more than three days, but it's just

13   multiple weeks.  We had spreadsheets where we

14   would go through.  I'm trying to visualize it

15   right now.  Ask them how procedurally they went

16   through each of the functionalities.  And we

17   mark it on the spreadsheet, which was then used

18   for future use.  And then we -- through

19   discussion we would then put down the answers

20   to what they will be doing going forward with

21   Munis.

22   Q.   So on that first part, the current state,

23   where you're asking them questions and then

24   inputting data onto the spreadsheet, are you

25   just putting in word for word what they tell

Page 44

1      you, or how -- what's actually being written

2      down in that exchange?

3      A.   Information pertinent to be used during

4      setup.  God, I'm relearning my entire job

5      there.  I hadn't thought about it for two

6      years.  Inn-keeping is a little different.

7      Q.   I can imagine.  Hopefully fewer

8      spreadsheets.

9      A.   Yeah.

10     Q.   The spreadsheet you described, and I've

11     heard some testimony on this already, could the

12     client just fill out the current stateside by

13     themselves with no input from you?

14     A.   No.

15     Q.   Why not?

16     A.   As I said, this is a basis for the setup

17     process.  So as an implementer, I understand

18     the question and what it translates to with

19     regard to the software.  That being said, at

20     times we would give the spreadsheet to the

21     client after going through if we ran out of

22     time, and then we would together review their

23     answers and correct them as needed.

24     Q.   Once you got to the future stateside of

25     the analysis phase, what were you doing with

Page 45

1      the information from the current stateside of
2      the analysis phase?
3      A.    So that goes to:  You're doing it this way
4      now.  Do you want to keep doing it that way, or
5      do you want to do it differently?  A lot of
6      times their current software constrained them
7      to do things a certain way and the
8      functionality of Munis would allow them
9      multiple options beyond what they were allowed
10     to do.  So then they got to consider:  Is this
11     an efficiency?  Is this something we want to
12     embrace?  Do we want to change what we've been
13     doing before?  Do we want to stay the same?
14     Q.    Did you play any role helping them make a
15     decision between the options available in
16     Munis?
17     A.    Yes,
18     Q.    What role did you play?
19     A.    They would ask questions, I would give
20     them answers.  They would --
21     Q.    What do you mean by that?
22     A.    They would say:  Well, if we did it this
23     way, what does that mean?  How would that
24     change things?  And if I saw efficiencies, I
25     would recommend them.  If the client decided

                                          Page 46

1    not to adopt them, that's the client's choice.
2    It was not my place to tell them they had to do
3    it a certain way unless it was a functionality
4    limitation by Munis software.
5    Q.   Were you ever told by Tyler that you were
6    prohibited from making recommendations to a
7    client about one modality versus another for
8    accomplishing tasks in Munis?
9    A.   No.
10   Q.   Would you say making recommendations was a
11   pretty common occurrence to bring your work on
12   the future stateside of analysis?
13   A.   Yes.
14   Q.   Did Tyler encourage you to make any
15   specific types of recommendations between given
16   choices that might be available for a
17   particular task that needs to be performed?
18   A.   No.  Tyler as a business, no.  We did have
19   back and forth between ICs.  We had sessions
20   where we came together and worked through
21   issues.  We shared knowledge, but that's —
22   nothing that the company said:  This is what
23   you need to do.
24   Q.   And when you talk about this
25   knowledge-sharing among ICs, was that through

Page 47

1    message boards and things of that nature

2    provided through Tyler?

3    A.    No.   That was me picking up my cell phone

4    and texting someone or putting an email out to

5    the whole team:  How does this work?  Or

6    reaching out saying:   I need some tutoring on

7    this.   Who can help me?

8    Q.    During this process of helping the client

9    migrate to the future state, did the client

10   ever ask you if Munis could do something that

11   you knew it could not do?

12   A.    Yes.

13   Q.    What did you do in response to those kind

14   of inquiries?

15   A.    I would tell them that Munis can't do

16   that.   But if I saw some way to get to where

17   they wanted to go, I would help explore that

18   and see if we can get a positive answer.

19   Q.    Was there an option for clients to

20   purchase customization to make Munis do things

21   that it didn't do in its normal form?

22   A.    Yes.

23   Q.    Did you play any role in facilitating

24   those kind of changes as part of your role as

25   an IC?

Page 48

1        A.    Facilitating, yes.

2        Q.    And now I'm going to break that down.  So

3    what did you do when a client said:  Yes, I'm

4    willing to pay to make Munis perform this task

5    that it doesn't normally do?

6        A.    I'm going to go into El Paso, Texas again.

7    They had a -- I can't remember the specifics.

8    Some way of looking at funds Tyler couldn't do,

9    Munis couldn't do.  Through a series of back

10   and forths with myself and the other financial

11   IC, we brought it back to Kevin's attention.

12   Kevin came in, we had a number of meetings

13   between the division managers.  What's her

14   name?  She and I helped answer questions to our

15   technical ability.  Kevin and -- God, I can

16   picture her.  I can't remember her name.  Kevin

17   and her and I kind of pow wow'd.  They were

18   adamant about they wanted to have that

19   functionality, couldn't live without it.  So

20   the project was put on hold.  And there were

21   negotiations between El Paso and Tyler.  And

22   that functionality came in in a later version.

23       Q.    Once you completed the analysis phase, and

24   I mean the royal you, not you personally, the

25   next phase would be setup and configuration,

1    correct?

2    A.    Yes.

3    Q.    What was your responsibility in the setup

4    and configuration phase?

5    A.    Just to go into the software and with the

6    client work through those spreadsheets to

7    toggle on and off switch, put in settings.

8    It's all the back end.  Who has access to these

9    accounts, how the accounts are set up.  It's

10   all the functionality of each of the modules.

11   There's a setup screen for each of them.

12   Q.    So if you already have the completed

13   spreadsheet from the analysis phase, why do you

14   need to be with the client to do the setup and

15   configuration?

16   A.    You want to be sitting with the client

17   who's going to be owning that part of the

18   functionality of the software when you leave.

19   You want to be -- what you're doing is you're

20   setting up the system, but you're also training

21   the person who's going to be modifying and

22   manipulating the settings after the IC leaves.

23   Q.    So in that case is the reason, in your

24   opinion, that you were on site to perform that

25   task is primarily to start the training

Page 50

1     process, it's not actually facilitating the

2     configuration and setup itself?

3     A.   I think it's both.

4     Q.   How does being with the client facilitate

5     the setup and configuration itself apart from

6     the training benefits that you referenced?

7     A.   Clarification.  You might get to a

8     point -- and the answer that's on -- I used to

9     call it the as-is, to-be, which is the future

10    and the past or whatever.  You may need

11    clarification.  Or it may be a decision point

12    where it looks like there wasn't complete

13    understanding.  And so then you explain:  Well,

14    if you say this yes, you're going to have this

15    X, Y and Z.  If you say this no, it's A, B and

16    C.

17    Q.   And I'll use your terminology with this

18    as-is, to-be.  So when you were in the setup

19    and configuration phase, did the to-be ever

20    change as a result of you're sitting there with

21    the client and they're seeing this

22    configuration occur?

23    A.   Yes.

24    Q.   What kinds of things would lead to a

25    change in the to-be that was established in the

Page 51

1    want?  Do you want to sequence them?  Do you
2    want to use your numbers?  Do you want to use
3    our numbers?  We had certain applications —
4    let me rephrase this.
5         When I started conversions, it was a
6    separate department and everything was sent to
7    them.  And so you had a timetable that you had
8    to work with.  And you had to get it right on,
9    otherwise conversions, if you didn't have it at
10   the right time frame, it could mess up your
11   go-live date.  They might be too backed up in
12   information.  As Munis developed within the
13   time that I was there, many of those
14   conversions were built into the software where
15   we could do them.
16   Q.   Was the decision about how this data was
17   going to be migrated in the way you just
18   described part of analysis, or was this part of
19   the discussion in the setup and configuration
20   phase?
21   A.   I believe we hit it early on just because
22   it's so significant.  And then there are other
23   pieces -- ICs and PMs got the contract that was
24   signed between Tyler and the client.  There's
25   certain things within the contract that the

1      client may have paid for, such as this type of

2      conversion, or they may not have paid for.  So

3      in that discovery phase, if they decided they

4      really want to migrate this, then we kick it

5      back to the PM.  The PM goes to conversion,

6      conversion makes a quote, and that gets brought

7      back to the client.

8                   MR. CORRELL:  Okay.  I think we're

9      at a good spot for a break.

10                  (Recess 3:40-3:50.)

11     BY MR. CORRELL:

12     Q.   So Mr. Roth, when we left off, we had just

13     finished talking about the setup and

14     configuration phase.  I believe the next phase

15     in the implementation would be testing, is that

16     correct?

17     A.   Yes.

18     Q.   What is the testing phase of an

19     implementation?

20     A.   Testing is meeting out whether or not the

21     setup was done as expected, and it's more

22     training.

23     Q.   First, what exactly are you checking

24     through your tests?

25     A.   So I'm digging back here.  The chart of

                                           Page 56

1    accounts should have been built.  The testing
2    goes and it starts with the bare beginnings of
3    the combination of the different elements of
4    the charter of accounts to make sure that your
5    accounts are what are expected.  My brain is
6    thinking about all the different other pieces
7    of this that I remember doing now.  So you're
8    building things.  You're building accounts to
9    make sure that they're behaving as expected.
10   You are then pulling the accounts into -- it's
11   amazing how quickly you lose the big scheme of
12   things.  You're bringing the accounts into
13   things like invoices and purchase orders.
14   You're running through the different processes
15   so that you're training how to use them.
16   You're seeing if the setup gained what was
17   expected.  You're going to hit bumps all along
18   the way.  And it's just testing the setup and
19   configuration through the processes to see if
20   the outcome was the desired outcome and if the
21   setup was done properly with all the different
22   elements.
23   Q.   How did you know what tests to run on a
24   given client system?
25   A.   So we have scripts for each of the

1    A.    Okay.

2    Q.    So the next phase that we listed at the

3    beginning of the deposition today that would

4    come after testing would be training, is that

5    right?

6    A.    Yes.

7    Q.    And I know we've talked a little bit about

8    training along the way.  Do you make a

9    distinction between an informal training

10   earlier in the process and this phase that's

11   actually labeled as training?

12   A.    Yes.

13   Q.    What's the distinction?

14   A.    During the prior phases before training

15   you're working with the functional leaders, the

16   decision-makers to conform, build the system as

17   desired.  There's not -- if you have a larger

18   organization, City of Berkeley; El Paso, Texas,

19   you can't have all the players in the room

20   because you'll never get anything done.  And

21   it's just not feasible.  So the training is

22   rolling it out to the functional users at

23   different levels.

24   Q.    And when you say "functional users," what

25   do you mean?

Page 63

1    who need to be there aren't showing up, the

2    people who are showing up are doing their email

3    all day long or they're being called out to

4    meetings if they're not getting it.  That's why

5    the go-live date is so tricky.  But always if

6    you -- if it's not working, I always go to my

7    PM and I lean on them because that's their

8    responsibility in terms of meeting it.

9    Q.    When you encounter those problems and you

10   go to your PM, did you make recommendations

11   about what should be done to solve the problem?

12   A.    We would talk about it.  If it was -- I

13   mean, I wouldn't make any recommendations that

14   the PM already wouldn't know.  So it's, you

15   know, do we need to add training?  Do we need

16   to swap this out?  Is this group really on it

17   and this group isn't?  So we -- I mean, like I

18   said, I'm the boots on the ground.  I see

19   everything firsthand.  The PM comes out as

20   often as they feel necessary, maybe one week a

21   month, maybe one week every five, six weeks,

22   whatever it is.  But my responsibility is to

23   communicate to the PM what I see and have them

24   make the decisions about how they want to

25   proceed.

Page 72

1  assigned to the go-live phase?

2  A.   Those were always the most fun because you

3  see the fruition of all your work coming

4  together.  On a good go live, everyone's been

5  trained, everyone's done their practicing.  The

6  agenda is:  Go help whoever needs help.  So

7  everyone starts -- you flip the switch,

8  everyone starts processing in Munis.  And

9  depending on the size and whether it's a

10  smaller client that's in one building or a

11  larger client that's in multiple buildings,

12  you're working with the project manager on

13  their side.  And you're saying, you know:

14  Contact me if you hear something that's going

15  on.  And you're basically putting out fires and

16  answering questions.

17  Q.   Is the project manager on site with you

18  for the go live in most instances?

19  A.   It depends.

20  Q.   How often as a percentage of your

21  implementations was the project manager with

22  you for go live?

23  A.   At least 75 percent of the time.  They

24  make a great effort to be there because it's

25  a -- hopefully it's a celebration.

Page 78

1      Q.   What are they doing during go live?

2      A.   Moral support.  It depends on the project

3      manager.  Some are more hands-on than others.

4      If they're hands-on, then they will be putting

5      out fires the same way I am.

6      Q.   And just to clarify one thing from the

7      beginning of the day, we got your list of

8      supervisors when we first started, correct?

9      A.   Yes.

10     Q.   The project manager would change for every

11     project, correct?

12     A.   Okay.  So let me explain this a little

13     better.  Well, you probably know this, but I am

14     assigned to a project manager who's my

15     supervisor.  Each project has its own project

16     manager.  They sometimes are the same.

17     Oftentimes they aren't.

18     Q.   And I just wanted to clarify that so that

19     when we look at the transcript later when

20     you're talking about project manager in these

21     phases, it may or may not be your supervisor,

22     correct?

23     A.   That's correct.  Actually, it will be my

24     supervisor if they are the project manager of

25     that project.

Page 79

1    steps more than others, or were there certain

2    areas where you had more work than others?

3    A.    So on the clients that I did -- I'll call

4    it soup to nuts, the whole start to finish, you

5    spent the time that was allotted that was

6    determined by the contract and the two PMs.

7    For the one-offs or the -- I'm doing three or

8    five weeks here and I'm going to do another six

9    weeks here over there and then I'm going to

10   have one week over here, it's hit or miss.  So

11   I can't say that I spent any more time doing

12   one phase or another because it's just all over

13   the place.

14   Q.    And then looking at implementations

15   generally, not specifically what you were

16   doing, are all of these phases pretty much

17   equal parts of the implementation process, or

18   do some take more work than others?

19   A.    By "more work," do you mean more weeks?

20   Q.    Correct.  More time.

21   A.    Yeah.  It's not five weeks to each of

22   them.  It all depends on what modules they

23   purchased.  It depends on what was negotiated.

24   It depends on the structure of the client.  It

25   varied.

Page 83

1    of the implementation in the site report?

2    A.   It's more observations and decision

3    points.

4    Q.   What do you mean by "decision points"?

5    A.   If the client saw some sort of

6    functionality and they changed their mind or

7    they had to make a decision to be able to

8    figure out whether they want to go to the right

9    or to the left, document it.

10   Q.   Did you make any recommendations for the

11   project manager to consider in your site

12   reports?

13   A.   No.

14   Q.   You've talked about agendas a couple of

15   times.  When would you receive the agenda for a

16   given week?

17   A.   Depends on the project manager.

18   Q.   What were the different possibilities?

19   A.   You never receive it.  In which case you

20   know what you're supposed to be working on that

21   week and you go into the library and you grab

22   the generic one and you just do it.

23   Q.   How often did that happen?

24   A.   Too often.  Once is too often.  Some PMs

25   were known to exhibit -- the behaviors of the

Page 87

1    reports instead of learning the client from the
2    client.
3    Q.   I want to walk through quickly a typical
4    week.  And again, this will just be a
5    generalization.  I understand that it's an
6    estimate and that it's not going to correlate
7    to a specific week during your time with Tyler.
8    And we'll do Monday through Sunday just so you
9    know where we're going.  So on Mondays, what
10   was your typical job responsibility?
11   A.   My typical job responsibility on Monday is
12   to get to the client site safely, to get myself
13   from wherever I am to the hotel that's been
14   chosen for the client.
15   Q.   Any other job responsibilities on Mondays
16   besides travel?
17   A.   Oh, yeah.  Continually prepping for the
18   client.  If this is a week that's -- if this is
19   your first week with the client, any research
20   you haven't done, continue to do.  If it's a --
21   if you've been there the week before, make sure
22   that everything that you promised you have
23   answered.  On clients where I only had to
24   drive, I would typically use my home office for
25   a lot of that stuff.  On those clients where I

Page 93

1    usually you're off site by 4:30.  Now, it's

2    nice the client gets those breaks, but rarely

3    does the IC because they're always trying to

4    answer questions or deal with a support issue

5    or the PM wants to talk to you about this or

6    that.  So it's really -- the breaks aren't even

7    discretionary.

8    Q.    And the break that I am actually

9    interested in is going to be the lunch break.

10   How often would you say that you had a lunch

11   break where you didn't work?

12   A.    Thirty-five percent.

13   Q.    And would that be an hour or less than an

14   hour?

15   A.    Oh, that I actually got the full break or

16   the break -- about 35 percent of the time I

17   would get a full break, the full hour.

18   Q.    The rest of the time, did you get partial

19   breaks, or were you working straight through

20   that hour-long lunch?

21   A.    Oh, working straight on through.  If I

22   could get out, I could get out.  If I couldn't,

23   it was done.

24   Q.    Did you --

25   A.    And then --

Veritext Legal Solutions
800-336-4000

1    13.5 hours a day would be the typical range you

2    experienced on a Tuesday?

3        A.   Yes.  And you can copy that for Wednesday.

4        Q.   Did that change over your tenure as an IC

5    as you became more experienced?

6        A.   No, because you're -- like I said, the

7    software is constantly changing and developing,

8    so you have to stay an expert on that.  And the

9    client demand doesn't really change.  So you

10   just always need to be prepping.  When you

11   become more familiar and you're getting used to

12   the tasks, then you take the time to learn the

13   next thing that's coming up.  So yeah, I might

14   be better with accounts payable.  And as I get

15   more adept at it, I don't need to learn it.

16   Instead I'm prepping other aspects.  I'm

17   learning other modules.  I'm corresponding with

18   other Tyler people.

19       Q.   What was your schedule on Thursdays in

20   terms of time you spent doing things as an

21   implementation consultant?

22       A.   So it would be the same for the morning

23   and afternoon.  In Summit County and Pleasanton

24   and a couple other places, I sometimes did a

25   half day on Friday.  So if I do a half day on

Page 100

1       Friday, my Thursday is like my Wednesday and
2       Tuesday.
3          Q.    What about when you didn't?
4          A.    Okay.  So that becomes I've got to go home
5       now.  So typically at 4:30 I'm shot from the
6       week.  So at that point I probably set up my
7       flight at a time where I would go straight from
8       the site to return -- to go and fill up -- get
9       towards the airport, fill up the gas in the
10      car, rental car, return the rental car, take
11      the shuttle back to the airport, do your TSA
12      dance waiting in line to get to your gate.  And
13      then if it's a flight, typically it's two legs.
14      And then you -- at that point you make it out
15      to your car, whether that's -- typically that's
16      a walk, not a shuttle for me.  And then you
17      drive home.  Now you're going to ask me:  Well,
18      how long is that?  I can say:  Well, it
19      depends.
20         Q.    And again, I'm just trying to get a range
21      here.  So on a Thursday when you're staying to
22      do a Friday training, you typically bill 10.5
23      to 13.5 -- or work 10.5 to 13.5 --
24         A.    Work, yeah.
25         Q.    Apologies.  I misspoke.  It's work.  On a

                                            Page 101

1    implementations where you did every phase,

2    correct?

3    A.   I did two of those.  I did Pleasanton and

4    Summit County, Colorado.  Everything else I

5    think I've hit -- I spent a lot of time in

6    Texas.  And I got to go to the far eastern side

7    of Texas, which is exciting.  So I got to skip

8    a couple time zones.  I thought it was central.

9    I've been to Washington, Oregon, Nevada, Utah,

10   California.  Who am I missing?  Pretty much it.

11   Q.   What does your schedule look like on a

12   Friday?

13   A.   There are two types of Fridays.  There's

14   the I'm working on site for a half day, which

15   is -- and that was Summit County.  And there

16   are a couple others.  I think Bend, Oregon.  I

17   did a couple of those.  And that would be

18   working until noon and then doing that whole

19   fly thing back home.  So that would be -- I'm

20   tracking time zones.  I'm trying to remember.

21   Six to eight hours.

22   Q.   So that would put us again at 12 to 14 on

23   a Friday when you were on site?

24   A.   Yeah.

25   Q.   What about the Fridays where you were not

Page 103

1       five-minute break for me to collect my notes,

2       and then I may just be ready to pass the

3       witness.

4                       THE WITNESS:   Okay.

5                       (Recess 5:12-5:17.)

6                       MR. CORRELL:   I'm just going to pass

7       the witness.   I don't know if Mr. Brome has

8       anything or not.

9                       MR. BROME:   Yeah, I just have a

10      couple quick things to follow up on.

11                      EXAMINATION

12      BY MR. BROME:

13      Q.   Mr. Roth, earlier today you said that

14      there are a million decisions in putting

15      together Munis.   Do you recall that?

16      A.   Yes, I do.

17      Q.   How many of those decisions are you

18      making?

19      A.   Zero.   These are all the client decisions

20      on how they want the software to work.

21                      MR. BROME:   I have no further

22      questions.

23                      FURTHER EXAMINATION

24      BY MR. CORRELL:

25      Q.   How does the client go about making those

                                        Page 112

1      decisions?

2      A.    Clarify?

3      Q.    What is the process provided by Tyler to

4      facilitate the client making those, quote,

5      million decisions?

6      A.    Asking questions.

7      Q.    Of whom?

8      A.    Of the IC.

9      Q.    And what do you do in response to those

10     questions as an IC?

11     A.    Answer them truthfully.  So if they've --

12     what happens if we put -- if we include this

13     option or not include, what happens if we want

14     to track this data or that data.  I understand

15     the functionality of the software, they don't.

16     So they tell me what they want and I assist

17     them in that type of configuration.

18               MR. CORRELL:  I have no additional

19     questions.

20               THE COURT REPORTER:  Danny?

21               MR. BROME:  Nope.

22               THE WITNESS:  Quick question.  Is

23     there going to be a transcript that's going to

24     be coming out that I get to review?

25               MR. BROME:  Yep.  I'll give you a

                                        Page 113

REPORTER'S CERTIFICATE

STATE OF MINNESOTA   )
                        ) ss.
COUNTY OF HENNEPIN   )

       I hereby certify that I reported the deposition of Ian M. Roth on October 20, 2020, in Maple Grove, Minnesota, and that the witness was by me first duly sworn to tell the whole truth;

       That the testimony was transcribed by me and is a true record of the testimony of the witness;

       That the cost of the original has been charged to the party who noticed the deposition, and that all parties who ordered copies have been charged at the same rate for such copies;

       That I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel;

       That I am not financially interested in the action and have no contract with the parties, attorneys, or persons with an interest in the action that affects or has a substantial tendency to affect my impartiality;

       That the right to read and sign the deposition transcript by the witness was reserved.

       WITNESS MY HAND AND SEAL THIS 1st day of November, 2020.

*Dana Anderson*

Dana S. Anderson-Linnell
Notary Public, Hennepin County, MN
My commission expires 1/31/2025

Veritext Legal Solutions
800-336-4000

California Code of Civil Procedure

Article 5. Transcript or Recording

Section 2025.520

(a) If the deposition testimony is stenographically recorded, the deposition officer shall send written notice to the deponent and to all parties attending the deposition when the Original transcript of the testimony for each session of the deposition is available for reading, correcting, and signing, unless the deponent and the attending parties agree on the record that the reading, correcting, and signing of the transcript of the testimony will be waived or that the reading, correcting, and signing of a transcript of the testimony will take place after the entire deposition has been concluded or at some other specific time.

(b) For 30 days following each notice under subdivision (a), unless the attending parties and the deponent agree on the record or otherwise in writing to a longer or shorter time period, the deponent may change the form or the substance of the answer to a question, and may either approve the transcript of the deposition by signing it, or

refuse to approve the transcript by not signing it.

(c) Alternatively, within this same period, the deponent may change the form or the substance of the answer to any question and may approve or refuse to approve the transcript by means of a letter to the deposition officer signed by the deponent which is mailed by certified or registered mail with return receipt requested. A copy of that letter shall be sent by first-class mail to all parties attending the deposition.

(d) For good cause shown, the court may shorten the 30-day period for making changes, approving, or refusing to approve the transcript.

(e) The deposition officer shall indicate on the original of the transcript, if the deponent has not already done so at the office of the deposition officer, any action taken by the deponent and indicate on the original of the transcript, the deponent's approval of, or failure or refusal to approve, the transcript. The deposition officer shall also notify in writing the parties attending the deposition of any changes which the deponent timely made in person.

(f) If the deponent fails or refuses to approve the transcript within the allotted period, the

deposition shall be given the same effect as though it had been approved, subject to any changes timely made by the deponent.

(g) Notwithstanding subdivision (f), on a seasonable motion to suppress the deposition, accompanied by a meet and confer declaration under Section 2016.040, the court may determine that the reasons given for the failure or refusal to approve the transcript require rejection of the deposition in whole or in part.

(h) The court shall impose a monetary sanction under Chapter 7 (commencing with Section 2023.010) against any party, person, or attorney who unsuccessfully makes or opposes a motion to suppress a deposition under this section, unless the court finds that the one subject to the sanction acted with substantial justification or that other circumstances make the imposition of the sanction unjust.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

# EXHIBIT 3

1          UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2
3    AARON KUDATSKY, Individually  ) Case No.:  3:19-CV-07647-WHA
     and on behalf of all others   )
4    similarly situated,           )
                                   )
                                   | DEFENDANT'S NOTICE OF TAKING
5         Plaintiffs               | DEPOSITION OF PLAINTIFF
                                   | AARON KUDATSKY
6    vs,                           )
                                   | Judge William Alsup
7    TYLER TECHNOLOGIES,           )
                                   | Action Filed:  November 20,
8         Defendant.               |                2019
9
10
11
12          ORAL AND VIDEOTAPED DEPOSITION OF
                      AARON KUDATSKY
13                 SEPTEMBER 11, 2020
14
15       ORAL AND VIDEOTAPED DEPOSITION of AARON KUDATSKY
    produced as a witness at the instance of the Defendant, and
16   duly sworn, was taken in the above-styled and numbered cause
    on the 11th of September 2020 from 11:06 a.m. to 6:15 p.m.,
17   before Christie Tawater, CSR, RPR, in and for the State of
    Texas, reported by computerized stenotype machine remotely
18   via Zoom from her home located in Fort Worth, Texas pursuant
    to the California Federal Rules of Civil Procedure and the
19   provisions stated on the record or attached hereto, that the
    deposition shall be read and signed before any notary public
20   pursuant to Rule 30(e)(1).     Job No. 4253180
21
22
23
24
25

                                              Page 1

1              MR. BROME:  Mike, I could use a short

2      break when you're at a convenient stop.

3              MR. CORRELL:  Let's just go ahead and

4      take a short break right now then.

5              MR. BROME:  Thanks.

6              THE VIDEOGRAPHER:  End of video one of

7      Aaron Kudatsky.  Off the record at 12:03.

8              (Short recess taken.)

9              THE VIDEOGRAPHER:  Now back on the

10     record.  Video two of Aaron Kudatsky.  The time is

11     approximately 12:15.

12         Q.    (BY MR. CORRELL)  Mr. Kudatsky, when we

13     left off we had started talking about the training

14     you received during your time at Tyler or at least

15     when you arrived at Tyler.

16              Can you describe what your initial

17     training was like?

18         A.    It began with --

19         Q.    Go ahead.

20         A.    It began with spending about one week in

21     the Yarmouth/Falmouth offices in Maine where we were

22     given basically a one week initial training program

23     to introduce us to some of the fundamentals of the

24     Tyler Munis product, and also give us some

25     understanding and overview of what it was going to be

                                        Page 46

1    like as an implementation consultant with Tyler
2    Technologies.  Following that --
3         Q.    And how was the --
4         A.    Go ahead.
5         Q.    No.  Go ahead.
6         A.    Following that we had about 30 days of
7    remote instruction via go-to meeting from the
8    trainers out east.
9         Q.    Any other initial training?
10        A.    As part of the fall training program we
11   were sent to shadow with other implementation
12   consultants which could have been anywhere from --
13   there was one initial shadow week followed at the end
14   of the training program by anywhere from three to
15   approximately six shadow weeks.  This training
16   included three facilitations, which were essentially
17   presentations where we were expected to present on
18   what we had learned previously in the training and
19   were given a specific task and prompt for that
20   facilitation.
21        Q.    So from the day you show up -- and let's
22   just assume for the sake of argument that the -- your
23   first day of work is when this training starts,
24   was -- was that the case?
25        A.    Correct.  Minus one day for traveling.

Page 47

1      A.     What happens during the setup and
2   configuration portions.
3      Q.     But what are the options?  What -- what --
4   what could be different from one customer to the next
5   in how they receive the Munis product once it's been
6   configured?
7      A.     There are literally hundreds, if not
8   thousands, of different ways that this can be
9   configured.
10     Q.     Can you give me a couple of examples of
11  common configuration issues that you would present or
12  discuss with a client?
13     A.     As an example, in the inventory module you
14  say what inventory -- I don't know the right term to
15  this, but costing you're doing, so one example is
16  first-in, first-out or average costing, and that was
17  decided by -- or that answer was decided by the
18  client based on their organizational operations.
19     Q.     So is that a configuration that would be
20  set exclusively based on what they were previously
21  doing?
22     A.     They could have decided if they wanted to
23  change it and we just told them this is their option,
24  this is the decision they need to make and then would
25  show them and help them with setting it up,

Page 52

1    implementation at least one-half day per week?

2         A.    At least 60 percent of the time.

3         Q.    Did that entail travel?

4         A.    No.

5         Q.    For your one part per week that you were

6    doing for your primary implementation did any other

7    implementation consultant also do that work alongside

8    you for that part?

9         A.    No.  No.  It was very rare.

10        Q.    Did it ever happen?

11        A.    If there was a second person on site then

12   they were tasked with a whole separate agenda or

13   different tasks, otherwise, we were alone on site.

14        Q.    So, for instance, you never would have had

15   an occasion where you and another person would both

16   be doing testing for this customer on this project on

17   the same week?

18        A.    No.  Very rare.  If so it would be two

19   different classrooms with two different modules or

20   topics or areas.

21        Q.    You mentioned there were 30 days of remote

22   training after you finished the initial one week.

23             What was the 30 days -- or what did

24   the 30 days of remote training cover?

25        A.    It was covering that wrecked [SIC] check

1    process.

2        Q.    In those 30 days how much time were you

3    spending on this training?

4        A.    We were in a full-day session from

5    generally 8:30 to 4:30 eastern time and then had a

6    full, generally, afternoon of studying or we were

7    given worksheets, like take-home assignments, that we

8    had to complete by that week or by that following

9    day.

10       Q.    So this is 30 days of true dedicated

11   full-time training?

12       A.    Correct.

13       Q.    And it was only after you complete that

14   training that you move on to the job shadowing?

15       A.    Correct.

16       Q.    How long did you job shadow for?  I believe

17   you said it could be anywhere from one to six weeks,

18   is that correct?

19       A.    Correct.  The average was four, and I think

20   I did about four shadows.

21       Q.    When you do the job shadowing who are you

22   shadowing, what -- what person?

23       A.    A more tenured implementation consultant.

24       Q.    Did you shadow the same person for all four

25   weeks?

1      Q.     So you never went to your supervising

2    managers and said, hey, here's the way I think I

3    should do this, is this okay?

4      A.     So Scott and Jennifer are examples of --

5    they were my supervising managers, but I had also

6    worked on some of their projects, and, yes, there

7    were times when I would go to them and say this is,

8    you know, what I want to do, and if it's a more

9    uniform decision -- sorry -- if it -- that could have

10   been more client specific or something that the

11   client could have been sensitive to, or it could have

12   worked or not worked with that client, then I was

13   suggested, recommended, referred to that client's

14   project -- to the project manager for that project.

15     Q.     You mentioned client sensitivities a couple

16   of times; was that something you ever were able to

17   observe yourself while working with the client?

18     A.     Yes.

19     Q.     Did you ever change how you were

20   approaching a client because of their sensitivities

21   after you made that observation?

22     A.     Yes.

23     Q.     Can you give us an example?

24     A.     Some clients referred and asked for much

25   more visual mode of instruction or presentation,

Veritext Legal Solutions
800-336-4000

1     thus, I would -- you know, if there was a report that

2     we could have produced out of Tyler Munis then some

3     clients were very big and specific on me running that

4     report and showing it to them on the screen for them

5     to discuss.  Other examples, some clients asked that

6     you as the consultant were navigating the screen and

7     navigating the computer in the front of the room

8     while others, the project manager -- and this is

9     another example where you refer or go to the project

10    manager of that project for recommendations of

11    instruction method, but other clients -- or the

12    project managers would recommend that you have

13    them -- one of the people from their group in the

14    room to sit at the front computer and navigate the

15    screen and you would be providing them instruction,

16    essentially, from the side.  So instead of me

17    navigating the mouse and computer and showing all the

18    steps, I would say, go here, click here, do this, do

19    that, but they would be at that front computer.

20                And these are not things I would know

21    about that project or client until I either asked the

22    project manager or if I show up on site and choose

23    and decided to do it the usual way.  And the common

24    way was when we as individuals drove at the front of

25    the room and navigated that computer sometimes they

Page 75

1    would ask for the opposite, or if I started with --
2    again, other project managers preferred that they
3    navigate the screen and do all the driving, and so if
4    I started with that, then if I didn't have cleared or
5    asked the project manager or their project manager,
6    each client, generally, had a project manager that
7    navigated the project from their end, then the group
8    would sometimes become upset or frustrated.
9         Q.    When the group became upset or frustrated
10   what would you do?
11        A.    We were taught and instructed -- and this
12   was part of the training -- you asked about the life
13   of an implementation consultant -- we were always
14   encouraged and told if the group became frustrated to
15   take a break, then either have a discussion with
16   their project manager or I would call the project
17   manager for that client -- or sorry, the -- the
18   project manager from the Tyler side for that project.
19        Q.    So you never changed the modality in
20   response to a frustrated class without talking to
21   a -- a project manager.
22        A.    Correct.
23        Q.    Did you ever change the modality because
24   the client just asked you to?
25        A.    Yes.

Veritext Legal Solutions
800-336-4000

1      Q.     You were allowed to do that without talking
2   to the project manager first?
3      A.     Usually if it was okay -- so their project
4   managers were oftentimes sitting in on these
5   sessions, so if it was asked by their project manager
6   then that would be okay, too.  Again, it was all
7   dependent on what the project manager from the Tyler
8   side kind of gave you a heads-up warning of, you
9   know, hey, if this -- if this project manager, like,
10   whatever they ask you to do, this group is sensitive,
11   whatever -- they know their group well, whatever they
12   ask you to do, follow that, or I've had problems with
13   this client in the past, for these reasons, I'm
14   giving you specific requests or instruction or
15   whatever to do things the specific way or a certain
16   way.
17      Q.     You mentioned a fundamentals presentation
18   earlier?
19      A.     Yep.
20      Q.     What was the proper name of that?
21      A.     Fundamentals review.
22      Q.     And we talked earlier about the five parts
23   of an implementation, where does that fit in the five
24   parts of an implementation?
25      A.     It was technically presented.  That was a

Page 77

1    newer step that was adopted by the Tyler, I don't

2    know if you want to call it upper management or

3    project management office, but they -- when they came

4    up with that idea they created all the scripts and

5    then later it was presented before the analysis so

6    the client can have an understanding of what the

7    system looks like.  It was often -- for many of the

8    attendees in the room it was going to be their first

9    time seeing the Munis software.

10    Q.    How long did you spend on a given

11    fundamentals project?

12    A.    So fundamental review sessions, again, in

13    the same one-week increments and there was

14    specific -- you know, from the -- more at the project

15    management level of here's all the lists of the

16    different fundamentals reviews, here's how long each

17    of them should take, and so it was assigned to me or

18    to any consultant based on that.

19    Q.    And -- and, typically, the implementation

20    consultant was on site from Tuesday to Thursday,

21    correct?

22    A.    Correct.

23    Q.    So if you were assigned to do a

24    fundamentals presentation you would do that for three

25    solid days?

Page 78

1    approximately?

2         A.    So there was a separate fundamentals review

3    script for each module area and I remember them --

4    some of them being 30, 40, 50 pages.

5         Q.    And how many different modules were there?

6    I'm trying to get a different sense of how many

7    scripts -- how many pages of script you were using

8    from memory because you said you weren't reading

9    them.  So how many pages of script were you

10   presenting in a given week without consulting the

11   script?

12        A.    Well, we would still be consulting the

13   script and having the document in front of us.  We

14   just had to become familiar with the document that we

15   weren't, essentially, reading it word for word, yet

16   there were still consultants that would read it word

17   for word.  We were just encouraged to prepare and

18   become familiar with it that we weren't reading it

19   word for word to have a better presentation style.

20        Q.    Other than walking through the script did

21   you do anything else during the sessions?

22        A.    No.

23        Q.    So would there be any difference if they

24   just videotaped the presentation and shown it to the

25   customers?

1       A.      Essentially not.  But we were only going

2   through and showing the modules or the programs that

3   this client was to be using, so you didn't want to,

4   essentially, waste their time and show them things

5   that they did not purchase.

6       Q.      Did the fundamentals presentation change at

7   all from customer to customer assuming they were

8   buying the same modules?

9       A.      No.

10      Q.      Did the customers ask any questions during

11  these sessions?

12      A.      Some would ask questions, but the

13  general -- we were told to basically start that

14  session off with, and the general kind of notion was,

15  that they were not asking questions and all the

16  questions would be saved for the analysis sessions.

17  If they were asking questions then we would just

18  write these questions down and save them for the

19  analysis sessions.

20      Q.      So during fundamentals presentations you

21  never answered client questions?

22      A.      If it was a simple shorter question that I

23  knew the answer to I would, but otherwise, again, we

24  were asked to stick -- stick with the script and save

25  any questions to analysis because many of those

Page 84

1    review separate.

2                       After that came analysis, correct?

3         A.    Correct.

4         Q.    What is the purpose of the analysis phase?

5         A.    It was there for -- to understand what the

6    client was currently doing, and then, essentially,

7    understand and decide what they were going to be

8    doing once they were using the Munis system.

9         Q.    How was the analysis phase conducted?

10        A.    First, the client was sent -- we had,

11   essentially, analysis quenched [SIC] in years, again,

12   one per module area, and they were all sent to the

13   client or posted on the client share point for them

14   to download.  They were asked to fill them out on

15   their own and then a project manager would schedule a

16   [SIC] analysis session.  It was kind of the latter

17   model from when I was at Tyler.  It was known as

18   current state and future state.  And so your first

19   analysis sessions as a consultant with the client

20   would be talking about what they're currently doing,

21   and then basically going over that questionnaire that

22   they answered.  And then if -- they might have some

23   questions on terminology used and so helping them

24   fill that out.  And then following that you would go

25   to the future state part.  And, again, questionnaire

1      Q.     And this was another task that took a full
2   billable week, so approximately 24 business hours?
3      A.     It could take more than that.  Again, it
4   was per module area, so I could be tasked as a
5   consultant to come in and say I am doing -- like, you
6   will be doing analysis for accounts payable, and
7   let's say accounts receivable, and that could be my
8   one specific week, and then I can go away to work on
9   a different project.  The following week or maybe the
10  week before a different consultant was tasked to do
11  analysis for charter accounts and general ledger.
12     Q.     So most of the time that you showed up for
13  these projects had the clients already answered all
14  the questions or most of the questions I'll say?
15     A.     Yes.
16     Q.     So then what were you doing --
17     A.     We were --
18     Q.     -- during those billable days?
19     A.     So we were reviewing those documents and
20  that was their opportunity to ask any questions and
21  to make sure that everything was answered properly in
22  its entirety.
23     Q.     Did you use a script to answer their
24  questions?
25     A.     No.  I was using supporting documentation

Veritext Legal Solutions
800-336-4000

1    they're going to schedule (Zoom failure) session for
2    a consultant to finish that -- let's say, that same
3    week.  A -- I've been asked, hey, will you have time,
4    when are you flying back, Thursday night, great,
5    like, do you have time on Friday morning to finish
6    this with them or --
7        Q.    Yeah.  My question's a little different.
8    though.
9              If you're on site by yourself as the
10   implementation consultant working with the customer
11   and you realize that you are not accomplishing the
12   goals for the week and you need additional time you
13   would not contact your project manager and say I
14   think we need additional time?
15       A.    I would contact my project manager and say
16   we need additional time or I'm not sure if we will
17   accomplish this agenda based on what you've provided
18   to me.
19       Q.    So -- so going back to the -- the
20   allotments of amount of time.  I'm trying to get a
21   sense of how the work is distributed across these
22   sections that we're going to walk through.  So I've
23   got two to four weeks for a fundamentals
24   presentation.  I've got four to six weeks for the
25   analysis phase.

                                        Page 104

1    project managers and it's something, you know, other
2    Tyler project managers, including Scott Steven, told
3    me about his experience becoming PMP certified.
4         Q.    So if you had been promoted to project
5    manager as you requested you would have had no
6    ability to allocate billable hours across these
7    phases without additional training?
8         A.    I would have had to learn and have access
9    to all the separate project management documentation,
10   time lines, methodologies for running a project at
11   Tyler Technologies.  That is why these are two
12   different roles.  One is a project manager and then
13   one is an implementation consultant.
14        Q.    The first -- the -- the phase we're talking
15   about is called analysis, correct?
16        A.    Correct.
17        Q.    What did you analyze, if anything?
18        A.    Current state and future state.
19        Q.    But you told me that the clients filled out
20   a form and you answered their questions about
21   terminology and what other clients do; do I have that
22   correct?
23        A.    Correct.
24        Q.    So what were you analyzing?
25        A.    We were looking at how the client was going

Page 108

1    to be doing, you could say, business operations in

2    the new system.

3         Q.    What did that entail on your part?

4         A.    Essentially, translating what they were

5    currently doing or what they are looking to be doing

6    into the Munis terms.

7         Q.    So in the Munis software is there only one

8    way to accomplish each of the financial functions

9    that your clients were implementing Munis to

10   accomplish?

11        A.    No.  As discussed previously there are

12   hundreds and thousands of different options,

13   configurations and ways that this can be configured,

14   but each check box option, everything is configured

15   based on decisions made during analysis.

16        Q.    But is that just an entirely automated

17   process based on their answers to that spreadsheet or

18   is there -- what -- what else plays a role, if

19   anything?

20        A.    Analysis is there to adopt whatever their

21   processes are, whether they're going to stay the same

22   or whether they choose to make changes in this.

23   Sometimes there was questions asked to the clients

24   where that functionality or decision had not been

25   made before because their previous system did not

Page 109

1    have that feature or functionality, and that is where

2    we were asked to explain, give examples, give

3    definitions, give experiences because now the client

4    was tasked with making a decision on that.

5        Q.    Did you ever have a client ask you if Munis

6    could do something that to your knowledge it could

7    not do?

8        A.    Yes.

9        Q.    What did you do in response to that

10   scenario?

11       A.    If Munis did not have the functionality --

12   well, first, we had a, you could almost say, a forum

13   or board where we can post, essentially, questions,

14   and generally -- actually the -- the proper, you

15   could say, step in that scenario was to send an

16   e-mail to the implementation analyst, which is a

17   separate role at Tyler, and that implementation

18   analyst was going to tell you what the proper

19   solution, workaround, et cetera.  So I could ask

20   other consultants and say, what have you done before,

21   and oftentimes, at one point or another it's a --

22   it's a question or answer or a solution that came

23   from the project analyst, implementation analyst, and

24   they're -- it's a separate implementation analyst

25   team, and also a specific designated e-mail, I think

1    it was like Munis IMPL at Tyler Tech dot com or

2    something specific where you send in your question or

3    your issue and then that creates, I think, like a

4    separate support ticket and that's where the

5    implementation analyst answers that question.

6         Q.    Do you dialogue with the implementation

7    analyst at all?

8         A.    It was, essentially, recommended that

9    everything was done in that, like, support case and

10   ticket, so it was then available for future reference

11   and documented if anyone -- so that Tyler -- again,

12   step one is like Tyler knowledge base was a good

13   place to search, and you can search specific key

14   words and it will give you and me -- if I needed help

15   with something or I -- I needed to learn about

16   something then I would go to the Tyler document

17   library and knowledge base and type in whatever key

18   words or questions and terms, and some of the search

19   results I would get would be documents that could be

20   related to it or previous, you know, for example,

21   implementation analyst cases or support cases to

22   instruct me or guide me of how to go forward.

23        Q.    To your knowledge, was there ever an effort

24   to create a new solution to meet that customer need?

25        A.    That's what the implementation analyst and

Page 111

1    Again, we have six phases here.

2        A.    Yes.

3        Q.    Was your personal work, things you did,

4    more focused on any one of those phases or was it

5    pretty evenly distributed all across in terms of the

6    types of projects you were doing?

7        A.    I don't have a way to answer that question.

8    You would have to look at my previous calendar to

9    see.  It was how I was scheduled or tasked.

10       Q.    So as you sit here today you don't have a

11   sense of it?  That's all I'm trying to ask you.

12       A.    I have a sense that I've done them all.

13       Q.    But you don't have a sense of whether

14   you've done some more than others?

15       A.    I would say training, testing and setup

16   configuration are the biggest bulk of that time

17   there.  Yeah.

18       Q.    Going back to Exhibit 1.  Take a moment

19   because it's taking a second to load.  There we go.

20   In the first bullet under Tyler Technologies there's

21   one slight difference here that I just want to have

22   you explain.  You say, provided client facing

23   professional and thorough training implementation and

24   consultation.  On the other exhibit that we just

25   looked at it only referenced training and

Veritext Legal Solutions
800-336-4000

1    consultation.   What did you mean by adding the word

2    implementation here as distinct from the other two?

3        A.    You mean why did I add client facing?

4        Q.    No.  So in -- in the LinkedIn resume it

5    says training and consultation.

6        A.    Right.

7        Q.    In the resume here it says training

8    implementation and consultation.  I've asked you to

9    explain what training means and what consultation

10   means.

11       A.    Right.

12       Q.    What did you mean when you added the third

13   word implementation as -- as distinct from these

14   other two?  I'm trying to figure out what each of

15   these skills are that are on your resume.

16       A.    Right.  Implementation is really getting

17   your system up and running, or your client up and

18   running on the system, really putting -- kind of

19   inter-webbing the two between them and view, so doing

20   everything that's needed.  So you could say that

21   training and testing and everything that we talked

22   about, it goes within implementation, but it's to

23   show that I've worked on the different phases overall

24   in implementation while some organizations have

25   specific positions or tasks that focus on just

Page 144

1    testing or just training versus at Tyler we were

2    tasked on the various parts of -- of implementation

3    and getting the software implemented and the client

4    up and running.

5        Q.    And -- and while we're here, there was a

6    bullet here that says, completed six life cycle ERP

7    implementations including SAAS.  What does that mean?

8        A.    SAAS, software as a service.  Some clients

9    had the system and the data sitting on their servers

10   versus some clients had the data in the system

11   sitting on the Tyler servers.

12       Q.    And -- and I'm sorry.  I wasn't clear.

13             What does completed six life cycle ERP

14   implementations mean?

15       A.    Really, like having gone through, you could

16   say, like the full -- like the -- life cycle being

17   you've gone through the whole implementation.

18       Q.    By that do you mean on a single

19   implementation you did the -- the full life cycle six

20   times?  So from -- you did all of these phases for

21   one customer's implementation or I --

22       A.    No.  Six --

23       Q.    -- I'm just trying to understand what you

24   mean by that.

25       A.    Six different ones.  Six different ones.

1        A.      Yeah, go-live phase.

2        Q.      Once the system has gone live.

3        A.      So the system could be broken, a lack of

4   setup in the previous steps, so you could start

5   trying to process something and it's not working

6   because there's little pieces of the puzzle missing.

7        Q.      Whose job is it to figure out what piece is

8   missing?

9        A.      Oftentimes, the system will tell you

10  there's an error, and as an implementation consultant

11  I have better knowledge and access to that knowledge

12  base to help the client determine what it is that

13  needs to be changed.  But at that point, especially

14  if the client is live, it is their system for them to

15  use for them to configure, so as an implementation

16  consultant I'm there to say the reason why you're

17  having this error message is because we are missing

18  this code table.  You need to go in and create this

19  code table.  Or one of the bigger parts, I'd say, are

20  more common during go-live is users missing a role

21  in, like, permissions in the system to be able to do

22  certain things.  And, again, as an implementation

23  consultant with the knowledge of the system, if

24  they're trying to do something and they can't do it

25  and they say I am trying to, let's say, delete and I

1     don't have that ability, I'll tell them you need to

2     go in there, you know, role and give them the ability

3     to delete, or, you know, go to that user and change

4     their role that they are given.

5          Q.    When an implementation starts from the very

6     beginning is there a go-live date?

7          A.    Yes.

8          Q.    Who decides the go-live date at the very

9     outset of the implementation?

10         A.    The project manager.

11         Q.    Does that date ever change?

12         A.    Yes.

13         Q.    What kinds of things can cause the go-live

14    date to change?

15         A.    The -- I would say 90 percent of the time

16    it's factors from the client side.  Whether they

17    don't --

18         Q.    Such as?

19         A.    They might not feel ready.  They might have

20    had staffing changes where they are not in the

21    position to continue implementation.

22         Q.    Any others that just come to mind, any

23    other examples?

24         A.    The system either missing functionality or

25    issues where, again, there -- there -- it's not ready

                                              Page 153

1    to go-live because it's still broken or not working

2    right.

3          Q.    How common was it for the go-live date to

4    change in your experience?

5          A.    It's happened.  But I wouldn't always,

6    let's say, know about it because I wasn't there for

7    the full part of the project with the exception of my

8    EAM projects where I would get to see that more

9    directly play out.  But if I was tasked on a specific

10   project, a project manager could mention to me, like,

11   you know, they've had to delay their go-live because

12   they feel that they're lacking training in the

13   certain area, I'm bringing you on site so you can

14   provide them this additional training so they can

15   move a step in the stage closer to go-live.

16         Q.    Were you aware of any time when a go-live

17   date was accelerated to be faster than it was

18   originally planned?

19         A.    I guess it could have happened.  I -- I

20   can't recall any direct examples.  But most of that

21   initiative is pushed from the client.

22         Q.    Did you ever reach out to a project manager

23   and recommend that the go-live date be changed?

24         A.    No.

25         Q.    Would it surprise you if other

Page 154

1    implementation consultants did reach out to project
2    managers and make suggestions about the go-live date?
3         A.    It wouldn't surprise me.  But, really, the
4    decision and everything around the go-live date was
5    at the hand and tasked the hand and -- and really in
6    the control of the project manager.  The project
7    manager could reach out to the consultant and say,
8    you know, I need them to have -- to be fully trained
9    on this area in order to be live, do you think that
10   you accomplished your goals, that they are 100
11   percent trained and capable to perform that
12   certain -- you know, working in this certain program
13   in order to go-live, you know, if not we're going to
14   have to change the go-live date.
15        Q.    At any point while you were working as an
16   implementation consultant did you work on an
17   implementation and think to yourself I think the
18   go-live date needs to be postponed?
19        A.    I may have thought that, but the push is
20   always get the customer live, get the customer live.
21   And it's one of those, like, push them over the edge,
22   like, you know, even if I thought that, my goal was
23   to meet the agenda or task at hand provided by the
24   project manager, because that's what they wanted for
25   the project, that's what they had planned, that's

Page 155

1    time is approximately 4:34.

2         Q.    (BY MR. CORRELL)  Mr. Kudatsky, one last

3    point I want to address before moving on to some

4    other topics.

5                 Several times today you've made

6    reference to tracking and reporting that was

7    happening while you were on site as an implementation

8    consultant; did I understand that correctly?

9         A.    Correct.

10        Q.    And part of the purpose of that tracking

11   and reporting was to allow project managers to know

12   whether things were going well or going poorly,

13   correct?

14        A.    Correct.  Also --

15        Q.    How did you -- go ahead.

16        A.    It's more than just well or poorly.  One is

17   document everything that was happening on site for

18   any future reference.  If -- the client may have

19   asked for something to be done or had -- let's say,

20   we've gone through and they said, I'm happy with

21   this, we're ready to move forward but later they tell

22   the project manager I was not happy about that and

23   was not ready to move forward then this is a -- you

24   know, basically, like a CYA for me that I acted

25   accordingly, and a resource and a backup for the

Page 157

1    client -- or for the project manager to say here's
2    what happened.  This also allows them to track the
3    progress.  So I would put them in, like, all agenda
4    items completed or not completed or need -- you know,
5    like need to finish last, you know, three bullet
6    points on next week's session, or whatever it is, and
7    that would then -- that's something that the -- any
8    consultant going into a, you know, new session the
9    following week he would review that to see what
10   happened last week and what's outstanding.
11        Q.    So walk me through a typical week as an
12   implementation consultant.  Your -- your -- your
13   standard schedule was Monday to Friday, correct?
14        A.    Correct.
15        Q.    What did you do on Monday?
16        A.    Monday I -- Mondays, generally, like was
17   known as travel day, but starting with answering any
18   e-mails that need to be addressed, any planning that
19   I need in terms of, like, I have to figure out where
20   I need to be on site, when -- you know, so that
21   information could be provided to me from the project
22   manager, or the project manager could say, hey, you
23   need to get in touch with so-and-so person and, you
24   know, they're your point of contact for the week,
25   finishing any tasks from the following week, doing

1    any -- finishing expense reports, finishing any site

2    reports, studying and preparing for the upcoming

3    week, which, generally, I would have also started the

4    week prior, but wasn't always the option or case, and

5    then I would actually travel.  And travel,

6    oftentimes, consumed the majority of that day.

7         Q.    Did you study while you were traveling?

8         A.    If I had the abilities to.  But Tyler did

9    not compensate for in-flight WiFi or Internet, so if

10   I had some downloaded documents, resources, anything

11   I can work on offline I could do that on the plane,

12   but if it was something I needed, you know, to access

13   for then I did not have the ability to do that.

14        Q.    Would you say you mostly worked on the

15   plane or you mostly didn't?

16        A.    I mostly worked on the plane.

17        Q.    What did you work on?

18        A.    Site reports.  Which, again, those — for

19   me those could have been seven, ten, 12 pages,

20   sometimes only a couple of pages, but site reports,

21   studying, reviewing documentation, which, again, if

22   I -- while I was home downloaded them from the

23   project library where I can review and study those

24   there.  I can put together parts of my expense

25   report.  Those are just some of the examples I can

Veritext Legal Solutions
800-336-4000

1    recall.

2        Q.    So what, generally, went into a site

3    report?

4        A.    Anything and everything that happened on

5    site that week, so every agenda item that we covered,

6    any question that was asked and any answer that I

7    gave.  Or, again, you know, I'd be expected to

8    document if someone in the room, like if functionally

9    one person asked another person a question about a

10   certain decision or a certain outcome, or is that

11   what we want to see, I would document all

12   basically -- almost like a -- not really a

13   transcript, but like sometimes it would be this

14   person asked this person, this is the decision that

15   they made, or sometimes they would literately -- like

16   our project managers would, again, encourage and

17   guide us to be as detailed as possible, so so-and-so

18   left the room at 3:30 p.m., meaning earlier than when

19   the session was to end.  So really just documenting

20   every -- anything and everything.  You know, if I was

21   to make -- run into an issue I could say at 11:30

22   a.m. the invoice entry program was not functioning

23   correctly, client asked to move on, I will be opening

24   a support ticket during lunch, for example.

25       Q.    Were you keeping these notes in realtime or

                                              Page 160

1   did you just do this from memory after you got back?

2        A.    That varied.   Some clients -- my goal was

3   to be doing part of the notes in realtime, but most

4   clients did not like when a consultant was on their

5   laptop working on something else.   It's site report,

6   and then, essentially, they would know what it is,

7   but many times clients, if you were on site, they

8   wanted that, you know, undivided attention face to

9   face and not you kind of typing away.   Some of them

10  considered it a distraction.

11       Q.    So Monday you're doing -- go ahead.

12       A.    And so, you know, lunchtime after work was

13  also times when I'd be continuing to update my site

14  report.

15       Q.    But all you're doing is reporting

16  information, correct?

17       A.    Correct.

18       Q.    You're not composing anything that

19  expresses opinions, analysis, anything of that

20  nature?

21       A.    Correct.   You were just documenting what's

22  happening.

23       Q.    So how long did it take you to write a site

24  report?

25       A.    It could take anywhere from, you know, one

Page 161

1    to two hours up to -- sometimes if it was a very

2    long -- well, I mean, the weeks were -- the sessions

3    themselves were the same length, but if it was a lot

4    going on, and, you know, a lot of issues and a lot of

5    things in terms of, like, action happening, then, you

6    know, I might need a full day to kind of work on it.

7              Oftentimes, again, we were always

8    encouraged and trained and asked to be more detailed,

9    so sometimes I would include screenshots of some of

10   the errors or things that happened into my site

11   reports.  Sometimes I would need to provide updates

12   from support cases of things that, you know, we're

13   doing wrong.  So it -- it could take, you know, at

14   least a half a day to really -- there's a difference

15   between just quickly getting down notes and pieces of

16   data while things are happening to actually

17   elaborating and properly phrasing it into a more

18   written understanding version for it to be a -- you

19   know, understandable and legible in the future and

20   providing the right formatting and all the content

21   and data.  So there's only so much I can throw in

22   there live time, but then I have to finish reporting

23   on it, you know, in between sessions and then the

24   week, et cetera.

25        Q.    You mentioned including screenshots.

Page 162

1   was not accomplished, did any issues come up, did any

2   personnel issues happen.  There were, you know,

3   times -- I had one specific instance where one of

4   the -- from the client group someone got very

5   flustered and frustrated and started yelling at me

6   and cussing at me and so it was important that I

7   document every part of that conversation and how that

8   went down so if the project manager needed to

9   escalate it, discuss it with their project manager,

10  take that further, everything was documented.

11              Think of a customer service rep, if

12  you call into your, you know, Internet or phone

13  provider, everything that you're talking about with

14  them is getting documented.  If you ever call back

15  and, say, hey, I called before, they're going to say,

16  yeah, give us a second and we're going to look

17  through the previous notes.  That's kind of a lot of

18  how and what that was for.

19              And, also, used by future

20  implementation consultants for that project you're

21  expected to review previous site reports to

22  understand what happened and what was, you know,

23  accomplished, unaccomplished, if there were any items

24  that were not addressed or maybe certain items that

25  needed to be addressed or resolved or discussed in

Page 166

1    the future week then that would -- you could find

2    that on there.

3        Q.    So when you reviewed other implementations

4    prior, site reports, did that ever impact your plan

5    for how you were going to approach the client for the

6    week?

7        A.    It gave me context, but it did not change

8    the agenda.  That was the role of the project manager

9    to review that site report to make any adjustments to

10   the agenda, but we were just given the agenda to

11   follow so they might --

12       Q.    So you never change -- I'm sorry.  Go

13   ahead.

14       A.    They might add items or remove items from

15   an agenda based on that, but we never changed or

16   added or removed from the agenda.

17       Q.    So what was the benefit of the context,

18   then, if it had no impact on how you -- how or what

19   you presented?

20       A.    You understood what happened.  Just like I

21   said, if you called in to customer service, right,

22   that new rep that you're talking to would want to

23   have some context and understanding of what you

24   discussed before or what some of your issues were.

25       Q.    But it didn't change anything that you were

1    have -- you know, have breakfast, get in the car,

2    drive to the client's site, that's sometimes how

3    early I would have to start my day.

4         Q.    So your typical Tuesday --

5         A.    No.

6         Q.    -- generally, I understand there were some

7    5:00, 5:30s, your typical Tuesday what time -- how

8    much work did you do before you left your hotel --

9         A.    Usually an hour --

10        Q.    -- time -- in terms of time?

11        A.    I would say on average hour, hour and a

12   half of work.

13        Q.    Okay.  And then you get to the client's

14   site and you work from 8:30 to 4:30, correct?

15        A.    Correct.

16        Q.    What about the rest of Tuesday, what did

17   that typically look like?

18        A.    So that was continuing following up on

19   everything from earlier that day.  So examples could

20   be there were parts of the agenda that we didn't

21   fully get through, part of it could have been I

22   didn't know how to, I didn't have the knowledge to

23   get through them, and I have to -- you know, we'll

24   have to continue with that the following day, but

25   need to study up on something or there is something

Page 173

1    that's coming on Wednesday's agenda that I don't know
2    about and need to learn about and need to study on,
3    need to send e-mails related to what happened that
4    day, maybe it's, again, something where I need to
5    contact the project manager based on what happened
6    and they need to make a decision on what the outcome
7    impact changes will be for Wednesday or Thursday and
8    I need to get in contact with them, also, continuing
9    to work on that site report, you know, continuing to
10   add to that.

11              And also, let's say, from the week
12   prior there's often client e-mails that come to --
13   directly to the IC that was there that week as a --
14   follow-up questions and so we would have to answer
15   those e-mails, or sometimes those e-mails required
16   some research, or, you know, talking to others, going
17   in if we have the access to do some testing.  So
18   that's what an average evening would look like.

19        Q.    So after you left the client site at 4:30,
20   just work, not dinner or other things like that, but
21   just work, how many hours of work would you say you
22   did on a typical Tuesday?

23        A.    Two to three.

24        Q.    So your testimony is that every Tuesday you
25   were working on average 11-and-a-half to

                                          Page 174

1          Q.    But I'm asking what was typical.  Not for
2     (unintelligible).  Just -- just an average.
3          A.    That -- that -- that is a large time
4     average.  We were traveling home on Thursday night.
5     I would say 85, even more like 90 percent, of my
6     travel was done Thursday night rather than Friday
7     morning.
8          Q.    And then how many hours would you say you
9     worked on a typical Friday?
10         A.    Eight to ten hours.
11         Q.    So your sworn testimony today is that on
12    the low end you worked 56 hours per week on the low
13    end?
14         A.    Yes.
15         Q.    And on the high end it could be well over
16    60?
17                   MR. BROME:  Sorry.  Did you say 56 or
18    50 to 60?
19                   MR. CORRELL:  Fifty-six.
20                   MR. BROME:  Thanks.
21         Q.    (BY MR. CORRELL)  Did you work on Saturdays
22    and Sundays?
23         A.    When -- you could say when needed or
24    when -- when the situation arose.
25         Q.    How -- and on average, over the course of

                                              Page 178

1    your tenure, how -- how many hours per week would you

2    say you worked on the weekend?

3         A.    Four -- maybe four to six.

4         Q.    Every weekend on average?

5         A.    Every weekend.  Again, a lot of, you could

6    say, prep work for the following week would often

7    start on a Sunday night.

8         Q.    So then your testimony actually is that you

9    averaged 60 to 62 hours per week on the low end?

10        A.    Yes.

11        Q.    And that was true every week, week after

12   week, from the time you started in July 2016 until

13   you quit in March of 2019?

14        A.    Correct.

15        Q.    And you believe this was typical of other

16   implementation consultants?

17        A.    I would say at least 50 hours per week like

18   at a -- you could almost say as a base.

19        Q.    What work did you do on Fridays?

20        A.    Fridays.  So if we were assigned with a

21   different client or a client we would do a half

22   billable day so that would be -- what is that -- 8:30

23   to 12:00 is usually how that would be.  And then

24   finishing with anything that was in that week, which

25   again, resolving [SIC] on open support cases, sending

Page 179

1    e-mails, doing expense reports, those also, again,

2    took up usually a couple of hours on average, expense

3    reports, time sheets, again, planning for that

4    following week, which oftentime [SIC] poured into the

5    weekend.  So, you know, usually, like I said, one to

6    two weekends a month for sure had that, you know

7    couple of hours of work.

8        Q.    When you worked with the client or at a

9    client's site --

10       A.    Uh-huh.

11       Q.    -- where did you work from?

12       A.    Reno, Nevada as my primary residence, or if

13   I was staying anywhere for the weekend we had the

14   flexibility to -- let's say I was working in

15   California I could stay the weekend with my family; I

16   was working in Texas, I can stay the weekend there.

17       Q.    So did you work from homes and hotels or

18   did you go into a Tyler office on those days?

19       A.    Homes and hotels.

20       Q.    Did you ever go in to work at a Tyler

21   office on any kind of regular basis?

22       A.    No.

23       Q.    How were you supervised when you weren't

24   working at a client site?

25       A.    I would say communication with my project

Veritext Legal Solutions
800-336-4000

1       Q.      What was your salary?

2       A.      Plus expertise pay.

3       Q.      Okay.  So what was your salary?

4       A.      I think it started at 50,000.

5       Q.      Where did it end?

6       A.      I can't recall.  I don't recall the exact

7   number.  It was -- it was not far higher than -- I

8   think it was maybe 55 somewhere.  Under 60 for sure.

9       Q.      And you mentioned expertise pay; is that

10  correct?

11      A.      Yeah.  Correct.

12      Q.      What is that?

13      A.      For every billable day that we worked we

14  were compensated an additional -- and this changed

15  based on tenure, experience, and also at the time

16  that you were hired into the company, so $30 per day

17  (Zoom failure) billable day for me.

18      Q.      Do you have a sense of why Tyler would pay

19  implementation consultants a larger experience bonus

20  based on their tenure with the company?

21              MR. BROME:  Objection, calls for

22  speculation.  You can answer.

23              THE WITNESS:  That you have more of

24  that knowledge that the clients essentially seeked.

25      Q.      (BY MR. CORRELL)  There was also a

                                        Page 183

1                      THE WITNESS:   So the majority of the

2       time I was traveling back to my residence in Reno,

3       Nevada.   And it was also reflected based on what was

4       entered per, what do you say, in our expense reports,

5       and that's what calculated whether you got that or

6       not.

7            Q.    (BY MR. CORRELL)   So there were occasions

8       where you put in your expense reports that you were

9       residing in California at the time of the work so

10      that Tyler would know not to pay you a travel

11      premium?

12           A.    If you billed -- it was based on putting

13      mileage in there, so if I put in travel miles and I'm

14      putting into Reno 220 miles [SIC].

15           Q.    Well, and that's what I'm asking.   When you

16      put in the mileage were you putting in the mileage,

17      wherever you were, as calculated from Reno or as

18      calculated from San Francisco?

19           A.    Wherever I was traveling to home that week

20      I would do honest reporting.

21           Q.    Other than salary, travel premium and

22      expertise premium did you receive any other form of

23      compensation from Tyler communication [SIC] -- or

24      Tyler Technologies?

25           A.    We received an annual bonus.

Page 187

1    Q.    What was the criteria for the annual bonus,

2    to your knowledge?

3    A.    That you were not, you know, on the --

4    let's -- poor performance, and that you were there

5    for the full year, but it was some sort of percentage

6    calculated based on how, like, Tyler did overall that

7    year, based on your division or -- like, it wouldn't,

8    per se, as long as you were doing a satisfactory job

9    and you weren't on, like, a performance improvement

10    plan you were eligible for that bonus.

11    Q.    Did you receive that bonus every year you

12    were at Tyler?

13    A.    Yes, I did.

14    Q.    How much was that bonus, approximately,

15    each year?

16    A.    Say, in the $2,000 range.  One to $2,000.

17    Maybe 1,500 to two.

18    Q.    Are you aware of a position titled senior

19    implementation consultant?

20    A.    Yes.

21    Q.    What was the difference between an

22    implementation consultant and a senior implementation

23    consultant in your understanding?

24    A.    You were, essentially, given higher level

25    duties and also expected to, you could say, produce.

Page 188

```
 1    create documentation.  I don't fully know.  That was
 2    a position that was created or -- kind of later down
 3    the road towards the end of my time at Tyler.  But
 4    you were given higher level tasks and duties.
 5         Q.    What do you mean by higher level tasks and
 6    duties?
 7         A.    Again, the work that you were expected in
 8    terms of creating certain new documents.  I'm trying
 9    to think.  You were kind of expected to lead certain
10    functions or areas.  You were kind of like the --
11    almost to a level of implementation analyst, but,
12    like, you know, the go-to, so there was -- there was
13    an additional level of work that was required.  I
14    don't know the -- I don't know what that is.  I was
15    not a senior IC and I didn't -- you know, I didn't do
16    that, so I don't fully know.
17         Q.    Perfectly fine.  And then just so you know,
18    my goal here today is just to get what you do know,
19    and if you don't know things that's perfectly okay.
20               What was the role of the
21    implementation analyst?  I know we touched on this a
22    little bit earlier, but I got the impression that
23    they're really kind of back at an office somewhere
24    available for you as a resource; is that fair?
25         A.    Correct.  Yes.
```

Page 189

1                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

2

3    AARON KUDATSKY, Individually  |  Case No.:  3:19-CV-07647-WHA
     and on behalf of all others   |
4    similarly situated,           |
                                   |  DEFENDANT'S NOTICE OF TAKING
5         Plaintiffs               |  DEPOSITION OF PLAINTIFF
                                   |  AARON KUDATSKY
6    vs.                           |
                                   |  Judge William Alsup
7    TYLER TECHNOLOGIES,           |
                                   |  Action Filed:  November 20,
8         Defendant.               |              2019

9

10                   REPORTER'S CERTIFICATION

11   THE STATE OF TEXAS:

     COUNTY OF TARRANT:

12

13        I, Christie L. Tawater, Shorthand Reporter in and for

14   the State of Texas, hereby certify to the following:

15        That the witness, AARON KUDATSKY, was duly sworn by the

16   officer and that the transcript of the oral deposition is a

17   true record of the testimony given by the witness;

18        That the deposition transcript was submitted on October

19   12, 2020, to the attorney for the witness, for examination,

20   signature, and to Veritext Legal Solutions, by November 11,

21   2020;

22        That the original deposition was delivered to Mr.

23   Michael A. Correll, Custodial Attorney;

24

25

Veritext Legal Solutions
800-336-4000

1          That the amount of time used by each party to the
2     deposition is as follows:
3          Mr. Michael A. Correll - 5 hours and 7 minutes
          Mr. Paulo McKeeby - 00:00
4          Mr. Daniel S. Brome - 6 minutes
          Ms. Abigail Diaz - 00:00
5
6          I further certify that I am neither counsel for,
7     related to, nor employed by any of the parties or
8     attorneys in the action in which this proceeding was
9     taken, and further that I am not financially or
10    otherwise interested in the outcome of the action.
11         GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this
12    the 12th day of October, 2020.
13
14
15
16
                    Christie Tawater

                    Christie L. Tawater, CSR, RPR
17                  Expiration Date:  12/31/2022
                    VERITEXT LEGAL SOLUTIONS
18                  Veritext Registration No. 571
                    300 Throckmorton Street
19                  Suite 1600
                    Fort Worth, Texas 76102
20                  (817) 336-3042
                    (800) 336-4000
21
22
23    Job No. 4253180
24
25

                                        Page 224

```
 1   dbrome@nka.com

 2                    October 13, 2020

 3   RE: Kudatsky, Aaron v. Tyler Technologies

 4   DEPOSITION OF: Aaron Kudatsky (# 4253180)

 5        The above-referenced witness transcript is

 6   available for read and sign.

 7        Within the applicable timeframe, the witness

 8   should read the testimony to verify its accuracy. If

 9   there are any changes, the witness should note those

10   on the attached Errata Sheet.

11        The witness should sign and notarize the

12   attached Errata pages and return to Veritext at

13   errata-tx@veritext.com.

14        According to applicable rules or agreements, if

15   the witness fails to do so within the time allotted,

16   a certified copy of the transcript may be used as if

17   signed.

18                    Yours,

19                    Veritext Legal Solutions

20

21

22

23

24

25

                                         Page 225
```

# EXHIBIT 4

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3

4                          Case No.:  3:19-CV-07647-WHA

5                          Judge William Alsup

6    _____

7    AARON KUDATSKY, Individually and on

8    behalf of all others similarly situated,

9         Plaintiffs,

10   vs.

11   TYLER TECHNOLOGIES,

12        Defendant.

13   _____

14

15

16

17      REMOTE ZOOM VIDEOCONFERENCE DEPOSITION OF

18                  CINDY CHOQUETTE

19         Taken Wednesday, October 21, 2020

20            Scheduled for 11:00 a.m.

21

22

23

24   REPORTED BY:  DANA S. ANDERSON-LINNELL

25   Job No.:  TX 4297272

                                        Page 1

1       Q.    Who was the supervisor -- sorry.   How many
2       supervisors did you have?
3       A.    One.
4       Q.    And do you recall that individual's name?
5       A.    Scott Parks.
6       Q.    Okay.  And he was your supervisor the
7       entire seven months that you were there, is
8       that correct?
9       A.    Yes.
10      Q.    Okay.  So once you started your employment
11      with Tyler, it's my understanding, correct me
12      if I am wrong, but Tyler has an approximately
13      three-month training for implementation
14      consultants to complete, is that correct?
15      A.    That's correct.
16      Q.    Okay.  And what did that training entail?
17      A.    It entailed -- they gave us a book and
18      we -- it was instructional.  And then we would
19      actually do a lot of different exercises
20      through the different processes.  So we were
21      expected to know those processes and be able to
22      train them for the client.
23      Q.    And when you say "different exercises,"
24      what do you mean by that?
25      A.    Took what we learned practically and we

Page 20

```
 1        job shadowed or did implementation work on your
 2        own at the four clients that you have
 3        identified, is that correct?
 4        A.   That's correct.
 5        Q.   Okay.
 6        A.   I take it back.  I job shadowed -- oh,
 7        yeah.  On my own, yes.
 8        Q.   Okay.  No.  Please.  Go ahead.  You job
 9        shadowed where?
10        A.   City of Santa Monica, California.
11        Q.   Okay.  Is that the only place that you
12        worked in California was City of Santa Monica?
13        A.   Yes.
14        Q.   Okay.  And how long was that job shadowing
15        at the City of Santa Monica?
16        A.   I went on two different occasions to Santa
17        Monica.  So the first time was a week.  And
18        then the second time was another week.
19        Q.   When you say "a week," do you mean just a
20        five-day workweek, or do you include the
21        weekend as well?
22        A.   Five-day workweek.  Go there on Monday,
23        come back on Friday.
24        Q.   Okay.  So those two five-day occasions
25        were the only times that you spent working in
```

Page 35

1       California, is that correct?

2       A.   That's correct.

3       Q.   Okay.  And this Santa Monica job

4       shadowing, was this similar to the other two

5       job shadowings you did in Arizona?

6       A.   Yes.  But I had hands-on this time where I

7       literally was helping to set up there.

8       Q.   Okay.  What were you doing that was

9       hands-on at Santa Monica?

10      A.   We were setting up all the business rules

11      for all the various workflows for the different

12      departments at Santa Monica.

13      Q.   Do you recall what phase of the

14      implementation this would have been?

15      A.   I don't recall the names anymore, but it

16      was during the implementation, so it was

17      towards the end when you're setting it up

18      before you go live.

19      Q.   Okay.  I believe these are the six phases,

20      and let me know if you recall them.  So there's

21      fundamentals review, analysis, also known as

22      current state/future state, setup and

23      configuration, testing, training and go live.

24      A.   Right.

25      Q.   Is that what you recall?

Veritext Legal Solutions
800-336-4000

1    Q.    How did you go about resolving those

2    unfinished areas with the client?

3    A.    We would ask to gather a group of people

4    from different departments or whoever needed to

5    be in the room and we would go ahead and go

6    through the analysis again so we could get a

7    better understanding.

8    Q.    Once you had a better understanding of

9    what the client wanted, did you make any

10   recommendations on how to set up the Munis

11   software?

12   A.    I would recommend ways that it -- I had

13   seen it operate, yes, and best practices, but I

14   had never done a county, so I could only speak

15   from a city point of view.

16   Q.    But because of your past experience, you

17   were able to give them recommendations and say:

18   Hey, this is how I've seen this work best, is

19   that correct?

20   A.    Yes.

21   Q.    Okay.  And to make those recommendations

22   you used not only your prior experience but all

23   of the information you had just gathered from

24   the client to make the best recommendations for

25   that client, is that correct?

Page 38

1    A.   That's correct.

2    Q.   Okay.  So aside from Coconino County, did

3    you do any other phases of the implementation

4    aside from setup and configuration, testing and

5    analysis?

6    A.   We went back to the first phase for some

7    areas.

8    Q.   You went back to fundamentals review?

9    A.   Yes.  Yes.

10   Q.   Okay.  And was it you who conducted the

11   fundamentals review?

12   A.   There were a couple different

13   implementation consultants on sites at that

14   time during the whole time actually doing

15   different parts, so we all had pieces we

16   played.

17   Q.   So each of the times that you went to

18   Coconino County, you were not the only

19   implementation consultant on the site, correct?

20   A.   That's correct.

21   Q.   But you were still conducting your portion

22   on your own?

23   A.   That's correct.

24   Q.   Was it common for there to be multiple

25   implementation consultants on site at one time?

Page 39

1      A.   Yes.

2      Q.   At just the Coconino County or at the

3      other implementations that you were part of as

4      well?

5      A.   Other implementations as well.

6      Q.   Okay.  So just to be clear, you yourself

7      conducted the setup and configuration phase,

8      correct?

9      A.   Certain portions, yes.

10     Q.   Oh, a portion of it?

11     A.   Yes.

12     Q.   And you yourself conducted at least a

13     portion of the testing phase, correct?

14     A.   That's correct.

15     Q.   And the same for the analysis phase,

16     correct?

17     A.   Yes.

18     Q.   Okay.  Now, for the Coconino County

19     implementation, did you yourself conduct any of

20     that fundamentals review that you mentioned?

21     A.   Yes.

22     Q.   Now, I don't think we've covered this yet.

23     Can you explain to me what a fundamentals

24     review entailed?

25     A.   Well, we're asking what their processes

1        would be for certain things like, you know:

2        How do you set up -- do you use projects?  Do

3        you use grants?  If so, what types of grants?

4        What types of projects?  So each module is

5        different that we needed to set up.  And we

6        would go through and have different meetings,

7        you know, with various departments.  Not

8        everybody was in the room at the same time.

9        Q.    Okay.  For these fundamentals reviews, did

10       you use a slide deck or a PowerPoint to show

11       the client the information?

12       A.    Yes.  We would demo Tyler Munis and show

13       what it's capable of doing.  And then they

14       would go through and give us -- maybe it was

15       already how their system worked now, or they

16       wanted to implement something that their system

17       wasn't doing for them that they were doing on

18       spreadsheets.  So they would give us

19       exhibits --

20       Q.    Okay.

21       A.    -- for that.

22       Q.    And did you have to learn how to conduct

23       these fundamental reviews?

24       A.    Yes.

25       Q.    So it wasn't just a script that you

Page 61

1       followed with each client?

2       A.    No.

3       Q.    Could the fundamentals review have been a

4       task that was just accomplished by showing the

5       Munis presentations on a prerecorded video?

6       A.    No.

7       Q.    Why not?

8       A.    Because a lot of times when we went in to

9       a client, they might be using Excel to do

10      things because their system didn't track

11      whatever, like grants or accounts receivable or

12      budgeting.  So we needed to actually go in and

13      show them.  Once they give us those exhibits;

14      Munis can do this for you if we were to

15      automate that.  And then we would discuss it.

16      Q.    Okay.  When you were discussing it, did

17      the clients ever have questions for you?

18      A.    Yes.

19      Q.    And how did you handle those questions?

20      A.    I would answer them to the best of my

21      ability.  If not, I would find another senior

22      IC that was on site that maybe had some

23      experience with it that could answer it, or if

24      not, I would get Tyler -- my project manager, I

25      would give her a call.  And she could maybe

Veritext Legal Solutions
800-336-4000

1   A.   Yes.   Usually end-user training is

2   training them initially on the processes.   And

3   then later on you would go back and you would

4   do a refresher of training to your staff after

5   you've gone live usually.

6   Q.   Okay.   So for Coconino County, you only

7   conducted end-user training, is that correct?

8   A.   That's correct.

9   Q.   Okay.   What were your responsibilities

10   during the end-user training?

11   A.   You would have to be prepared to go

12   through the processes with them.   So you would

13   give them a demo of those processes, like, you

14   know, you're entering an invoice, so you would

15   do a demo on the board of that and go through

16   everything.   And then you would actually have

17   them try it at their computer terminals or have

18   them come up and do it from the podium.

19   Q.   And how did you know when a client had an

20   understanding of whatever module or function

21   you were training them on?

22   A.   We would ask them questions throughout or

23   ask them to go through the process on their own

24   while we kind of watched them do it.   And

25   that's how we gauged that they had an

Page 66

1      understanding of it.

2      Q.    And the questions you asked to gauge their

3      understanding, were those scripted questions

4      that Tyler provided you?

5      A.    No.

6      Q.    How did you know what questions to ask?

7      A.    Well, we had gone through the training

8      ourselves for this training or it was our prior

9      experience.  Mine was my prior experience that

10     I relied on.

11     Q.    Okay.  And did you ever have a client or

12     employees of the client get frustrated during

13     one of your trainings?

14     A.    A couple.

15     Q.    Okay.  Can you give us some details on

16     that?

17     A.    It might have been someone in, just an

18     example, public works that's not used to doing

19     the -- using the computer that much, but we had

20     to bring him in because he is an approver of

21     electronic workflow and he might have trouble

22     getting into the software.  Those were the only

23     types that I have ever come across.

24     Q.    Okay.  And how would you handle the

25     individuals that were frustrated?

Page 67

```
 1                    REPORTER'S CERTIFICATE
 2
     STATE OF MINNESOTA    )
 3                         )  ss.
     COUNTY OF HENNEPIN    )
 4
 5            I hereby certify that I reported the
     deposition of Cindy Choquette on October 21st,
 6   2020, in Maple Grove, Minnesota, and that the
     witness was by me first duly sworn to tell the
 7   whole truth;
 8            That the testimony was transcribed by me
     and is a true record of the testimony of the
 9   witness;
10            That the cost of the original has been
     charged to the party who noticed the deposition,
11   and that all parties who ordered copies have been
     charged at the same rate for such copies;
12
              That I am not a relative or employee or
13   attorney or counsel of any of the parties, or a
     relative or employee of such attorney or counsel;
14
              That I am not financially interested in the
15   action and have no contract with the parties,
     attorneys, or persons with an interest in the
16   action that affects or has a substantial tendency
     to affect my impartiality;
17
              That the right to read and sign the
18   deposition transcript by the witness was reserved.
19
              WITNESS MY HAND AND SEAL THIS 4th day of
20   November, 2020.
21
22
23   Dana Anderson
24   Dana S. Anderson-Linnell
     Notary Public, Hennepin County, MN
25   My commission expires 1/31/2025
```

Page 98

# EXHIBIT 5

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3

4      _____

                                      )

5      Aaron Kudatsky, individually and )
       on behalf of all others similarly)

6      situated,                        )

                                        )

7              Plaintiff,               )

                                        )

8      vs.                              )  No. 3:19-CV-07647-WHA

                                        )

9      Tyler Technologies,              )

                                        )

10             Defendant.               )

                                        )

11     _____  )

12

13

14         30(b)(6) DEPOSITION OF CHRISTOPHER WEBSTER

15                  North Yarmouth, Maine

16              Thursday, September 10, 2020

17                      Volume I

18

19

20

21     Reported by:
       CATHERINE A. RYAN, RMR, CRR

22     CSR No. 8239

23     Job No. 4245365

24

25     PAGES 1 - 166

1    the conversion and the forms, the checks and bills and

2    anything that would be output in that manner.

3         Q    Did you have any employment before working at

4    Tyler?

5         A    Yes.

6         Q    Can you summarize that for us?

7         A    I worked for Kiewit construction company as a

8    business manager, performed back-office payroll

9    purchasing-type activities.

10        Q    About how long were you with them?

11        A    One year.

12        Q    Anything else?

13        A    Prior to that, I worked in college.

14        Q    Okay.  You understand that we're here today in

15   the case of Kudatsky versus Tyler Technologies?

16        A    Yes.

17        Q    Do you have an understanding of what this case

18   is about?

19        A    Yes.

20        Q    And what's that understanding?

21        A    That there is a dispute around whether or not

22   the Implementation Consultant position is a salaried or

23   hourly position.

24        Q    So what is Tyler Technologies in the business

25   of doing?

1        A      We provide software and services to

2    public-sector clients, public sectors being cities,

3    town, counties, schools.  We sell software that ranges

4    from accounting, payroll, utility billing, document

5    management, student information, pretty much anything

6    that a local government, city, town, county, school

7    government could need.

8        Q      About how many people work for Tyler

9    Technologies?

10       A      Approximately 5500.

11       Q      Are they all in the US?

12       A      No.

13       Q      Where are -- what other countries does Tyler

14   have employees in?

15       A      Philippines, Australia, South America.  I

16   believe that we have some in England.

17       Q      About how many employees are in the US?

18       A      I mean, it would be a guess.  I would say

19   probably 52-, 5300 of those.

20       Q      A substantial majority?

21       A      Yes.

22       Q      Okay.  The company is based in Texas?

23       A      The headquarters are in Texas, yes.

24       Q      Thank you.

25              What are the main groups within Tyler?

Page 19

1        A    Yes.

2        Q    Have you worked in both the Enterprise and the

3    Justice groups?

4        A    Yes.

5        Q    Have you worked as a manager in both groups?

6        A    Yes, although it was not considered the Courts

7    & Justice division at that point in time.

8        Q    So the structure that you just went through,

9    about how long has that structure been in place?

10       A    Approximately five to six years.

11       Q    Within the Enterprise group, what products do

12   Implementation Consultants work with?

13       A    Within the Enterprise group, that would

14   consist of the Munis product, Tyler content manager,

15   ExecuTime, Tyler Hub, Tyler ReadyForms, to name a few.

16       Q    And I -- I lost you a little bit.  I think

17   that you said ExecuTime?

18       A    Yes.

19       Q    Within the Justice group, what are some of the

20   products that Implementation Consultants work with?

21       A    The Odyssey products, which is case

22   management, jail, supervision, e-filing.

23       Q    I'm sorry.  When you said "jail, supervision"

24   and "e-filing," were those all functions of the Odyssey

25   products or were they separate products?

Page 20

1          A     Some would be modules within the Odyssey
2    product.  Some would be stand-alone.
3          Q     Are you familiar with the EnerGov product?
4          A     Yes.
5          Q     Do Implementation Consultants work with --
6    with that product?
7          A     Yes.
8          Q     And what division deals with the EnerGov
9    product?
10          A     That is dealt with two business organizations,
11    two business units:  The EnerGov business unit as well
12    as the Munis ERP business unit.
13          Q     Are there software products that Tyler sells
14    that don't entail Implementation Consultant work?
15          A     I believe there are some.
16          Q     Do you have any examples?
17          A     I -- I wouldn't have any specific examples.  I
18    don't have a deep understanding of some of those
19    modules.
20          Q     Just briefly, can you sort of summarize what
21    Implementation Consultants do?
22          A     They're responsible for the knowledge transfer
23    of the products that cust- -- our clients purchase.
24    They assist with the analysis and consulting of their
25    current state, the future state, also known as their

Page 21

1    as-is, to-be states whereby they will understand the

2    current business flows, workflows and requirements, and

3    then help clients translate that into configuring, data

4    conversion and training of the to-be system, the system

5    that they purchased through Tyler to help achieve those

6    business flows and workflows in the business needs that

7    they have.

8         Q    And why is that role important at Tyler, or is

9    it?

10        A    It is an important role.  They -- that role

11   assists our clients in making decisions around best

12   practice decisions around configuring the software, the

13   options that they have in terms of configuring the

14   software, the pros and cons of the various options that

15   they have, helping clients understand the outcomes of

16   those -- those decisions and setup as well as ultimately

17   helping -- in some product lines, helping with the data

18   conversion mapping from their legacy system to the Tyler

19   product that they had purchased.  So those are pretty

20   key, important things to assist clients with in making

21   sure that they get the system up and running and that

22   they're able to pay employees correctly, bill citizens

23   correctly, you know, all the various job functions that

24   you can imagine that would occur at a city, town or

25   school or county.

1    Consultant and senior Implementation Consultant?

2         A    If that structure were to exist and it made

3    sense, yes.

4         Q    At this point, is it your understanding that

5    everyone has been merged into that structure?

6         A    For the appropriate business units, yes.

7         Q    So for today, when we're talking about ERP, if

8    I use the term "Implementation Consultant," or "IC,"

9    I'll be referring to both Implementation Consultants and

10   senior Implementation Consultants unless I say

11   otherwise.

12              Is that -- is that all right with you?

13        A    Yes.

14        Q    And will you let me know if that becomes a

15   problem with any of my questions, and we can break it

16   out?

17        A    Yes.

18        Q    So how does Tyler make money?

19        A    There are a couple of key ways that we make

20   money, which are through software sales, through license

21   sales, through Software-as-a-Service subscriptions,

22   through our maintenance dollars for our on-premise

23   clients as well as revenue through training

24   Implementation project management professional

25   service-type services, as well as some other

Page 25

1   subscription-type business around payments and other

2   transactions.

3       Q   With the Munis product, is that treated as a

4   Software-as-a-Service subscription or a software sales

5   or license sales, or could it be some combination of

6   those three?

7       A   It could be a combination, yes.

8       Q   What's most common?

9           MR. McKEEBY:  Within Munis?

10          MR. BROME:  Yes.

11          THE WITNESS:  Today, the most common

12  deployment is SaaS deployment for -- for new clients.

13  Our existing clients would be on-premise, the majority

14  there.

15  BY MR. BROME:

16      Q   What do you mean by "on-premise"?

17      A   Where they host their own -- they host our

18  software on their own servers.  So it would be

19  on-premise revenue rather than a SaaS or subscription

20  fee.

21      Q   And when you say SaaS, that's S-a-a-S?

22      A   Correct, Software-as-a-Service.

23      Q   Is there a reason that Tyler is shifting to

24  the SaaS model for new clients as opposed to the

25  on-premise model?

1   client that they should pay for additional

2   Implementation Consultant days?

3        A    Yes.

4        Q    In what circumstances?

5        A    If a consultant is working with a client and

6   they see that they're struggling in a particular area or

7   if they are understaffed in a particular area, they may

8   make recommendations to purchase additional days to help

9   augment that client in implementing the software.

10       Q    Does the Implementation Consultant have the

11  authority to approve those additional days for the

12  client, or do they just make that suggestion?

13       A    It's just a suggestion.

14            MR. McKEEBY:  Object to the form of the

15  question.

16            You can answer.

17  BY MR. BROME:

18       Q    Are Implementation Consultants able to

19  determine how many billable days they can work for a

20  given client?

21       A    Some would.

22       Q    What do you mean by that?

23       A    More senior resources will work with Project

24  Managers to help set and establish how many days that

25  they would need to work with on clients for particular

Page 33

1    modules in establishing the overall project and training

2    schedules.

3         Q    So apart from setting the overall schedule,

4    does a given -- does an Implementation Consultant decide

5    how many billable days they will work for a given

6    client, you know, in a given month?

7         A    No.

8         Q    That number of billable days is assigned to

9    the Implementation Consultant?

10        A    Yes.

11        Q    And Implementation Consultants are

12   compensated, in part, based on how many billable days

13   they work; is that correct?

14        A    Correct.

15             MR. BROME:   I'm marking Exhibit 2 in Exhibit

16   Share.

17             (Exhibit 0002 was marked for

18             identification.)

19             MR. BROME:   While you are loading that, I'll

20   represent that this is a document that was produced by

21   Tyler in discovery in this case, and it is 22 pages of

22   organizational charts.

23             So let me know when you have that.

24             THE WITNESS:   I have it open.

25   //

Page 66

1   circles -- are those telling us the number of direct

2   reports to a given individual?

3        A    I assume so, based -- I don't know what tool

4   produced this.

5        Q    So I'd like to just understand the hierarchy

6   between you, as the president of the ERP division, and

7   an Implementation Consultant.

8             So underneath you there are the vice

9   presidents?

10       A    Yes.

11       Q    And then underneath the vice president of

12  Implementation, we have the senior directors as well as

13  one director, it looks like?

14       A    And an administrative assistant, yes.

15       Q    And then under the senior directors there are

16  Implementation Directors?

17       A    Yes.

18       Q    And so then under the Implementation

19  Directors, it looks like there are Implementation

20  Consultants, senior Implementation Consultants, and

21  Project Managers; is that correct?

22       A    Yes, and Implementation Managers.

23       Q    Thank you.

24            Okay.  So who supervises Implementation

25  Consultants?

Page 67

1      A      Directly would be a Project Manager.

2      Q      Who supervises the Project Manager?

3      A      That could be an Implementation team lead, an

4   Implementation Manager, or an Implementation Director.

5      Q      What determines which of those options

6   applies?

7      A      Based on the size of the team, the type of

8   work that they're -- they're managing.

9      Q      And I'm sort of interpreting your expression

10  from that answer.

11             Is there any particular guiding principle, or

12  it's sort of somewhat ad hoc?

13     A      Somewhat ad hoc.  It primarily would be based

14  on the size of the team.

15     Q      Okay.  About how many of those Implementation

16  team leads do you think there are within Implementation?

17     A      I guess probably six to seven.

18     Q      And about how many Implementation Managers

19  would you say there are?

20     A      Probably five to six.

21     Q      Have those numbers been roughly consistent

22  over the last five years?

23     A      Those are newer roles in the last, probably,

24  two to three years.

25     Q      Is there a reason that those roles have been

Page 88

1    created?

2        A    Growth.

3        Q    Can you explain what you mean by that?

4        A    As we have sold more software, we've needed to

5    provide more services, and, therefore, we've needed to

6    have more staff to deliver those services.

7        Q    About how many Implementation Consultants are

8    there currently within ERP?

9        A    I'd estimate between 3- -- about 350 to 360.

10       Q    About how many Implementation Consultants are

11   currently serving in a temporary tech support role you

12   mentioned earlier?

13       A    Under 20.

14       Q    Were you including those 20 in the 350 to 360?

15       A    Yes.

16       Q    I think I'm going to shift gears away from the

17   organizational charts and move into sort of what

18   Implementation Consultants do.  Before we do that, can

19   you -- before we do that, I want to have you give us

20   sort of an overview of Munis, and then I think we'll

21   probably take a short lunch break.

22            So can you tell us what Munis is?

23       A    Munis is the Enterprise Resource Planning

24   software designed specifically for public-sector clients

25   to manage their finances, payroll, utility billing, tax

Page 69

1    billing, community development departments within

2    cities, towns, counties, local authorities, special

3    districts.

4         Q    And about how many clients are using Munis

5    currently?

6         A    Approximately 1800.

7         Q    What is the sort of smallest chunk of Munis

8    that a client could purchase?

9         A    We have some clients that may have just some

10   of our financial procurement modules.

11        Q    Is it pretty uncommon to sort of just get the

12   financial module?

13        A    Yes.

14        Q    What's a more common sort of suite of modules?

15        A    The majority of our clients would own the

16   financials, the human capital management and a subset of

17   our revenue applications.

18        Q    And then are there additional add-ons beyond

19   those that some clients can elect?

20        A    Yes.

21        Q    What are some examples of those?

22        A    Content management would be one.  ExecuTime

23   could be one.  There might be subsets of modules that

24   they didn't originally purchase that are part of those

25   suites that they could purchase.

1    they would be working with.  So, you know, if I had to

2    guess, each month a consultant -- or each year a

3    consultant may be involved with two to three over the

4    course of one to many days.

5    BY MR. BROME:

6         Q    Two to three instances of that presale work

7    per year?

8         A    Correct.

9         Q    Is it fair to say that that presale work is

10   within the scope of the Implementation Consultant's

11   duties that could be assigned by their supervisor just

12   as they could be assigned to any other client?

13        A    Yes.

14        Q    Are you familiar with the term "fundamental

15   review"?

16        A    Yes.

17        Q    What does that mean?

18        A    That's where we have -- for the Munis product,

19   we have the sandbox environment with prepopulated data

20   such that our Implementation Consultants are able to

21   take a client through a process so they are able to see

22   it with -- it may not be their data, but at least

23   workable data to understand the end-to-end process so

24   they can see the transaction going in, being processed,

25   going through various workflow approvals, making its way

1    through the various integrated components of the system,

2    as well as then making its way out through -- to an end

3    result being a report or a bill or a check.

4         Q    Is the fundamental review something that's

5    done by an Implementation Consultant?

6         A    Yes.

7         Q    Is that something that happens before there's

8    a contract or after or it could be either?

9         A    Generally after.

10        Q    And does Tyler provide specific examples of

11   the fundamental review for the Implementation Consultant

12   to conduct?

13        A    Yes.

14        Q    Does Tyler provide scripts to use as part of

15   those reviews?

16        A    Yes.

17        Q    And you said there's a sandbox environment.

18             Does that mean that there's sort of dummy data

19   that's not live data?

20        A    Correct, that it's -- it would be data that

21   would be a mock-up data set.

22        Q    And Tyler provides that mock-up data?

23        A    Yes.  There are instances where the

24   implementation itself will have to build data.

25        Q    What do you mean by that?

1    resources, transfer resources and/or if there's been

2    attrition, not to backfill.  So it's ensuring that our

3    -- our resources are being utilized to the highest

4    degree that they are, to ensure that our -- you know,

5    our clients go -- our client project -- client projects

6    go live.

7         Q    Anything else?

8         A    That's the general highest level around it.

9         Q    I mean, I guess I'm -- we talked a little

10   earlier about how, you know, this is -- the IC role is

11   revenue-generating.  It seems like the more billable

12   days they have, the more potential revenue there is, and

13   so it would make sense to incentivize that for their

14   supervisors; is that fair?

15        A    Certainly that is a component, but the -- the

16   main driver is to make sure that the staffing levels are

17   -- are kept at the appropriate levels.

18        Q    What do Project Managers do?

19        A    Project Managers will work with the clients to

20   develop the project phasing, the project schedule,

21   determine the scope, the -- develop the various

22   management plans, being the project plan, the

23   implementation management plan, the change management

24   plan, all those various implementation project-related

25   documents that will control and guide the overall

1  implementation.

2        They -- for Munis, they also have a number of

3  Implementation Consultants that report to them that they

4  will manage through their projects, through their

5  day-to-day activities, perform their performance

6  reviews, provide them with their regular feedback from

7  clients and other interaction that they've had with

8  other Tyler employees.

9        Q    Do the Project Managers -- I think you said

10  this.  Do they come up with a timeline for an

11  implementation project?

12        A    They will generally come up with a timeline of

13  the overall implementation schedule.  They'll do that in

14  conjunction -- in collaboration with the client, as well

15  as they will often rely on the Implementation

16  Consultants to help provide feedback in particular areas

17  if clients need to have more time in particular areas of

18  the application than others.

19        Q    And do the Project Managers come up with the

20  budget for a project?

21        A    No.  That is set at the contract signing.

22        Q    Are the Implementation Consultants expected to

23  keep to the budget and a timeline that's set for a

24  project?

25        A    They're expected to assist the Project Manager

1    with other peer Project Managers.  We have online

2    training tools to assist with that.  We have

3    standardized documentation and guidelines to help

4    Project Managers as they get up to speed in becoming a

5    Project Manager.  We also have external resources like

6    Project Management Institute that we utilize for -- it's

7    a certification program to -- for Project Managers.

8        Q    Who conducts the training for Project

9    Managers?

10       A    That could be an Implementation Director, a

11   team lead or it could even be a peer, more senior

12   Project Manager.

13       Q    Where are those training documents that you

14   mentioned housed?

15       A    Those would be in our internal SharePoint site

16   or in one of those third-party repositories, like a

17   Skillsoft or PMI.

18       Q    What do Implementation Consultants do?

19            MR. McKEEBY:  What's the question?

20   BY MR. BROME:

21       Q    What do Implementation Consultants do?

22       A    I'm not sure what you mean what do they do.

23   What's their job function?  What do they --

24       Q    Yeah.  What's -- what's their main job duty?

25       A    As we talked about at the beginning, really,

Page 93

1    they're responsible for assisting with that knowledge

2    transfer of our products to clients; assisting them with

3    the analysis, the consulting, the as-is,

4    to-be-processed, the current state, the future state;

5    assisting them understand the -- their current business

6    workflows and setup, as well as mirroring that up in how

7    they're going to help the client configure the system in

8    terms of how they're going to use the Munis system;

9    provide them with best practices; provide them with the

10   pros and cons based on their experience and training

11   that they received in terms of getting clients options

12   on the various setups.

13          Oftentimes, they're involved in the data

14   mapping process whereby the clients have that legacy

15   data, helping them determine what tables and fields are

16   going to be populated to help document that for our

17   conversion team so that the conversion team can then

18   move that data into the Munis environment.

19          They then help the clients test, validate that

20   data, help them test and validate the various business

21   processes and what flows they have defined and then

22   trained, you know, either subject-matter experts or end

23   users on the use based on the -- the necessary workflows

24   and business processes for that client, help them

25   troubleshoot if there are data conversion issues, if

Page 94

1    there are software issues, configuration issues, helping

2    clients through the troubleshooting process and then

3    ultimately helping them go live.

4         Q    Anything else?

5         A    I'm sure there are many other things that they

6    do, but ...

7         Q    So those duties that you just described, those

8    apply to all of the Implementation Consultants for

9    Munis, correct?

10        A    Generally, yes.

11        Q    What do you mean, "Generally, yes"?

12             MR. McKEEBY:  Is there a question?

13   BY MR. BROME:

14        Q    What do you mean, "Generally, yes"?

15        A    Not all products require data conversion, for

16   instance.

17        Q    But that list of duties that you described,

18   all Munis Implementation Consultants are doing some —

19   some or all of those duties?

20        A    Correct.

21             MR. McKEEBY:  Danny, can we take a quick

22   break, when you get a second, to use the restroom?

23             MR. BROME:  Yeah.  Now is fine.

24             (Recess.)

25   //

Page 101

1    implemented previously, and so they would then get

2    assigned based on their product knowledge, their

3    availability.

4         Q     And I think, at the beginning of that -- that

5    answer, you said that it's the Project Manager who is

6    assigning the Implementation Consultant to a client?

7         A     Correct.

8         Q     How does the Implementation Consultant know

9    what modules a client is getting?

10        A     So through the contract document, there's an

11   investment summary that itemizes the various products

12   that they have purchased, and then, also, they will work

13   with the Project Manager through that planning phase in

14   terms of the scope of work and the scope of the phasing

15   in products that will be implemented in what order.

16        Q     So when you were describing the Implementation

17   Consultant duties, there's sort of some phases in the

18   implementation process.  We talked earlier about the

19   fundamental review, but I want to talk about some of the

20   other -- other parts of that process.

21             In the assessment or analysis phase, what does

22   that mean?

23        A     So during that stage, the -- where we're

24   working with that client to do that current state,

25   future state analysis where that's where we're

Page 102

1  understanding their current business processes and
2  flows, understanding why they're going out to purchase
3  new software because they certainly didn't go out to
4  purchase software just to do the same thing that they're
5  doing today, so understanding what they're looking for
6  for efficiencies, understanding the requirements that
7  were documented in the -- most -- most of the time
8  documented in the RFP checklist in terms of the
9  functional requirements that the client is looking for,
10  helping them ultimately marry all of that up to the --
11  to the -- in the to-be state or future state, and then
12  walking the client through that and helping them
13  validate that -- the options and decisions that they
14  made on the desired workflow and business flows.
15       Q    And so in this stage, the Implementation
16  Consultant is gathering this information from the
17  client, correct?
18       A    Correct.
19       Q    And Tyler provides forms for Implementation
20  Consultants to fill in that required information?
21       A    For most products, that would be true.
22       Q    For which products is that not the case?
23       A    There may be some ancillary products, like a
24  -- like a Tyler business form -- excuse me -- Tyler
25  ReadyForms or MyCivic or something like that that may

Page 185

1   sort of the next big-picture stage?

2        A    Yes, configuration and conversion.

3        Q    And is that the stage where the Tyler product

4   is configured based on the information provided by the

5   client?

6        A    Yes, that's where the information from those

7   analysis processes that they've walked the client

8   through, that the system will then be configured based

9   on that, and the client would then run through and

10  validate that with the -- you know, the data as it's

11  converted and mapped to meet those business processes.

12  Oftentimes, clients will then decide that that was not

13  the desired result, and then, therefore, they will work

14  with the consultant to then figure out the other two

15  options that maybe -- that they described, or whatever

16  the case may be, to then make changes to achieve the

17  desired business results.

18       Q    During this configuration conversion, the

19  Implementation Consultants aren't coding or programming

20  Munis, correct?

21       A    Correct.  They are utilizing parameters to

22  guide the client in the various setting options that

23  they may have to achieve those desired business results

24  or educating them and training them in a new way to take

25  various steps to achieve the desired business results.

1        Q     Is it fair to say that Munis is customizable

2     but not programmable by the Implementation Consultant?

3        A     Correct.  By the Implementation Consultant,

4     yes.

5        Q     If there were ever a situation where, in this

6     configuration and conversion stage or in testing, it

7     became apparent that there was a programming change

8     needed, could the Implementation Consultant go to

9     Tyler's software engineering team for a change?

10       A     Through a formal change request process, yes,

11    they would then work with both the client and the

12    developer, development team or teams that are involved

13    to document the desired feature or functionality results

14    and then helping the client guide them through to make

15    sure that they have considered all the various, you

16    know, options and processing points and whether or not

17    it's going to have an impact on their checks or whatever

18    it may be.

19       Q     Is that scenario in which an Implementation

20    Consultant and/or a Project Manager requests a change

21    request -- is that something that happens somewhat

22    regularly? rarely?

23       A     I'd say pretty frequently.

24       Q     Is that something that the Implementation

25    Consultant would need to involve the Project Manager in?

1        A    Correct.

2        Q    Thanks.

3             Along with -- the data conversion

4    implementation involves some testing, right?

5        A    Of course.

6        Q    And why is that important?

7        A    To make sure that the system is set up

8    properly, making sure that the system is meeting the

9    client's desired business needs and processes, ensuring

10   that the data conversion is complete, making sure the

11   system is ready for end-user training.

12       Q    And, then, in that training, there is end-user

13   training, subject-matter-expert training as well?

14   Excuse me.

15       A    Yeah, subject-matter-expert training would

16   really be more, say, a departmental lead, somebody that

17   was, you know, higher up and responsible for the overall

18   decisions in the configuration of the modules.  And then

19   the end users, in this case, would be the -- the daily

20   heads-down data entry folks that are putting the -- you

21   know, how do I achieve my -- my job that I need -- need

22   to do every day.

23       Q    Implementation Consultants are doing that

24   training for those end users, right?

25       A    They all do the subject-matter-expert training

1   as well as the end-user training, yes.

2       Q    The Implementation Consultant doesn't make the

3   determination of what trainings the client needs, right?

4       A    They will heavily work with the Project

5   Manager in determining those end-user training needs,

6   again, making sure that the areas that they're going to

7   need more help with, areas that they have, you know, a

8   larger staff involvement, more client staff that are

9   involved and ultimately designing the training

10  curriculum around the -- you know, what they have

11  learned through the implementation process.

12      Q    Does the contract specify how much training

13  the client gets?

14      A    No.

15      Q    Does the contract ever specify how many people

16  can attend the training?

17      A    There are some -- many contracts will have a

18  provision in there to limit the size or number of client

19  attendees in a particular -- be it a consultant session

20  or -- and/or a training session.

21      Q    Does Tyler have lesson plans available for

22  Implementation Consultants?

23      A    Yes, we have generalized training guides,

24  training plans, lesson plans.

25      Q    Are they stored in SharePoint?

1          A     More than likely.

2          Q     Who would know if they're in SharePoint or

3     somewhere else?

4          A     I hope my vice president of Implementation

5     would or that content and document management team.

6          Q     What's -- what is the go-live stage?

7          A     So once a client system has been configured,

8     the data has been converted, the client has tested and

9     validated with our staff as well as themselves that the

10    various processes that they were looking to achieve, the

11    parallels for the pay- -- for the payroll, parallel

12    billings for utility billing, the various -- all the

13    various job functions and processes that maybe may go

14    on -- once they have validated that, they then are ready

15    to -- set for go-live, whereby the data would then be

16    converted into the production environment.

17              And then the Implementation Consultants will

18    then work with the client for any sort of final training

19    that may need to be -- occur, any refresher training;

20    ultimately, once live, any troubleshooting, any sort of

21    tweaks to -- even though -- that they've had multiple

22    points in time that they've seen certain processes, it's

23    not unlikely that they'll have changed their mind again

24    and help them reconfigure the system; educate them on

25    that; troubleshoot security and permissions that have

Page 112

1  been assigned to users; help them with reconciliation

2  activities, so their daily collections and making sure

3  that these tie out to the general ledger; doing

4  month-end processing; making sure that the generals are

5  in balance; and so a lot of reconciliation and follow-up

6  kind of final training.

7       Q    During the go-live process, the Implementation

8  Consultant should be in pretty close contact with the

9  Project Manager?

10      A    Generally, yeah.

11      Q    And also in close contact with technical

12  support?

13      A    Could be.

14      Q    Okay.  An Implementation Consultant doesn't

15  set the go-live date, right?

16      A    They wouldn't set the date, but they would

17  certainly collaborate with the Project Manager and the

18  -- and the client.  They're involved -- typically

19  involved in the go-live readiness assessment in terms of

20  either feeding the Project Manager information or, in

21  that meeting, to assess whether or not that client is

22  ready for go-live.

23      Q    We talked about the site report a bit.

24           What information should the Implementation

25  Consultant put into the site report?

Page 123

1    troubleshooting defect remediation, those types of

2    things as well.

3        Q    Implementation Consultants don't have any

4    responsibility for managing the client's business

5    affairs, do they?

6        A    Generally, no.

7        Q    Implementation Consultants aren't reviewing

8    data from Munis and making recommendations about changes

9    to a payroll process, for example?

10       A    Absolutely, they would.  If -- we often

11   have -- in particular for the Munis products, once a

12   client has been live, we'll do something called an

13   investment analysis or investment assessment whereby we

14   will come in, review their current use of the system,

15   their -- maybe they've changed their mind about things,

16   you know, two, three years later.  So they'll certainly

17   review data reporting.  You know, if they want to change

18   -- if a client is looking to change their reporting

19   structure or they're looking to change their chart of

20   accounts or something along those lines, they will

21   certainly actively work with clients to then come up

22   with a plan on how to make those changes, whether or not

23   they're going to need to convert data, whether or not

24   that they're -- what type of training that they're going

25   to need to achieve that desired result.

1   expected to then do that configuration work.

2       Q    So those Implementation Consultants do a

3   little bit less than the Munis folks?  The scope of

4   their duties is a little bit less because their clients

5   are doing more?

6       A    In the Munis model, the clients are doing more

7   of the configuration -- generally, more of the

8   configuration unless they paid for additional services

9   for the consultants to assist with more of that

10  configuration.

11      Q    Has that Tuesday-Wednesday-Thursday-maybe-

12  Friday model been sort of a consistent model over the

13  past five years?

14      A    For the Munis Implementation team, yes.

15      Q    Can you estimate how often the Implementation

16  Consultants within Munis are working that schedule?

17      A    I would say that, in general, they would be

18  three to four weeks a month.

19      Q    And so if somebody is working that schedule,

20  you know, Tuesday, Wednesday, Thursday, four weeks a

21  month, they're going to have 12 billable days in that

22  month; is that -- am I understanding that right?

23      A    They would generally have 12 days, perhaps 13,

24  depending on if they, you know, had a half-day -- couple

25  half-day on a Monday or Friday.  Those might be remote.

Page 135

1       Q    Is the comp plan for Munis effectively
2    incentivizing that schedule?
3       A    Yes.
4       Q    Do Implementation Consultants have a scheduled
5    shift?
6       A    No.
7       Q    Why not?
8       A    They're generally expected to work with
9    clients based on their hours of operation within --
10   within reason, and so in addition to that, they are
11   required to travel on, typically, a Sunday or Monday or
12   Friday or whatnot.  So they're -- they're responsible
13   for the scheduling of that and the management of their,
14   you know, appropriate travel requirements and needs.
15      Q    What is Changepoint PSA?
16      A    That is our time and expense management
17   system.
18      Q    And how do Implementation Consultants use it?
19      A    They will, on a -- likely, a weekly basis,
20   they will be going in to record their billable expenses,
21   be entering in their billable or nonbillable time
22   working with clients.
23      Q    Implementation Consultants are expected to
24   fill out 40 hours per week in there, correct?
25      A    Not all groups require that.  Some business

Page 144

1   software.

2        Q    During the time when Munis Implementation

3   Consultants are in training, are they paid overtime?

4        A    No.

5        Q    Are they working for clients during that

6   training period?

7        A    Generally, no.

8        Q    Are they working with real client data during

9   that training period?

10       A    Not to my knowledge.

11       Q    Have you ever been involved in discussions

12   about paying overtime to trainees?

13       A    No.

14       Q    Are you aware of any discussions about paying

15   overtime to trainees?

16       A    No.

17            MR. BROME:  So we're going to go through some

18   documents now.  So if you can look back at Exhibit

19   Share.

20            (Exhibit 0004 was marked for

21            identification.)

22   BY MR. BROME:

23       Q    So I've marked Exhibit 4.

24            Do you see that?

25       A    Yeah.

Page 145

1        Q     And one of the frustrating processes about

2    Exhibit Share is -- it works well, but one of the

3    problems is that it puts the exhibit tab over the Bates

4    number, but I'll represent this is a document produced

5    by Tyler in this case Bates-numbered Tyler 005768 to

6    -5769.

7              What is this?

8        A     This appears to be a job posting that we would

9    have on our website or -- our recruitment website.

10       Q     Are you involved, in your current role, in

11   preparing any of the Implementation Consultant job

12   postings?

13       A     No.

14       Q     Were you when you were vice president of

15   Implementation?

16       A     Yes.

17       Q     Have you seen other versions of this job

18   posting?

19       A     Yes.

20       Q     Has this job posting been fairly consistent

21   when it was used at other times?

22       A     In general.  It will -- depending on the type

23   of project worked or the geography, that might be edited

24   or changed.  If we have a particular project that needs

25   something, you know, more localized, then we might try

Page 146

1    to emphasize that, and certainly the other business

2    units would -- would have something consistent, but they

3    would tweak it to -- based on their needs and

4    requirements as well.

5        Q    Does this posting accurately describe the

6    responsibilities of a Munis Implementation Consultant?

7        A    I'd say it does a pretty good job.

8             MR. BROME:  Set that one aside.

9             (Exhibit 0005 was marked for

10            identification.)

11   BY MR. BROME:

12       Q    I have introduced Exhibit 5.

13       A    Okay.

14       Q    This is another document that was produced by

15   Tyler in this case, Bates number Tyler 005828 to -5829.

16            What is this?

17       A    This is an internal position description.

18       Q    And when you were in your VP role, were you

19   involved in these internal position descriptions?

20       A    Yes.

21       Q    What's -- how would you distinguish between

22   what's in an internal description versus the posting

23   that we just looked at?

24       A    The job posting, as I had mentioned, would be

25   -- could be tweaked and edited, customized based on

Page 149

1    client?

2         A      There could be, in particular if you think of

3    something more complex, like a chart of accounts for a

4    client that -- that's something that a more senior

5    consultant would likely do versus a more junior-type

6    consultant.  And then there are, obviously, tasks that

7    would be more fitting for a more junior consultant that

8    would probably bore a senior Implementation Consultant,

9    so ...

10        Q      Would you expect that a more senior consultant

11   could do all the same work that a more junior person

12   could do?

13        A      Yes, and often we interchange them based on

14   need.  Outward facing, to my knowledge, we don't expose

15   the associate, the Implementation Consultant or senior

16   consultant because of -- we interchange these -- these

17   people quite regularly just based on availability and

18   project need.

19             (Exhibit 0006 was marked for

20             identification.)

21   BY MR. BROME:

22        Q      Looking at Exhibit 6 now --

23        A      Okay.

24        Q      -- this is another document that's been

25   produced by Tyler in this case.

Page 150

1          What is this?

2     A    This is -- describes the implementation

3  incentive compensation plan for Implementation

4  Consultants.

5     Q    Are you able to tell, from looking at this,

6  which Implementation Consultants within ERP this plan

7  applies to?

8     A    This would be ERP and School employees for

9  that period of time:  2019 up through the start of

10  January 2020.

11          MR. BROME:  Okay.  I'm going to mark Exhibit 7

12  now.

13          (Exhibit 0007 was marked for

14          identification.)

15  BY MR. BROME:

16     A    Okay.

17     Q    This is a Tyler document that's been produced

18  by Tyler in this case.

19          What is this?

20     A    This is the -- it's Implementation incentive

21  plan specific to the ExecuTime stand-alone

22  Implementation team for, it looks like, 2016-'17 period

23  of time.

24     Q    Since this 2016-'17 time period, has the

25  compensation plan for Implementation Consultants within

Page 156

1        A    I was going to say:  It's used by HR,

2    typically.  We do have a flavor of that externally for

3    clients as well.

4        Q    Is that used throughout the ERP division?

5        A    For HR policies, yes -- HR and IT policies,

6    yes.

7        Q    Do you know what the "Trainers Forum" is?

8        A    No.  That's similar to the one up top, I would

9    think, but no.

10            MR. BROME:  Okay.  All right.  I'm marking

11    Exhibit 9.

12            (Exhibit 0009 was marked for

13            identification.)

14            MR. BROME:  It's another document that was

15    produced by Tyler in this case.

16            THE WITNESS:  One minute.  There we go.

17    BY MR. BROME:

18        Q    What is this?

19        A    This looks to be the -- the initial

20    on-boarding document provided to new-hire Munis

21    Implementation Consultants.

22        Q    Have you been involved in preparing this

23    document?

24        A    Many years ago, yes.

25        Q    Where is this document housed?

Page 166

1        I, the undersigned, a Certified Shorthand Reporter

2   of the State of California, do hereby certify:

3        That the foregoing proceedings were taken before

4   me at the time and place herein set forth; that any

5   witnesses in the foregoing proceedings, prior to

6   testifying, were administered an oath; that a record of

7   the proceedings was made by me using machine shorthand

8   which was thereafter transcribed under my direction;

9   that the foregoing is a true record of the testimony

10  given.

11       Further, that if the foregoing pertains to the

12  original transcript of a deposition in a Federal Case,

13  before completion of the proceedings, review of the

14  transcript [  ] was [ X ] was not requested.

15           I further certify that I am neither

16  financially interested in the action nor a relative or

17  employee of any attorney or any party to this action.

18       IN WITNESS WHEREOF, I have this date subscribed my

19  name.

20  Dated:    09/28/2020    *Catherine A. Ryan*

21

             Catherine A. Ryan, RMR, CRR

22           CSR No. 8239

23

24

25

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

# EXHIBIT 6

Page 1

1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3

4                              Case No.:  3:19-CV-07647-WHA

5                                  Judge William Alsup

6       _____

7       AARON KUDATSKY, Individually and on

8       behalf of all others similarly situated,

9            Plaintiffs,

10      vs.

11      TYLER TECHNOLOGIES,

12           Defendant.

13      _____

14

15

16

17           REMOTE ZOOM VIDEOCONFERENCE DEPOSITION OF

18           ABIGAIL DIAZ, a 30(b)(6) REPRESENTATIVE

19               Taken Tuesday, October 27, 2020

20                   Scheduled for 11:00 a.m.

21

22

23

24      REPORTED BY:  DANA S. ANDERSON-LINNELL

25      Job No.:  MW 4300964

1       applies?

2       Q.   Right.

3       A.   I don't know if -- I don't -- it's a

4       holistic evaluation taking -- bearing in mind

5       the functions of the role.  So part of that, I

6       think, would include the type of work they

7       perform and who they perform it for and how

8       they perform it.  So it's hard to -- it's hard

9       for me to say that we just throw out the window

10      who the client is because I don't think that

11      that would be correct.  Ultimately in taking

12      that holistic evaluation we've concluded that

13      the administrative exemption applies even

14      though there are differences in the various

15      roles like the ones you've identified within

16      the ERP division.

17      Q.   And so in Tyler's view the exemption

18      applies whether or not someone is working for a

19      city or working for a county, it applies

20      holistically to that position given the type

21      period of work that they might be called upon

22      to do for any potential client.  Is that a more

23      fair way to describe that position?

24      A.   I think I would keep describing it the way

25      I described it in response to your earlier

1    question as Mr. Webster may have been and, in

2    fact, was.

3                    THE WITNESS:  If there's still a

4    question pending, can you repeat it, please?

5                    THE COURT REPORTER:  Do you want me

6    to read it back, Danny?

7                    MR. BROME:  Yes.  Thank you.

8                    (Whereupon, the court reporter read

9    back the previous question.)

10                   THE WITNESS:  Implementation is the

11   broad tent.  And I sat in on Chris Webster's

12   deposition.  And I know he did give you

13   testimony about the various job

14   responsibilities.  So I would defer to him.  He

15   would be in a better position to answer

16   questions about those job responsibilities than

17   I would be.

18   BY MR. BROME:

19   Q.   You testified that assuming implementation

20   consultants meet the salary threshold the other

21   prongs of the administrative exemption are

22   satisfied for implementation consultants within

23   ERP.  How can Tyler know that those duties

24   prongs are satisfied without regard to being

25   able to say what the primary duty is?

Page 106

```
 1                    REPORTER'S CERTIFICATE
 2
     STATE OF MINNESOTA    )
 3                         ) ss.
     COUNTY OF HENNEPIN    )
 4
 5          I hereby certify that I reported the
     deposition of Abigail Diaz on October 27, 2020, in
 6   Maple Grove, Minnesota, and that the witness was
     by me first duly sworn to tell the whole truth;
 7
            That the testimony was transcribed by me
 8   and is a true record of the testimony of the
     witness;
 9
            That the cost of the original has been
10   charged to the party who noticed the deposition,
     and that all parties who ordered copies have been
11   charged at the same rate for such copies;
12          That I am not a relative or employee or
     attorney or counsel of any of the parties, or a
13   relative or employee of such attorney or counsel;
14          That I am not financially interested in the
     action and have no contract with the parties,
15   attorneys, or persons with an interest in the
     action that affects or has a substantial tendency
16   to affect my impartiality;
17          That the right to read and sign the
     deposition transcript by the witness was reserved.
18
19          WITNESS MY HAND AND SEAL THIS 9th day of
     November, 2020.
20
21
22
23   Dana Andersn
24   Dana S. Anderson-Linnell
     Notary Public, Hennepin County, MN
25   My commission expires 1/31/2025
```

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

# EXHIBIT 7

1               UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4                        Case No.:   3:19-CV-07647-WHA

5                        Judge William Alsup

6    _____

7    AARON KUDATSKY, Individually and on

8    behalf of all others similarly situated,

9            Plaintiffs,

10   vs.

11   TYLER TECHNOLOGIES,

12           Defendant.

13   _____

14

15

16

17       REMOTE ZOOM VIDEOCONFERENCE DEPOSITION OF

18                   TRAVIS E. VOID

19            Taken Friday, October 23, 2020

20              Scheduled for 10:00 a.m.

21

22

23

24   REPORTED BY:   DANA S. ANDERSON-LINNELL

25   Job No.:   TX 4297303

                                    Page _

1      Q.    Second, the court reporter is going to be

2      taking down everything we say today in a

3      written format.  As a result, there's a couple

4      of things we need to do to make her job easier.

5      The first is if you let me finish my question,

6      I'll let you finish your answer.  That way we

7      have a clear back and forth on the paper.

8      Okay?

9      A.    Understood.

10     Q.    The second thing is when you answer a

11     question, it's important that you answer

12     verbally and as clearly as possible.  So the

13     example I typically give is if the answer is

14     yes or no, you should say yes or no as opposed

15     to uh-huh, uh-uh, nodding your head or shaking

16     your head because it's very difficult for the

17     court reporter to write those things down.

18     Okay?

19     A.    Understood.

20     Q.    The third thing that's a little bit --

21     additionally if I ask a question that you don't

22     understand, whether it's a word or the entire

23     question or anything of that nature, and you've

24     already done this once or twice today, which

25     has been good, please let me know and I am

Veritext Legal Solutions
800-336-4000

1    happy to clarify the question. If you don't,
2    later on when we get the transcript and it has
3    your answers, we have to assume you understood
4    the question when you answered. Okay?
5    A.   Yes.
6    Q.   Today is a little bit different probably
7    than your last deposition because this one is a
8    remote deposition, which we're doing because of
9    the COVID-19 issues going on. And so there's
10   two additional important things to be aware of.
11   First, unlike a normal deposition where we
12   would all be sitting in a room together and we
13   can all see each other, I don't know who is in
14   the room with you or not in the room with you.
15   So if anyone joins you today, it's important
16   that you let us know so we can add to the
17   record that they were present. Okay?
18   A.   Understood.
19   Q.   Is anyone there with you now?
20   A.   Not in this room.
21   Q.   And if someone just passes through and
22   grabs something, that's fine. It's really more
23   if they come in and stay for any extended
24   period of time, we need to record that.
25   A.   Understood.

Page 10

1        Q.    The second thing is, again, since I can't
2    observe you, you're not permitted to consult
3    documents, text messages, having things
4    delivered, having information provided to you
5    while you're testifying without me knowing
6    about it.  So if you do receive any messages
7    that you're consulting while you're testifying
8    or if you're looking at any documents while
9    you're testifying, it's important that you let
10    us know.  Okay?
11        A.    Understood.
12        Q.    Today is not intended to be a marathon
13    test.  If you need a break at any time, just
14    let me know.  I'm going to try to stop about
15    every hour to give everyone a chance to stretch
16    and go to the restroom.  The only thing I would
17    ask is if you do need to take a break and I've
18    asked a question, please finish answering the
19    question before we take the break.  Okay?
20        A.    Understood.
21        Q.    Are you under the influence of any
22    substance or do you have any illness or injury
23    that would prevent you from testifying
24    truthfully and completely today?
25        A.    No.

Page 11

1    Q.   Is there any other reason that you believe
2    you would not be able to testify truthfully and
3    completely today?
4    A.   No.
5    Q.   Other than specific conversations with
6    your counsel, what, if anything, did you do to
7    prepare for your deposition today?
8    A.   Put it on my calendar.
9    Q.   Fair enough.  Did you review any documents
10   to prepare for your deposition?
11   A.   I looked at the last deposition just to
12   review.
13   Q.   Okay.  Anything else?
14   A.   No.
15   Q.   Did you speak to anyone other than counsel
16   to prepare for your deposition?
17   A.   No.
18   Q.   You've been with Tyler since 2007, is that
19   correct?
20   A.   Correct.
21   Q.   Have you been employed by anyone else
22   simultaneously while working for Tyler in the
23   last 13 years?
24   A.   No.
25   Q.   What is your current job title at Tyler?

Page 12

1       A.   Implementation consultant.

2       Q.   Have you had any other titles during your

3   tenure with Tyler?

4       A.   Yes.

5       Q.   What other titles have you had?

6       A.   Project manager.

7       Q.   Have you ever had the title senior

8   implementation consultant at Tyler?

9       A.   Yes.

10      Q.   And I understand from other witnesses that

11  senior implementation consultants don't

12  outwardly give that title to clients, is that

13  correct?

14      A.   Correct.

15      Q.   Is it your understanding, though, that it

16  is a distinct job title from implementation

17  consultant?

18      A.   Not really.

19      Q.   Is it a promotion?

20      A.   Yes.

21      Q.   And there are at least some -- and we can

22  get into these later -- differences in the job

23  tasks that senior implementation consultants do

24  versus implementation consultants, right?

25      A.   Not really.

Veritext Legal Solutions
800-336-4000

1    Q.    Okay.   In that case, let's go ahead and

2    address that now.   What's the difference in

3    your understanding between a senior

4    implementation consultant and a non-senior

5    implementation consultant?

6    A.    A non-senior would probably help a client

7    key in lots of data, whereas a senior would

8    assist in how to set it up.

9    Q.    In your role as a senior implementation

10   consultant, do you have mentoring

11   responsibilities with respect to more junior

12   implementation consultants?

13   A.    Yes.

14   Q.    Did you have those responsibilities before

15   you were a senior implementation consultant?

16   A.    Not officially.

17   Q.    What do you mean by -- first of all, do

18   you officially have those responsibilities as a

19   senior implementation consultant?

20   A.    I believe so.

21   Q.    What's the distinction you make between

22   officially having those responsibilities and

23   not officially having them?

24   A.    Actually having a document that says:

25   This is your buddy who you need to train versus

Page 14

1      having someone shadow you on a job.

2      Q.    And then one thing I have heard from other

3      senior implementation consultants is that there

4      is a task involving creating guides and other

5      documents and information that supports the

6      implementation process.   Is that something

7      that's part of your role as a senior

8      implementation consultant?

9      A.    Yes.

10     Q.    Did you have that responsibility before

11     you were a senior implementation consultant?

12     A.    Every now and then.

13     Q.    Is it more frequent now?

14     A.    Yes.

15     Q.    Can you give me a sense of how much more

16     frequent it is?

17     A.    At least monthly.

18     Q.    How much was it before?

19     A.    Probably quarterly.

20     Q.    When did you become a senior

21     implementation consultant at Tyler?

22     A.    A senior implementation consultant?

23     Q.    Yes.

24     A.    Give me a minute to think of the dates

25     from project management to senior implementer.

Page 15

1        That was -- I've got to think in terms of my
2    children being born.
3        Q.   Sure.   Take your time.
4        A.   Seven years.
5        Q.   Okay.   So that would be around 2013 you
6    would say you became a senior implementation
7    consultant?
8        A.   Yes, 2013, 2014, somewhere around there.
9        Q.   When were you a project manager?
10       A.   2012.
11       Q.   So just in that one-year block?
12       A.   Yes.   2012-2013.
13       Q.   And just so I make sure I have the full
14   timeline correct, so you joined in 2007 as an
15   implementation consultant, 2012 into 2013 you
16   were a project manager, 2013 onward you've been
17   a senior implementation consultant through the
18   present?
19       A.   It would probably be 2014-'15 because
20   there was a lag time between project management
21   to senior.   So it was implementation, project
22   manager, implementation consultant, then
23   senior.   So that's why the timeline is kind of
24   hazy from project management to senior.
25       Q.   Why did you go from project management

Page 16

1   back to implementation consultant?

2   A. I like training.

3   Q. So you just wanted that job function more

4  than the project manager after you had some

5  experience with it?

6   A. Right.

7   Q. So with each witness, I'm trying to make

8  sure I'm using the terms that you use to

9  describe Tyler's organization structure.  So

10  the way I understand it is at the top level we

11  have divisions.  That's things like ERP, Local

12  Government, Appraisal and Tax.  Below that we

13  have within ERP two big subdivisions,

14  Financials and Human Capital Management.  And

15  then below that we have modules.  Is that the

16  correct structure based on your experience at

17  Tyler?

18   A. Yes.

19   Q. What divisions have you been assigned to

20  work in during your time at Tyler?

21   A. Just ERP.

22   Q. And within ERP, have you worked in both

23  Financials and Human Capital Management or just

24  one of them?

25   A. Just Financials.

Page 17

1       Q.    And I have a copy of your résumé.  We'll

2       probably use it as an exhibit later.  But I

3       know it lists a whole bunch of modules, so I'm

4       not going to make you list them all.  Are there

5       modules within ERP Financials that you have not

6       done?

7       A.    Yes.

8       Q.    Do you have a sense of how many there are

9       that you have not worked on?

10      A.    At least three.

11      Q.    Can you tell me which three you haven't

12      done work on?

13      A.    Performance [unintelligible] budgeting,

14      work orders, if that really falls under

15      Financials, and any of the general revenue that

16      would fall under Financials outside of accounts

17      receivable.

18      Q.    Over the last four years, who have been

19      your supervising project managers?  And I don't

20      mean the project managers for the projects

21      you've worked on, I mean your actual designated

22      supervisors.

23      A.    Amy Butts, Kathy Pelletier.  I've had a

24      lot.  Lee Kaylor.

25      Q.    And we'll come back at our first break and

Page 18

1    help the court reporter with the spellings on

2    some of those names because I know it's a

3    little bit hard to get that over the remote

4    setup right now.

5         In terms of rough breakdown, can you give

6    me a sense of when each of those people were

7    your supervisor over the last four years just

8    by year?  Doesn't have to be month.

9    A.   Okay.  Lee Kaylor from -- oh, gosh.  No,

10   not Lee.  Amy Butts first for about a year and

11   a half, then Lee Kaylor, I believe, because I

12   had my accident, then I've been with Kathy

13   since 2019.

14   Q.   That is close enough for our purposes

15   today.

16        You mentioned when you were going through

17   the list there that you had a lot of different

18   supervisors.  Is there any particular reason

19   you've moved between supervisors?

20   A.   They -- either they get promoted and do

21   other sites where I was mostly at the other

22   places -- that's pretty much been the gist of

23   it.  Never had internal conflicts.

24   Q.   And you mentioned as well that there was a

25   period where you had an accident of some sort.

Veritext Legal Solutions
800-336-4000

1        on leave?

2        A.   I was on leave.

3        Q.   Over the last four years -- again, I'm

4        really just asking for an estimate here, I know

5        this is not going to be something you can

6        precisely identify -- how many different

7        implementations would you say that you have

8        worked on?  So between 2016 and the present.

9        A.   At least four or five.

10       Q.   So when you're working on an

11       implementation then, are you typically only

12       doing one phase of the implementation, multiple

13       phases, or are you doing the implementation

14       from start to finish?

15       A.   I'm not sure I understand your question.

16       Q.   Sure.  Let me ask it a little bit

17       differently.  How many weeks of your time is

18       being spent on a given implementation?  What

19       I'm getting at is:  Are you working on them

20       consecutively for months, are you bouncing

21       between them, that kind of -- I'm just trying

22       to get a sense of the structure of your work.

23       A.   I bounced between projects up until I got

24       in the school site.  Before that, I bounced

25       between at least two or three projects at a

Veritext Legal Solutions
800-336-4000

1        consultant to people outside of the company?

2        A.   Not that I can recall.

3        Q.   Have you ever had occasion to describe

4        your job to strangers, so someone on an

5        airplane that asks you what you do or something

6        of that nature?

7        A.   Yes.

8        Q.   In those circumstances, how do you

9        typically describe your job?

10       A.   I'm a software trainer.

11       Q.   Within the Tyler framework, what is an

12       implementation?

13       A.   Within the Tyler framework, what is an

14       implementation?   Client buys software, needs

15       to use it before a certain date, so we showed

16       them options that they [unintelligible] and

17       help them work through processes.

18       Q.   Because we have some prior depositions, we

19       have some information here that I can use as a

20       framework rather than trying to elicit it all

21       from you.  So I want to run through what I

22       understand the phases of implementation to be

23       based on what I've heard from other witnesses.

24       If you disagree, please say so.  I'm not trying

25       to make this your testimony.  I just want us to

Page 24

1      A.   Currently, Kathy does.

2      Q.   In your experience, has there always been

3   a fundamentals review script available for you

4   to use for this process going back to the

5   beginning of your employment with Tyler?

6      A.   No.

7      Q.   When did that change?

8      A.   Fundamentals review may be five or six

9   years old maybe.

10     Q.   And when it was first begun five to six

11  years ago, did it still have the same materials

12  you've already testified to to inform your

13  ability to present?

14     A.   The materials have changed drastically

15  over the years.

16     Q.   How so?

17     A.   It's evolved.  It could have been Word

18  documents before.  Now they're more

19  spreadsheets.  And they keep evolving with the

20  software training.

21     Q.   So you've mentioned a review script.  Do

22  you know how that was created in the first

23  instance?

24     A.   How it was created in the first instance?

25  I know as senior implementers we tweaked some

1     stuff that was existing.

2          Q.   Mr. Void, did you personally participate

3     in revising the script or tweaking it to use

4     your term?

5          A.   Yes.

6          Q.   Can you tell us a little bit about your

7     efforts in revising or tweaking the script?

8          A.   We were put into groups to review what was

9     existing and modify and update it with the

10    newest changes in the software.

11         Q.   When did that take place?

12         A.   Maybe five years ago.

13         Q.   In the last five years, have you done any

14    additional work to update, tweak or revise the

15    script that you've referenced?

16         A.   Yes.

17         Q.   When is the next time that you did that?

18         A.   I'm trying to think of the last thing an

19    IC did where we worked on scripts.  Without

20    looking through my emails, I can't give you an

21    exact --

22         Q.   Sure.

23         A.   -- [unintelligible] before this year.

24         Q.   Is it something that you do on a recurring

25    basis up to the present?

Veritext Legal Solutions
800-336-4000

1       A.   Yes.

2       Q.   How many times a year would you say you're

3       tasked with working on revisions to the

4       fundamentals review script?

5       A.   At least twice a year, maybe more

6       depending on how many modules we have to

7       complete.

8       Q.   When you performed that work, you said

9       that it was done in groups, correct?

10      A.   Yes.

11      Q.   Are there people other than senior

12      implementation consultants within those groups?

13      A.   Not that I'm aware of.

14      Q.   How do you go about deciding what to

15      change and what to update in the script?

16      A.   We don't decide.  We go off of the release

17      notes.

18      Q.   Can you explain that to me a little bit

19      more?

20      A.   So if the software is upgraded and there's

21      release notes, if the document doesn't have

22      what's in the upgrade, that's what we have to

23      add to the document.

24      Q.   Do you have a sense of why that task is

25      performed by senior implementation consultants

Page 30

1      Q.   Has a client ever asked you:  What should
2      I do with respect to one of these choices?
3      A.   They have, yes.
4      Q.   What do you say in response?
5      A.   "What do you feel is best?"
6      Q.   So your testimony is you have never made a
7      recommendation to a client on which option they
8      should select ultimately as part of future
9      state?
10     A.   I wouldn't say I've never made a
11     recommendation, but I have presented multiple
12     options and given them multiple outcomes for
13     them to make a better decision.
14     Q.   And I understand that piece.  I totally
15     understand the information you're presenting.
16     What I'm trying to determine is the extent to
17     which you play any role at all in their actual
18     decision-making process by providing a
19     recommendation.  So from your answer a moment
20     ago, it sounded like you have on some occasions
21     made a recommendation to a client in the past,
22     is that correct?
23     A.   I've offered multiple solutions for them
24     to make a choice.
25     Q.   Have you ever expressed to a client that

Page 14

1        you believe one of those solutions was better

2        suited to them than others?

3        A.    Not that I can recall.

4        Q.    Are you prohibited from doing that?

5        A.    Am I prohibited from doing that?  I'm not

6        sure.

7        Q.    So if a client was working with you and

8        directly said:  Come on, Mr. Void, there's

9        three choices here, I don't know which one to

10       pick, really what's the best choice, your

11       answer would be to not give them a

12       recommendation on which of those three to

13       select?

14       A.    My answer would be to show them the

15       results of each three and let them decide which

16       result they want.

17       Q.    Would it surprise you if other

18       implementation consultants were to testify that

19       they did provide recommendations in this

20       process?

21       A.    It would not surprise me.

22       Q.    I'm sorry.  I don't think we got your

23       answer there.

24       A.    It would not surprise me.

25       Q.    Why do you say that?

Veritext Legal Solutions
800-336-4000

 1      A.    Not all of us do it the same way, but I
 2      have seen how others could have made
 3      recommendations and it comes back to bite them,
 4      so I steer clear of making recommendations.
 5      Show them what's available.  Let them decide.
 6      Q.    What's an example of what you've just
 7      described of someone making recommendations and
 8      it came back to bite them?
 9      A.    If they made a recommendation on how to do
10      a process because of another setting that could
11      have made that option available and this client
12      can't do that because they don't have that
13      setting available.
14      Q.    When you're going through this process, do
15      customers ever ask you if Munis can do
16      something and you know that Munis doesn't have
17      the current capability to perform that task?
18      A.    What's your question?
19      Q.    Sure.  Have you ever had an instance where
20      a client said to you:  Can Munis do X, X being
21      any given task that they would want Munis to
22      do, and you know Munis cannot do that task?
23      A.    Is there a question with that?
24      Q.    Yes.  Has that ever happened to you?
25      A.    Yes.  I would say yes.

Veritext Legal Solutions
800-336-4000

1        is does your modality change, the way you

2        approach the client, the way you ask questions

3        or present the information?  Does that vary at

4        all from client to client?

5        A.    There would always be variances.

6        Q.    So what types of variations do you utilize

7        in training clients between different

8        implementations?

9        A.    Not sure I understand the question.  What

10       types of -- I'm not sure I understand the

11       question.

12       Q.    How do they vary?

13       A.    A lot of stuff can depend on the mood of

14       the client, how resistant they are to learning

15       or how receptive they are to the information.

16       So if the client is you want to say, like, a

17       quick study, then it's like you can kind of

18       move a little further along with the sessions,

19       get the questions answered timely.  But if the

20       client is resistant to the change and not

21       really wanting to answer questions, you can get

22       stuck on topics just almost repeating the same

23       thing.  And it's like:  Okay.  What's another

24       way I need to say it?  This is what it does.

25       Q.    Do you do anything different in your

Page 67

1        teaching?

2            A.   How do I know we've completed training?

3            Q.   Let me ask that differently.  How do you

4        decide it's time to move on to the next topic

5        in training, if you do?

6            A.   During my trainings I constantly ask:

7        Does that make sense?  Does that make sense?

8        And that kind of gives me the go-ahead for the

9        next topic.

10           Q.   The last phase of an implementation is go

11       live, correct?

12           A.   Correct.

13           Q.   What does go live entail?

14           A.   For financials, it's pretty much if they

15       can write a check to a vendor, they're live in

16       a nutshell.

17           Q.   So if you have been assigned a go-live

18       week of an implementation, what are you as an

19       implementation consultant doing?

20           A.   I am assisting in errors with roles,

21       errors with workflow, anything that pops up

22       kind of facilitating or being a facilitator

23       between support and the client because they

24       have not been transitioned to support yet, so

25       there's a lot of support calls for different

1        issues that pop up when users are entering
2        data.
3        Q.    How is the go-live date determined?
4        A.    Generally that's determined on the
5        contract initially when they're going to go
6        live.  And that's put in the project plan.
7        Q.    Does the go-live date ever change?
8        A.    Yes.
9        Q.    What kinds of things can cause changes in
10       the go-live date?
11       A.    COVID.  Could be changes in end users,
12       functional leads, people changing jobs, people
13       quitting, new hires coming on, things like
14       that.
15       Q.    Have you ever made -- actually, have you
16       ever contacted a project manager to tell them
17       you were concerned that the client wasn't going
18       to meet the go-live date?
19       A.    I have not.
20       Q.    Are you aware of other implementation
21       consultants doing that?
22       A.    I'm not aware of them doing it.  Project
23       managers usually tell us that during, like,
24       they've had calls with the client and the
25       client is pushing them to say:  We want to

Page 72

1      configuration, go lives.

2      Q.   So not a lot of end-user training, not a

3      lot of testing and not a lot of --

4      A.   I left out testing.  Lots of testing.  Not

5      a lot of end-user training.  Lots of

6      troubleshooting.

7      Q.   What do you mean by "troubleshooting"?

8      A.   A client -- I get calls for a client that

9      was at a go live, couldn't print checks, so we

10     get scheduled a day or two days to help them

11     figure out what's going on with that.  So I had

12     that a lot over the last four years.

13     Q.   What about the current state/future state

14     analysis?  I didn't hear that in your list.

15     A.   Yes.  Current state/future state, I get

16     that a lot.

17     Q.   Are there any one of the phases that you

18     mentioned that you worked on that you have done

19     more than others?  I'm just trying to get a

20     sense of if there is any kind of specialization

21     or if there is any kind of concentration of

22     specific work types given to you.

23     A.   I wish there was, but I wouldn't say there

24     is a concentration of one given to me

25     specifically.

Veritext Legal Solutions
800-336-4000

1       Q.     You're on site with a client typically for

2       about three days in a given week, correct?

3       A.     Typically.

4       Q.     And we'll go into your schedule in more

5       detail later.  Over the course of a given

6       three-day on-site week, how many times are you

7       typically reaching out to your project manager

8       to ask questions?

9       A.     Depending on the client, could be once a

10      week, could be two or three times, could be

11      each day.  So it depends on the client.

12      Q.     What kinds of things are you reaching out

13      for to your project manager about while you are

14      on site with a client?

15      A.     Client attitudes, their morale for the

16      project, their drive for the project so they're

17      aware of how the client is absorbing the

18      information.

19      Q.     Is your project manager ever on site with

20      you?

21      A.     Yes.

22      Q.     How often is your project manager on site

23      with you?

24      A.     Not often.  Mainly at go lives.

25      Q.     What's the project manager typically doing

Page 77

1       Q.   Do you ever travel home on Thursday

2    nights?

3       A.   I have.

4       Q.   In the last three to four years?

5       A.   Not often in the last three to four years.

6    It's typically Friday mornings or Friday night

7    depending on if I got booked on Friday.

8       Q.   So for Thursday you would again say ten to

9    11 hours a day spent doing implementation

10   consulting tasks?

11      A.   Correct.

12      Q.   What about Friday?   What's your typical

13   schedule on Friday?

14      A.   Friday, if I am not traveling, that's

15   again filling out time sheets, completing site

16   reports, following up on any parking lot

17   issues, any support tickets that we put in.

18   Doing a lot of follow-up on Fridays.

19      Q.   And so you said if you're not traveling,

20   but my understanding from your testimony a

21   moment ago is most Fridays you're getting up

22   Friday morning and traveling and then doing

23   those tasks, is that right?

24      A.   Correct.

25      Q.   And then on other Fridays you would be

Page 90

1      booked with a client on Friday morning and then
2      you would travel home?
3      A.   Correct.
4      Q.   So on the ones where you travel on Friday
5      morning, about how many hours during that day
6      including the travel would you say that you're
7      engaged and doing implementation consulting
8      things?
9      A.   So you said including the travel?
10     Q.   Yes.
11     A.   That would be almost like my Mondays.
12     Probably, like, an eight to nine-hour day.
13     Q.   And how do you break that out between
14     travel and other work that you're doing?
15     A.   How do I break that out between travel --
16     Q.   The eight to nine that you just estimated,
17     how much of that is typically travel and how
18     much of that are the tasks that you described?
19     A.   So depending on the site, travel would be
20     anywhere from four to maybe five hours
21     traveling depending on the site.  And then
22     another four doing all the follow-up; four to
23     five maybe doing the follow-up.
24     Q.   What about on the days where you do a
25     session with the client on a Friday, what are

Page 91

1   just to finish it.

2   Q.   And so just to do the math here, with an

3   8:30 to 4:30 with the client, minus an hour for

4   lunch would be seven hours, and you've said

5   four to five hours to get home, so that would

6   be the 11 to 12-hour range on days when you're

7   working with a client on a Friday?

8   A.   Correct.

9        MR. BROME:   Objection, misstates his

10  testimony.

11  BY MR. CORRELL:

12  Q.   What about weekends?  How often do you

13  work on weekends?

14  A.   I try to avoid it.  If I have time sheets

15  or anything that's pressing, if I had to put a

16  time to it, once or twice a quarter I might

17  have to do something on Saturdays or a Sunday.

18  Sundays could be preparing for the next week.

19  Saturday, just finishing up if I had a full day

20  on a Friday.

21  Q.   On the one or two weekends a quarter that

22  you're doing work on the weekend, about how

23  many hours would you say you're doing?

24  A.   I try to spend no more than two hours when

25  I have to.

Page 93

REPORTER'S CERTIFICATE

STATE OF MINNESOTA    )
                      )  ss.
COUNTY OF HENNEPIN    )

        I hereby certify that I reported the
deposition of Travis E. Void on October 23rd,
2020, in Maple Grove, Minnesota, and that the
witness was by me first duly sworn to tell the
whole truth;

        That the testimony was transcribed by me
and is a true record of the testimony of the
witness;

        That the cost of the original has been
charged to the party who noticed the deposition,
and that all parties who ordered copies have been
charged at the same rate for such copies;

        That I am not a relative or employee or
attorney or counsel of any of the parties, or a
relative or employee of such attorney or counsel;

        That I am not financially interested in the
action and have no contract with the parties,
attorneys, or persons with an interest in the
action that affects or has a substantial tendency
to affect my impartiality;

        That the right to read and sign the
deposition transcript by the witness was reserved.

        WITNESS MY HAND AND SEAL THIS 6th day of
November, 2020.

Dana Anderson

Dana S. Anderson-Linnell
Notary Public, Hennepin County, MN
My commission expires 1/31/2025

                                          Page 110

```
 1    Mr. Daniel S. Brome, Esq.
 2    dbrome@nka.com
 3                     November 6, 2020
 4    RE:    Kudatsky, Aaron Et Al. v. Tyler Technologies
 5        10/23/2020, Travis Void (#4297303)
 6        The above-referenced transcript is available for
 7    review.
 8        Within the applicable timeframe, the witness should
 9    read the testimony to verify its accuracy. If there are
10    any changes, the witness should note those with the
11    reason, on the attached Errata Sheet.
12        The witness should sign the Acknowledgment of
13    Deponent and Errata and return to the deposing attorney.
14    Copies should be sent to all counsel, and to Veritext at
15    errata-tx@veritext.com.
16
17    Return completed errata within 30 days from
18    receipt of testimony.
19        If the witness fails to do so within the time
20    allotted, the transcript may be used as if signed.
21
22                     Yours,
23                Veritext Legal Solutions
24
25
                                          Page 111
```

```
 1    Kudatsky, Aaron Et Al. v. Tyler Technologies
 2    Travis Void (#4297303)
 3                    E R R A T A   S H E E T
 4    PAGE_____ LINE_____ CHANGE_____
 5    _____
 6    REASON_____
 7    PAGE_____ LINE_____ CHANGE_____
 8    _____
 9    REASON_____
10    PAGE_____ LINE_____ CHANGE_____
11    _____
12    REASON_____
13    PAGE_____ LINE_____ CHANGE_____
14    _____
15    REASON_____
16    PAGE_____ LINE_____ CHANGE_____
17    _____
18    REASON_____
19    PAGE_____ LINE_____ CHANGE_____
20    _____
21    REASON_____
22
23    _____    _____
24    Travis Void                              Date
25
```

Veritext Legal Solutions
800-336-4000

1   Kudatsky, Aaron Et Al. v. Tyler Technologies

2   Travis Void (#4297303)

3                  ACKNOWLEDGEMENT OF DEPONENT

4        I, Travis Void, do hereby declare that I

5   have read the foregoing transcript. I have made any

6   corrections, additions, or changes I deemed necessary as

7   noted above to be appended hereto, and that the same is

8   a true, correct and complete transcript of the testimony

9   given by me.

10

11   _____        _____

12   Travis Void                        Date

13   *If notary is required

14                      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15        _____ DAY OF _____, 20___,

16

17

18                      _____

19                      NOTARY PUBLIC

20

21

22

23

24

25

                                            Page 113

California Code of Civil Procedure

Article 5. Transcript or Recording

Section 2025.520

(a) If the deposition testimony is stenographically recorded, the deposition officer shall send written notice to the deponent and to all parties attending the deposition when the Original transcript of the testimony for each session of the deposition is available for reading, correcting, and signing, unless the deponent and the attending parties agree on the record that the reading, correcting, and signing of the transcript of the testimony will be waived or that the reading, correcting, and signing of a transcript of the testimony will take place after the entire deposition has been concluded or at some other specific time.

(b) For 30 days following each notice under subdivision (a), unless the attending parties and the deponent agree on the record or otherwise in writing to a longer or shorter time period, the deponent may change the form or the substance of the answer to a question, and may either approve the transcript of the deposition by signing it, or

refuse to approve the transcript by not signing it.

(c) Alternatively, within this same period, the deponent may change the form or the substance of the answer to any question and may approve or refuse to approve the transcript by means of a letter to the deposition officer signed by the deponent which is mailed by certified or registered mail with return receipt requested. A copy of that letter shall be sent by first-class mail to all parties attending the deposition.

(d) For good cause shown, the court may shorten the 30-day period for making changes, approving, or refusing to approve the transcript.

(e) The deposition officer shall indicate on the original of the transcript, if the deponent has not already done so at the office of the deposition officer, any action taken by the deponent and indicate on the original of the transcript, the deponent's approval of, or failure or refusal to approve, the transcript. The deposition officer shall also notify in writing the parties attending the deposition of any changes which the deponent timely made in person.

(f) If the deponent fails or refuses to approve the transcript within the allotted period, the

deposition shall be given the same effect as though it had been approved, subject to any changes timely made by the deponent.

(g) Notwithstanding subdivision (f), on a seasonable motion to suppress the deposition, accompanied by a meet and confer declaration under Section 2016.040, the court may determine that the reasons given for the failure or refusal to approve the transcript require rejection of the deposition in whole or in part.

(h) The court shall impose a monetary sanction under Chapter 7 (commencing with Section 2023.010) against any party, person, or attorney who unsuccessfully makes or opposes a motion to suppress a deposition under this section, unless the court finds that the one subject to the sanction acted with substantial justification or that other circumstances make the imposition of the sanction unjust.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

EXHIBIT 8

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4                    Case No.:  3:19-CV-07647-WHA

5                         Judge William Alsup

6    _____

7    AARON KUDATSKY, Individually and on

8    behalf of all others similarly situated,

9          Plaintiffs,

10   vs.

11   TYLER TECHNOLOGIES,

12        Defendant.

13   _____

14

15

16

17      REMOTE ZOOM VIDEOCONFERENCE DEPOSITION OF

18                 PAMELA SINCLAIR

19         Taken Thursday, October 22, 2020

20             Scheduled for 3:00 p.m.

21

22

23

24   REPORTED BY:  DANA S. ANDERSON-LINNELL

25   Job No.:  TX 4297291

                                   Page 1

1      A.   Yes.

2      Q.   And you were hired as an implementation

3   consultant?

4      A.   Yes.

5      Q.   And you worked in the Student Information

6   Systems division?

7      A.   Yes.

8      Q.   What was the software that you supported

9   in that position?

10     A.   Tyler SIS version 10.

11     Q.   And the public sector clients were

12   schools, I take it?

13     A.   Yes,

14     Q.   And then in June of 2014, did you transfer

15   to the ERP division and begin to support the

16   Munis financial software?

17     A.   Yes.  But I'd like to clarify something

18   there.

19     Q.   Okay.  What?

20     A.   So with Tyler SIS, I was still in ERP and

21   Schools division, but only working with the

22   Tyler SIS product.

23     Q.   Okay.  So let me make sure I understand.

24   Your understanding was that in 2011 through

25   2014, the Student Information Systems was part

Page 14

1     A.   There was a decrease in sales for the

2     Tyler SIS product and they needed to shift

3     employees to -- instead of firing or laying

4     off, they shifted a group of us to the Munis

5     product.

6     Q.   Had you worked with the Munis product

7     before that time?

8     A.   I did not.

9     Q.   And then in July of 2016, do I understand

10    that you became a quality assurance analyst?

11    A.   Yes.

12    Q.   And was that a position for which you

13    applied within Tyler?

14    A.   Yes.

15    Q.   There was an internal posting or something

16    along those lines?

17    A.   Yes.

18    Q.   And you held that position from July of

19    2016 through July of 2018?

20    A.   Yes.

21    Q.   And that position was significantly

22    different from the implementation consultant

23    role, correct?

24    A.   Yes.

25    Q.   You didn't have to travel as much for one

Veritext Legal Solutions
800-336-4000

1    have been traffic.  It might have been their,
2    like, misdemeanor or felony.  I don't recall
3    what phase, but I only worked on one of the
4    multi-phase phases that they had.
5    Q.    Okay.  But in terms of what you did in
6    connection with whatever that phase was,
7    what -- do you remember what you did as an
8    implementation consultant?
9    A.    I did data entry for them and assisted in
10    on-site staff training and on-site support once
11    that training was completed.
12    Q.    While you were a Munis implementation
13    consultant, did you ever travel to California
14    for Tyler?
15    A.    I don't think so.  But if you told me I
16    did, I would not be surprised.
17    Q.    I'm not going to tell you that, so I'm not
18    going to surprise you.
19    A.    Okay.  No surprises.
20    Q.    Let me ask you a slightly different
21    question.  While you were an implementation
22    consultant supporting the Munis software, did
23    you ever perform services for a California
24    client remotely?
25    A.    I think so.  But I did not make, like, a

Page 23

1    solid memory of that.

2       Q.   So if I were to ask you to identify that

3    client, that's something you could not be able

4    to do, I take it, from your response?

5       A.   I think that I did some remote work for

6    Marin County, but I can't give you the details.

7    I think I did some staff training or end-user

8    training that was done remote, but I don't --

9    like I said, I don't have a solid memory.  If

10   you came back and said:  There's no record of

11   you doing that, I would be, like:  Oh, my bad.

12      Q.   But you don't think that you traveled to

13   California or traveled to Marin County in

14   connection with whatever work you may or may

15   not have performed?

16      A.   Correct.

17      Q.   Okay.  Would you agree with me that your

18   duties as an implementation consultant

19   supporting the Munis software were similar to

20   the duties that you performed as an

21   implementation consultant supporting the

22   Odyssey software within Courts and Justice?

23      A.   Just for clarification, you're asking if

24   I think those two positions were similar?

25      Q.   Well, based on your experience in terms of

1     manual for a customer, I had the discretion to

2     pick which screenshot or put a page break where

3     something belonged.  But as long as I was

4     working within the scope of the project, I kind

5     of had the ability to make game-time decisions.

6     Q.   Okay.  Do you have an estimate of -- well,

7     let me ask you this first:  Did you work -- if

8     I asked you this before, I apologize.  Do you

9     believe that you worked more or less hours as

10    an implementation consultant while you were

11    supporting Munis or while you were supporting

12    Odyssey?

13    A.   I worked more while supporting Munis.

14    Q.   How many hours -- do you have an estimate

15    of the number of hours, average number of hours

16    that you worked while supporting the Munis

17    software?

18    A.   I would estimate around 50 a week.

19    Q.   And what about Odyssey?

20    A.   Including travel time and hotel work, I

21    would say it would be between 45 to 50.

22    Q.   And when you were giving your estimate of

23    50 a week while you were supporting Munis, you

24    were including everything, correct, including

25    travel --

Veritext Legal Solutions
800-336-4000

REPORTER'S CERTIFICATE

STATE OF MINNESOTA )
                   ) ss.
COUNTY OF HENNEPIN )

        I hereby certify that I reported the
deposition of Pamela Sinclair on October 22, 2020,
in Maple Grove, Minnesota, and that the witness
was by me first duly sworn to tell the whole
truth;
        That the testimony was transcribed by me
and is a true record of the testimony of the
witness;
        That the cost of the original has been
charged to the party who noticed the deposition,
and that all parties who ordered copies have been
charged at the same rate for such copies;

        That I am not a relative or employee or
attorney or counsel of any of the parties, or a
relative or employee of such attorney or counsel;

        That I am not financially interested in the
action and have no contract with the parties,
attorneys, or persons with an interest in the
action that affects or has a substantial tendency
to affect my impartiality;

        That the right to read and sign the
deposition transcript by the witness was reserved.

        WITNESS MY HAND AND SEAL THIS 5th day of
November, 2020.


        Dana S. Anderson-Linnell
        Notary Public, Hennepin County, MN
        My commission expires 1/31/2025

Page 65

1      Mr. Daniel S. Brome, Esq.

2      Dbrome@nka.com

3                          November 5, 2020

4      RE:    Kudatsky, Aaron v. Tyler Technologies

5          10/22/2020, Pamela Sinclair (#4297291)

6          The above-referenced transcript is available for

7      review.

8          Within the applicable timeframe, the witness should

9      read the testimony to verify its accuracy. If there are

10     any changes, the witness should note those with the

11     reason, on the attached Errata Sheet.

12         The witness should sign the Acknowledgment of

13     Deponent and Errata and return to the deposing attorney.

14     Copies should be sent to all counsel, and to Veritext at

15     errata-tx@veritext.com.

16

17      Return completed errata within 30 days from

18     receipt of testimony.

19      If the witness fails to do so within the time

20     allotted, the transcript may be used as if signed.

21

22                     Yours,

23                     Veritext Legal Solutions

24

25

                                              Page 65

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

# EXHIBIT 9

4/19/2021

Linked **in**

Join now   (Sign in)

## Aaron Kudatsky

Senior Consultant at Oracle NetSuite

San Francisco, California · 419 connections

Join to Connect

NetSuite

University of Nevada-Reno

## Activity



Coupa Named as One of Fortune's Best Workplaces in Technology in 2021.
#CoupaLife

Liked by Aaron Kudatsky

"All the hiring reflects the dramatic growth Tipalti is experiencing as it
automates companies' #AccountsPayable operations to make them easier,

https://www.linkedin.com/in/aaron-kudatsky

4/15/2021

# Linked in

Aaron Kudatsky – Senior Consultant – NetSuite | LinkedIn

Join now     Sign in



Really excited to begin my new adventure at Rivian as the Regional Security Manager (East). #adventurousforever https://rivian.com/

Liked by Aaron Kudatsky

Join now to see all activity

## Experience



**Senior Consultant**

NetSuite

Jan 2021 - Present · 4 months



**Owner**

2K Property Management

May 2015 – Present · 6 years

Reno, NV

Own and manage multi-unit residential and vacation rental properties.



**tipalti**   **Implementation Manager**

Tipalti

Mar 2019 - Mar 2020 · 1 year 1 month

San Francisco Bay Area

https://www.linkedin.com/in/aaron-kudatsky

2/11

4/19/2021

Linked **in**

Aaron Kudatsky - Senior Consultant - NetSuite | LinkedIn

Join now   Sign in

Create Netsuite & Sage intacct cars.

• Completed 15 life-cycle implementations, working directly with c-suite executives in technology and manufacturing sectors .

• Work with internal/external customer teams to assess business and implementation needs, create project plan & timeline, guide the technical integration...

Show more ∨

### Rowing Coach

George Pocock Rowing Foundation (GPRF)

Jan 2018 - Mar 2019 · 1 year 3 months

Seattle, WA

### Financial Implementation Consultant

Tyler Technologies

Jul 2016 - Mar 2019 · 2 years 9 months

Western Region

• Provide professional and thorough training and consultation to public sector/local government clients on Tyler software products.

• Perform consultation/analysis sessions on applicable Tyler products to determine the existing business model and create a new model to use in the deployment of the project.

• Consult with users to identify the proper data mapping process for data conversion.

• Provide instruction on proofing and analyzing data conversions from existing software to Tyler applications.

• Assist project managers on project planning

• Play an active role in troubleshooting client issues, or working with the support and development departments to resolve issues and propose enhancements to product stakeholders.



4/19/2021

Linked 

Aaron Kubasky - Senior Consultant - NetSuite | LinkedIn

Join now Sign in

### Independent Contractor

CSUS Aquatic Center

Apr 2012 - May 2018  6 years 2 months

Gold River, CA

Championship regatta operations at a world class venue hosting over 30 teams and 5,000 attendees.



### Rowing Coach

Junipero Serra High School, San Mateo, California

2017 - 2017  less than a year

Port of Redwood City, CA

### Product Manager

EN Rowing

Jul 2014 - Aug 2016  2 years 2 months

San Francisco Bay Area

• Lead product development, launch, and systems design projects

o Apply innovative strategies to achieve higher product quality and sales while reducing costs

• Reached worldwide distribution and sales through business partnerships



### Business Development Specialist

OpenWater Software

Feb 2016 - Jul 2016  6 months

Washington D.C.



https://www.linkedin.com/in/aaron-kubasky

4/19/2021

Linked in

Aaron Kudalaky - Senior Consultant - NetSuite | LinkedIn

Join now    Sign in

2013 - 2014 · 1 year

## Sr. Customer Assistance Representative

Enterprise Holdings

2012 - 2013 · 1 year

Reno Tahoe International Airport

• Worked with various business operations including customer service, sales, account relationships, fleet management, conflict resolution

• Top of Sales Performance matrix in counter sales

• April 2013 - Highest group customer service index in the nation

## Education

### University of Nevada-Reno

Bachelor's Degree   Management Information Systems and Services

2011 - 2015

Activities and Societies: Division I Cycling Team

## Licenses & Certifications

### Licensed Referee

Linked in

Join now     Sign in

## Courses

Accounting

Android Systems Development

Business Law

Database Design and Implementation

Finance

Marketing

Organizational Behavior

Project Management

Linked**in**

Sign in

Join now

Aaron Kudinsky - Senior Consultant - NetSuite | LinkedIn

1/19/2021

Strategic Management and Policy

## Languages

**English**
Native or bilingual proficiency

**American Sign Language**
Professional working proficiency

**Russian**
Native or bilingual proficiency

**Hebrew**
Limited working proficiency

## Organizations

**Pacific Rowing Club**
Athlete
Nov 2007 – Aug 2011

**George Pocock Rowing Foundation**

4/19/2021

Aaron Koshalek - Senior Consultant - NetSuite | LinkedIn

## Linked[in]

### Penn A.C. Rowing Association

Athlete

## Groups

Awards Professionals

## View Aaron's full profile

See who you know in common

Get Introduced

Contact Aaron directly

Join to view full profile

## People also viewed



**Jing Deng**
Product at Sendoso
Redwood City, CA



**Teesta Kaur**
Account Executive, Central PayPal Enterprise Software

https://www.linkedin.com/in/aaron-koshalek

Aaron Kudabay - Senior Consultant - NetSuite | LinkedIn

Join now   Sign in

Linked **in**



Implementation Manager at Tipalti
San Francisco Bay Area



**Brian Jiang**
Implementation Manager at Tipalti
San Francisco Bay Area



**Jeromy Guadagne**
Implementation Project Manager at Tracker Corp
Concord, CA



**Beau Brown**
Sales Associate at Scheels
Greater Reno Area



**Maryann Remy, PMI**
Onboarding Manager at Observe.AI
Atlanta, GA



**Kathleen Griffin**
Vice President of African Ministries at KidZ at Heart International
Mesa, AZ



**Chad P.**
Consultant at Independent Consultant
Greater Chicago Area



**David Angel**
Independent Consultant at Independent Consulting
Greater Chicago Area

Linked **in**

## Add new skills with these courses



Managing Office Politics



iPadOS 13 Development Essential Training



How to Protect Business Profits in a Financial Downturn

See all courses

## Aaron's public profile badge

Include this LinkedIn profile on other websites



Aaron Kudatsky
Senior Consultant at Oracle NetSuite

 Senior Consultant at NetSuite

 University of Nevada-Reno

4/18/2021

Aaron Kudelsky - Senior Consultant - NetSuite | LinkedIn

Linked in

Join now    Sign in

© 2021

About

Accessibility

Privacy Policy          User Agreement

Copyright Policy        Cookie Policy

Guest Controls         Brand Policy

Language               Community Guidelines

# EXHIBIT 10



# LIFE AS AN IC



CONFIDENTIAL

EXHIBIT
0009



CONFIDENTIAL

 tyler

## Table of Contents

Implementation Regions/Teams.................................................................................................4

Life of a Project ........................................................................................................................5

Implementation at a Glance .....................................................................................................6

A Week in the Life of an IC.......................................................................................................7

A Month in the Life of an IC......................................................................................................9

Traveling for Tyler: Policy and Concur System.......................................................................10

    Concur Website..................................................................................................................10

    Tyler Travel Policy ............................................................................................................11

    Travel Tips ........................................................................................................................12

How to Enter Time and Expenses ..........................................................................................13

    NBCTQ Time.....................................................................................................................13

    Zero Dollar Expense Report .............................................................................................14

    Implementation Day Trip Expense Report........................................................................15

    Advance Airfare.................................................................................................................16

Using the Implementation Document Library..........................................................................17

Job Shadowing at a Client Site ..............................................................................................22

Implementation DOs and DON'Ts...........................................................................................25

Client SharePoint Sites ..........................................................................................................27

Client SharePoint Site Activity................................................................................................28

Install Site Reports .................................................................................................................31

How to Read an Install Site Report .........................................................................................33

    Site Information..................................................................................................................33

    Accounts/Passwords.........................................................................................................33

    Application Details .............................................................................................................34

    Software Versions (not updated over time) .......................................................................34

    Other Notes.......................................................................................................................35

IMPL database – Data Quick Reference..................................................................................36

Utilizing the Implementation Analysts.....................................................................................38

Setting Up Your Dynamics CRM Dashboard ..........................................................................40

CONFIDENTIAL

Tyler 005773

 tyler

## Implementation Regions/Teams

### Regional Managers

| Cheryl Polymeros | Penny Parsons | Michele Tepper | Scott Parks | Ray Arbour | Kathryn Morrilly |
|---|---|---|---|---|---|

USA   CANADA

REGIONAL MANAGER BY STATE

Scott Parks
Michele Tepper
Penny Parsons
Cheryl Polymeros

| Region/Team | Implementation Director | Implementation Manager | Implementation Manager |
|---|---|---|---|
| Northeast | Cheryl Polymeros | Jane Grant | Michael Gross |
| Southeast | Penny Parsons | Ginger Hain | Becky Terry |
| Mid West | Michele Tepper | | |
| SIS | Michele Tepper | Debbie Gregg | Jen Burbach |
| West Coast | Scott Parks | Bobby Sansone | |
| Installed | Ray Arbour | | |
| Revenue | Kathryn Morrilly | Peter Gorchoff | |

4

CONFIDENTIAL

Tyler 005774

 Tyler

# Life of a Project

This is a general overview of a "project" at Tyler Technologies. It starts with Sales working with the client to determine their needs. Once the software is successfully implemented the client continues to receive support services and new software enhancements and releases.



**Professional Services**
(EverGuide)
- Customized development services & modifications
- Client specific programs
- Consulting

**Ongoing Client Support**
- Connect User Conference
- Tyler Community Online

**Implementation**
- System Install
- Analysis & Configuration
  Chart of Accounts Design
  As Is / To Be Analysis
  Security & Permissions
  Set-up
- Testing
- Conversion
- Tyler Forms
- Education
  Train-the-Trainer
- Go Live

**Sales & Marketing**
- Prospects (RFP)
- Demos
- Negotiations (SOW)
- Contract Signing

**Development**
- Software fixes & enhancements
- New Releases
- Continuous improvement (evergreen)

5

Tyler 005775


tyler

## Implementation at a Glance

Implementation works with the client once Tyler Sales has completed the contract and verified the scope of work. A high level overview of the Implementation process is depicted below. Once the Tyler software goes live Implementation then works with Support to ensure a smooth transition for the client's ongoing support needs.



6



A Week in the Life of an IC

## Overview

- Monday/Thursday night are usually travel times. Onsite Tuesday, Wednesday and Thursday for full days

- Occasionally you may need to travel on a Friday due to flights/travel time

- Occasionally may need to travel on weekend to be onsite – GO LIVE timelines

- Goal is 13 billable days a month – could be onsite or GoToMeeting days

- If arriving home early enough on Thursday Evening, may opt to schedule a GTM on Friday for full or half day session

- Sometimes you/client may opt for GTM on Monday, with travel Monday night, and onsite Tuesday, Wednesday, Thursday and Friday 1/2 day with travel in evening.

## Details by Day (example)

Monday
- Pack
- Review agenda/material for training days
- Make travel plans for 2-3 weeks' out
- Follow up on client emails/question
- Travel
- Arrive at hotel, have dinner
- Venture out to find client site if first visit

CONFIDENTIAL

Tyler 005777


Tyler

## Tuesday, Wednesday, and Thursday

- Wake up in hotel – morning routine
- Plan ahead for any traffic/stops before client site
- 8am - Arrive at client site 15-30 min before training to setup/log into database, check incidents if any
- 8:30 am start training on time
  - Go through agenda and training scenarios
  - Break around 10:30 as time permits (check with client representative to see if any union scheduled breaks exist. Coincide your break time with theirs.)
  - Continued training and demonstration till noon
- 12 Noon – Lunch time
  - Recommended to leave client site and get lunch, clear your head, call support/analyst if needed. Check emails. Take a mental break for yourself
- Resume training at 1pm and continue working with client
- 4:00 Begin end of day procedure
  - Wrap up presentation/training
  - Question and answer session
  - Stay until 4:30 (or end of training day as specified with client) and review any open incidents, troubleshooting, write notes about day in trip report, prepare for next day's session
- 4:30 end of day, pack up, and head back to hotel/dinner. Make sure you are prepared for the next day

## Travel home – * usually Thursday night or Friday day

- Head directly to airport to check-in and wait for flight
- Grab some dinner/snack
- Catch up on emails/begin expense report while waiting
- Have a safe trip home ☺

## Friday (Office Day)

- Finish Trip Report and any incidents/emails needed for client
- Follow up on other emails from clients you weren't working with for the week
- Self-Study – prepare for next week
  - Pull agendas off client SharePoint and make sure you are prepared
  - Review eLearnings, documents, test in virtual server, etc.
  - Plan ahead for upcoming travel or training days
- Submit all expense reports, and monitor emails as necessary

## Friday (Go to Webinar/Meeting)

- Plan for full/half day training with client (as scheduled with PM)
  - Your presentation style may change a little, but continue to provide impeccable training quality and superior service. (Just because you are not physically in front of the client, doesn't mean the client is paying any less for that day.)
  - Follow same concept of formal training with 10-15 break as needed

8



A Month in the Life of an IC

# MONTH 1

Subject    A month in the Life of an IC

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SAT/SUN |
|---|---|---|---|---|---|---|
| WEEK | Travel | 1 Onsite | 2 Onsite | 3 Onsite<br>Evening Travel | 4 *GoToMeeting<br>OR<br>Travel<br>OR<br>Office Day | 5/6 |
| WEEK | 7 Travel | 8 Onsite | 9 Onsite | 10 Onsite | 11 Travel<br>Office Day | 12/13 |
| WEEK | 14 Travel | 15 Onsite | 16 Onsite | 17 Onsite<br>Evening Travel | 18 GoToMeeting<br>Office Day | 19/20<br>Sunday: Travel |
| WEEK | 21 Onsite | 22 Onsite | 23 Onsite | 24 Onsite | 25 Onsite ½ day<br>Evening Travel | 26/27 |
| WEEK | 28 Travel | 29 Onsite | 30 Onsite | 31 Onsite<br>Evening Travel | | |

9

CONFIDENTIAL

Tyler 005779


tyler

## Traveling for Tyler: Policy and Concur System
### https://www.concursolutions.com

*All travel bookings must be done through Direct Travel
using their online booking tool, Concur*

Concur Welcome

Watch this ½ hour video to get a basic overview of how to book flights, car rental, and hotel room reservations: Concur

1. Go to Concur website: **https://concursolutions.com**
    - Username: TylerTech email address
    - Temporary Password: Tyler2015
    - Created New Password: when prompted

**Note: You will not be able to sign in with the temporary password until after you've received an email from Direct Travel letting you know that you have access.*

2. Populate your profile on the Concur website

To access, click the down arrow next to Profile in the upper right corner

REQUIRED:
- Your full name exactly as it appears on the photo ID that you will use at the airport
- Work Phone and Home Phone
- TSA Info: 1) Gender 2) Date of Birth

HELPFUL:

Enter all of your Frequent Travelers Programs information



10

**CONFIDENTIAL**



Tyler Travel Policy

Navigate to the Tyler Business Travel landing page on TylerShare



Read the **Tyler Travel Policy** and answer the following questions:

- Who are our preferred rental car companies?
- Should you accept the supplemental liability insurance, loss damage waiver and personal accident insurance offered by our preferred rental company?
- Find and read **Entering Per Diems in PSA** (you will likely need to expand a folder to locate). Determine the per diem rate for Yarmouth, ME on the GSA website.
- Yarmouth ME per diem rate = $_____

Using the **Tyler Travel Policy**, complete the following table:

| Scenario | % of Per Diem Claim in PSA |
|---|---|
| Departure day – leave before noon | |
| Departure day – leave after noon | |
| Return day – return before noon | |
| Return day – return at 3:00 p.m. | |

11

**CONFIDENTIAL**                                                                                    **Tyler 005781**

 tyler

Travel Tips

## Where should I stay when visiting a client site?
Check with your PM. Tyler requires all hotels to be booked through Concur

## What should I wear when traveling?
You are not required to dress business casual when traveling; however, you should always look presentable as a representative of Tyler.

## What should I pack/not pack?
1. Business attire for day 1 onsite
2. Business casual for onsite
   a. Dress pants, khakis, polos, dress shirts, dress shoes
   b. NO – jeans, t-shirts or tennis shoes/sneakers
3. Casual clothing for free time
4. Don't check a bag

When going through a security checkpoint, you are allowed one bag of gels, liquids and aerosols with you in your carry-on bag. The TSA scans this bag separately from the carry-on bag.

Remember the 3-1-1 rule:
- 3.4 ounce (or less) bottles
- 1-quart size, clear, plastic bag
- 1 bag per passenger

5. A photocopy of credit cards
6. A spreadsheet with important phone number – in case you lose your phone

## What do I do if my flight is delayed or cancelled?
1. Contact your PM
2. Contact Direct Travel – put numbers in your phone

| | | | |
|---|---|---|---|
| Concur Support Desk: | Monday - Friday 8am to 8pm EST | Phone: **855.300.8706** | Email: supportME@dt.com |
| Direct Travel: | Monday - Friday 8am to 8pm EST | Phone: **855.874.9263** | Email: tyler@dt.com |
| Emergency After Hours Travel: | Monday - Friday 8pm to 8am EST | Phone: 800.747.0848* | |
| | Weekends & Holidays | *Fees are associated with these calls | |

## What do I do if I'm in a car accident?
1. Contact police, if necessary
2. Contact car rental agency
3. Contact your PM
4. Discuss plan with PM for who will contact the site, if necessary
5. Contact your car insurance agency

## Who do I call if the client is frustrated or upset?
Your PM – 1st
Your Project Supervisor or Regional Manager – if PM not available

12

CONFIDENTIAL


Tyler

How to Enter Time and Expenses

NBCTQ Time

1. To enter **Non-Billable Time**, select from the drop down box - Not Billable Counts Towards Quota (NBCTQ)

- Open Tasks
  - Other tasks
    - TYLER TECHNOLOGIES, INC
      - ERP & School Solutions Division Internal Engagement
        - ADS Internal
          - NBCTQ
        - MUNIS Internal
          - Job Shadow
          - NBCTQ
          - Paper Submission
          - User Conference

2. In the notes/comments section enter the **name of the client** and who approved the NBCTQ time. *Example: Beverly Hills, CA OK per _____.*

3. Create an expense report if there are expenses, select Tyler Technologies as the client.
    a. If no expenses create a zero-dollar expense report, see the zero-dollar expense report section for additional instructions.

13

**CONFIDENTIAL**

**Tyler 005783**

 Tyler

Tyler Series Expense Report
BILLABLE WORK WITH NO ASSOCIATED EXPENSES

1. Select **Expenses** from the My Applications Menu
2. Drill down and double-click on **name of site**
3. In Date, enter the **date you began the GoToMeeting session of the "week of" date**
4. In Category, select **Zero Dollar Expense Report**
5. In Type, select **Zero Dollar Expense**
6. Check to be sure that the Billable box is **not** checked
7. In Description, enter the reason for the zero-dollar expense – e.g., GoToMeeting only with xyz site
8. In Unit Price, enter **0.01**
9. Click **Actions > Apply**
10. Enter information for the next line item
11. In Unit Price, enter **-0.01** (This is to offset the first entry and create the 0-dollar amount)
12. Click **Actions > Apply**
13. Click **Actions**
14. Select **Create Expense Report**
15. **REQUIRED**—Check the **Enter a Comment** box and enter the "week of date'"
16. Click **Actions > Save**

**Note:** The report is now in 'draft' mode.

17. Click **Actions > Attach File** to upload your timesheet
18. Click **Actions > Submit** to send the report through workflow to your manager to approve

14

CONFIDENTIAL

Tyler 005784

 tyler

Implementer/Admin Day Trip Expense Report

Expense report to add travel premium for trips greater than 100 miles if no hotel stay quantity entered (direct bill hotel/stayed with family so no hotel expensed...etc.)

1. Select **Expenses**
2. Drill down and double-click on **Tyler Technologies, Inc** (must be Tyler, not client site)
3. Select the internal project you are assigned to
4. In Date, enter the date you drove to the site

*Note: If this is a correction, use current date so will hit reporting*

5. In Category, select **Imp Day Trip – NonReimbursable**
6. In Type, select **>100 miles one way**
7. In Qty, enter **the number of travel premiums that were not previously noted via hotel qty entry for trip**
8. In Description, enter the reason for the trip and reference billable report number – e.g., drove > 100 miles to xyz site – ____ ref billable report

*Note: For previous month corrections, date of travel and site name must be noted*

9. In Unit Price, enter **0.01**
10. Click **Actions > Apply**
11. Enter information for the next line item
12. In Unit Price, enter **0.01** (No negative offset needed for Imp Day Trip reports)
13. Click **Actions > Apply**
14. Click **Actions**
15. Select **Create Expense Report**
16. REQUIRED—Check the Enter a **Comment** box and enter the "week of date" and site driven to

*Note: The report is now in 'draft' mode.*

17. Click **Actions > Attach File** to upload your timesheet
18. Click **Actions > Submit** to send the report through workflow to your manager to approve

CONFIDENTIAL

Tyler 005785



To submit advance airfare, that is airfare you are submitting for reimbursement prior to the actual date of travel, you must change the Expense Date to the date you expect to travel.  When using this airfare for more than one client, traditional rules apply and you have to split the amount appropriately between those clients.

Use the ⊞ icon in the upper right hand corner of your expense report to open the calendar window. Select the month, day and year of your expected travel from the calendar.  The Description must also reflect the client / destination and your expected date of travel. For those that have monthly submissions such as cell phone, please place the coverage period in the description field (mm/dd - mm/dd/yy). Please select 'Airfare – Reimbursable' for Category and 'Advance Airfare' for Type unless it is for a User Group or Tyler Connect etc.

**If you have expensed advance airfare in PSA** – on the week you take the trip, after you have completed the expense entry and select 'actions', 'create expense report' and select 'engagement'  you will be given the opportunity to  'enter comment ' please place here:  "air previously expensed on PSA rpt"

**If you were previously reimbursed for advance airfare via a paper report** – for sites that were paper at the time you submitted advance airfare but have now been activated in PSA, you will need to enter category 'airfare non-reimbursable' type 'airfare' with the amount you were reimbursed via paper for this trip's airfare the week you take the trip with 'air previously expensed on paper expense report' in the description field.

A copy of the previously expensed airfare receipt as an attachment for the report you submit when you actually take the trip would be greatly appreciated.

1E



## Using the Implementation Document Library

Goals:

- To have one place where all documents that support Munis Implementation policies and procedures are maintained.
- To streamline the process of finding current documents used during implementations.
- To eliminate duplicate copies of documents residing in multiple libraries and on employees' computers.

What goes in the library:

- Project plan templates
- Sign-off templates
- Conversion documents
- Forms documents and kits
- Implementation resource documents (policies related to implementation only)

What does not go in the library:

- Client specific documents (can store on region sites, if needed)
- Region specific documents (can store on region sites, if needed)
- Knowledge Base documents (search for the most current version of docs in the KB)
- Corporate documents (travel policies, PSA how-to docs, etc.)
- Sales documents (store in the Sales library)

The Document Library can be accessed by clicking the link on the left side of the Implementation TylerShare site.

**Finding documents**
The default view shows documents grouped by "Folder", then "SubFolder".   The library doesn't actually use folders and subfolder in an effort to minimize the number of places a user has to search for a document.  Instead, these are columns used for grouping, sorting and filtering.

CONFIDENTIAL

Tyler 005787

 tyler

Filtering columns:

Use filters to narrow down your search. If you're looking for a Payroll related agenda, filter on 'Agendas' in column 'Sub-Folder' and filter on 'Payroll' in column 'Product Family'. To do this, click the arrow on the column heading to filter on:



Click the arrow on the column heading to show the sort/filter menu

Select a value to use for the filter

When a column is filtered, a funnel icon shows next to the column header. To remove the filter, or to change it to a different value, click "Clear Filter from [column name]" in the sort/filter menu. You can also sort on the columns using this menu.

Searching the site:

Use the search box at the top of the screen to search for documents containing key words.

Using different views:

The default view shows items grouped by Folder then Sub-Folder. A view is also available that lists all documents in a Folder (not grouped by Sub-Folder) and another view lists all documents in an ungrouped list, but you are able to sort, filter and search to find the document you're looking for. To change your view, click Library Tools – Library on the ribbon, then click the dropdown arrow under Current View.



18

CONFIDENTIAL

Tyler 005788


lykr

### Viewing, saving and editing documents

All users are encouraged to make changes to documents, as needed. We've implemented the Check-in/Check-out and Version Control functionality in SharePoint for this library. If you believe a change should be made to a document, but are unsure of the change, or are a newer Implementer, please discuss the change with your PM or an experienced Implementer before updating the document in the library.

To view a document, simply click on the title of the document in the library. This opens the document in read-only mode. To edit the document, click the Check Out button on the information bar on the document.



The document is now saved on your local PC under My Documents – SharePoint Drafts. The document in the library now shows that it is checked out by showing a green arrow on the document type icon (you may have to refresh your browser to see the updated status.

Make your edits. When you close the document, you will be prompted to save your document if you haven't already, choose Save, then the following dialog box appears.



What do you want to do with the document?

- Discard Check-out: If you are not going to make changes to the document, you can discard the check-out. No changes are saved with this option. To do this, go to the document library and click the arrow that appears when you hover your pointer over the document name and click Discard Check Out. Please be sure to do this if no changes are being made and the document is checked out to you.
- Check-in: If you are done making changes, check the document in to publish the changes to the library. Click Yes in the dialog box.
- Do not Check-in yet: You have not completed your changes and will be continuing work on the document. No changes are published to the library yet. Click No in the dialog box.
- Check-in and keep Checked-Out: Click Yes to check-in your document, but you will be making additional changes, so check it back out to you. This uploads the changes you have made so far, but allows you to make further changes. Click Yes in the dialog box and mark the checkbox in the screen below.

CONFIDENTIAL

Tyler 005789


Tyler

When a document is checked in, the following dialog box appears.



**IMPORTANT:** Enter general or specific comments about what was changed in the document. This allows users to see the changes made in different versions as it's checked out and in. Mark the checkbox if further changes are going to be made, then click OK.

**IMPORTANT:** Other users cannot make changes to documents that have been checked-out. Please check-in documents in a timely manner. Periodic reviews will be done to confirm the status of checked out documents.

If you keep a document checked out (it shows as checked out in SharePoint and a copy is saved on your local PC) and you want to make additional changes, navigate to My Documents on your local computer, then to the SharePoint Drafts folder to find the document you checked out. Make and save your changes. Check in the document, or keep it checked out as described in the paragraphs above.

### Uploading new documents

Documents currently in the library should be updated using check in and check out as described above. New documents may be uploaded to the library by clicking Upload Document in the Library Tools – Documents ribbon.



- Choose Upload Document. **Note:** only choose upload multiple documents IF all documents share the same properties (folder, subfolder, module, etc.).
- Click the Browse button to find the document using an explorer window.
- "Add as new version to existing files" – this should be checked only if the document being uploaded is intended to replace a current version of a document already in the library. If using the check-in/check-out features, this box should be <u>unchecked</u>.
- Fill in the applicable fields in the Document Properties window (described below). When complete, click the Check In button on the ribbon. (If you click Save instead of Check In, please Check In the document as described previously in these instructions).

20

**CONFIDENTIAL**

**Tyler 005790**

| Content Type | Leave the default: Document |
|---|---|
| Name | The name of the document. This may be changed, if desired. |
| Title: | Copy the name into this field |
| Product Family | Choose a valid option |
| Internal-External | External means it can be given to a client. Internal is Tyler use only. |
| Software Version | Only if applicable such as on conversion schemas. |
| Module | Check applicable module(s). If not listed, enter at the bottom of the list. |
| Folder | Choose from the list of available folders. If unsure of where to file the document, choose folder "---Not Sure---" |
| NOTE: The screen will refresh after the folder is entered in order to provide the corresponding list of sub-folders. Please allow a few seconds for the screen to refresh before selecting a subfolder. | |
| Sub-Folder | Select a corresponding sub-folder for the document. If none are applicable, choose "---Blank---". |

21

CONFIDENTIAL

Tyler 005791



Job Shadowing at a Client Site

## Overview

**About the program:** Job Shadowing at a Client Site provides the New IC real-world hands-on experience without being the key Tyler contact and responsible party. The Job Shadowing experience is an important component in every New IC's learning. The new hire can witness what it is like to work with our clients, bringing together all their training on Tyler Products, Tools, Process, Skills, Industry Knowledge, Tyler Culture, and HR/Risk Management. These Job Shadowing experiences help to prepare the New IC to deliver billable client services.

## Benefits

**Benefits for New IC in training:**
- Learn from more experienced individuals before flying solo.
- Observe first-hand how an experienced IC handles difficult questions and/or situations.
- Learn to tell the Tyler story.
- Gain exposure to the local government environment and to client business practices.
- Further develop Tyler product knowledge.
- Gain hands-on experience with software at client environment and/or with client data.

**Benefits for the Tenured IC providing the Shadow Opportunity:**
- Enhance your business skills - delegation, planning, organizational, leadership, and communication.
- Take a leadership role by sharing your experience.
- Empathize with the New IC by putting yourself in their shoes. What do you wish you had learned early on in your career as an IC? What experiences have you had that would help this new hire?
- Benefit from having a "second set of eyes" with you. The New IC can walk around the room and make sure that all the learners are on the right screen and not getting lost.
- Leverage your additional resource as a "trainer's assistant". The New IC can:
  - Make timely phone calls to Support while you continue with the main instruction.
  - Help by communicating with various staff at a client site as needed. For example, alert site IT staff when system crashes, power goes out, etc.
  - Create a master list of questions that come up throughout the day.
  - Research questions that come up that cannot be answered immediately (or are not appropriate to answer at that time). Take the Parking Lot issues and at the end of a day and divide items up between yourself and the New IC that can be researched in the evenings before the next day's session.
  - Get your site report started for you by creating a draft. This gives you a place to start. Saving you time! (Note: This is an expectation of the New IC's site visit.)

33

**CONFIDENTIAL**

 tyler

## Responsibilities

**New IC Responsibilities:**
- Shhh... - observe only; do not ask the tenured IC questions when onsite.
- Be prepared to listen and absorb as much information as possible.
- Take notes on examples or explanations as the Tenured IC is providing instruction.
- Create a list of questions to review with the Tenured IC.
- Prepare a Job Shadow Site Report that outlines what you learned, areas to further review, and any questions that surfaced during the shadow opportunity.
    - Share this with the Tenured IC. This will serve as a draft for the Tenured IC to use as they compile the actual Site Report.
- Schedule a debrief session with the Tenured IC that you shadowed to review your questions to help with your new hire training and development.
- Based on direction from the Tenured IC conducting the training, observe and assist the consultant/client with tasks as appropriate.

**Tenured IC Responsibilities:**
- Coordinate travel plans and logistics to New IC.
    - Try to schedule flights that arrive and leave around same time so can share car or cab.
    - Stay at the same hotel.
    - Exchange cell phone numbers.
    - Share site dress code with New IC.
    - Be sure to communicate timely any travel changes with the New IC.
- Assist the New IC who is shadowing with client specific information and arrangements.
- Set expectations and provide clear instructions on what tasks the New IC will assist and/or monitor during the sessions. Make sure to discuss ahead of time to ensure the New IC is clear of their role and function.
- Be a positive role model.
  Spend time with the New IC to help share experiences, provide support, and answer any questions that they may have relating to the job.
- Act as a supportive influence and provide additional assistance as required to help support the New IC who is shadowing.
- Provide the New IC with tips that you have learned that you may have struggled with when you were new, such as: travel tips, different ways to deal with customers or issues, etc.
  Work with the New IC to schedule a time for a debrief session.
- Use the new IC's site report as a starting point for your documentation. Provide feedback on which parts were helpful and which areas need improvement

**CONFIDENTIAL**

**Tyler 005793**

 tyler

**Initial Job Shadow Topics & Objectives**

The first Job Shadow opportunity occurs within the first 9 weeks of the IC New Hire Training Program. This is generally scheduled during weeks 4, 5 or 6 and is an in-person opportunity for at least 3 days.

**Job Shadowing Debrief**
After your first shadow experience, you will talk with your peers about your shadow experience in a conversation facilitated by the training team.

Please be prepared to discuss the following:

Where did you shadow?
What agendas were covered when you observed?
What was the biggest surprise (what you thought vs. what you observed) for you?
What are three tips/tricks or resources that you gained from this experience?
What questions did you have that you were not able to get answered?

24

**CONFIDENTIAL**

**Tyler 005794**

 tyler

Implementation DOs and DON'Ts

## DOs

- Prepare before training
- Be aware that support is behind you
- Give an introduction
  - Well planned/thought-out
  - If applicable, provide # years, knowledge of products, # of sites you've worked with, etc.
- Set expectations for overall Implementation (including escalation procedure if you are not available, and tell them you travel and will not be able to respond immediately when not at their site)
- Build confidence in client about Munis
- Take attendance
- Check if homework was done
- Provide an Agenda for the day (**Tell them what you will show them**)
- Provide documentation / handouts for training
- Show where the on-line help is for the day's topic
  - Links to KB documents
  - eLearning
- Set expectations for the day (some good, some not as good)
- Maintain control over clients
- Engage client in troubleshooting of processing
- Follow up on commitment for questions – "Parking Lot" – "Park" these questions and assign a parking lot "Attendant"
  - Ownership from client
  - Ownership from Implementation/Munis
- Remain Optimistic
- If an occasion comes up where you absolutely "have to" consult documentation, use it as an opportunity to introduce Munis On-Line Help or the KB.
- Know your audience
  - Skill Level
  - Product / process specific duties
  - Influence on other users
- ALWAYS dress "1 level up" from client. On their "jeans/casual day", "wear business casual"
- Call the client a "client", not a "customer"
- Respect client's environment (ask permission before using clients' phones, PC's, projectors, internet access, downloading files, etc...)
- Have a "Conclusion" to the day's training. **Show them what they accomplished.** A good thing would be to leave them with the site report and review the assignments

25

**Tyler 005795**

 tyler

## DON'Ts

- Don't volunteer that you are new/inexperienced
- Don't say "I don't know"; say "Let me look into that further and get back to you tomorrow"
- Don't blame other departments at Tyler
- Don't give in to pessimism from Client
- Don't suggest that client should NOT go live on multiple modules at once, if that is what has already been decided and the process is already underway
- Do NOT get involved in their internal politics (client's weakness). And don't let your guard down!
- Don't talk about other sites
- Don't read from the manual!
- Don't say, "I've already answered that question" or "We've gone over that already..."
- Don't ASS-U-ME anything!
- Don't use your cell phone while training
- Don't have Lync/Skype for Business turned on when onsite
- Don't talk to, or about, other clients in the presence of your current client while onsite
- Don't check email on-site. If absolutely necessary, DO NOT CHECK IT ON A PROJECTOR!!!!

CONFIDENTIAL   Tyler 005796



## Client SharePoint Sites

Each Munis client will have a client SharePoint site for their implementation. The Project Manager manages this site. ICs will be asked to upload site reports and other documents, as required.

**Link** - https://clientsharepoint.tylertech.com/alpha/

By clicking on the Navigation Folder on any site, you will find the Tyler Client SharePoint link that will take you to the Alpha Page.



- Navigation Folder (1) – will always bring to you the ALPHA Page
- Quick Launch (2) – links for easy access links to:
    - a view of all Tyler Client SharePoint grouped by Division
    - SAM Info List for transitioning information to Munis Technical Support
    - SharePoint Site Collections Main Page for all Divisions
- Client SharePoint Sites Links (3) – client name/site convention name grouped alphabetically by the first letter.
- Letter Group Page Number (4) – each letter group presents the first 30 site links (side by side) and second set of group will be on the next page



27


tyler

## Client SharePoint Site Activity

Link to the directory of all Client SharePoint
sites: https://clientsharepoint.tylertech.com/alpha/Lists/A%20%20B/AllItems.aspx

Find the SharePoint site for Portage County, WI

### Client Overview
Explore the client website to understand the client better.

### Training Calendar
To get an understanding of the order of events in a Munis implementation, use the **Training Calendar** to answer the questions below.  *Keep in mind: Every project will have a different number of training days that are included in the contract and different time/date constraints that will impact the flow of the project so this is exercise is to give you an idea of how one project worked.*

1. What was the very first event and who was involved?
2. Did the support transition call happen before or after go live?
3. Was the system installation done before an IC was on-site?
4. Approximately how frequently do status meetings occur?

### Contract
Read the contract to become familiar with the information found within the contract.

1. Are they a SaaS client?
2. Who is the Project Manager for this client?
3. When did the client issue the RFP (Request for Proposal)?
4. When did Tyler respond to the RFP?
5. When was Tyler selected by Portage County?
6. When was the contract signed?
7. Why do you think that the date that Tyler was selected is different from the date that the contract was signed?
8. How our training days (Implementation) billed to the client – by the hour or by the day?
9. After the first year, how much to the annual maintenance fees increase each year?

**Find the Investment Summary.** As an IC, this will be the piece of the contract that you are most interested in.  It breaks out the specifics of what the client bought.

10. How much is the client charged for one day of implementation?
11. Which three areas have the most implementation days associated with them?
12. What is the total number of implementation days in the contract?
13. Are travel costs for implementers included in the investment summary pricing?
14. What is the maximum class size that is allowed?

28


Tyler

**Find the Support Call Process.** It will be important that you are familiar with the support process in case the client has general questions regarding support.

15. What is the toll-free number?
16. Are the calls segmented?
17. What does OS/DBA stand for?
18. What happens if a client has a critical issue but there is not a tech available to take the call?
19. What is the Tyler Client Portal?
20. What is the MIU?
21. What tool does support use to be able to see the screen of the client?

**Find the SOW.** Not all contracts will contain a SOW. If the client has hired a consultant to manage the details on their end (in this case Baker Tilly), then a SOW will be part of contract.

22. What system was the client using prior to signing with Tyler?
23. What were the targeted go live dates by module?
24. Complete the table:

| Resource | Titles of Resources | Responsibilities |
|---|---|---|
| Project Sponsor | County Executive | Allocate resources, provide strategic direction, and communicate key issues and importance of project. Final authority on all project decisions. |
| Executive Team | | |
| Project Manager | | |
| Project Team | | |
| Subject Matter Experts (SMEs) | | |
| Technical Team | | |
| Change Management Team | | |

25. What are Tyler Implementation Consultants responsible for?

**Find the Implementation Roles and Responsibilities section.** This is not something that you need to commit to memory. It is good as you learning our implementation process to understand what is primarily a Tyler responsibility versus the client and what is shared between the two.

26. Who is the lead on the ToBe SET- Tyler or client?
27. What is the client's role in form design?
28. Who is the lead for building workflow?

**CONFIDENTIAL**



**Find the Training section.** Read this thoroughly.

29. Who from the client is involved in the As Is/To Be review?
30. What are the three to tools that are required as pre-requisites?
31. Is the To Be demonstration done with "dummy" data or real client data? Who will be conducting end user training in Portage County?
32. Who conducts Train-the-Trainer training? Who will those in this session then train?
33. How many people can share a workstation during training conducted by a Tyler IC?
34. When should the client be provided with agendas for training that will take place?

## Implementation Kick-Off PowerPoint

Read through the PowerPoint, including the talking points that are in the notes section. This will give you a good overview of the implementation process.

## Client SharePoint Document Guide

Use this document to find the agendas.

## Agendas and Site Reports

Find the Purchasing Setup Agenda (Financials).

35. How long is the training for purchasing setup (for this client – training length can vary depending on the number of days the client has in their contract)?
36. What will the client ensure that the IC has when on-site?
37. In addition to the pre-requisites, what are the client responsibilities?

Find the Site Report for the Purchasing Setup Day of Training.

38. What was on the agenda but was not covered?
39. With the client be using three-way match?

Find another two agendas in your area of focus (Financials, Payroll/HR or Revenue) and the associated site reports.

CONFIDENTIAL

Tyler 005800

 tyler

## Install Site Reports

https://tylershare.tylertech.com/productsites/munis/depts/support/installation/Lists/Site%20Reports/AllItems.aspx

The installation team completes a site report when an installation is completed. This document includes detailed technical information about the site, including Munis passwords for the site's different environments.

**Sample Install Site Report**



Site Report for
Berrien County, MI.do

**How to Access Installation Site Reports**

1. From TylerShare, click on **Departments**
2. Under the department of Support, click on **ERP**



3. In the search box, type **site report** *name of site*
4. Click magnifying glass icon to search

31

CONFIDENTIAL

Tyler 005801





The search results in this example returned both the original install site report from 2012 and a server transfer install site report from 2016.



CONFIDENTIAL

Tyler 005802



## How to Read an Install Site Report

### Site Information

* Site Contacts
* Installation Details - Technicians, Dates

> Site Report for:
> Munis Product ID:
> Site Contact:
> Deployment Engineer:
> Installation Date:
> Installation Type:

* Server Details
  * If New Installation; New Server Names and OS/SQL Versions
  * If Server Transfer; Existing Server Names and OS/SQL Versions are listed for reference
  * Specs for New Servers



Original OS / Database Engine / Munis: Windows Server 20XX R2 / SQL 20XX / Munis X.X
New OS / Database Engine / Munis: Windows Server 2012 R2 (x64) / SQL 20XX SP1 (x64) / Munis 11.x

| Server | Old Name | New Name |
|---|---|---|
| Munis/DB | OldAppServerName | NewAppServerName |
| TCM | | TcmServerName |
| MSS | | MssServerName |
| BOE | | BoeServerName |

Server Specs (e.g. App/SQL/TCM/MSS/Dashboard): **Server Type**
Make:
Model:
OS: Windows Server 2012 R2 (x64)
Processor:     **Manufacturer, Model #, CPU**
RAM:           **RAM, Drive info**
Drive Configuration:
    Partition 1: C:\
    Partition 2: D:\
Hostname: NewAppServerName
IP Address:   **Hostname, IP, Domain**
Logon Domain: DOMAIN
DNS References:  munisapp.site.gov
                munisprod.site.gov      **DNS Entries**

## Accounts/Passwords

* **Domain Accounts and Passwords** — Accounts Managed by Site
* **Local Accounts and Passwords** — mssadmin is used for MSS site configuration
* **Application Accounts and Passwords** — Application specific usernames/passwords
* **SQL Accounts and Passwords** — SQL specific accounts, like System Admins, and Database owners

33



**Application Details**

GAS Services (NewAppServerName): GAS URLs

| ENV | | Base URL | Split Gas |
|------|------|------|------|
| Prod | GASProd (ISAPI) | https://munisapp.site.gov/GASPROD | Yes |

Installed Special Products: (By Server)



Software Versions (not updated over time)

SQL Information:
Munis Configuration: Gas, GDC
TCM Configuration: TCM Version, Java Version
Dashboard Configuration: SharePoint, Dashboard version
Tyler Forms: Adobe Central or DocOrigin
Additional Software Information: CAFR, VShell

Application URLs: Example Layout:
    [Product Name] (ProductServerName):
        [Environment Name]: [https://productURL.site.gov] (Environment specific product URL)

34


∵ tyler

**Products typically listed here:**
> Dashboard
> Central
> Munis Web Framework
> Tyler Reporting Services **or** Munis Default Reports
> CAFR Statement Builder
> Tyler Content Manager
> MSS
> Munis Mobile: Field Inspector, My Work, Employee Central, Work Orders
> Tyler Incident Management
> Business Objects

**License Information:**
> VSHELL LICENSE DATA
> TYLER CLIENT ACCESS LICENSES (FOURJS)
> Munis OFFICE
> TYLER FORMS
> Crystal Reports 2008

## Other Notes

**System Administration policies/recommendations documentation.**
**Topics:**
- Domain Account password changes
- Munis application directory permission settings
- Antivirus Exclusions
- Advice for adding URLs to Intranet Zone
- Instructions for Database refreshes
- Description of Database and Server backups
- Explanation of Server Memory (RAM) allocation
- How to identify active users
- Application client installation
- Description of System Alerting configuration
- High Availability Notes (SQL Always on, Load balancing, Disaster recovery)
- Outstanding Items (items not completed during initial engagement, some of which are client responsibilities)
- Ongoing Client IT tasks
  - Daily (like backup management)
  - Weekly (like MIU)
  - Monthly (like Windows updates)
- Other responsibilities (DIA, Ldap sync, management of Load balancers & firewalls, etc)

CONFIDENTIAL

Tyler 005805

 tyler

## IMPL database - Data Quick Reference

A quick reference guide to the Munis IMPL database has been created to assist you when with providing relevant examples when demonstrating software to various clients. There are examples for Counties/Cities and for Schools. Also examples for Revenue, PR/HR and Financials.

The document will be stored in the Implementation Document Library under the WBS: INTERNAL

1. Users
   a. "Jean" is a superuser and can do almost anything.
   b. "kris" is a principal and can only get into Dept. 7500 - Elementary School #1
   c. "Christine" is the PW Director and can get into Dept. 172 only.
   d. All reqs started by Kris or Christine can be approved by Jean.

2. Vendors
   a. ABC Supply #1000; lots of detail in Vendor central
   b. Dell #1010 has good TCM docs.  If you drill into 11135000/5409 in Account Central, then into POE for $1554.80 it will take you to TCM
   c. PBG Construction has an entry in Contracts with detail against it

3. Employees
   a. Tim Jones 100 is used the most and has a record in about any program.  He also has the most TCM records attached.  Sales show his Benefits Enrollment form in Employee Central as it has redactions.
   b. Sylvia Carrizal 800144 is a good teacher record; has more than one job and other set up in ESI – 9500
   c. School Employee #'s start with 800 (Search 800*)

4. Customers
   a. Jane Benfey #71 has lots of unpaid bills in several different revenue products.  She is also a good UB customer 100100 so she shows good in both Customer Central and UB Central.  Also most of her recent bills have an TCM image.

5. Projects and Grants
   a. Project "BLDG" has lots of detail for both invoices and employee data.  It also has a grant associated with it.  It has the above contract with PBG Contraction set up so you can see the sub-ledger.

6. Chart of Accounts Funds
   a. 1000 = General Fund
   b. 1100 = Municipal Federal Grants Fund
   c. 2000 = Special Revenue Fund & multi-year
   d. 6000 = Capital Projects Fund & multi-year
   e. 9000, 9005 & 9100 = School Funds
   f. GFA = General Fixed Assets Funds

36

CONFIDENTIAL

Tyler 005806

 tyler

7. Payroll Locations
   a. 135 - 220 = County, City, Town location codes
   b. 9000 – 9900 = School location codes
   c. ANN = Annuitants

8. Payroll Group/BU
   a. 10 – 19 = County, City, Town
   b. 9000 – 9900 = Schools
   c. ANN = Annuitants

9. Payroll Job Classes
   a. 5000 – S999 = Schools (the code is prefixed with an 'S')

10. Payroll Accruals
   a. 900's = School accrual tables

CONFIDENTIAL

Tyler 005807

 tyler

## Utilizing the Implementation Analysts

Please DO NOT email an individual analyst directly. Every email to MunisImpAnalysts@tylertech.com is logged within Dynamics CRM (Customer Relationship Management). This system tracks the history of each incident, including the person emailing, time of the email, priority of the request, description of the problem, ongoing communication, analyst recommendations and resolution.

### Process

1. Determine the priority of issue

| Priority Level | Definition | Response Time* |
|---|---|---|
| 1 = Critical ALWAYS DIRECTLY REACH A PERSON (call or Lync) | Onsite and an issue that impacts a billable day or puts go-live in jeopardy | Within 1 business hour |
| 2 = High | Onsite with client and need fix but can continue with training | Within 8 business hours |
| 3 = Medium | Need to get back to client to follow-up or process questions | 2-3 business days |
| 4 = Non-Critical | Email will default to 4 | 3-5 business days |

*Response time= analyst has reviewed issue and responds with answer or question

2. For everything other than a critical priority, send email to MunisImpAnalysts@tylertech.com with the following:

*DO NOT email an analyst directly. Emailing an analyst directly could delay the response time.*

    a. Subject line should include the module and description of issue (i.e., PR-can't print checks)
    b. Version of Munis
        i. Environment working in (test, live or train)
        ii. SaaS client or not
    c. Client name
    d. Priority level

*Remember, email will automatically default to level 4 priority. If it is a 2 (high) or 3 (medium), you should note the priority. If necessary, an analyst will adjust the priority in the system.*

    e. Detailed description of the problem
        i. What you have already tried and the results
        ii. Applicable screen shots in an attachment

38

**Tyler 005808**


tyler

*If screen shots are in the body of the email, they cannot be seen in Dynamics CRM*

## Sample Email



### For critical issues, call or Lync analysts.

If the Lync status indicator is "Do Not Disturb" or one of the yellow "Away" options, please reach out to one of the other analysts. If none are available, please reach out to Jen Turgeon or the appropriate Support team.

| David Buck – Financials Imp Analyst | 800-772-2260 | x4215 |
|---|---|---|
| Open – Financials Imp Analyst | 800-772-2260 | x5213 |
| Frank Sonnett – Revenue Imp Analyst | 800-772-2260 | x4758 |
| Kayla Wagner – Payroll/HR Imp Analyst | 800-772-2260 | x5240 |
| Jen Turgeon – Imaging, Education and Content Development Manager | 800-772-2260 | x4404 |

**Note:**
- Clients should never initiate contact with Analysts directly. They need to be aware that a serious situation exists and to schedule accordingly.
- All cases must remain in a Tyler employee's name for tracking purposes.

### Escalation

Please communicate with the assigned analyst the reason for the change. If escalate to critical, please use phone or Lync to make contact.

39

CONFIDENTIAL

Tyler 005809

 tyler

Setting Up Your Dynamics CRM Dashboard

## Overview

When you first open the CRM every time, it defaults to a Customer Service Representative Dashboard. This is not useful to Implementation, since we are not listed as the case owner. To make the CRM work for us, we need to apply a more functional Dashboard, and then modify to display information that we need to see.

Sample Implementation Dashboard



1. **Accounts I Follow:**   This view shows accounts that you follow. You can easily add new accounts and remove old accounts to the list.
2. **My Name Cases:**   This view shows all open with the Implementation Analyst Team cases where you are the primary contact.
3. **My Name Needs**   More Info: This view displays all open cases you have with the Implementation Analyst Team where they have requested more information from you.
4. **Cases I Follow:**   Use this view to add client created cases that you need to keep an eye on.

CONFIDENTIAL

**Tyler 005810**


tyler

## Set the Implementation Dashboard as your default dashboard

**Steps:**

1. Click the drop-down arrow next to **Customer Service Representative...**



2. Select **Implementation** under the My Dashboards Category



3. Click **Set As Default** to set this dashboard as the default dashboard to display every time you open the CRM.



41

CONFIDENTIAL

 tyler

## Add Views

Once the Implementation Dashboard is set as the default, you need to create two personal views that allow you to see information about your cases created with the Implementation Analyst Team: open cases and cases needing more information.

Steps:

1.  Click **Advanced Find**.



2.  Click **Look For**.



3.  Select **Cases**.
4.  Click **Use Saved View**.
5.  Select **My Cases**.



6.  Click **Assigned To**.

42

**CONFIDENTIAL**



7.  Select **Primary Contact** (Note: Scroll down to Primary Contact, selecting Contact will not work. When the Field Analyst works on the call, he or she adds your name to the Primary Contact field.)



8.  Click **Enter Value** and then click **Lookup**.



9.  Type your email address in the **Search** field.

43

**CONFIDENTIAL**

 tyler

10. Click **Search**.



11. Click the check to the left of your name.
12. Click **Select**.
13. Click **Add**.



14. Click **Save As.**



44

 tyler

15. Name the view so that you can find it later; for example, your name cases.



16. Click **Save.**

17. Create the second view by clicking **Use Saved Views.**

18. Select **Imp Needs More** Info under My Views.



19. Repeat the above steps to assign yourself as the primary contact by clicking **Assigned To.**

20. Select **Primary Contact.**

21. Click **Lookup.**

22. Type your email address in the **Search** field.

23. Click **Search.**

24. Click the check to the right of your name.

25. Click **Select.**

26. Click **Add.**

27. Click **Save As.**

28. Name the view so that you can find it late; for example, your name Needs More Info.

29. Click **Save.**

30. Close the Advanced Search screen.

**CONFIDENTIAL**

Tyler 005815

 tyler

## Add the Views to your Dashboard

Now that you have created the two views for your Implementation Analyst cases, add them to your dashboard so that you can see them immediately when you log into the CRM.

Steps:

1. Click **Edit**.



2. Double-click **View Selector** on the middle panel.



3. Click **Default View**.



46

 tyler

4. Select the first view you created from the My Views section, for example, Beckys Cases.



5. Click **Set.**
6. Repeat the steps to apply the Needs More Info view to your dashboard by double-clicking on **View Selector** on the right panel.
7. Click **Default View**.
8. Select the second view you created from the My Views section, for example, Becky Need More Info.
9. Click **Set.**
10. Click **Save**.



11. Click **Close** to return to your dashboard.

47

**CONFIDENTIAL**

 Tyler

## Follow and Unfollow

You can follow and unfollow both clients and cases in the CRM. This adds them directly to your dashboard, making it easy to see the information you need right when you open the CRM. Since we have a view that displays open cases with the Implementation Analyst team, following those cases would be redundant. However, a case that a client opens might be hard to keep track of, so try following high priority cases.

### Follow and Unfollow a Client

1. Search for the client.
2. Click on the ellipses.



3. Select **Follow**



4. Click on the **Tyler Logo** in the ribbon to return to your dashboard. The organization has been added to your Dashboard.
5. To unfollow an organization, click on their name on your dashboard.
6. Click on the ellipses.
7. Select **Unfollow**.

**CONFIDENTIAL**

Tyler 005818

 tyler

## Follow and Unfollow a Case

1. Search for the case.
2. Click on the ellipses.
3. Select **Follow**.





4. Click on the **Tyler Logo** in the ribbon to return to your dashboard. The case has been added to your Dashboard.
5. To unfollow a case, click on the case on your dashboard.
6. Click on the ellipses.
7. Select **Unfollow**.

49



## Appendix A: Search Tips and Tricks

If you know the full name of the organization, enter it.
However, sometimes the full client name is not provided, for example: Email Signature Line:
**Phyllis L. Swain**



Results show that no Columbia County, Ga is found.

50

CONFIDENTIAL

 tyler

## Option A: Wild Card Search Using the *

1. Enter search criteria **Columbia County***

   Two results are found, which I would then have to try to figure out which one is the right client.



## Option B: Using the Contact Name

Since I know the user's name, I can search for her contact information, and navigate to the organization. This results in much quicker results, as well as less results to sift through.



51





CONFIDENTIAL

Tyler 005822

# EXHIBIT 11

# Implementation Consultant, Munis

We are hiring multiple Software Implementation Consultants to provide training and implementation assistance for new and existing Tyler clients. Join our growing team of Implementation Consultants who work with our clients all over the country. While being fully supported, you will train clients online and onsite in the proper techniques for installing Tyler's MUNIS product in addition to providing training in the use of related Tyler software. At Tyler Technologies, we devote all of our time, energy and resources to help local governments and school districts become more efficient, accessible and responsive to the needs of their constituents. With more than 4,600 employees (and growing), Tyler has a proven track record of supporting its employee's careers and lives. These are regional positions and are available nationwide.

## Location

Charlotte, North Carolina

## Travel

90%

## Responsibilities

* Work with colleagues and managers to implement and proactively manage a superior technology solution for our clients
* Understand clients' business processes and configure applications based on business needs and accepted best practices
* Provide implementation support to new clients by leading customers through the implementation process. Communicating with those involved to ensure that implementation is completed and any issues are resolved so client can be successfully utilizing the product. Train users in system set up, administration and maintenance
* Assure client satisfaction and successful implementation.
* Identify and report software gaps (work closely with our development team and impact future features and functionality of our products)
* Proof and analyze data conversions
* Continuously evaluate implementation and training procedures and make improvements to facilitate the best possible customer experience. After implementation is complete, provide future training to clients on an as needed basis via telephone and GoToMeeting.
* Create user documentation when required
* Conduct 12-15 days of billable training per month and maintain an organized training schedule.
* Complete training summaries specific to the client following the training to assist other Tyler staff in providing quality customer care.

## Qualifications

* An Associate's degree OR 2+ years comparable experience in technical training and/or technical support OR a Bachelor's degree in business administration or related field, or comparable work experience
* The ability to solve technical problems, dive in to software
* The ability to travel extensively (90%) overnight to client sites throughout the U.S.
* A valid driver's license and acceptable driving record
* Excellent interpersonal and customer services skills

**CONFIDENTIAL**



EXHIBIT

0004

- Experience with technical training and/or technical customer service experience
- Familiarity and ease with computer systems and common software products
- Experience with school district organizations, municipal offices and their technological needs
- Working knowledge of accounting, payroll/human resources, utility billing, permitting and planning
- Proven problem-solving skills
- Exceptional presentation and training skill

# Perks

- 3 Weeks of vacation to start
- Travel Premiums ($$) for each day you are billable
- Per diem expenses
- Expenses paid while traveling (think it all the money you'll save on gas and groceries)
- Medical, dental, life insurance
- Flexible spending accounts for health care and dependent care
- A discounted employee stock purchase plan
- Earn rewards points for your travel (upgrades for hotel, airlines and rental cars!)

CONFIDENTIAL

# EXHIBIT 12

 tyler

Empowering people who serve the public

| Position Description | | | |
|---|---|---|---|
| **Job Title:** | Implementation Consultant | **Date:** | January 2016 |
| **Department/Group:** | Implementation | **Grade:** | |
| **Reports To:** | Project Manager | **Exemption Status:** | Exempt |

### Position Objective

The Implementation Consultant provides the highest quality instruction and support to clients during the implementation of Tyler software products. The consultant ensures that the transition to Tyler software is completed according to predetermined timelines and establishes a positive baseline for the new relationship between the client site and Tyler Technologies.

### Principal Duties

- Provide professional and thorough training and consultation to clients on Tyler software products
- Perform consultation/analysis sessions on applicable Tyler products to determine the existing business model and create a new model to use in the deployment of the project.
- Consult with users to identify the proper data mapping process for the product conversion.
- Provide instruction on proofing and analyzing data conversions from existing software to Tyler applications.
- Train users on data entry, system administration, user security, and user permissions.
- Play an active role in troubleshooting client issues, or working with the support or development departments to resolve
- Create custom reports or customize existing reports to satisfy client requirements.
- Arrange travel upon receipt of schedule and at least two weeks in advance project start date to ensure cost effectiveness.
- Keep up to date on administrative tasks such as documenting client issues, communicating agendas, submitting trip reports and weekly expense reports, and updating the client SharePoint site
- Design and conduct training sessions on site or through webinars
- Assist QA staff with product testing or modification testing as required.
- Create both client-facing and internal documentation such as quick tips and how to's and participate in discussion boards on a regular basis to share information with other Tyler employees.
- Stay current with new product releases and continue to advance product knowledge in specialized areas through self-study, participation in training sessions, development of videos, and the research and testing of product scenarios.

### Scope and Impact (Accountability)

The Implementation Consultant position is a revenue-generating position. The quality of the implementation can directly affect the volume of work and the projects' profitability. The consultant conducts a minimum of 12 billable days of training per month to groups of up to 25 clients. He or she adheres to training assignments but must use independent judgment and available resources to successfully transition the client to Tyler software.

**CONFIDENTIAL**


EXHIBIT
0005

 Empowering people who serve the public

---

**Complexity**

The Implementation Consultant must be able to:

- Expeditiously learn, understand, demonstrate, and train clients on Tyler software applications by following the implementation methodology approach.
- Maintain a courteous, professional, and confident demeanor throughout the implementation process.
- Work with a diverse group of people, and adapt to and work in a dynamic environment.
- Instill client confidence in the use of Tyler applications by providing effective one-on-one or group training.
- Exercise good judgment, discretion, and tact while working with clients.
- Maintain the ability to perform the basic functions of the application on different data platforms
- 

**Education, Experience and Special Skills**

- Bachelor's degree in business or related field, or comparable work experience.
- Knowledge of principles and concepts in accounting desired
- Exceptional presentation and training skills desired
- Excellent interpersonal and communication skills.
- Familiarity and ease with computer systems and Microsoft Office products
- Strong problem solving and analytical skills.
- Ability to travel extensively.
- Valid driver's license.

EXHIBIT 13

DocuSign Envelope ID: 0B8E86B4-64FD-4653-B89B-C0AECCC9BDBD



## Tyler ERP & School Division
### 2019 - 2020 Implementation Incentive Compensation Plan

**Purpose**

The purpose of the Plan is to provide an incentive for employees to provide service to implementation accounts and to reward them for:

* The time and effort involved in traveling to client sites
* Exceeding expected utilization goals
* Their accumulated expertise in the applicable Tyler products and implementation processes

**Eligibility**

Implementation employees who travel as a regular part of their job are eligible to participate in the plan provided they meet the service requirements as outlined below

### A.  Travel Premium

Implementation consultants with at least 60 days of service are eligible for the Travel Premium of $30 per day as long as one or more of the following conditions apply:

* Overnight spent at a hotel performing work that is billable to a customer
* Same-day travel over 100 miles one way for work that is billable to a customer. The designation of an employee's office and calculation of mileage will be consistent with Paragraph 9.4.1 of the Business Travel Policy
* Performing non-billable work that has been designated as counting toward quota (NBCTQ) prior to the commencement of the trip
* Overnight spent at a hotel or same-day travel over 100 miles one way for job shadowing

### B.  Expertise Premium

Implementation employees who meet the service requirements are eligible for an expertise premium based on months of service and number of billable days worked in a month, as follows:

| Expertise Months | Schedule A | Schedule B |
| --- | --- | --- |
| | 1-12 Days | >12 Days |
| 3 months | $15 | $20 |
| 18 | 30 | 40 |
| 30 | 45 | 55 |
| 42 | 120 | 135 |
| 60 | 140 | 160 |
| Business Process Consulting | 175 per BPC day | 175 |

CONFIDENTIAL



EXHIBIT

0006

## C. Implementation Consultant Tenure Bonus

Implementation consultants who meet the service requirements described below are eligible for one-time Tenure Bonus payouts.

| Expertise Tenure | Tenure Bonus Amount |
|---|---|
| 24 months | $5,000 |
| 36 months | $10,000 |

## D. Staff Incentive Plan

Employees on this plan are also eligible for the Staff Incentive Plan.

Dedicated Employees:  Employees who are dedicated to one or two accounts and have project-specific incentive compensation plans may not be eligible for the travel or expertise premium. Eligibility will be expressly defined in their project specific plans.

Employee Transfers:  Employees who transfer into Implementation from other departments may be given credit for expertise acquired in previously held Tyler positions. The amount of credit will vary depending on how much the experience is related to product knowledge and/or implementation services.

Travel and Expertise
Calculations:  All time, premiums and expenses must be submitted and approved in Tyler's expense reporting program, PSA, by the posted Submission Deadlines for each given month. Failure to complete approvals by the posted deadlines may result in loss of payment of the omitted travel and expertise premiums as well as exclude the time from the accumulative total calculations for the given month.

Payment of Awards:  Travel and expertise premiums will be paid monthly in arrears. Tenure Bonuses will be paid in the last pay period of the month following the employee's Expertise Tenure date. Deductions will be taken for taxes, FICA, Medicare, 401(k) and the Employee Stock Purchase Plan but not insurance (health, dental, vision, or life) or flexible spending accounts.

Participants must be employees of the Company at the time of payout to receive Travel and Expertise awards under the plan, unless they meet the criteria outlined in the Termination of Employment section. Employees must be in a position within the Implementation department at the time of Tenure Bonus payout. Tenure Bonus payouts will not be paid out nor prorated if the employee terminates or transfers to a different department prior to their Tenure Month anniversary date.

Termination of
Employment:  Depending on the timing of a participant's last day of work, some or all of any unpaid Travel and Expertise award may be forfeited because the participant is no longer employed by the Company when the awards are paid. The resignation of an Implementation staff member is disruptive because schedules are established 6 or more weeks into the future. Extra notice at the time an employee resigns is desired and appreciated. In consideration of extra notice, the following schedule will be followed for payment of any outstanding Travel and Expertise awards:

**Tyler 005838**

DocuSign Envelope ID: D86E8684-54FD-4D53-B896-C0AEDCC96D8D

| Written Notice | % of Final Travel & Expertise Paid |
|---|---|
| Less than 3 weeks | 0% |
| 3 Full Weeks | 50 |
| 4 Full Weeks | 75 |
| 5+ weeks | 100 |

General:      Awards under the plan are made at the sole discretion of management. The Company reserves the right to amend or terminate the Plan at any time, without notice.

Effective Date      January 1, 2019

Approved:      1/29/2019

     Date

**CONFIDENTIAL**

Tyler 005839