Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile:  469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2850 N. Harwood St, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile:  469.680.4299

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KUDATSKY, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs<br><br>vs.<br><br>TYLER TECHNOLOGIES,<br><br>    Defendant. | Case No.:    3:19-CV-07647-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TYLER TECHNOLOGIES' MOTION FOR PARTIAL DECERTIFICATION**<br><br>**Date:  May 27, 2021**<br>**Time: 8:00 a.m.**<br>**Courtroom: 12 – 19th Floor**<br><br>**Honorable William H. Alsup**<br><br>Action Filed: November 20, 2019 |

Defendant Tyler Technologies' ("Defendant") Motion for Partial Decertification came for hearing on May 27, 2021 at 8:00 a.m., before this Court, the Honorable William H. Alsup presiding. The parties were represented by counsel of record.

After full consideration of the parties' papers and the matters presented by counsel, and good cause appearing therefore, IT IS HEREBY ORDERED that the Court GRANTS the Motion to Decertify as follows:

1. Because of his status as a Senior Implementation Consultant, Travis E. Void is hereby dismissed from this action.
2. Because of their status as Non-Enterprise Resource Implementation Consultants, rather than ERP Implementation Consultants, Sandra Edinger, Valentin Sanchez, Dawn Docket, Pamela Sinclair, and Jay Wright are hereby dismissed from this action.

**IT IS SO ORDERED**