Matthew C. Helland, CA Bar No. 250451
helland@nka.com
Daniel S. Brome, CA Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
**admitted pro hac vice*

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
**Pro hac vice application forthcoming*

Attorneys for PLAINTIFF and those similarly situated

Paulo McKeeby
pmckeeby@reedsmith.com
Michael Correll
mcorrell@reedsmith.com
Reed Smith LLP
2501 N. Harwood, Suite 1700
Dallas, TX 75201
Telephone: (469) 680 4227
Facsimile: (469) 680 4299

Attorneys for Defendant
TYLER TECHNOLOGIES, INC.

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

AARON KUDATSKY, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

TYLER TECHNOLOGIES, INC.

Defendant.

**Case No. 3:19-CV-07647-WHA**

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY PRETRIAL DEADLINES AND TRIAL SETTING**

  Plaintiff Aaron Kudatsky ("Plaintiff") and Defendant Tyler Technologies, Inc. ("Defendant") have reached a settlement in the above action and, in connection therewith, file this Joint Notice of Settlement and Motion to Stay Pretrial Deadlines and Trial Setting. In support of their Motion, the Parties submit as follows:

1. This is an overtime action filed under state and federal law by Plaintiff against Defendant, his former employer.
2. The Parties stipulated to conditional certification under the Fair Labor Standards Act ("FLSA") and, on May 13, 2020, Court granted the stipulation and conditionally certified the agreed class. (ECF No. 39). After notice periods, a total of 59 employees and former employees opted-in to the case. On February 25, 2021, the Court granted in part and held in abeyance in part Plaintiff's Motion for Class Certification under Rule 23 of the Federal Rules of Civil Procedure. (ECF No. 78). The Rule 23 class consists of employees and former employees of Defendant who performed services in California during the relevant statutory time period.
3. Trial in the case is set for June 1, 2021 and pretrial pleadings and exhibit and witness lists are due on April 30, 2021. A final pretrial conference is set for May 26, 2021. On April 19, 2021, both Parties filed motions for summary judgment and Defendant filed a motion for partial decertification of the FLSA.
4. On April 19, 2021, the Parties participated in a settlement conference with Magistrate Judge Donna M. Ryu and reached agreement in principle on April 20, 2021 to a global settlement. (*See* ECF No. 118). Counsel for the Parties have now executed a Memorandum of Understanding memorializing this settlement. In conjunction with this settlement, the Parties will withdraw the motions described in paragraph 2, above. Additionally, as a result of the Parties' settlement, the Parties request that the Court stay the upcoming trial deadlines, described below.

5. The Parties have agreed to the following deadlines, pending Court approval of the relief requested herein:

   a. The Parties would file by May 7, 2021 a Motion for Preliminary Approval. (The Parties anticipate requesting certification of the overtime, unfair competition, wage statement, and waiting time penalty claims as part of the Motion for Preliminary Approval).

   b. Rule 23 class members would have 45 days to opt out of the settlement in writing.

   c. The parties would file a Motion for Final Settlement Approval 52 days after the preliminary settlement approval by the Court.

6. In connection with the above contemplated deadlines, and so that the Parties can finalize the resolution of this matter and obtain the necessary approval from the Court to do so, the Parties jointly request that the Court stay the June 1, 2021 trial setting and all current deadlines in connection with the current trial setting, including the pretrial pleadings deadline currently set for April 30, 2021 and the pretrial conference currently set for May 26, 2021.

**AGREED TO:**

Dated: April 23, 2021                     REED SMITH LLP

                                          By:   */s/ Paulo McKeeby*
                                                Paulo McKeeby
                                                Michael Correll

                                          Attorneys for Defendant
                                          TYLER TECHNOLOGIES, INC.

Dated: April 23, 2021                     NICHOLS KASTER, PLLP

                                          By:   */s/ Daniel S. Brome*
                                                Daniel S. Brome
                                                Rachhana T. Srey

                                          Attorneys for PLAINTIFF

## ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' Joint Notice of Settlement and Motion to Stay Pretrial Deadlines and Trial Setting, IT IS SO ORDERED that the trial setting and pretrial deadlines in this case are hereby stayed pending the Court's consideration of the Parties' Motion for Preliminary Approval of settlement. Parties shall comply with the deadlines stated above.

Dated April 23, 2021

WILLIAM ALSUP
United States District Judge