Brian K. Morris (SBN 281409)
BMorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 469.680.4200
Facsimile:  469.680.4299

Paulo B. McKeeby (Admitted *Pro Hac Vice*)
PMcKeeby@reedsmith.com
Michael A. Correll (Admitted *Pro Hac Vice*)
MCorrell@reedsmith.com
REED SMITH LLP
2850 N. Harwood St, Suite 1500
Dallas, TX 75201
Telephone: 469.680.4200
Facsimile:  469.680.4299

ATTORNEYS FOR DEFENDANT

# UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>Defendant. | Case No.  3:19-CV-07647-WHA<br><br>**DEFENDANT'S NOTICE TO WITHDRAW MOTIONS** |

Pursuant to Local Rule 7-7(e), Defendant Tyler Technologies, Inc. hereby withdraws its Motion for Summary Judgment (ECF No. 116), and its Motion for Partial Decertification (ECF No. 117).

-1-
**DEFENDANT'S NOTICE TO WITHDRAW MOTIONS – PAGE 1 – 3:19-cv-07647**

US_ACTIVE-159858372.1

-2-

| | |
|---|---|
| Dated: April 27, 2021 | **REED SMITH LLP** |
| | By: */s/ Paulo B. McKeeby* |
| | Paulo B. McKeeby |
| | Michael Correll |
| | |
| | Attorneys for Defendant |
| | TYLER TECHNOLOGIES, INC. |