1  Matthew C. Helland, CA Bar No. 250451
   helland@nka.com
2  Daniel S. Brome, CA Bar No. 278915
   dbrome@nka.com
3  NICHOLS KASTER, LLP
4  235 Montgomery St., Suite 810
   San Francisco, CA 94104
5  Telephone: (415) 277-7235
   Facsimile: (415) 277-7238
6
7  Rachhana T. Srey, MN Bar No. 340133*
   NICHOLS KASTER, PLLP
8  80 S. 8th Street, Suite 4700
   Minneapolis, MN 55402
9  Telephone: (612) 256-3200
   Facsimile: (612) 338-4878
10 *admitted pro hac vice
11
   Benjamin L. Davis, MD Bar No. 29774*
12 bdavis@nicholllaw.com
   Michael Brown, MD Bar No. 20814*
13 mbrown@nicholllaw.com
   THE LAW OFFICES OF PETER T.
14 NICHOLL
   36 Charles Street, Suite 1700
15 Baltimore, MD 21201
   *Pro hac vice application forthcoming
16
   Attorneys for PLAINTIFF and those similarly
17 situated

18

# UNITED STATE DISTRICT COURT
19 
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

20  AARON KUDATSKY, individually and on           )   **Case No.  3:19-CV-07647-WHA**
21  behalf of all others similarly situated,      )
                                                  )   **[PROPOSED] ORDER GRANTING**
22                                                )   **MOTION FOR SETTLEMENT**
                                       Plaintiff, )   **APPROVAL**
23                                                )
                                                  )
24       vs.                                      )
                                                  )
25                                                )
    TYLER TECHNOLOGIES, INC.                      )
26                                                )
                                       Defendant. )
27                                                )
                                                  )
28

Plaintiffs' Motion for Preliminary Settlement Approval came before the Court on June 17, 2021. Defendant did not oppose the Motion. Based on the pleadings, papers, and arguments of counsel, and good cause appearing therefore, the Court finds the following:

1. **IT IS THEREFORE ORDERED** that the Plaintiffs' Motion for Preliminary Settlement Approval is hereby **GRANTED.**

2. The order incorporates the Parties' Settlement Agreement submitted as Exhibit A to the Declaration of Daniel Brome, and the notices packet and release of claim form, submitted as Exhibits B-D to the Agreement.

3. The Court also finds, preliminarily, that the proposed settlement is fair, reasonable and adequate based on consideration of the criteria set forth in Fed. R. Civ. P. 23(e)(2) and relevant case law.

4. The form, content, and distribution method of the parties' proposed FLSA Notice, Rule 23 Notice, and Hybrid FLSA and Rule 23 Notice is approved.  The Court finds that the notice procedure set forth in the Settlement Agreement and its exhibits provides the best notice that is practicable under the circumstances.

5. The Parties are directed to follow the timeline set out in the Settlement Agreement. Specifically:

    a. **7 days from the date of this Order:** Deadline to mail Settlement notices.

    b. **30 days after Notice Mailing**: Deadline for FLSA Opt-in Plaintiffs to return Release of Claims forms, or file a request for exclusion.

    c. **30 days after Notice Mailing**: Deadline to file motion for attorneys' fees.

    d. **45 days from mailing notice**:  Deadline for Opt-in Plaintiffs to postmark or otherwise return Release of Claims forms, or request in writing that their consent to join form in this case be withdrawn; deadline for Rule 23 Class Members to object to the settlement.

    e. **60 days from the date of this Order**: Deadline to file Motion for Final Settlement Approval.

6. The Hearing on the Motion for Final Approval is set for [DATE].

IT IS SO ORDERED.

Dated: _____.

                                          WILLIAM ALSUP
                                          United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR SETTLEMENT APPROVAL