Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN State Bar No. 340133*
srey@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*Admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
The Law Offices of Peter T. Nicholl
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for Plaintiff and those similarly situated

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aaron Kudatsky, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Tyler Technologies,<br><br>　　　　　　　　　　Defendant. | **Case No.　　3:19-CV-07647-WHA**<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL S. BROME**<br><br>**Date: June 17, 2021**<br>**Time: 8:00 am**<br>**Courtroom: 12 – 19th Floor**<br><br>**Judge: Hon. William Alsup** |

SUPPLEMENTAL DECLARATION OF DANIEL S. BROME
3:19-cv-07647-WHA
1

I, Daniel S. Brome, declare as follows:

1. I am an attorney with the law firm of Nichols Kaster, counsel of record for the named Plaintiff and opt-in Plaintiffs and the Class in this matter. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. In conjunction with Plaintiff's Motion for Preliminary Settlement Approval (ECF No. 123), Plaintiff submitted the Parties' Settlement Agreement executed by counsel. Since that filing, the Parties (Abigail Diaz on behalf of Defendant Tyler Technologies, Inc., and Plaintiff Aaron Kudatsky) have executed the agreement as well. Attached hereto are as **Exhibit A** is a true and correct copy of the fully-executed settlement agreement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: May 11, 2021                                         s/ *Daniel S. Brome*
                                                                        Daniel S. Brome