Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA  94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN State Bar No. 340133*
srey@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*Admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
The Law Offices of Peter T. Nicholl
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for Plaintiff and those similarly situated

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aaron Kudatsky, individually and on behalf of all others similarly situated,<br><br>                                         Plaintiff,<br><br>     v.<br><br>Tyler Technologies,<br><br>                                         Defendant. | Case No.        3:19-CV-07647-WHA<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL S. BROME**<br><br>**Judge: Hon. William Alsup** |

I, Daniel S. Brome, declare as follows:

1. I am an attorney with the law firm of Nichols Kaster, counsel of record for the named Plaintiff and opt-in Plaintiffs and the Class in this matter. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. Pursuant to the Court's guidance at the hearing on Plaintiff's Motion for Preliminary Settlement Approval, the Parties revised the settlement agreement and notice materials to include the following language: "The Settlement does not release claims accruing after April 19, 2021. The Settlement does not require that Tyler reclassify its implementation consultants as overtime eligible, and FLSA Opt-in Plaintiffs and California Rule 23 Class Members who worked for Tyler after April 19, 2021 therefore are not precluded by the Settlement from separately asserting claims beginning after that date."

3. Attached hereto as **Exhibit A** is a true and correct copy of the revised settlement agreement. Attached hereto as **Exhibit B** is a true and correct copy of the revised FLSA Notice. Attached hereto as **Exhibit C** is a true and correct copy of the revised Rule 23 Notice. Attached hereto as **Exhibit D** is a true and correct copy of the revised Hybrid Notice.

4. Attached hereto as **Exhibit E** is a list identifying the 295 individuals covered by the settlement, and identifying which notice version each individual will receive. Counsel for Defendant has informed me that Defendant agrees with this list.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: June 28, 2021                                   s/ *Daniel S. Brome*
                                                      Daniel S. Brome