# EXHIBIT E

| | **Name** |
|---|---|
| 1 | APONTE, JARED |
| 2 | ARWAY, ROSA |
| 3 | BEGANY, JEROME |
| 4 | BIRNEY, DANA |
| 5 | BRUNDAGE, VERONICA |
| 6 | CHARKOW, REBECCA |
| 7 | COOPER, MISEAN |
| 8 | DAY HILBERT, KATHLEEN |
| 9 | DUCLOS, QUENTIN |
| 10 | Edinger, Sandra |
| 11 | FINDLEY, JOHN |
| 12 | Flowers, Kenneth T |
| 13 | Foster, Rena |
| 14 | GARCIA, MARISOL |
| 15 | GRAY, FIONA |
| 16 | HAZEN, STEPHANIE |
| 17 | Johnson, Candace |
| 18 | KASSEL, GRETCHEN |
| 19 | KAUFMAN, PAUL |
| 20 | Lockett, Dawn |
| 21 | Mahoney, Samantha |
| 22 | MITCHELL, KAREN |
| 23 | MOSS, SABRINA |
| 24 | Owens, Douglas |
| 25 | Putorti, Monique |
| 26 | RIOS, SANDRA |
| 27 | SANCHEZ, DAWN |
| 28 | Sanchez, Valentin |
| 29 | SHANKS, TARA |
| 30 | Sinclair, Pamela |
| 31 | SYLVIA, MARK |
| 32 | VOID, TRAVIS |
| 33 | WHITESIDE, CHARLES |
| 34 | Wright, Jay |

| | Name |
|---|---|
| 1 | Allison, Dorothy |
| 2 | AMEY, JOCELYN |
| 3 | ANDERSON, JAE'LYN |
| 4 | ANIK, DAVID |
| 5 | Bacot, April |
| 6 | BADGER, LEVONNE |
| 7 | BAKER, KEVIN ROBERT |
| 8 | BALLOU, CINZIA |
| 9 | BALLOU, TINA |
| 10 | BARBER, DAVID |
| 11 | BARNS, WILLIAM |
| 12 | BAUGHMAN, SEANA MARIE |
| 13 | BECKETT, CAITLIN |
| 14 | BELL, ALEXIS |
| 15 | BERAN, ALLYSON |
| 16 | Billeci, Russell |
| 17 | BILLINGS-BEHENSKY, JUDY |
| 18 | BISSELL, THEODORE |
| 19 | BLACKMAN, JAKE |
| 20 | BLAKEMORE, SARAH |
| 21 | BLOMQUIST, JON |
| 22 | BONITO, CHERYL |
| 23 | Boswell, Ladonna |
| 24 | BOWEN, GREGORY |
| 25 | BOYD, ASHLEY |
| 26 | BREWER, STEFANIE |
| 27 | BRIGGS, HENRY |
| 28 | BRYAN, KELLY |
| 29 | BUCKLEY, DYLAN CHARLE |
| 30 | BUJACICH, NINA |
| 31 | Burns, Alicia |
| 32 | CAPEGSAN, EUAN |
| 33 | CAPITANELLI-BRADY, ANNE MARIE |
| 34 | CARAVELA, JOHN |
| 35 | CARL, DARRYL F |
| 36 | CASTRO, DORTHY |
| 37 | CHADRAWI, AMBER |
| 38 | CIARMIELLO, MICHAEL J |
| 39 | CLAPP, MICHAEL GLADDE |
| 40 | CLENNON, ROSCOE |
| 41 | COLSON, DAVID |
| 42 | CONTRERAS, RAFAEL |
| 43 | CORDERO, WENDY |
| 44 | CUMMINGS, DAMIAN |
| 45 | CUNNINGHAM, CAMURIEL |
| 46 | DAVIS, BOBBI |

47 Davis, Kaycee
48 DAYTON, ANDREW CHARLE
49 DEPAOLI, GREGORY
50 DICKEY, DUANE
51 DINSMORE, JENNIFER LY
52 DIXON, SHARON
53 DOAN, JAD
54 DONOHO, SARA
55 DOUGLAS, DUFFERIN
56 Earnest, Daniel
57 ECHOLS, CORINNE
58 EDWARDS, LADREANA
59 Erickson, David
60 Erzingher, Michael
61 FADER, SARAH JEAN
62 FARMER, CHRISTOPHER
63 Farmer, Kelly
64 FINLEY, SHANNON
65 FITZGIBBONS, RICHARD
66 FITZPATRICK, RYAN
67 FLEAGLE, BRIAN
68 FLEINER, THERESA
69 FLOWERS, NICHOLAS
70 FRAZIER, REBECCA
71 GAGNON, TINA
72 GARLAND, SHAWN
73 GILDART, JOSEPH
74 GILLIS, JOHN
75 GONZALEZ, RICARDO
76 Goode, Matthew
77 Goodwin, David
78 GRADNEY, SHELLEY
79 GRAVES, GARY
80 GREEN, KAREN
81 GREENE, SUZANNE
82 Greene, John
83 GRIFFIN, KATHLEEN
84 HALL, WHITNEY
85 HAMBRIGHT, GRETCHEN
86 HAMILTON, WILLIAM
87 HANES, DANAE VAN
88 HANNA, ABBI ARRIN
89 HAQUE, TABASSUN
90 HARDING, TOMMY
91 Hayes, Jon
92 HAYNER, DAVID
93 HERNANDEZ, ADDISON

 94 HERRERA, OSCAR
 95 HICKS, BRANDON
 96 HICKS, MELISSA
 97 HILLER, RYAN
 98 HODGSON, GEORGIA
 99 HOEFLICK, KENNETH
100 HOSKINS, RACHEL YVONN
101 HOWELL, CHRISTOPHER
102 HUNT, LATANYA
103 Hunter, Robert
104 HUYNH, KEVIN
105 IRISH, AMANDA
106 JACKSON, MALYSSA
107 JACKSON, TRACY LENORE
108 JANKOWSKI, DAVID JOHN
109 Jensen, Jason
110 JONES, JOHN
111 JORDAN, ROBERT
112 JOY, ZACHARY
113 JURKINS, ANDREW DAVID
114 KAEDING, MARTHA
115 KAZLOUSKY, LYNN
116 KELLEY, BRIAN
117 KELLY, TIMOTHY
118 KESLER, STACEY
119 KIRBY, KATHLEEN
120 Kirk, Sara
121 KNAPP, JANET
122 Kohlmann, Marianne
123 Konugres, James
124 KUHN, GALADRIEL
125 KURTZ, VICTORIA
126 LADNER, DONETTE
127 LATIMER, EMILY
128 LEAVELL, VIVIAN
129 Lee, Lauren
130 LENOIR, BILLY
131 LEONARD, LORRI
132 Lie, Ethan
133 LITTLE, TAMMY
134 MAGER, SAMANTHA
135 MARQUEZ, ROBERTO
136 MARSHALL, JOSEPH
137 Martin, Michael
138 MARTINEZ, ANGELICA
139 MASK, MICHAEL
140 MATTOS, DAVID

141 MAURER, JUSTIN
142 MAY, BEVERLY
143 MCLEAN, IAN
144 MCMURREY, JULIE
145 MEHLHORN, MICHAEL ROS
146 Miles, Cam
147 MILLAR, IAN
148 MILLER, BRIAN SCOTT
149 MINOR, SHAUNA
150 Mitchell, Matthew
151 MOCHAU, NICHOLAS
152 MOLINA, JOE RICHARD
153 MONTALVO, ABEL
154 MOODY, WILLEM
155 MORA, ELYSSE
156 MULLIS, ELLEN
157 MURDOCK, KIMBERLY
158 Nabors, Logan
159 NEAL, NATHAN
160 NELLESEN, BRIAN
161 NGUYEN, YEN NHU TRINH
162 NUNNERY, NANCI
163 OAKES, RYAN
164 O'KELLY, BRETT
165 OWEN, MIRANDA
166 PARAMORE, JENNIFER
167 PARENT, TIMOTHY
168 PARENTEAU, KATHRYN
169 Parris, William
170 PAVLIK, IZABELLA
171 PELLETIER, STEPHANIE
172 PETERSON, LUCAS
173 PICHETTE, ESTRELLA
174 POLLOCK, AARON
175 POWELL, LAUREN
176 PRUNTY, PAUL
177 PURCELL, DOUGLAS
178 QUINN, JOSHIAH
179 RAMCHANDANI, JYOTI
180 Rhoan, Janet
181 RICE, NATHAN
182 RICHARDSON, GARY
183 RILEY, KEVIN
184 ROLLINS, ALEX
185 ROSEN, PETER
186 Rule, Justin
187 Ryan, Robert

188 SANBORN, HARRY M
189 Schafer, Andrew
190 SCHMID, JOHN ROBERT
191 SEDLETZECK, WILLIAM
192 SEFI-CYR, CHELSEA
193 SHARER, STEPHEN
194 SIELING, JOANNA
195 SIMON, ANDREW
196 SMITH, MICHAEL
197 SOULE, PHILIP
198 Spanner, Patrick
199 SPIVAK, GREG
200 STIMBERT, MARY
201 SURRELL, CAROLYN
202 TAMARA, LIFIA
203 TAYLOR, KEVIN
204 THEIS, DANIEL
205 THOMAS, BRITTANY
206 THOTA, HARSHAVARDHAN
207 TIGUE, HARRY
208 TROUSDALE, BRYAN KEIT
209 TUPPER, BRIAN
210 TURNER, JENNIFER
211 URIAS, JOSE
212 VANCE, AMY
213 VASQUEZ, GLORIA
214 Venkataraman, Lalitha
215 Venture, Diane
216 VERNARSKY, BARBARA
217 VESELIK, BRENT
218 VILLA, AARON
219 VILLARREAL JR, JOSE
220 WALLACE, NOEL
221 Wallace, Robert
222 WALSH, TIMOTHY
223 WEISZ, JOHN
224 WIGGINS, JOHN
225 WILLIAMS, CYNTHIA
226 WILSON, MICHAEL
227 WISCHER, TRISTAN
228 WOOD, NICHOLE
229 WOOD, SIDNEY
230 WYANT, ARIEL
231 YANDO, BRANDON
232 YEOMELAKIS, JENNIFER
233 YOUNG, NICHOLAS
234 YOUNGREN, JUDY

Hybrid

| | **Name** |
|---|---|
| 1 | ANTONELLI, RAYMOND |
| 2 | Bacon, Rebecca |
| 3 | BELL, EDWARD |
| 4 | BROADNAX, JOI T |
| 5 | CANADY, TAMMY |
| 6 | CHOQUETTE, CINDY |
| 7 | COLLINS, MAMIE |
| 8 | COSTNER, PAM |
| 9 | Desnoyer, Mark |
| 10 | EADDY, TERRANCE |
| 11 | FEINGOLD, DEBRA |
| 12 | GAVITT, ANDREW |
| 13 | HALL, AMANDA |
| 14 | HALL, ZACHARY |
| 15 | HERMANN, ZARRA |
| 16 | INGRAM, GERALDINE |
| 17 | JAQUES, JOHN |
| 18 | KUDATSKY, AARON |
| 19 | MCGOWAN, THOMAS |
| 20 | Morton, Kristina |
| 21 | PALERMO, JUSTIN |
| 22 | Roth, Ian |
| 23 | ROYAL, LISA |
| 24 | Strong, Todd |
| 25 | THOMPSON, TANGE |
| 26 | Van Strien, Heather |
| 27 | Vedder, Ronald |