Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
Daniel S. Brome, CA State Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA  94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN State Bar No. 340133*
srey@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*Admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
The Law Offices of Peter T. Nicholl
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for Plaintiff and those similarly situated

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aaron Kudatsky, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Tyler Technologies,<br><br>　　　　　　　　　　　Defendant. | **Case No.**　　**3:19-CV-07647-WHA**<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL S. BROME**<br><br>**Judge: Hon. William Alsup** |

I, Daniel S. Brome, declare as follows:

1. I am an attorney with the law firm of Nichols Kaster, counsel of record for the named Plaintiff and opt-in Plaintiffs and the Class in this matter. I make this declaration based upon my personal knowledge, and could so testify if called to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of the fully executed revised settlement agreement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: July 23, 2021                                                                 s/ *Daniel S. Brome*
                                                                                                Daniel S. Brome

---

SUPPLEMENTAL DECLARATION OF DANIEL S. BROME
3:19-cv-07647-WHA
2