# Exhibit A

| Date | Work_Description | Amount |
|---|---|---|
| 9/30/2019 | Relativity | $0.39 |
| 10/11/2019 | Westlaw | $13.37 |
| 10/31/2019 | Relativity | $0.39 |
| 11/21/2019 | Check issued to Pay.Gov - Filing fee | $400.00 |
| 11/22/2019 | Check issued to 24-7 Press Release - Press release | $139.00 |
| 11/29/2019 | Relativity | $0.39 |
| 12/17/2019 | Check issued to Pay.Gov - USDC NDCA RTS PHV | $310.00 |
| 12/20/2019 | Check issued to Metro Legal Services - Courier service - Tyler Technologies | $105.00 |
| 12/31/2019 | Relativity | $0.39 |
| 12/31/2019 | Postage | $29.50 |
| 1/8/2020 | Check issued to State Bar of Texas - Ad mailing | $100.00 |
| 1/15/2020 | Check issued to US Bank - COGS | $53.15 |
| 1/16/2020 | PACER | $0.20 |
| 1/31/2020 | Postage | $28.00 |
| 1/31/2020 | Relativity | $0.39 |
| 2/15/2020 | Check issued to LinkedIn.com - Advertising | $15.10 |
| 2/16/2020 | Check issued to LinkedIn.com - Advertising | $15.21 |
| 2/17/2020 | Check issued to LinkedIn.com - Advertising | $15.24 |
| 2/18/2020 | Check issued to LinkedIn.com - Advertising | $15.04 |
| 2/20/2020 | Check issued to LinkedIn.com - Advertising | $34.95 |
| 2/22/2020 | Check issued to LinkedIn.com - Advertising | $31.70 |
| 2/24/2020 | Check issued to LinkedIn.com - Advertising | $32.68 |
| 2/26/2020 | Check issued to LinkedIn.com - Advertising | $32.72 |
| 2/28/2020 | Postage | $40.65 |
| 2/28/2020 | Relativity - Monthly costs | $0.39 |
| 2/28/2020 | Check issued to LinkedIn.com - Advertising | $32.87 |
| 2/28/2020 | Check issued to Google.com - Advertising | $13.04 |
| 3/1/2020 | Check issued to LinkedIn.com - Advertising | $31.03 |
| 3/3/2020 | Check issued to LinkedIn.com - Advertising | $31.54 |
| 3/5/2020 | Check issued to LinkedIn.com - Advertising | $31.91 |
| 3/7/2020 | Check issued to LinkedIn.com - Advertising | $31.24 |
| 3/9/2020 | Check issued to LinkedIn.com - Advertising | $32.18 |
| 3/11/2020 | Check issued to LinkedIn.com - Advertising | $31.24 |
| 3/13/2020 | Check issued to LinkedIn.com - Advertising | $31.17 |
| 3/15/2020 | Check issued to LinkedIn.com - Advertising | $31.36 |
| 3/17/2020 | Check issued to LinkedIn.com - Advertising | $32.09 |
| 3/19/2020 | Check issued to LinkedIn.com - Advertising | $32.13 |
| 3/21/2020 | Check issued to LinkedIn.com - Advertising | $32.03 |
| 3/23/2020 | Check issued to LinkedIn.com - Advertising | $30.80 |
| 3/25/2020 | Check issued to LinkedIn.com - Advertising | $31.26 |
| 3/27/2020 | Check issued to LinkedIn.com - Advertising | $30.40 |
| 3/29/2020 | Check issued to LinkedIn.com - Advertising | $30.75 |
| 3/31/2020 | Postage | $0.50 |
| 3/31/2020 | Relativity - Monthly costs | $0.39 |
| 3/31/2020 | Check issued to Google.com - Advertising | $15.53 |
| 3/31/2020 | Check issued to LinkedIn.com - Advertising | $31.46 |
| 4/1/2020 | Check issued to LinkedIn.com - Advertising | $15.38 |
| 4/3/2020 | Check issued to LinkedIn.com - Advertising | $25.05 |
| 4/30/2020 | Relativity - Monthly costs | $0.44 |
| 5/6/2020 | Westlaw | $15.99 |
| 5/29/2020 | Relativity - Monthly costs | $0.44 |
| 6/1/2020 | Check issued to Stamps.com - Postage for mailing | $50.00 |

| Date | Description | Amount |
|---|---|---|
| 6/1/2020 | Check issued to Stamps.com - Postage for mailing | $12.50 |
| 6/1/2020 | Check issued to Stamps.com - Postage for mailing | $93.50 |
| 6/8/2020 | Westlaw | $4.92 |
| 6/30/2020 | Relativity - Monthly costs | $0.45 |
| 7/2/2020 | Check issued to Accurate Press, Inc - 250 post cards printed and postage | $465.28 |
| 7/14/2020 | PACER | $3.60 |
| 7/20/2020 | Check issued to Stamps.com - Postage | $76.00 |
| 7/22/2020 | Check issued to Stamps.com - Postage | $84.00 |
| 7/31/2020 | Postage | $160.80 |
| 7/31/2020 | Relativity - Monthly costs | $0.45 |
| 8/10/2020 | Westlaw | $16.89 |
| 8/18/2020 | Check issued to Accurate Press, Inc - 260 postcards printed and postage | $470.28 |
| 8/24/2020 | PACER | $3.60 |
| 8/25/2020 | Check issued to Stamps.com - Postage | $4.00 |
| 8/31/2020 | Relativity - Monthly costs | $2.75 |
| 9/14/2020 | Check issued to Stamps.com - Postage | $1.00 |
| 9/18/2020 | PACER | $1.90 |
| 9/30/2020 | Relativity - Monthly costs | $2.82 |
| 9/30/2020 | Check issued to Veritext Corp, Midwest Litigation Services, Paradigm - Transcript copies | $1,769.45 |
| 10/12/2020 | Westlaw | $17.01 |
| 10/13/2020 | Check issued to Veritext Corp, Midwest Litigation Services, Paradigm - Transcript copies - Aaron Kudatsky | $1,078.00 |
| 10/20/2020 | PACER | $9.30 |
| 10/20/2020 | Check issued to Veritext Corp, Midwest Litigation Services, Paradigm - Transcript copies - Ian Roth, Jay Wright | $998.45 |
| 10/23/2020 | Check issued to Veritext Corp, Midwest Litigation Services, Paradigm - Transcript copies - Sandra Edinger, Travis Void | $969.60 |
| 10/27/2020 | Check issued to Veritext Corp, Midwest Litigation Services, Paradigm - Transcript copies - Abigail Diaz | $1,087.10 |
| 10/30/2020 | Relativity - Monthly costs | $2.89 |
| 11/6/2020 | Check issued to Veritext Corp, Midwest Litigation Services, Paradigm - Transcript copies | $665.05 |
| 11/6/2020 | Check issued to Veritext Corp, Midwest Litigation Services, Paradigm - Transcript copies | $489.35 |
| 11/6/2020 | Check issued to Veritext Corp, Midwest Litigation Services, Paradigm - Transcript copies | $370.70 |
| 11/10/2020 | Westlaw | $14.59 |
| 11/17/2020 | PACER | $1.20 |
| 11/30/2020 | Relativity - Monthly costs | $16.02 |
| 12/10/2020 | Westlaw | $128.38 |
| 12/11/2020 | Check issued to Veritext Corp, Midwest Litigation Services, Paradigm - Transcript copies | $1,402.55 |
| 12/17/2020 | PACER | $5.70 |
| 12/31/2020 | Relativity - Monthly costs | $31.00 |
| 1/11/2021 | Westlaw | $119.76 |
| 1/14/2021 | PACER | $30.70 |
| 1/29/2021 | Relativity - Monthly costs | $37.76 |
| 2/8/2021 | Westlaw | $134.93 |
| 2/11/2021 | PACER | $21.00 |
| 2/26/2021 | Relativity - Monthly costs | $37.77 |
| 3/8/2021 | Westlaw | $53.43 |
| 3/11/2021 | PACER | $10.90 |
| 3/31/2021 | Relativity - Monthly costs | $271.92 |
| 4/13/2021 | Westlaw | $85.42 |
| 4/26/2021 | PACER | $3.20 |
| 4/30/2021 | Check issued to Analytics - Class notice mailing | $798.00 |
| 4/30/2021 | Relativity - Monthly costs | $272.00 |

| Date | Description | Amount |
|---|---|---|
| 5/6/2021 | Check issued to Amazon.com - Domain name for settlement | $12.00 |
| 5/18/2021 | PACER | $8.70 |
| 5/18/2021 | Westlaw | $250.63 |
| 5/28/2021 | Relativity - Monthly costs | $913.00 |
| 6/4/2021 | Westlaw | $178.39 |
| 6/15/2021 | PACER | $7.70 |
| 6/30/2021 | Relativity - Monthly costs | $913.00 |
| 7/12/2021 | PACER | $8.40 |
| 7/30/2021 | Relativity - Monthly costs | $913.00 |
| 8/19/2021 | PACER | $5.00 |
| 8/31/2021 | Postage | $407.72 |
| 8/31/2021 | Relativity - Monthly costs | $913.00 |
| 8/31/2021 | Check issued to LexisNexis Risk Solutions - Email Search Premium | $2.80 |
| | | **$18,957.28** |