Matthew C. Helland, CA Bar No. 250451
helland@nka.com
Daniel S. Brome, CA Bar No. 278915
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rachhana T. Srey, MN Bar No. 340133*
NICHOLS KASTER, PLLP
80 S. 8th Street, Suite 4700
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
*admitted pro hac vice

Benjamin L. Davis, MD Bar No. 29774*
bdavis@nicholllaw.com
Michael Brown, MD Bar No. 20814*
mbrown@nicholllaw.com
THE LAW OFFICES OF PETER T. NICHOLL
36 Charles Street, Suite 1700
Baltimore, MD 21201
*Pro hac vice application forthcoming

Attorneys for PLAINTIFF and those similarly situated

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO**

| | |
|---|---|
| AARON KUDATSKY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC.<br><br>Defendant. | **Case No.  3:19-CV-07647-WHA**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND COSTS** |

1   The above-captioned matter is before this Court on the Plaintiffs' Motion for Attorneys'
2   Fees, Costs, and Class Representative Service Award.  Based upon the memoranda and all of the
3   files herein, the Court makes the following ruling:
4   Plaintiffs' Motion is hereby **GRANTED**.
5   1.  Class Counsel shall receive attorney's fees in the amount of $787,500.00,
6   representing 25% of the gross settlement amount;
7   2.  Class Counsel shall receive reimbursement of costs of $20,000; and
8   3.  The service payment to the Named Plaintiff of $5,000.00 and the service
9   payments to the seven (7) deponents of $500.00 are approved as requested and shall be
10  distributed as requested in the settlement.
11
12  IT IS SO ORDERED.
13  Dated: _____.                          _____
14                                                       WILLIAM ALSUP
                                                         United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND COSTS